**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 9:13-cv-80923-KLR**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

                    Plaintiff,

    vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. AND LIBERTY
SILVER CORPORATION,

              Defendants.

**DEMAND FOR JURY TRIAL**

**AMENDED CLASS ACTION COMPLAINT**

**INTRODUCTION**

    Plaintiff, Todd Stanaford a/k/a Jerald Todd Stanaford ("Plaintiff"), by his undersigned

attorneys, alleges the following upon personal knowledge as to himself and his own acts, and

upon information and belief as to all other matters, based on the investigation conducted by and

through Plaintiff's attorneys, which included, among other things, a review of the public

documents and announcements issued by Liberty Silver Corporation ("Liberty Silver" or the

"Company"), filings with the Securities and Exchange Commission ("SEC"), wire and press

releases published by and regarding the Company, securities analysts' reports and advisories

about the Company, and other information readily obtainable on the Internet.

**NATURE OF THE ACTION**

    1.      This is a federal securities class action on behalf of purchasers of the common

stock of Liberty Silver (the "Class") during the period February 10, 2010 through October 5,

2012, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      This Complaint alleges a massive and systemic financial fraud and market manipulation scheme that was affected by the Defendants against the Class via a clear "pump and dump" scheme.   In the course of this scheme, the Defendants promoted Liberty Silver in newsletters and reports published and disseminated over the internet.

3.      Defendants made materially false or misleading statements regarding predictions in those reports, or caused them to be made. Following the Defendants' promotional efforts (the "pump"), Defendant Robert Donald Bruce Genovese ("Genovese"), directly or indirectly, sold Liberty Silver to the investing public at an increased price (the "dump"), pocketing unlawful profits amounting to tens of millions of dollars. Genovese attempted to conceal his involvement in the fraudulent pump and dump scheme - and his receipt of illicit income from the fraud - by using nominee entities and operating offshore brokerage and bank accounts in Canada, the Turks and Caicos Islands, and elsewhere.

## PARTIES

4.      Plaintiff purchased shares of Liberty Silver common stock, as set forth in the certification filed with Plaintiff's original Complaint filed 9/11/2013, which is incorporated by reference herein, and has been damaged thereby.  Plaintiff is a resident of the State of Texas.

5.      Defendant Robert Donald Bruce Genovese, ("Genovese"), is an investment capitalist, entrepreneur, and stock promoter.  Upon information and belief, although he is a Canadian citizen, Genovese resides in Florida.

6.      Defendant BG Capital Group LTD ("BG Capital") is an investment management company incorporated in the Bahamas, with offices in the United States, Bahamas, and

Barbados.  BG Capital has its corporate office in Nassau, Bahamas, and its management office in Plantation, Florida.  BG Capital is wholly owned and controlled by Genovese.

7.     Defendant Liberty Silver is a company incorporated in Nevada and headquartered in Canada, with all its pertinent assets located in Nevada.  Liberty Silver did extensive business with Genovese when he was in Florida including actions furthering the fraud connected with Genovese.

8.     Defendant William Tafuri served as President, Chief Operating Officer and Director of Liberty Silver during the Class Period and upon information and belief, is a resident of the State of Utah.

9.     Defendant Look Back Investments, Inc. is a shell investment company incorporated in Panama, headquartered in Panama City, Panama, and wholly owned and controlled by Genovese.

10.    Defendant Geoffrey Browne, ("Browne") is the Chairman of the Board of Directors, and CEO, of Liberty Silver.  Browne approved the financings and decisions of Liberty Silver, with full knowledge of Genovese's previous history of securities fraud, or was willfully reckless in not knowing.  Upon information and belief, Browne resides in and is a citizen of Canada.

11.    Defendants Genovese, Tafuri and Browne are collectively referred to herein as the "Individual Defendants."

## JURISDICTION AND VENUE

12.    The claims alleged herein arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5).

13.    This Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1331.

14.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and §28 U.S.C. §1391(b), as a substantial part of the acts events or omissions giving rise to the claims pleaded herein occurred in this District and defendants named herein maintain their residence or principal places of business in this District.

15.     In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the United States mails, interstate telephone communications and the facilities of the Toronto Stock Exchange and Over the Counter Bulletin Board.

## BACKGROUND INFORMATION

16.     Genovese is believed to have used a pump and dump pattern of manipulations in Liberty Silver stock as well as in numerous other companies' stock, including but not limited to, schemes involving the following companies:  Clearly Canadian Brands (CCBEF), Neptune Society (NPTI), Envoy Communications (ECGI), Spectrum Sciences & Software (SPSC), American Lithium Minerals, Inc. (AMLM), and others.  This information should have been known, or was known, by Defendants Browne, Tafuri and Liberty Silver. Genovese is a penny stock promoter and is notorious for operating on the fringes of the financial markets, making millions of dollars by touting penny stocks.  He uses television shows, newsletters, false and misleading releases, and emails to pump up a stock, urging the public to invest in these stocks at artificially inflated prices, driving the stock prices higher; Genovese can then dump large blocks of the stock at the artificially inflated prices, profiting millions of dollars in the process.  When Genovese dumps his large blocks of stock, the stock price plummets leaving the general investing public with huge losses.

4

**Clearly Canadian**

17.     Clearly Canadian, a once prosperous boutique beverage company based in Vancouver, ran into financial difficulties around 2001, culminating in a Toronto Stock Exchange delisting in February of 2005.  In March of 2005, Defendant BG Capital, an entity wholly owned by Genovese, announced that it would invest $1,000,000 in a short-term financing facility that eventually led towards control of the company. Two months later in May, Clearly Canadian completed a 1:10 reverse stock split and listed on the OTCBB under the symbol CCBEF.  Immediately following this, Genovese used a reality TV show to promote Clearly Canadian, while at the same time appointing his cronies to positions of power in the company and purchasing large blocks of Clearly Canadian stock.  When the stock price became artificially inflated, Genovese and his nominees dumped their stock leaving the company in worse financial condition than when he took control.  On March 17, 2010, Clearly Canadian filed for bankruptcy and was delisted.

18.     Below is a graph of the stock for Clearly Canadian from the time BG Capital took control. The rising and falling pattern of the stock is caused by Genovese buying and selling large blocks of stock to drive up the price.  Genovese would sell blocks of stock between various shell corporations he owned and controlled to create the illusion of volume and demand.  At the same time, Genovese would promote the stock through various mediums such as newsletters, emails, press releases, and reports.  When the time was right, Genovese would dump his shares for huge profits while cratering the market (see graph below):



**Neptune Society**

19.     On January 20, 1999, an OTCBB shell named Lari Corp. announced that it would

acquire the then private Neptune Society based in California.  Lari Corp. was incorporated in

Florida sometime in 1998 with 125,000 shares issued at par value.  On August 26, 1998, Lari

Corp. was listed on the OTCBB under the symbol LREE.  On January 19, 1999 (one day before

the announcement that Lari Corp. would acquire Neptune Society), Lari Corp. sold 250,000

shares at $.80 cents per share raising $200,000. Each share purchased in the January financing

included the right to buy four more shares at the same price in the future.  A large portion of

these stocks were purchased, directly or indirectly, by Genovese through offshore companies

under his control, and by his nominees.  On April 7, 1999, shares that participated in the January

19, 1999 financing exercised their right to buy resulting in the issuance of an additional

1,000,000 shares of the now called Neptune Society (Lari Corp. took on the Neptune Society

name following its acquisition) at $.80 cents per share.

20.     The original 250,000 shares were purchased by twenty-four investors, including

Genovese, BG Capital, and other offshore companies tied to, and believed to be owned and

controlled by, Genovese.  The 1,000,000 shares were exercised by nine offshore companies.

Indeed, the other fifteen investors quickly sold their shares to the nine offshore companies

6

controlled by Genovese.  Three of those companies were Crystal Overseas Trading, Inc., Private Investment Company, Ltd., and Seloz Gestion & Finance SA, all offshore companies affiliated with Genovese and used by Genovese to facilitate his stock schemes.

21.     Shares of Neptune Society on the OTCBB traded at a split adjusted share price of between $20 in 1998, to as high as $60 in 2000. In that time over 1,770,000 shares of Neptune Society traded hands allowing the offshore owners of the 1,250,000 shares purchased for $.80 per share to liquidate their shares resulting in up to $40 million in profits. The rising and falling of the NPTI stock price in the graph below shows Genovese buying and selling stock with his various entities, driving the price up, then dumping the stock, causing the value to drastically drop in December 2000:



22.     After the stock lost 95% of its value, with Genovese making a huge profit and the general investing public experiencing huge losses, Genovese purchased the remaining shares, taking the company private.

**Envoy Communications**

23.     Envoy Communications was a stock heavily touted by Genovese, using BG Capital along with emails and press releases, while his brother Geoffrey was the CEO of the company. After raising over $50 million in financings by making bold promises to consolidate

the media industry, Envoy Communications ended up like all the other companies associated with Genovese, delivering over 90% losses to its investors while Genovese's brother, Geoffrey, extracted millions of dollars in compensation, both from a $375,000 salary and over 1,500,000 shares exercised through stock options. Note the rising and falling pattern of the stock below, as well as the massive increase in volume due to Genovese dumping his large blocks of stock, then a deep decrease in value, similar to all other companies associated with Genovese, including Liberty Silver:



**Spectrum Sciences & Software**

24.    Spectrum Sciences & Software ("SPSC") began with the incorporation of a shell company named, Silva Bay International Inc. ("Silva Bay") in Delaware in 1998. In a process that is nearly identical to the Neptune Society transaction, Silva Bay listed on the Pink Sheets under the symbol SIVY in the year 2000. On April 2, 2003, Silva Bay acquired a company named Spectrum Sciences for 2,500,000 shares of Silva Bay and changed its name to Spectrum Sciences & Software Inc., and its trading symbol to SPSC.

25.    According to Part I – Item 4 of Form 10 filed with the SEC on June 10, 2003, SPSC had 18,844,000 shares outstanding, which included 2,500,000 shares issued to

Donald Myrick.  Donald Myrick is the founder of SPSC.   In other words, there were 16,344,000 shares of the Silva Bay shell, which could be sold as part of the free trading float.

26.     3,700,000 shares were held by three offshore companies based in the Bahamas, Turks & Caicos, and Switzerland, respectively Crystal Overseas Trading, Inc., Private Investment Company, Ltd., and Seloz Gestion & Finance SA, all offshore companies controlled by Genovese that exercised the $.80 rights on Neptune Society in 1999, while the stock price was $50 dollars. The connection to Genovese does not end there.  An SEC filing in 2004 shows those offshore companies as having entered into an agreement with BG Capital to sell BG Capital shares of Neptune Society as part of that private transaction.  Crystal Overseas Trading and Martin Christen (the Turks & Caicos based director of Private Investment Company, Ltd.) can both be linked back to Swiss Overseas Finance Company, another company that exercised those $.80 warrants on Neptune in 1999. SPSC would subsequently be a target of an informal SEC inquiry, a negative New York Times article, and litigation directed at Genovese and BG Capital.

27.     Genovese's participation is found in a Stock Option Plan he formally entered into with SPSC on March 11, 2004.  In the agreement, Genovese would be given the right to buy shares of SPSC at $1.65 per share indefinitely, and using a Form S-8 (which is meant for only working executives of a company as opposed to stock promoters) these shares would be immediately free trading. In addition, Genovese was paid exorbitant cash consulting fees, approximately $2,000,000 dollars, by SPSC.  The Form 10-Q for the period ending March 31, 2004, revealed that Genovese exercised all of his options: The Form 10-Q filed on May 24, 2004, stated in relevant part "Between January 1, 2004 and May 21, 2004, Mr. Genovese has exercised 21,178,300 options."

28.     A Form 13D filed on August 3, 2004 by BG Capital, revealed that Genovese sold all of those shares as quickly as he received them:

During March and April 2004, the Reporting Persons [Genovese] exercised Options relating to 20,078,300 shares of Common Stock, using Genovese's personal funds, BG Capital's working capital and/or cancellation of indebtedness owed to Genovese and his affiliates as consideration for the exercise price due therefore. The Reporting Persons [Genovese] have sold substantially all of such shares of Common Stock [SPSC stock].

29.   From January 1, 2004 to May 21, 2004 (the period where Genovese exercised 21,000,000 options), SPSC traded 220,030,000 shares.  That was enough volume for Genovese to liquidate the 21,000,000 options as well as the 16,344,000 shares that were purchased, upon information and belief, by Genovese for almost nothing. Note the high volume of trades illustrated by the graph:



| Date | Closing Price | Volume | BG Trading Volume | BG Avg. Price | BG % of Total Volume |
|---|---|---|---|---|---|
| 9/22/2004 | $1.18 | 455,000 | 164,950 | $1.18 | 36% |
| 9/24/2004 | $1.20 | 235,000 | 126,260 | $1.20 | 54% |
| 9/30/2004 | $1.26 | 298,000 | 137,000 | $1.25 | 46% |

30.   The above graph shows the trading records of BG Capital in its attempt to raise the price of the stock by purchasing and selling massive blocks of stock in rapid succession. These are only records of BG Capital, not those of all the offshore companies that Genovese controlled, and which have been traced back as owning millions of additional shares.  Three days

out of eight, BG Capital was responsible for more than half of the entire volume of trading for SPSC.  This shows that Genovese was buying and selling, in massive quantities, to surge the price up.  In addition to these manipulative trades, Genovese employed emails, false reports, newsletters, TV shows, and false websites to hype up a stock, driving the price up until he could dump his shares and make a huge profit.

31.     In 2004, investors of SPSC filed a lawsuit against Genovese and BG Capital for violations of insider trading.  After repeatedly ignoring the court's rulings, including refusing to show up for depositions numerous times, failing to produce discovery, and being uncooperative, the court granted a motion to compel against Genovese and BG Capital.  Instead of producing discovery or appearing for deposition, Genovese agreed to a settlement for $3.25 million less than a week after the motion to compel was granted.

**American Lithium Minerals**

32.     American Lithium Minerals started as Nugget Resources a shell company with 5,500,000 free trading shares sold at $.01 per share as documented in a Form S-1 filing dated March 22, 2006.  As is customary for OTCBB scams, to lower the already low average cost of the free trading shares, Nugget Resources completed a 4 for 1 forward stock split on March 19, 2009.  Upon information and belief, Genovese, directly or indirectly, purchased all 5,500,000 shares; therefore after the split, Genovese had and/or controlled 22,000,000 shares, purchased for less than a penny per share.

33.     On the date of the stock split, March 19, 2009, Nugget Resources changed its name to American Lithium Minerals, Inc. and its trading symbol to AMLM. Prior to the name change and split, Matthew Markin was appointed as President and CEO of the company. Matthew Markin is the brother of Marco Markin, the CEO of Neptune Society (a company now wholly owned and controlled by Genovese), and an associate/nominee of Genovese. Matthew

Markin also shows up in filings for Neptune Society in 2003 as having provided consulting services for the company.

34.     A press release from American Lithium Minerals dated September 2, 2009, disclosed that Stephen Cook was appointed as Vice President of Investor Relations. Upon information and belief, Cook was appointed as VP of Investor Relations merely as an instrument for Genovese to use in hyping the stock of American Lithium Minerals.  In each of Genovese's schemes, Cook is the man who leads Genovese's multimedia promotional blitz to artificially inflate the stock.

35.     Starting in June of 2009, American Lithium Minerals stock began to rise aggressively from $.20 per share to as high as $3.00.  On information and belief, this drastic per share rise was due to false or misleading reports issued by Genovese and his associates (Cook and Markin), combined with massive and frequent trading between Genovese controlled shell entities, as well as largely exaggerated promotional materials.  The sheer volume and frequency of the trades provided Genovese with plenty of time and volume to liquidate the entire 22,000,000 shares of undisclosed float for millions of dollars in profit.  *See,* graph below:



36.     In confirmation, on August 26, 2011 BG Capital emerged in an 8-K filing as having financed American Lithium Minerals, formally linking Genovese to yet another worthless OTCBB stock that currently trades for $.02 cents per share.

37.     Every single public company that has been promoted or associated with Genovese has resulted in investor losses of between 90-100%.  Defendants Browne, Tafuri, and Liberty Silver allowed Genovese and his associates to employ the same scheme to defraud the Company's investors.

### FACTS OF THE CASE

38.     Liberty Silver states on its website that it is engaged in the exploration and development of mineral properties in North America. Specifically, the Company describes itself as an "advanced exploration play in Nevada with potential opportunity to quickly become a low cost, open pit operation."   The Company has an option on the Trinity Silver Project, an undeveloped silver prospect near Lovelock, Nevada.

39.     Liberty Silver has entered into a joint venture with Renaissance Gold, whose chairman is Haywood Capital Markets' chairman John Tognetti. Under the terms of the Joint Venture Agreement, Liberty Silver must spend $5 million to earn 70% ownership of the Trinity silver project from Renaissance.

40.     On April 1, 2008, Lincoln Mining (soon to be Liberty Silver) filed an S-1 with the SEC registering 2,420,000 shares at $.05 per share, raising a total of $121,000.  One of the investors who had the ability to buy 250,000 pre-split shares at only $.05 in that offering was Marnie Markin.  Marnie Markin is the wife of Matthew Markin (CEO of American Lithium Minerals) and the sister in-law of Marco Markin (CEO of BG Capital and Neptune Society). Marnie Markin is believed to have purchased the shares on behalf of Genovese.

41.     Another investor who purchased 250,000 shares at $.05 a share was Tiffeni Aliece Graves.  Graves was the next door neighbor of Marnie and Matthew Markin in California and is also believed to have purchased stock on behalf of Genovese.

42.     At the time Marnie Markin and Tiffeni Aliece Graves purchased these large blocks of stocks, Lincoln Mining had no employees, no cash, no property, and no assets.

43.     Liberty Silver was incorporated on February 20, 2007 under the laws of the state of Nevada under the name Lincoln Mining Corp.  Pursuant to a Certificate of Amendment dated February 11, 2010, the Company changed its name to Liberty Silver Corp.

44.     The Class Period begins on February 10, 2010.  On February 10, 2010, the board of directors authorized a 20-for-1 forward stock split of Lincoln Mining/Liberty Silver's currently issued and outstanding common stock.

45.     On March 15, 2010, the 20 for 1 forward stock split became effective, turning the 2,420,000 pre-split shares into 48,400,000.  Exactly ten days later, on March 25, 2010, shares of Liberty Silver began trading on heavy volume in a pattern that mimics all of Genovese's past OTCBB companies. *See* Graph below. Note the familiar rising and falling pattern:



46.      On November 11, 2011, Liberty Silver announced a $3.25 million non-brokered financing with a Panamanian Company named "Look Back Investments."  Under the terms of the financing, Look Back Investments received 6,500,000 shares as well as the option to buy 6,500,000 more at $.65 cents per share.  In an exhibit to the Form 8-K for the financing dated November 10, 2011, Liberty Silver disclosed that Look Back Investments is wholly owned and controlled by Genovese.

47.      As of the November 11, 2011 financing of $3.25 million through the Genovese's company, Look Back Investments, shares of Liberty Silver had already traded no less than $33 million on volume of 55 million shares. In other words, an owner (Genovese) of the undisclosed 48,400,000 shares could have liquidated, and upon information and belief did liquidate, tens of millions of dollars worth of shares, making $3,250,000 a small amount to reinvest.   Upon information and belief, Genovese directly or indirectly owned most, if not all, of the shares from the March 15, 2010, stock split.

48.      In a Liberty Silver press release issued on December 21, 2011, Defendant Tafuri, President and COO of Liberty Silver, stated:

> We are very pleased with the progress on the Trinity property. Our 43-101 Report indicates a property of merit that contains a defined silver resource, which could be expanded through further drilling. Our team has identified and confirmed multiple silver and gold targets not discussed in the 43-101 Report. With the funding in place, we expect to initiate additional geochemical and geophysical surveys in conjunction with an aggressive drilling campaign targeting both high priority exploration targets, and the extensions from the original pit. Given our geographical location, the quality of historical data, and our geological interpretations, we anticipate the planned programs could expand the current resources and help to define the potential for a profitable mine.

49.      On December 22, 2011, using the $3.25 million financing from Genovese through Look Back Investments, Liberty Silver was able to meet requirements for listing on the Toronto Stock Exchange (the "TSX"), even though Liberty Silver had 48,400,000 undisclosed free

trading shares purchased for $.0025 per share, which violated the rules of the TSX.  In addition, Liberty Silver somehow bypassed the advanced stage mineral development requirements of the TSX.  The false or misleading reports issued by Genovese and his accomplices misled the TSX to believe that the value of Liberty Silver was far greater than it actually was.  Regardless of these deficiencies, Liberty Silver obtained a listing on the TSX.  Once Liberty Silver was listed on the TSX, the 48,400,000 shares were treated differently as they were no longer looked at by brokers and banks as red flagged OTCBB shares (red flagged because a company with 48,400,000 undisclosed shares should not have been allowed on the exchange) - but were viewed as the more prestigious TSX shares.  More importantly, by obtaining a listing on the TSX, Liberty Silver appeared to the public as a reputable mining company instead of the pump and dump vessel that it was.

50.    In a further effort to leverage more shares, legitimize Liberty Silver, and drive the stock price higher, Genovese attempted to buy a more cash rich company.  On July 16, 2012, Liberty Silver announced that it would make a tender offer for Sennen Resources, a reputable TSX listed company with nearly $14 million in cash.  The proposed takeover would pay Sennen Resources investors with Liberty Silver stock in a ratio that would value Sennen Resources at its cash value ($14 million) and Liberty Silver at a completely unfounded, ridiculous, and artificial valuation of $48,000,000.

51.    Ian Rozier, CEO of Sennen Resources, opposed the merger and highlighted various red flags about Liberty Silver. The investors in Sennen voted to oppose the merger. Sennen's opinion of the offer by Liberty Silver was that "the offer had always been a hostile, derogatory and insulting one, which was utterly inadequate for shareholders….shareholders were justifiably outraged by what they considered to be continual harassment by Liberty."

52.    Ian Rozier stated "Liberty's Offer is an insult to the intelligence of Sennen Shareholders who understand that this is a clear case of the management and promoters of an OTC shell company with very little money and questionable assets trying to back their ludicrously overvalued paper into an established company with tangible assets-in this case Sennen and its treasury." He went on to highlight that Liberty Silver's stock was actually valued between $0.005 and $0.07 per share instead of the $.20 per share Liberty Silver claimed.

53.    From January 2012 to August 2012, Liberty Silver's stock trading volumes averaged about 42,000 shares per day. However, as soon as Genovese began his familiar fraudulent and manipulative scheme, volumes drastically increased in September and early October, averaging roughly 236,000 shares per day.

54.    On August 28, 2012, BG Capital, a wholly owned entity of Genovese, announced it had taken a position in Liberty Silver and stressed the potential of Liberty Silver and its Trinity Silver Project:

**BG Capital Group Taps into Liberty Silver Corp. Amidst forecast of "silver rush"**

PLANTATION, Fla., Aug. 28, 2012 /PRNewswire-iReach/ -- BG Capital Group, a venture capital and private equity firm with offices in South Florida, has announced an interest and investment in Liberty Silver Corp. (TSX: LSL, OTCBB: LBSV), an advanced stage junior silver mining company with potential resources of 120m silver equivalent ounces.

"We are confident that this newly discovered deposit located in the United States will yield a substantial supply of silver," said Bobby Genovese, CEO of BG Capital Group. "We anticipate a growing increase in the value of silver and prospect of this project given the limited supply in areas that can be safely mined."

The revival of this US supply source is good news for investors - and the national economy - as this project has the potential to not only provide a safe location to produce – but it is also expected to create more jobs. Today, silver production comes primarily from other countries that face challenges including violence and localized uprisings that have put mining to halts.

Liberty currently oversees approximately 24 million inferred ounces of silver equivalent resources located 23 miles from the renowned Coeur Rochester silver mine, known as the "Trinity" project, with an opportunity to become a low-cost, large-scale operation given the existing open pit mine on the property that produced 5m silver ounces in the late 1980s.

Historical drilling and production data, recent surveys and drilling results, as well as BG Capital's independent research reveals the property has potential resources of approximately 120m silver equivalent ounces between the Trinity property and the adjacent Hi Ho silver property of which Liberty recently entered into a mineral rights agreement with.

Liberty Silver Corp is an advanced stage junior mining company focused on developing its flagship property - the Trinity Silver Project - comprised of 10,600 acres including 5,700 acres of fee land and 240 unpatented mining claims. The Trinity property, previously mined and operated by US Borax, produced 5 million ounces of silver from 1.1 million tons of ore from its open pit oxide resource from 1987 to 1989; mining ceased when sulfide mineralization was encountered in the bottom of the pit and metal prices were too low to support mining the sulfide resource.

The Trinity Silver Project is located 25 miles northwest of Lovelock, Nevada (Pershing County) and shares its geographical location with major gold and silver producers including one of the largest silver mines in the United States, the Coeur Rochester silver mine, which produced 125 million ounces of silver from 1986 to 2010 and has an estimated 120 million silver ounces in reserves. The Company holds the right to earn a 70% interest in the Trinity Project from Renaissance Gold (TSXV: REN).

BG Capital Group is a venture capital and private equity firm that offers more than 20 years of investor relations experience, in-depth marketing and financial management. For more information, visit http://www.bgcapitalgroup.com/.

**Media Contact:** Stephanie Moore Profile Marketing & Public Relations, 5613061944, smoore@profilemarkpr.com.

News distributed by PR Newswire iReach: https://ireach.prnewswire.com/.

SOURCE BG Capital Group

55.     On September 27, 2012, The Midas Letter, a subscriber-driven private investment strategy newsletter published by James West, believed to have been paid by Genovese to publish false reports, reported the following about Liberty Silver:

**Liberty Silver Corp: High Beta to Silver and Fast Track to Production**
Friday, September 28, 2012 2:51

September 27, 2012 – The math is very straightforward with Liberty Silver's Trinity Project: 50 million ounces of silver at $30 per ounce minus cash costs of $15 per ounce equals US$750 million divided by 80 million shares outstanding equals $9.38 a share. Chop that in half for the sake of conservativeness, and you still get a price of $4.68 per common share outstanding. If they don't drill another hole.

Now this is obviously simplistic, non-43 101 compliant math and in no way should this be relied to come to an investment decision. But judging by trading in the company's shares, there is a lot of this kind of back-of-the-napkin calculation going on, and investors are apparently arriving at a similar conclusion. A major Wall Street firm is actively accumulating a position after visiting the property earlier this month.  Normally I don't try to chase a stock that gets up a head of steam like this, but after a second, more in-depth look at the company and its project, I decided to jump in.

There's a focused vision among management on one thing and one thing only: going into production.

The 50 million ounces is derived from a look at historical data and over 490 holes of historic drilling by U.S. Borax and Newmont mining. Just 25 kilometers to the south, Coeur d'Alene's Rochester mine has produced over 120 million ounces of silver. The addition of the Hi Ho Silver properties from Primus Resources adds substantially to the historic non-43-101 resource estimates, and Trinity's first drill program went a long way towards confirming that this historic data is accurate.

In the month of September so far, the company has traded over 20 million shares and doubled in value. Silver itself has traded in a similar trajectory, increasing in value by 35% since mid-summer, and outperforming gold smartly.

The most respected and experienced traders in precious metals fully expect the ratio of how many ounces of silver it takes to buy one ounce of gold to head towards 16:1 from its current level of over 50:1. That would imply a silver value of $110 per ounce.

If Liberty Silver shares continue to trade at such a high beta to the silver futures price, the premium being awarded Liberty Silver could be substantial. But the expectation of a higher silver price, and the rich nature of the mine, is only half the reason investors are ponying up for Liberty.

The key to understanding what all the excitement is about lies in the board of directors, the members of whom would not be out of place on a Fortune 500's board of directors.

**Management is Financial Firepower**

What sets Liberty Silver apart from every other TSX and Venture –listed firm is the caliber of the management and board of directors. And, when it comes to raising money to put a project into production, a team with deep pockets themselves – and more importantly, access to deep institutional pockets – is critical.

Starting with Chairman and CEO Geoffrey Browne, who was the head of private equity at Merrill Lynch Canada and is one of the founders and managing partners of MWI & Partners, a private equity firm. Prior to founding MWI & Partners, Mr. Browne was a senior executive at Canadian Imperial Bank of Commerce and CIBC Wood Gundy Inc. for over 20 years. He has managed more than $1 billion in merger, acquisition and private equity transactions. His experience includes overseeing CIBC's purchase of Wood Gundy and Pelmorex's acquisition of The Weather Network. Mr. Browne is currently a High Beta to Silver and a Fast Track to Production Midas Letter / September 24, 2012 2 director of Insight Sports, and the Alberta Enterprise Corporation, which oversees in excess of $100 million for early stage ventures.

Then there's the president, Bill Tafuri, with 40 years' of diverse mining and exploration experience. He worked major international mining companies including Getty Mining Co, Kennecott Corp., Santa Fe Pacific Gold Corp. and Kinross Gold Corp.

Paul Haggis, a Canadian business icon who is chairman of Canadian Pacific Railway Ltd., C.A. Bancorp Inc., a Canadian merchant bank and alternative asset manager, and Alberta Enterprise Corporation, a venture capital fund overseeing $100 million for early-stage ventures. He was previously, among other positions, president and CEO of OMERS, one of Canada's largest pension funds, and executive vice-president at Manulife Financial. Mr. Haggis was also a director of Canadian Tire Bank until March 2012, chairman of the audit committee at Advantage Energy of Calgary, director and audit committee chair of Prime Restaurants Inc., which was sold to Fairfax Financial Holdings Limited, and a trustee and chair of Royal Ontario Museum's finance committee. He also chairs the Insurance Corporation of British Columbia's investment committee for early-stage ventures. aye-aye and chair of Royal Ontario Museum's finance committee. He also chairs the Insurance Corporation of British Columbia's investment committee.

But more importantly is the fact that legendary entrepreneur Bobby Genovese, Chairman of BG Capital Group, has become one of the biggest, if not the biggest shareholder of Liberty Silver Corp. I was able to reach Bobby in the Bahamas this morning, where he confirmed rumours that his involvement are indeed factual.

"BG Capital Group is betting big on silver, and Liberty Silver Corp is our biggest bet," said the charismatic Genovese. "We see a rapid and straightforward path to production, and with SRK Consulting as our technical advisors, we demonstrate our commitment to using only top-tier talent to achieve our aggressive timelines."

BG Capital Group is a Barbados-based private investment firm with offices throughout North America and with assets totalling well over $200 million and projected revenues of just over $240 million per year from interests across resources, real estate and financial services.

**Trinity Silver Project**

The Trinity Project now consists of 4,200 hectares in Pershing County, Nevada, of the formerly producing Trinity Silver Mine. SRK Consulting has been retained to design the company's path to production, which, as can be seen from the slide below, contemplates a 2 year development cycle. Continuing exploration on the project is expected to add incrementally to the existing known resources, and a conceptual target of 120 million ounces of silver is envisioned.

Trinity Silver is a tertiary-aged, volcanic-hosted, epithermal deposit of sulfide veins and stockworks with widespread illitic alteration. The sulfide mineralogy includes pyrite, galena, sphalerite, arsenopyrite, silver-bearing tetrahedrite, pyrargyrite, and stannite. Mineralization is associated with rhyolites and high tin values of up to 0.05% in 5-ft (2 m) drill intervals make this an interesting possible analogue to the major silver deposits in Bolivia.

The possibility that porphyry copper-style mineralization occurs at depth is suggested by the strength of illitic alteration, in combination with a crude district-wide zonation that includes a central copper-rich zone, an intermediate base metal-rich zone, and a peripheral silver-rich zone. In plan view, only a portion of the concentric zoning pattern has been tested by drilling and a number of vein and porphyry targets exist at depth.

Liberty Silver recently completed the first phase of its 2012 drilling program. Eighteen vertical drill holes were completed to depths of up to 1,500 feet in rhyolite and underlying metasedimentry host rocks by reverse circulation for a total of 20,030 feet. Drilling tested parts of five geographic domains in the vicinity of the southern end the Trinity open pit momentum alert / liberty silver corp — 3 mine and the 43-101 Resource Area.

Sixteen holes intercepted sample intervals greater than 1 opt silver with grades as high as 15 ounces per ton of silver. Sulfide zone samples contain up to 1.7 % lead and 1.6 % zinc. Fast Track to Production The company's commitment to producing cash flow from production for its shareholders is evident in the retention of SRK Consulting Corp, who has produced a "fatal flaw" report that analyzes in depth the roadblocks to production.

The report concludes that there are no major hurdles, and, as evidenced by the graphic above, Trinity could be producing again in as little as 24 months. There are companies out there with bigger deposits, of course, but bigger deposits tend to require larger capital expenditures and take more time to get up and running. Since the Trinity project includes a past-producing mine, and also since its in the mining center of the universe in Nevada, there is advanced infrastructure present

that precludes the requirement for investment in roads, power and water, that would encumber projects in more exotic locales.

Large capex budgets are harder to source in the current climate of uncertainty as well. And of increasing importance to investors, there is no political risk associated with a mine in the heart of the United States. With the current conditions of weak employment throughout America, there will be a lot interest in seeing this mine go into production. This report is presented for information purposes only and is in no way to be construed or interpreted as a recommendation to buy or sell any security.

*The author is a shareholder of the company and as such must be considered biased. Information is presented on an "as is" basis, and though all efforts have been made to ensure accuracy, no warranty of same is expressed or implied. Readers are cautioned to conduct their own due diligence and to consult the advice of a registered securities professional before making any investment decision.*

Midas Letter is a subscriber driven private investment strategy newsletter covering resources, energy and real estate. Learn more at http://beforeitsnews.com/r2/?url=http://www.midasletter.com/subscribe.

56.     On the same day, BG Capital issued a press release touting Liberty Silver and

Genovese and emphasizing West's report in the Midas Letter:

**Liberty Silver Doubles in Value and Trades over $20 Million Shares in September**
September 27, 2012 04:44 PM Eastern Daylight Time

PLANTATION, Fla.--(BUSINESS WIRE)--Renowned and respected investment advisor and founder of Midas Letter (http://cts.businesswire.com/ct/ CT?id=smartlink&url=http%3A%2F%2Fwww.midasletter.com&esheet=504230 94&lan=en-S&anchor=www.midasletter.com&index=1&md5=32e2aebea19e5cd 19035d3d8a7a52562), a subscriber-driven private investment strategy newsletter, James West, has recently reported his overview of the Trinity Silver Project, a Liberty Silver Corp. (TSX: LSL) (OTCBB: LBSV) endeavor.

"Caliber of management and Board of directors"

The Trinity Silver Project is located 25 miles northwest of Lovelock, Nevada (Pershing County) and shares its geographical location with major gold and silver producers including one of the largest silver mines in the United States, the Rochester silver mine owned by Coeur d'Alene Mines Corporation, which produced 125 million ounces of silver from 1986 to 2010 and has an estimated 120 million silver ounces in reserves.

As reported by West at http://cts.businesswire.com/ct/CT?id=smartlink &url=http%3A%2F%2Fwww.midasletter.com&esheet=50423094&lan=en-US& anchor=www.midasletter.com&index=2&md5=9f48c60cf7b83f1ca556822b1d6e 338e, "In the month of September so far, the company has traded over 20 million shares and doubled in value. Silver itself has traded in a similar trajectory, increasing in value by 35% since mid-summer, and outperforming gold smartly. The most respected and experienced traders in precious metals fully expect the ratio of how many ounces of silver it takes to buy one ounce of gold to head towards 16:1 from its current level of over 50:1. That would imply a silver value of $110 per ounce.

"If Liberty Silver shares continue to trade at such a high beta to the silver futures price, the premium being awarded Liberty Silver could be substantial," adds West.

Liberty Silver Corp is an advanced stage junior silver mining company focused on developing its flagship property – the Trinity Silver Project – comprised of 10,600 acres including 5,700 acres of fee land and 240 unpatented mining claims. The Trinity property, previously mined and operated by US Borax, produced 5 million ounces of silver from 1.1 million tons of ore from its open pit oxide resource from 1987 to 1989; mining ceased when sulfide mineralization was encountered in the bottom of the pit and metal prices were too low to support mining the sulfide resource.

Historical drilling and production data, recent surveys and drilling results, as well as independent research reveals the property has potential resources of approximately 120m silver equivalent ounces between the Trinity property and the adjacent Hi Ho silver property of which Liberty recently entered into a mineral rights agreement with.

West cites Liberty Silver's "caliber of management and board of directors" as a key to the project's success with leadership from Geoffrey Brown, Chairman & CEO, former head of private equity at Merrill Lynch Canada; Bill Tafuri, President, bringing 40 years of diverse mining and exploration experience with such companies as Getty Mining Co., Kennecott Corp. and Santa Fe Pacific Gold Corp.; Paul Haggis, an icon in Canadian business circles as Chairman of Canadian Pacific Railway Ltd, C.A. Bancorp Inc., a Canadian merchant bank and alternative asset manager and Alberta Enterprise Corporation, a venture capital fund overseeing $100 million for early-stage ventures; and the backing of legendary entrepreneur Bobby Genovese, Chairman of BG Capital Group (a venture capital and private equity firm based in Barbados with offices throughout North America with assets of more than $200 million) as one of the biggest shareholders of Liberty Silver Corp. For more information on BG Capital Group visit:

http://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.bg
cpcapitalgroup.com&esheet=50423094&lan=en-US&anchor=www.bgcpcapital
group.com&index=3&md5=13d9a03a49d631a650f53572b4d839a6.

James West is the portfolio advisor to the Midas Letter Opportunity Fund and an
investment advisor to institutional investors and high net worth family offices
with expertise in investing in commodities, real estate and energy, and providing
access to early stage opportunities to public companies who explore for and
produce such commodities. He has spent more than 20 years working in
capacities such as corporate finance advisor, corporate development officer,
investor relations officer, media relations and business development officer for
companies involved in mining, oil and gas, alternative fuels, healthcare, internet
technology, transportation, manufacturing, and housing construction. His website,
http://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.mid
asletter.com&esheet=50423094&lan=en-S&anchor=www.midasletter.com&index
=4&md5=db093ca5ce8f2750c100eecb1ab57e05, receives more than 30,000
unique visits per month.

**Contacts:**  BG Capital, Joanne Polin, 561-350-8784, or Hillary Reynolds, 954-
815-1186

57.    On September 20, 2012, at exactly 11:43:52 AM EST, 6,600,000 shares of

Liberty Silver changed hands at $1.31 per share. This block of stock represented over 8% of the

shares outstanding and was the single largest trade in the history of the stock.  Sterne Agee &

Leech, an asset management company and clearinghouse for John Thomas Financial, purchased

the 6,600,000 shares of Liberty Silver, and it was only later discovered that BG Capital, owned

and controlled by Genovese, sold those shares.

58.    At numerous times throughout the pump and dump scheme perpetrated by

Genovese, Genovese flew his private leer jet to New York, to visit with John Thomas Financial

founder Anastasios Belesis ("Belesis"), as well as flying Belesis to the Bahamas where, upon

information and belief, Belesis accepted $2,500,000 from Genovese to heavily sell John Thomas

Financial owned Liberty Silver stock, to the detriment of the investing public.

59.    Belesis, using John Thomas Financial, strongly pushed sales for other companies

owned by Genovese, such as America West, Neptune Society, and Liberty Silver.  Using his

position in John Thomas Financial, Belesis bought and sold large portions of firm ownership in companies owned be Genovese (America West, Neptune Society, and Liberty Silver), while failing to execute client orders to sell the same stock.  Of the fifteen sell orders that John Thomas Financial received in one day, only one was actually executed.  FINRA has made a preliminary decision to discipline Belesis for his actions in connection with Genovese's fraud, and possibly charge Belesis for deception to inflate stock prices. The SEC and the FBI are also investigating Belesis.

60.     Genovese used Belesis and John Thomas Financial to artificially inflate stock prices by having Belesis order the John Thomas Financial "boiler room" to buy and sell large quantities of stock in companies wholly owned by Genovese.  After the stock prices were artificially inflated, Genovese directed Belesis to heavily sell the stocks, with Genovese making a large profit while the investing public sustained huge losses.    Belesis gave priority to selling the stock owned by Genovese and the stock owned by John Thomas Financial, ignoring other clients' demands to sell the same stock, in order for Genovese and Belesis to ensure their own profit.

**TRUTH IS REVEALED**

61.     On Friday, October 5, 2012, the SEC Division of Enforcement halted trading on shares of Liberty Silver Corp. for a period of nearly two weeks resulting in the issuer being downgraded to the Grey Market pursuant to rule 15c2-11.  According to the SEC, the reasons for the halt were "a lack of current and accurate information about the company concerning, among other things, the control of its stock, its market price, and trading in the stock."

62.     Only after the SEC halted trading and investigations began did the following information become clear:

- Only after investigation of the purchasers in the April 1, 2008, Offering by Lincoln Mining (later Liberty Silver) is it readily known that Marnie Markin is the wife of Matthew Markin (CEO of American Lithium Minerals) and the sister in-law of Marco Markin (CEO of BG Capital and Neptune Society).  Also, Tiffeni Aliece Graves was Marnie Markin's next door neighbor.

- The Trinity deposit is not economic — its 43-101 includes only inferred ounces, and no feasibility study, prefeasibility study or preliminary economic assessment has been performed on the property. A 43-101 is a national instrument for the *Standards of Disclosure for Mineral Projects* within Canada.  Yet, even on the Liberty Silver website, in tiny print at the bottom, in the disclaimer page it states, "Inferred Mineral Resources must be excluded from estimates forming the basis of feasibility or other economic studies."

- With regard to the ownership of the Trinity project, Liberty Silver has not yet fulfilled the necessary obligations to earn a 70% interest in the Trinity project. According to an Oct. 16, 2011 Liberty Silver news release, the Company has fulfilled only 85% of the required $5 million to earn 70%.

- Genovese employed the use of Midas Letter to pump up Liberty Silver's stock value, doubling the value of the stock in two months.

- On September 20, 2012 BG Capital sold 6,600,000 shares to Sterne, Agee & Leech, at a unit price of $1.31 a share.  BG Capital acquired those shares only two days before from Outlook Investments Inc., another firm controlled by Genovese.

- The September 20, 2012 sale of 6,600,00 shares of Liberty Silver was fraudulently induced by Belesis, using John Thomas Financial, on behalf of Genovese.

- In total, BG Capital and Outlook Investments Ltd. reduced their Liberty holdings by more than eight million shares between the start of the promotional campaign and the trading halt.

- On October 19, 2012, Liberty Silver issued a press release attempting to distance the Company from Genovese, stating "The Company advises the investment community that it has never provided any form of compensation to a newsletter writer or anyone else for investment research or to recommend investment in the Company's shares. The Company also advises that it has no contractual or other relationship with Mr. Robert Genovese, BG Capital Group or any other company owned or controlled by Genovese (the "Genovese Companies") other than a subscription to a private placement in November 2011."

- Between BG Capital, Outlook Investments Inc., and Look Back Investments Inc., Genovese's reported Liberty Silver holdings amounted to approximately 8.6 million shares, or more than 10% of the total.

- In December 2012, Genovese filed a document with Canadian regulators that show he made more than 250 transactions involving Liberty Silver shares since late 2011.

63.    On December 12, 2012, the Financial Post reported on the profits Genovese and Genovese controlled entities had taken during the run-up of Liberty Silver's stock price and prior to the halt in trading of Liberty Silver shares:

**Bobby Genovese profited ahead of Liberty Silver halt, filing reveals:**

Penny-stock promoter Bobby Genovese cashed in a big profit on shares of Liberty Silver Corp. before they were halted by regulators in October, a filing shows.

Late Thursday, Mr. Genovese filed a document with regulators that show he has made more than 250 transactions involving Liberty Silver shares since late 2011 (shortly before it listed on the Toronto Stock Exchange). The regulatory filing can now be viewed on SEDI (or at Inca Kola News, which first noted it).

Liberty was a little-known junior miner until August, when Mr. Genovese (better known as "Bobby G") and a group of newsletter writers began a heavy promotional campaign around the stock. Over the next five weeks, the shares soared from 70¢ to a high of $1.58. The move alarmed regulators on both sides of the border, who suspended trading on Oct. 5.

Mr. Genovese was steadily accumulating shares both before and during the promotional campaign. But after the campaign started, he sold large quantities at elevated prices.

The most eye-opening trade occurred on Sept. 20, when his firm, BG Capital Group Ltd., sold 6.6 million shares at a unit price of US$1.31, far above the price where most of them were purchased. In the two days prior to that sale, BG took control of 6.6 million shares that appeared to come from Outlook Investments Inc., a separate firm under Mr. Genovese's control.

In total, BG and Outlook reduced their Liberty holdings by more than eight million shares between the start of the promotional campaign and the trading halt.

A spokesman for Liberty Silver said the miner was just made aware of Mr. Genovese's filing and plans to review it. The company had no other immediate comment.

Between BG, Outlook and another entity called Lookback Investments Inc., Mr. Genovese's reported Liberty holdings amount to approximately 8.6 million shares, or more than 10% of the total.

Before listing on the TSX, Liberty Silver issued almost 70 million shares for fractions of a penny each, and there have been anonymous allegations that Mr. Genovese has undisclosed control over tens of millions of them.

It is not clear why Mr. Genovese waited so long to make the transactions public. Some of them are more than a year old.

While the TSX lifted its trading halt after two weeks, Liberty shares have been removed from trading on the OTC Bulletin Board, and can only be bought and sold on the grey market in the United States. The stock fell below 50¢ shortly after the halt ended.

"When shares of junior miner Liberty Silver Corp. took off over the summer, investors and regulators on both sides of the border were concerned about the activities of penny stock promoter Bobby Genovese. He and other newsletter writers were aggressively pumping the stock, which more than doubled in a matter of weeks before being halted.

On Thursday evening, Mr. Genovese's Liberty Silver trades were made public in a regulatory filing, which can now be viewed on SEDI. The trades show that Mr. Genovese and his associated companies were aggressively buying the stock throughout late 2011 and 2012, and unloaded a huge quantity in September after it ran up.

http://business.financialpost.com/2012/12/28/bobby-gs-liberty-silver-trades-revealed/.

The most eye-opening trade occurred on Sept. 20th, when Mr. Genovese's firm BG Capital Group Ltd. **sold 6.6 million shares at a unit price of US$1.31**. In the two days prior to that sale, BG took control of 6.6 million shares that appeared to come from Outlook Investments Inc., a separate firm under Mr. Genovese's control.

This observer **REALLY** has to wonder how these career turds **CONTINUE** to be successful career turds in perpetuity.  I mean damn.

64.    In summary, Genovese employed the use of buying and selling massive blocks of Liberty Silver stock, fabricated newsletters, false and misleading reports, and deceitful offerings to other companies, using nominees and offshore companies to purchase stock on his behalf, all so that Genovese could make huge profits while leaving investors in financial ruin.

65.    Aiding Genovese in this fraudulent and malevolent scheme were Marnie Markin and Tiffeni Aleice Graves (who are believed to have purchased Liberty Silver stock on Genovese's behalf), the numerous offshore shell companies wholly owned and/or controlled by Genovese, Stephen Cook (Genovese's hype man, Cook provides false information to pump up the stock, and adds another level of control that Genovese exerts on each company) and Belesis

(who used John Thomas Financial to push Genovese owned companies on the investing public, including Liberty Silver, with full knowledge of the fraudulent scheme).  Browne, who was Chairman of the Board and CEO of Liberty Silver, and Tafuri who was President, Chief Operating Officer, and a director of Liberty Silver, were either culpably reckless, or were willing participants in Genovese's malicious scam involving Liberty Silver.  At no time did Browne, Tafuri or Liberty Silver warn its investors about Genovese's fraudulent history, nor did they countermand any of Genovese's ridiculous claims regarding the Company or its future prospects.

<u>**CLASS ACTION ALLEGATIONS**</u>

66.     Plaintiff brings this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3) on behalf of all those who purchased or otherwise acquired Liberty Silver common stock from February 10, 2010 through and including October 5, 2012. This action also alleges claims on behalf of members of the Class that purchased or otherwise acquired Liberty Silver common stock during the Class Period. Excluded from the Class are Defendants herein, members of the immediate family of each of the Defendants, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any of the Defendants, and the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party.

67.     The members of the Class are located in geographically diverse areas and are so numerous that joinder of all members is impracticable. Throughout the Class Period, Liberty Silver securities were actively traded on the TSX and OTCBB. Although the exact number of Class members is unknown at this time and can only be ascertained through appropriate discovery, Plaintiff believes there are thousands of members of the Class who traded the Liberty Silver's common stock during the Class Period.

68.     Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class. Among the questions of law and fact common to the Class are:

a.      Whether Defendants violated federal securities laws based upon the facts alleged herein;

b.      Whether Defendants omitted or misrepresented material facts about Liberty Silver, its business and its management;

c.      Whether Defendants acted knowingly or recklessly in manipulating the market for Liberty Silver securities;

d.      Whether the prices of Liberty Silver securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

e.      Whether the members of the Class have sustained damages and, if so, the proper measure of damages.

69.     Plaintiff's claims are typical of the claims of the members of the Class as Plaintiff and members of the Class sustained damages arising out of Defendants' wrongful conduct in violation of federal securities laws as complained of herein.

70.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to, or in conflict with, those of the Class.

71.     A class action is superior to alternative methods for the fair and efficient adjudication of this controversy since joinder of all members of this Class is impracticable. Furthermore, because the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for the Class members

individually to redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

72.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine and/or *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972) in that:

a.      Defendants manipulated Liberty Silver stock prices;

b.      Liberty Silver securities are traded in an efficient market;

c.      the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

d.      the Company traded on the TSX and OTCBB, and was covered by multiple analysts;

e.      the manipulation alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

f.      Plaintiff and members of the Class purchased, acquired and/or sold Liberty Silver securities between the time the Defendants failed to disclose or misrepresented material facts and otherwise engaged in market manipulation and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts or the market manipulation scheme.

73.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

## ADDITIONAL SCIENTER ALLEGATIONS

74.     The Defendants knew and/or recklessly disregarded the falsity and misleading nature of the information that they caused to be disseminated to the investing public. The ongoing fraudulent scheme described herein could not have been perpetrated over a substantial

period of time without the knowledge and complicity of the personnel at the highest level of Liberty Silver, including Defendants. The Defendants were motivated to materially misrepresent and manipulate the true nature of the Liberty Silver's business, operations, ownership, and financial affairs to the public and regulators in order to keep Liberty Silver's share price artificially high.

75.     Further, Genovese has effected the pump and dump scheme upon numerous previous companies, even continuing in his actions in other companies after the halt of Liberty Silver trading.  He has deliberately used nefarious, fraudulent, and manipulative means to further his own goals at the expense of the investors in the companies he has scammed.  He willfully and intentionally manipulated stock prices using emails, newsletters, and other mediums, to drive the price of Liberty Silver stock up while at the same time dumping his own stock on unknowing investors.

76.     Browne was the Chairman of the Board for Liberty Silver, as well as the CEO of the Company.  Tafuri was President, Chief Operating Officer, and a director of the Company. Through any investigation whatsoever into the nature of Genovese's involvement in previous companies, Browne and Tafuri could, and should have been able to prevent the fraudulent acts from taking place.  Instead, Browne and Tafuri acted in their own best interest, violating the federal securities laws, by allowing Genovese to use Liberty Silver as a vessel for his fraud. Browne and Tafuri, either knowingly or recklessly, permitted Genovese and his associates to mislead investors into purchasing Liberty Silver stock at artificially inflated prices.  As Chairman of the Board and CEO, Browne, and as President and Chief Operating Officer, Tafuri, could not have been unaware that Genovese was behind the November 11, 2011 financing, as well as Genovese's ownership, directly and indirectly, in Liberty Silver.

**LOSS CAUSATION / ECONOMIC LOSS**

77.     During the Class Period, as detailed herein, the Individual Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated Liberty Silver's common stock price, and operated as a fraud or deceit on acquirers of Liberty Silver's common stock. As detailed above, when the truth about Liberty Silver's financial situation, and ownership or control, was revealed, Liberty Silver's common stock declined as the prior artificial inflation came out of its common stock price. That decline in Liberty Silver's common stock price was a direct result of the nature and extent of the fraud finally being revealed to investors and the market. The timing and magnitude of the common stock price decline negates any inference that the loss suffered by Plaintiff and other members of the Class was caused by changed market conditions, macroeconomic or industry factors or Liberty Silver-specific facts unrelated to the fraudulent conduct. The economic loss, *i.e.*, damages, suffered by the Plaintiff and other Class members was a direct result of the fraudulent scheme to artificially inflate Liberty Silver's common stock price and the subsequent significant decline in the value of Liberty Silver's common stock when the prior misrepresentations and other fraudulent conduct were revealed.

78.     At all times relevant, Defendants' materially false and misleading statements or omissions or manipulative devices alleged herein directly or proximately caused the damages suffered by the Plaintiff and other Class members. Those statements were materially false and misleading because they failed to disclose a true and accurate picture of Liberty Silver's business, operations and financial condition, as alleged herein. Throughout the Class Period, Defendants publicly issued materially false and misleading statements and omitted material facts necessary to make Defendants' statements not false or misleading, causing Liberty Silver's common stock price to be artificially inflated. Plaintiff and other Class members purchased

Liberty Silver's common stock at those artificially inflated prices, causing them to suffer the damages complained of herein.

## NO SAFE HARBOR

79.     The statutory safe harbor under the Private Securities Litigation Reform Act of which applies to forward-looking statements under certain circumstances, does not apply to any of the allegedly false and misleading statements pled in this complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward-looking, they were not adequately identified as "forward-looking statements" when made, and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor is intended to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because, at the time each of those forward-looking statements was made, the particular speaker had actual knowledge that the particular forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized and/or approved by an executive officer of Liberty Silver who knew that those statements were false, misleading or omitted necessary information when they were made.

## COUNT I

### (Violations of Section 10(b) and Rule 10b-5 Promulgated Thereunder Against All Defendants)

80.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

81.     This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

82.     Pursuant to the above plan, scheme, conspiracy, course of conduct, and manipulation, each of these Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Liberty Silver's securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Liberty Silver's finances and business prospects.

83.     By virtue of their positions at Liberty Silver, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, these defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to these defendants. Such acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

84.     Information showing that these defendants acted knowingly or with reckless disregard for the truth is within these defendants' knowledge and control. As the officers, owners and/or directors of Liberty Silver, Defendants had knowledge of the details of Liberty Silver's affairs.

85.     Defendants are liable both directly and indirectly for the wrongs complained of herein. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, and market manipulation, the market price of Liberty Silver's

securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Liberty Silver's business and financial condition which were concealed by these defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Liberty Silver's securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by these defendants, and were damaged thereby.

86.     During the Class Period, Liberty Silver's securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which these defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of the Liberty Silver's securities at prices artificially inflated by these defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired such securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Liberty Silver's securities was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of the Liberty Silver's securities declined upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

87.     By reason of the foregoing, Defendants knowingly or recklessly, directly or indirectly violated Section 10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder in that they: (a) employed devices, schemes and artifices to defraud; (b) failed to disclose material information; or (c) engaged in acts, practices and a course of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class in connection with their purchases of Liberty Silver common stock during the Class Period.

88.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of Liberty Silver's securities during the Class Period, upon the disclosure that Liberty Silver had been disseminating materially false and misleading information to the investing public, and had been manipulating the price of Liberty Silver stock.

## COUNT II

### (Violations of Section 20(a) of the Exchange Act Against Defendants Browne, Tafuri and Genovese)

89.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

90.     During the Class Period, Defendants Browne and Tafuri participated in the operation and management of Liberty Silver, and conducted and participated, directly and indirectly, in the conduct of Liberty Silver's business affairs and Defendant Genovese participated in the management of BG Capital and Look back Investments. Because of their senior positions, they knew the adverse non-public information about Liberty Silver's business prospects and financial condition.

91.     As officers, directors, and/or major owners of a publicly owned company, Defendants Browne, Tafuri and Genovese had a duty to disseminate accurate and truthful information with respect to Liberty Silver's business prospects, financial condition, and results of operations, and to correct promptly any public statements issued by Liberty Silver which had become materially false or misleading.

92.     Because of their positions of control and authority as senior officers, and/or major owners, Defendants Browne, Tafuri and Genovese were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the

marketplace during the Class Period concerning Liberty Silver's operations. Throughout the Class Period, these Defendants exercised their power and authority to cause the Liberty Silver and/or BG Capital or Look Back Investments to engage in the wrongful acts complained of herein. Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Liberty Silver securities.

93.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Liberty Silver.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on his own behalf and on behalf of the Class, prays for judgment as follows:

A.    Determining this action to be a proper class action and certifying Plaintiff as class representative under Rule 23 of the Federal Rules of Civil Procedure;

B.    Awarding compensatory damages in favor of Plaintiff and the other members of the Class against all Defendants, jointly and severally, for the damages sustained as a result of the wrongdoings of Defendants, together with interest thereon;

C.    Awarding Plaintiff the fees and expenses incurred in this action including reasonable allowance of fees for Plaintiff's attorneys and experts; and

D.    Granting such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

      Plaintiff hereby demands a trial by jury.

Dated:  September 27, 2013               Respectfully submitted,

                                  /s/ Gary S. Menzer
                            Gary S. Menzer (Florida Bar No. 60386)
                            gmenzer@menzerhill.com
                            **MENZER & HILL, PA**
                            2200 NW Corporate Blvd., Suite 406
                            Boca Raton, FL 33431
                            Telephone:  (561) 327-7207
                            Facsimile:  (561) 431-4611

                            William B. Federman
                            wbf@federmanlaw.com
                            **FEDERMAN & SHERWOOD**
                            10205 North Pennsylvania Ave.
                            Oklahoma City, OK 73120
                            Telephone:  (405) 235-1560
                            Facsimile: (405) 239-2112

                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Class Action Complaint was served by the CM/ECF Filing System on September 27, 2013, on all counsel or parties of record as follows:

**SERVICE LIST**

Defense Counsel Not Established at this Time.

_____/s/ Gary S. Menzer_____

Gary S. Menzer