UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. AND LIBERTY
SILVER CORPORATION,

    Defendants.
_____/

## JOINT MOTION REGARDING TIME

Plaintiff TODD STANAFORD, on behalf of a putative class (the "Plaintiff"), and Defendants, Robert Donald Bruce Genovese, BG Capital Group Ltd. and Look Back Investments, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, having agreed as follows, hereby respectfully move the Court for an Order approving this joint motion (the "Joint Motion"). In support thereof, the Parties state as follows:

1) On March 24, 2014, Plaintiff filed a Second Amended Complaint in accordance with the Court's Order dated January 21, 2014 (Doc. No. 45).

2) On April 10, 2014, the Parties filed a Joint Motion Regarding Service and Time in which the Defendants accepted and/or acknowledged service and the Parties agreed that the Defendants

would have forty-five (45) days in which to move, answer, or otherwise respond (including filing a motion to dismiss) to the then-pending complaint (Doc. No. 53).

3) On April 11, 2014, this Court entered and Order granting the Joint Motion Regarding Service and Time (Doc. No 57).

4) On May 6, 2014, Plaintiff informed Defendants that Plaintiff intends to file a Motion to Amend the pending complaint (the "Motion to Amend"), and to serve a Third Amended Complaint in this proceeding. The Defendants did not oppose the Motion to Amend.

5) As of this filing date, Plaintiffs have not yet filed the Motion to Amend and the proposed Third Amended Complaint but intend to do so by May 30, 2014. Under the current briefing schedule, Defendant's motion to dismiss is due on May 27, 2014.

6) Because Defendants consented to the anticipated Motion to Amend and the Parties agreed, in good faith, to amend the briefing schedule in anticipation of that filing, Defendants delayed preparation of their motion to dismiss. To ensure that Defendants are not unduly prejudiced by having delayed preparation of their motion to dismiss in anticipation of the Motion to Amend, the Parties have agreed that the time in which the Defendants shall have to move, answer, or otherwise respond (including filing a motion to dismiss) to the pending complaint shall be on or before forty-five (45) days from either 1) the entry of the Order by the Court in ruling on this Joint Motion, or 2) the entry of the Order by the Court granting or denying the anticipated Motion to Amend, whichever is later.

7) Accordingly, the Parties hereby respectfully request that the Court enter an Order directing that:

a) Defendants Robert Genovese, B.G. Capital and Look Back Investments, Inc. shall move, answer, or otherwise respond (including filing a motion to dismiss) to the then-pending complaint on or before forty-five (45) days from either 1) the date the Court rules on this Joint Motion, or 2) the date the Court rules and enters an Order granting or denying Plaintiff's anticipated Motion to Amend, whichever is later (the "Time Period");

b) Plaintiffs shall have forty-five (45) days subsequent to the filing by Defendants to file an Opposition to any motion filed; and

c) Defendants shall have twenty-one (21) days subsequent to the filing of an Opposition in which to file a Reply.

8) District Courts have broad discretion in managing their cases. *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Johnson v. Bd. of Rents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

9) This extension of time is being sought in good faith and to avoid undue prejudice to the Defendants, not for purposes of delay.

10) A Proposed Form of Order is attached for the convenience of the Court.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion Regarding Service and Time.

Respectfully submitted,

RASKIN & RASKIN, P.A.
866 S. Dixie Highway
Coral Gables, Florida 33146
Telephone: (305) 444-3400
E-mail: mraskin@raskinlaw.com

By: _____
MARTIN R. RASKIN
Florida Bar No. 0315206

MENZER & HILL, P.A.
2200 NW Corporate Blvd, Suite 406
Boca Raton, FL 33431
Telephone: (561) 327-7207
Email: gmenzer@menzerhill.com

By: _____
Gary S. Menzer
Florida Bar No. 60386

DORSEY & WHITNEY LLP
1801 K Street, N. W., Suite 750
Washington, D. C. 20006
Telephone: 202-442-3000
Email: Gorman.tom@dorsey.com

By: _____
Thomas O. Gorman (Pro Hac Vice)

FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (4095) 235-1560
Email: wbf@federmanlaw.com

By: _____
William B. Federman (Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_____
MARTIN R. RASKIN
Florida Bar No. 0315206

4