UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY SILVER
CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

## MOTION FOR LEAVE TO EXCEED
## PAGE LIMIT ESTABLISHED BY LOCAL RULE 7.1(C)(2)

Defendants, Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook Investments, Inc. (collectively the "BG Capital Defendants"), by and through undersigned counsel, hereby move for leave to exceed the page limit established by Local Rule 7.1(C)(2) with respect to the BG Capital Defendants' forthcoming consolidated motion to dismiss and memorandum of law seeking the dismissal of the claims asserted against them in Plaintiffs' Third Amended Consolidated Class Action Complaint (the "Third Amended Complaint") (Doc. No. 88).  In support thereof, the BG Capital Defendants state as follows:

    1.    On August 4, 2014, Plaintiffs filed a Third Amended Complaint which asserts claims, *inter alia*, against all four BG Capital Defendants and involves a wide variety of complex legal issues spanning 78 pages, exclusive of the exhibits referenced therein.  The Third Amended

Complaint is 23 pages longer than Plaintiffs' Second Amended Complaint and added Outlook Investments, Inc. as a defendant to this proceeding for the first time.

2. Due to the consolidated nature of the BG Capital Defendants' forthcoming MTD, the complexity of the issues raised in the 78 pages of Plaintiffs' Third Amended Complaint, and also that the BG Capital MTD must address claims asserted against four separate parties, the BG Capital Defendants respectfully request leave of the Court granting permission for the BG Capital Defendants to exceed the page limit established by Local Rule 7(C)(2), not to exceed a total of fifty (50) pages for the BG Capital Defendants' consolidated legal memorandum.

3. On September 23, 2014, this Court entered an Endorsed Order granting the three Liberty Silver Defendants leave to exceed the page limits in the Liberty Silver Defendants' forthcoming motion to dismiss Plaintiffs' Third Amended Complaint, enlarging their page limit to 40 pages (Doc. No. 96). In order for the BG Capital Defendants to address the issues raised within the Third Amended Complaint with respect to four separate parties, all of whom have different interests, the BG Capital Defendants require a somewhat greater enlargement of the page limits relative to that granted to the three Liberty Silver Defendants.

4. The BG Capital Defendants are informed that the Liberty Silver Defendants will not oppose this motion. Plaintiffs do oppose this motion.

5. This motion is made in good faith and is intended to serve the interests of judicial economy.

6. District Courts have broad discretion in managing their cases. *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Johnson v. Bd. of Rents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

7. A Proposed Form of Order is attached for the convenience of the Court.

WHEREFORE, for the foregoing reasons, the BG Capital Defendants respectfully request that this Court enter an order granting the BG Capital Defendants leave to file a memorandum of law not to exceed fifty (50) pages.

Respectfully submitted on September 23, 2014,

| | |
|---|---|
| DORSEY & WHITNEY LLP | RASKIN & RASKIN, P.A. |
| 1801 K Street, N. W., Suite 750 | 866 S. Dixie Highway |
| Washington, D. C.  20006 | Coral Gables, Florida 33146 |
| Telephone:  202-442-3000 | Telephone (305) 444-3400 |
| Email: Gorman.tom@dorsey.com | E-mail: mraskin@raskinlaw.com |
| By:   /s/Thomas O. Gorman | By: /s/ Martin R. Raskin |
|        Thomas O. Gorman (Pro Hac Vice) |        Martin R. Raskin |
| |        Florida Bar No. 0315206 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Martin R. Raskin*
Martin R. Raskin
Florida Bar No. 0315206