**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:13-cv-80923-KLR**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

                  Plaintiff,

     v.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC., OUTLOOK
INVESTMENTS, INC., AND LIBERTY
SILVER CORPORATION,

                  Defendants.

**PLAINTIFFS' RESPONSE IN OPPOSITION TO**
**BG CAPITAL DEFENDANTS' MOTION TO EXCEED**
**PAGE LIMIT ESTABLISHED BY LOCAL RULE 7.1(C)(2)**

       Plaintiffs Todd Stanaford and Philip Hobley ("Plaintiffs"), by and through their

undersigned counsel, submit this Opposition to the Motion of Defendants Robert Donald

Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook

Investments, Inc. (collectively the "BG Capital Defendants") to Exceed Page Limit

Established by Local Rule 7.1(C)(2).   In support of this opposition, Plaintiffs show the

Court as follows:

       1.        On August 4, 2014, Plaintiffs filed a Third Amended Complaint (Doc. No.

88), stating claims against BG Capital Defendants and Defendants Liberty Silver

Corporation, William Tafuri, and Geoffrey Browne (collectively the "Liberty Silver

Defendants") for alleged violations of the Securities Exchange Act of 1934 (the "Exchange Act"). The Third Amended Complaint is 78 pages in length.

2.     On September 23, 2014, the BG Capital Defendants filed a motion requesting leave to file a brief in support of their motion to dismiss in excess of twenty (20) pages, as allowed by Local Rule 7.1(C)(2). Defendants request leave to file a brief not to exceed fifty (50) pages.

3.     Prior to the filing of the BG Capital's motion, Plaintiffs expressed, and still maintain, that they have no objection to the BG Capital Defendants being allowed forty (40) pages for their motion to dismiss. This is the same relief that Plaintiffs agreed to allow Liberty Silver Defendants for their motion to dismiss, and it is the relief the Court granted (Doc. No. 96).

4.     The defenses of the four BG Capital Defendants will be substantially similar and do not merit the extraordinary relief sought by Defendants. Indeed, review of the Third Amended Complaint shows that all of the BG Capital Defendants are owned and controlled by the same individual, Robert Genovese, and all BG Capital Defendants are alleged to have partaken in the same unified conduct. (*See, e.g.,* Third Amended Complaint at ¶¶ 4, 11-14, 88, 120).

5.     In any event, whether the Court allows BG Capital Defendants fifty (50) pages for their motion to dismiss or whether the Court allows a reduced page extension, Plaintiffs would request the same page enlargement for their response.

6.     This opposition is made in good faith and is intended to serve the interests of judicial economy.

Accordingly, Plaintiffs respectfully request that this Court enter an order: (i) denying the BG Capital Defendants' request to file a motion to dismiss not to exceed fifty (50) pages; (ii) granting the BG Capital Defendants leave to file a motion to dismiss not to exceed forty (40) pages; and (iii) awarding Plaintiffs the same page enlargement for their response that is awarded to BG Capital Defendants.

Dated:  October 1, 2014                    Respectfully submitted,

/s/ Gary S. Menzer
Gary S. Menzer (Florida Bar No. 60386)
gmenzer@menzerhill.com
**MENZER & HILL, PA**
7280 W. Palmetto Park, Suite 301-N
Boca Raton, FL 33433
Telephone:  (561) 327-7207
Facsimile:  (561) 431-4611

*Liaison Counsel for Plaintiffs*


William B. Federman
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile: (405) 239-2112

*Lead Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by

the CM/ECF Filing System on October 1, 2014, on all counsel or parties of record.


/s/ Gary S. Menzer_____
Gary S. Menzer