**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO.: 9:13-cv-80923-KLR**

**TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,**

      **Plaintiff,**

vs.

**ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY SILVER
CORPORATION AND OUTLOOK
INVESTMENTS, INC.,**

      **Defendants.**

_____/

## DEFENDANTS' CLARIFICATION TO ITS MOTION FOR LEAVE TO EXCEED PAGE LIMIT ESTABLISHED BY LOCAL RULE 7.1(C)(2)

Defendants, Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back

Investments, Inc., and Outlook Investments, Inc. (collectively the "BG Capital Defendants"), by

and through undersigned counsel, hereby submit this clarification to their motion for leave to

exceed the page limit established by Local Rule 7.1(C)(2) with respect to the BG Capital

Defendants' forthcoming consolidated motion to dismiss and memorandum of law seeking the

dismissal of the claims asserted against them in Plaintiffs' Third Amended Consolidated Class

Action Complaint (the "Third Amended Complaint") (Doc. No. 88).  In support thereof, the BG

Capital Defendants state as follows:

      1.      On August 4, 2014, Plaintiffs filed a Third Amended Complaint which asserts

claims, *inter alia*, against all four BG Capital Defendants and involves a wide variety of complex

legal issues spanning 78 pages, exclusive of the exhibits referenced therein.  The Third Amended Complaint is 23 pages longer than Plaintiffs' Second Amended Complaint and added Outlook Investments, Inc. as a defendant to this proceeding for the first time.

3.      On September 23, 2014, this Court entered an Endorsed Order granting the three Liberty Silver Defendants leave to exceed the page limits in the Liberty Silver Defendants' forthcoming motion to dismiss Plaintiffs' Third Amended Complaint, enlarging their page limit to 40 pages (Doc. No. 96).

4.      On or about September 23, 2014, the BG Capital Defendants spoke with Plaintiffs' counsel, requesting 50 pages for their motion to dismiss, and agreeing to allow Plaintiffs to have the same number of pages for their response.

5.      Given the complexity of the issues and the fact that this brief will be on behalf of four persons, the BG Capital Defendants require 50 pages for their motion to dismiss, which is only ten more than the 40 pages that Plaintiffs agreed to, and which this Court granted to, the Liberty Silver Defendants.

6.      Due to the consolidated nature of the BG Capital Defendants' forthcoming MTD, the complexity of the issues raised in the 78 pages of Plaintiffs' Third Amended Complaint, and also that the BG Capital MTD must address claims asserted against four separate parties, the BG Capital Defendants respectfully request leave of the Court granting permission for the BG Capital Defendants to exceed the page limit established by Local Rule 7(C)(2), not to exceed a total of fifty (50) pages for the BG Capital Defendants' consolidated legal memorandum.  The BG Capital Defendants further request that the Court grant the Plaintiffs leave to exceed the page limits established by the Local Rules for their response to the BG Capital Defendants' MTD, not to exceed a total of fifty (50) pages for Plaintiffs' response.

7.      A Revised Proposed Form of Order is attached for the convenience of the Court to reflect the request that Plaintiffs be granted leave to file a response not to exceed fifty (50) pages.

WHEREFORE, for the foregoing reasons, the BG Capital Defendants respectfully request that this Court enter an order granting the BG Capital Defendants leave to file a memorandum of law not to exceed fifty (50) pages, and granting the Plaintiffs leave to file a response not to exceed fifty (50) pages.

Respectfully submitted on October 1, 2014,

| | |
|---|---|
| DORSEY & WHITNEY LLP | RASKIN & RASKIN, P.A. |
| 1801 K Street, N. W., Suite 750 | 866 S. Dixie Highway |
| Washington, D. C.  20006 | Coral Gables, Florida 33146 |
| Telephone:  202-442-3000 | Telephone (305) 444-3400 |
| Email: Gorman.tom@dorsey.com | E-mail: mraskin@raskinlaw.com |
| | |
| By:    /s/Thomas O. Gorman | By: /s/ Martin R. Raskin |
| Thomas O. Gorman (Pro Hac Vice) | Martin R. Raskin |
| | Florida Bar No. 0315206 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Martin R. Raskin*
Martin R. Raskin
Florida Bar No. 0315206