UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TODD STANAFORD a/k/a JERALD TODD STANAFORD, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>ROBERT DONALD BRUCE GENOVESE, WILLIAM TAFURI, GEOFFREY BROWNE, BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS, INC., ANASTASIO BELESIS, ABRAHAM MIRMAN, AND LIBERTY SILVER CORPORATION,<br><br>     Defendants. | Case No. 9:13-cv-80923 (KLR) |

DECLARATION OF MICHELLE A. REED IN SUPPORT OF LIBERTY SILVER
DEFENDANTS' MOTION TO DISMISS ALL CLAIMS FILED AGAINST THEM IN
PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

I, Michelle A. Reed, hereby declare as follows:

  1.  I am a member of the Bar of the State of Texas and a partner with the law firm of Akin Gump Strauss Hauer & Feld LLC, 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201-4624.

  2.  This firm represents Defendants Liberty Silver Corporation ("Liberty Silver") and Geoffrey Browne.

  3.  I make this declaration on my personal knowledge in support of the Liberty Silver Defendants' Motion to Dismiss the Third Amended Consolidated Class Action Complaint.

  4.  Attached hereto as Exhibit A, is a true and correct copy of a Form 8-K filed by Liberty Silver with the U.S. Securities and Exchange Commission (the "SEC") on December 21,

2011 disclosing a press release issued by Liberty Silver on December 21, 2011, titled "Liberty Silver Closes U.S. $4.6 Million Non-Broker Private Placement Funding."

5. Attached hereto as <u>Exhibit B</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on October 19, 2010.

6. Attached hereto as <u>Exhibit C</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on July 16, 2012 disclosing a press release issued by Liberty Silver on July 16, 2012, titled "Liberty Silver Announces Offer for Sennen Resources."

7. Attached hereto as <u>Exhibit D</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on April 26, 2010.

8. Attached hereto as <u>Exhibit E</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on August 8, 2012 disclosing a press release issued by Liberty Silver on August 8, 2012, titled "Liberty Silver Expands Trinity Land Package with Acquisition of Hi Ho Silver Property."

9. Attached hereto as <u>Exhibit F</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on February 28, 2011 disclosing a press release issued by Liberty Silver on February 28, 2011, titled "Liberty Silver Completes Silver Resource Estimate at the Trinity Mine Project."

10. Attached hereto as <u>Exhibit G</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on December 19, 2011.

11. Attached hereto as <u>Exhibit H</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on August 9, 2012 disclosing an Open Letter issued by Liberty Silver on August 9, 2012 to the shareholders of Sennen Resources.

12.     Attached hereto as <u>Exhibit I</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on August 21, 2012 disclosing a press release issued by Liberty Silver on August 21, 2012, titled "Liberty Silver Extends Offer for Sennen Resources."

13.     Attached hereto as <u>Exhibit J</u>, is a true and correct copy of an excerpt of a Form 10K/A for the Fiscal Year Ended June 30, 2010, filed by Liberty Silver with the SEC on April 15, 2011.

14.     Attached hereto as <u>Exhibit K</u>, is a true and correct copy of a press release issued by Liberty Silver on September 15, 2012, titled, "Expiry of Liberty Silver Offer for Sennen Resources."

15.     Attached hereto as <u>Exhibit L</u>, is a true and correct copy of a U.S. Securities & Exchange Commission Order of Suspension of Trading in the stock of Liberty Silver, issued on October 5, 2012.

16.     Attached hereto as <u>Exhibit M</u>, is a true and correct copy of an excerpt of a Form 10-K for the Fiscal Year Ended June 30, 2012 filed by Liberty Silver with the SEC on September 28, 2012.

17.     Attached hereto as <u>Exhibit N</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on May 11, 2010.

18.     Attached hereto as <u>Exhibit O</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on October 16, 2012.

19.     Attached hereto as <u>Exhibit P</u>, is a true and correct copy of a Bloomberg chart of the price of a Liberty Silver common share during the relevant period, between February 5, 2010 and October 31, 2012.

20. Attached hereto as <u>Exhibit Q</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on October 29, 2012.

21. Attached hereto as <u>Exhibit R</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on October 22, 2012 disclosing a press release issued by Liberty Silver on October 19, 2012, titled "Liberty Silver Shares To Resume Trading On TSX."

22. Attached hereto as <u>Exhibit S</u>, is a true and correct copy of a Form 10-Q for the Quarterly Period Ended December 31, 2011 filed by Liberty Silver with the SEC on February 14, 2012.

23. Attached hereto as <u>Exhibit T</u>, is a true and correct copy of a Form 10-K for the Fiscal Year Ended June 30, 2012 filed by Liberty Silver with the SEC on September 28, 2012.

24. Attached hereto as <u>Exhibit U</u>, is a true and correct copy of a Form 8-K filed by Liberty Silver with the SEC on November 10, 2011.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: October 6, 2014                     Respectfully submitted,

                                                                               */s/ Michelle A. Reed*
                                                                 Michelle A. Reed
                                                                 Akin Gump Strauss Hauer & Feld
                                                                 1700 Pacific Avenue, Suite 4100
                                                                 Dallas, Texas 75201-4624
                                                                 Telephone: (214) 969-2713
                                                                 Facsimile: (214) 969-4343
                                                                 Email: mreed@akingump.com