# Exhibit N

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C.

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Event: May 6, 2010

# **LIBERTY SILVER CORP.**
(Exact name of registrant as specified in its charter)

| Nevada | 000-50009 | 32-0196442 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

675 Sierra Rose Drive, Suite 112
Reno, NV  89511
(Address of Principal Executive Office)

Registrant's telephone number, including area code 775-622-0327

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[ ]     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]     Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]     Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]     Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**ITEM 5.02 DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS**

**Resignation of Director and Officer**

On May 6, 2010, Terry Fields resigned as a director and officer of the Registrant. His resignation was not the result of any known disagreement with the Registrant on any matter relating to the Registrant's operations, policies or practices.

**Appointment of Officers**

On May 6, 2010, the Registrant modified the current appointments of its officers. As a result, John Pulos and Bill Tafuri, who will continue to serve as directors of the Registrant, have been appointed to the following offices:

| NAME | OFFICE |
|------|--------|
| John Pulos | Vice President/CFO Secretary/Treasurer |
| Bill Tafuri | President, Chief Operating Officer |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

LIBERTY SILVER CORP.


By: /s/ John Pulos
      CFO


Date: May 10, 2010