# Exhibit P

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 10/31/2012 | 1.26 | 24,775 |
| 10/26/2012 | 1.29 | 136,715 |
| 10/25/2012 | 1.12 | 49,024 |
| 10/24/2012 | 1.08 | 53,500 |
| 10/23/2012 | 1.09 | 87,104 |
| 10/22/2012 | 0.85 | 71,018 |
| 10/19/2012 | 0.15 | 3,250 |
| 10/18/2012 | 1.55 | 0 |
| 10/17/2012 | 1.55 | 0 |
| 10/16/2012 | 1.55 | 0 |
| 10/15/2012 | 1.55 | 0 |
| 10/12/2012 | 1.55 | 0 |
| 10/11/2012 | 1.55 | 0 |
| 10/10/2012 | 1.55 | 0 |
| 10/9/2012 | 1.55 | 0 |
| 10/8/2012 | 1.55 | 0 |
| 10/5/2012 | 1.55 | 0 |
| 10/4/2012 | 1.55 | 727,144 |
| 10/3/2012 | 1.43 | 1,806,498 |
| 10/2/2012 | 1.33 | 491,980 |
| 10/1/2012 | 1.38 | 136,735 |
| 9/28/2012 | 1.43 | 330,689 |
| 9/27/2012 | 1.46 | 555,740 |
| 9/26/2012 | 1.45 | 663,707 |
| 9/25/2012 | 1.37 | 430,775 |
| 9/24/2012 | 1.33 | 451,016 |
| 9/21/2012 | 1.39 | 678,502 |
| 9/20/2012 | 1.48 | 8,447,162 |
| 9/19/2012 | 1.31 | 1,906,231 |
| 9/18/2012 | 1.3 | 493,279 |
| 9/17/2012 | 1.24 | 389,602 |
| 9/14/2012 | 1.25 | 837,098 |
| 9/13/2012 | 1.15 | 1,936,944 |
| 9/12/2012 | 1.14 | 924,698 |
| 9/11/2012 | 1.03 | 405,115 |
| 9/10/2012 | 1.07 | 454,626 |
| 9/7/2012 | 1.06 | 2,618,470 |
| 9/6/2012 | 0.856 | 787,596 |
| 9/5/2012 | 0.8 | 1,006,495 |
| 9/4/2012 | 0.8 | 960,459 |
| 8/31/2012 | 0.75 | 34,472 |
| 8/30/2012 | 0.76 | 326,373 |
| 8/29/2012 | 0.76 | 694,101 |
| 8/28/2012 | 0.73 | 333,120 |
| 8/27/2012 | 0.71 | 3,760 |
| 8/24/2012 | 0.71 | 10,250 |
| 8/23/2012 | 0.7 | 36,957 |
| 8/22/2012 | 0.7 | 1,000 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 8/21/2012 | 0.75 | 249,460 |
| 8/20/2012 | 0.7 | 3,030 |
| 8/17/2012 | 0.7 | 2,500 |
| 8/16/2012 | 0.7 | 0 |
| 8/15/2012 | 0.7 | 3,892 |
| 8/14/2012 | 0.7 | 18,350 |
| 8/13/2012 | 0.7 | 0 |
| 8/10/2012 | 0.7 | 6,000 |
| 8/9/2012 | 0.69 | 16,450 |
| 8/8/2012 | 0.69 | 2,450 |
| 8/7/2012 | 0.72 | 10,700 |
| 8/6/2012 | 0.65 | 19,000 |
| 8/3/2012 | 0.68 | 7,580 |
| 8/2/2012 | 0.72 | 13,000 |
| 8/1/2012 | 0.72 | 126,188 |
| 7/31/2012 | 0.7 | 1,000 |
| 7/30/2012 | 0.7 | 6,700 |
| 7/27/2012 | 0.7 | 1,450 |
| 7/26/2012 | 0.68 | 9,000 |
| 7/25/2012 | 0.65 | 10,200 |
| 7/24/2012 | 0.73 | 8,500 |
| 7/23/2012 | 0.68 | 0 |
| 7/20/2012 | 0.68 | 4,200 |
| 7/19/2012 | 0.68 | 2,500 |
| 7/18/2012 | 0.7 | 80,271 |
| 7/17/2012 | 0.78 | 500 |
| 7/16/2012 | 0.67 | 2,300 |
| 7/13/2012 | 0.67 | 41,700 |
| 7/12/2012 | 0.75 | 3,100 |
| 7/11/2012 | 0.85 | 1,700 |
| 7/10/2012 | 0.77 | 9,500 |
| 7/9/2012 | 0.77 | 18,223 |
| 7/6/2012 | 0.73 | 3,727 |
| 7/5/2012 | 0.88 | 57,703 |
| 7/3/2012 | 0.75 | 52,500 |
| 7/2/2012 | 0.74 | 0 |
| 6/29/2012 | 0.74 | 480 |
| 6/28/2012 | 0.74 | 1,000 |
| 6/27/2012 | 0.74 | 4,250 |
| 6/26/2012 | 0.7 | 4,000 |
| 6/25/2012 | 0.7 | 4,250 |
| 6/22/2012 | 0.7 | 1,000 |
| 6/21/2012 | 0.7 | 7,000 |
| 6/20/2012 | 0.75 | 137,243 |
| 6/19/2012 | 0.68 | 31,397 |
| 6/18/2012 | 0.69 | 6,000 |
| 6/15/2012 | 0.64 | 36,500 |
| 6/14/2012 | 0.65 | 0 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 6/13/2012 | 0.65 | 10,500 |
| 6/12/2012 | 0.6 | 25,501 |
| 6/11/2012 | 0.64 | 13,000 |
| 6/8/2012 | 0.64 | 0 |
| 6/7/2012 | 0.64 | 1,500 |
| 6/6/2012 | 0.65 | 6,669 |
| 6/5/2012 | 0.65 | 1,854 |
| 6/4/2012 | 0.65 | 1,641 |
| 6/1/2012 | 0.65 | 16,700 |
| 5/31/2012 | 0.64 | 8,369 |
| 5/30/2012 | 0.6399 | 1,634 |
| 5/29/2012 | 0.64 | 3,620 |
| 5/25/2012 | 0.5008 | 2,000 |
| 5/24/2012 | 0.55 | 0 |
| 5/23/2012 | 0.55 | 500 |
| 5/22/2012 | 0.5499 | 128,500 |
| 5/21/2012 | 0.55 | 8,910 |
| 5/18/2012 | 0.54 | 110,700 |
| 5/17/2012 | 0.6 | 2,000 |
| 5/16/2012 | 0.6 | 45,000 |
| 5/15/2012 | 0.6 | 30,800 |
| 5/14/2012 | 0.6 | 17,100 |
| 5/11/2012 | 0.65 | 9,500 |
| 5/10/2012 | 0.6 | 24,900 |
| 5/9/2012 | 0.55 | 5,000 |
| 5/8/2012 | 0.6 | 17,500 |
| 5/7/2012 | 0.65 | 12,500 |
| 5/4/2012 | 0.6 | 10,000 |
| 5/3/2012 | 0.65 | 68,500 |
| 5/2/2012 | 0.65 | 15,240 |
| 5/1/2012 | 0.65 | 15,866 |
| 4/30/2012 | 0.65 | 5,363 |
| 4/27/2012 | 0.6493 | 31,646 |
| 4/26/2012 | 0.73 | 500 |
| 4/25/2012 | 0.65 | 1,000 |
| 4/24/2012 | 0.73 | 10,350 |
| 4/23/2012 | 0.75 | 0 |
| 4/20/2012 | 0.75 | 5,000 |
| 4/19/2012 | 0.7 | 3,500 |
| 4/18/2012 | 0.75 | 2,000 |
| 4/17/2012 | 0.75 | 20,446 |
| 4/16/2012 | 0.7 | 36,455 |
| 4/13/2012 | 0.82 | 50,345 |
| 4/12/2012 | 0.8 | 10,760 |
| 4/11/2012 | 0.81 | 100 |
| 4/10/2012 | 0.83 | 1,000 |
| 4/9/2012 | 0.84 | 5,645 |
| 4/5/2012 | 0.84 | 11,200 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 4/4/2012 | 0.84 | 0 |
| 4/3/2012 | 0.84 | 2,750 |
| 4/2/2012 | 0.85 | 84,800 |
| 3/30/2012 | 0.8 | 3,500 |
| 3/29/2012 | 0.91 | 0 |
| 3/28/2012 | 0.91 | 29,000 |
| 3/27/2012 | 0.9 | 1,900 |
| 3/26/2012 | 0.9 | 2,500 |
| 3/23/2012 | 0.9 | 11,300 |
| 3/22/2012 | 0.94 | 17,500 |
| 3/21/2012 | 0.9 | 6,000 |
| 3/20/2012 | 0.94 | 48,150 |
| 3/19/2012 | 0.898 | 107,683 |
| 3/16/2012 | 0.85 | 2,755 |
| 3/15/2012 | 0.87 | 17,800 |
| 3/14/2012 | 0.85 | 18,067 |
| 3/13/2012 | 0.9 | 1,500 |
| 3/12/2012 | 0.9 | 5,000 |
| 3/9/2012 | 0.95 | 43,600 |
| 3/8/2012 | 0.97 | 10,500 |
| 3/7/2012 | 0.95 | 24,621 |
| 3/6/2012 | 0.96 | 33,271 |
| 3/5/2012 | 0.96 | 45,129 |
| 3/2/2012 | 0.99 | 23,600 |
| 3/1/2012 | 0.95 | 40,528 |
| 2/29/2012 | 0.94 | 135,903 |
| 2/28/2012 | 0.94 | 31,500 |
| 2/27/2012 | 0.93 | 11,600 |
| 2/24/2012 | 0.95 | 3,970 |
| 2/23/2012 | 0.92 | 76,320 |
| 2/22/2012 | 0.9 | 1,250 |
| 2/21/2012 | 0.9 | 19,301 |
| 2/17/2012 | 0.9 | 2,600 |
| 2/16/2012 | 0.89 | 21,520 |
| 2/15/2012 | 0.89 | 10,500 |
| 2/14/2012 | 0.92 | 56,773 |
| 2/13/2012 | 0.88 | 2,151 |
| 2/10/2012 | 0.9 | 0 |
| 2/9/2012 | 0.9 | 4,900 |
| 2/8/2012 | 0.9 | 12,500 |
| 2/7/2012 | 0.9 | 9,920 |
| 2/6/2012 | 0.93 | 153,000 |
| 2/3/2012 | 1 | 171,921 |
| 2/2/2012 | 0.93 | 158,941 |
| 2/1/2012 | 0.95 | 6,000 |
| 1/31/2012 | 0.95 | 17,500 |
| 1/30/2012 | 0.94 | 22,830 |
| 1/27/2012 | 0.945 | 33,000 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
| --- | --- | --- |
| 1/26/2012 | 0.93 | 4,000 |
| 1/25/2012 | 0.91 | 82,900 |
| 1/24/2012 | 0.85 | 15,000 |
| 1/23/2012 | 0.9 | 13,500 |
| 1/20/2012 | 0.9 | 10,500 |
| 1/19/2012 | 0.93 | 0 |
| 1/18/2012 | 0.93 | 9,500 |
| 1/17/2012 | 0.93 | 14,809 |
| 1/13/2012 | 0.95 | 4,200 |
| 1/12/2012 | 0.95 | 13,100 |
| 1/11/2012 | 0.95 | 12,723 |
| 1/10/2012 | 0.92 | 51,650 |
| 1/9/2012 | 0.98 | 2,132 |
| 1/6/2012 | 0.98 | 23,115 |
| 1/5/2012 | 1 | 50,430 |
| 1/4/2012 | 1 | 17,500 |
| 1/3/2012 | 1.01 | 35,049 |
| 12/30/2011 | 1 | 9,550 |
| 12/29/2011 | 1.03 | 30,090 |
| 12/28/2011 | 1.01 | 488,731 |
| 12/27/2011 | 1 | 18,510 |
| 12/23/2011 | 1.01 | 39,900 |
| 12/22/2011 | 1.03 | 45,600 |
| 12/21/2011 | 1.03 | 2,800 |
| 12/20/2011 | 1.01 | 5,600 |
| 12/19/2011 | 1 | 64,994 |
| 12/16/2011 | 1.05 | 800,606 |
| 12/15/2011 | 1.05 | 9,750 |
| 12/14/2011 | 1.03 | 41,558 |
| 12/13/2011 | 1.07 | 25,025 |
| 12/12/2011 | 1.09 | 66,100 |
| 12/9/2011 | 1.05 | 32,925 |
| 12/8/2011 | 1.03 | 55,600 |
| 12/7/2011 | 1.03 | 15,116 |
| 12/6/2011 | 1.03 | 14,630 |
| 12/5/2011 | 1.04 | 17,150 |
| 12/2/2011 | 1.025 | 103,264 |
| 12/1/2011 | 1.015 | 38,550 |
| 11/30/2011 | 1.04 | 61,088 |
| 11/29/2011 | 1.04 | 43,741 |
| 11/28/2011 | 1.01 | 140,400 |
| 11/25/2011 | 1.02 | 5,850 |
| 11/23/2011 | 1.04 | 164,952 |
| 11/22/2011 | 1.02 | 87,900 |
| 11/21/2011 | 1 | 78,064 |
| 11/18/2011 | 1.02 | 70,944 |
| 11/17/2011 | 1.01 | 240,500 |
| 11/16/2011 | 1.01 | 107,850 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 11/15/2011 | 0.95 | 190,842 |
| 11/14/2011 | 0.93 | 67,534 |
| 11/11/2011 | 0.86 | 42,179 |
| 11/10/2011 | 0.88 | 150,903 |
| 11/9/2011 | 0.82 | 314,720 |
| 11/8/2011 | 0.78 | 291,004 |
| 11/7/2011 | 0.77 | 99,033 |
| 11/4/2011 | 0.75 | 35,416 |
| 11/3/2011 | 0.74 | 204,681 |
| 11/2/2011 | 0.72 | 205,053 |
| 11/1/2011 | 0.6 | 61,121 |
| 10/31/2011 | 0.65 | 6,550 |
| 10/28/2011 | 0.63 | 37,900 |
| 10/27/2011 | 0.7 | 149,987 |
| 10/26/2011 | 0.62 | 61,350 |
| 10/25/2011 | 0.62 | 17,400 |
| 10/24/2011 | 0.6 | 88,394 |
| 10/21/2011 | 0.57 | 20,860 |
| 10/20/2011 | 0.55 | 64,100 |
| 10/19/2011 | 0.54 | 77,500 |
| 10/18/2011 | 0.55 | 47,050 |
| 10/17/2011 | 0.56 | 23,350 |
| 10/14/2011 | 0.59 | 169,116 |
| 10/13/2011 | 0.55 | 8,500 |
| 10/12/2011 | 0.55 | 42,500 |
| 10/11/2011 | 0.55 | 35,246 |
| 10/10/2011 | 0.58 | 10,984 |
| 10/7/2011 | 0.55 | 23,700 |
| 10/6/2011 | 0.55 | 161,303 |
| 10/5/2011 | 0.54 | 2,500 |
| 10/4/2011 | 0.55 | 4,000 |
| 10/3/2011 | 0.54 | 16,450 |
| 9/30/2011 | 0.58 | 25,250 |
| 9/29/2011 | 0.57 | 42,500 |
| 9/28/2011 | 0.57 | 61,500 |
| 9/27/2011 | 0.58 | 70,885 |
| 9/26/2011 | 0.56 | 174,076 |
| 9/23/2011 | 0.55 | 337,491 |
| 9/22/2011 | 0.55 | 246,587 |
| 9/21/2011 | 0.595 | 63,000 |
| 9/20/2011 | 0.57 | 92,815 |
| 9/19/2011 | 0.59 | 10,000 |
| 9/16/2011 | 0.6 | 14,500 |
| 9/15/2011 | 0.6 | 100 |
| 9/14/2011 | 0.62 | 100,115 |
| 9/13/2011 | 0.59 | 770 |
| 9/12/2011 | 0.55 | 27,900 |
| 9/9/2011 | 0.55 | 14,600 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 9/8/2011 | 0.55 | 34,000 |
| 9/7/2011 | 0.6 | 25,563 |
| 9/6/2011 | 0.56 | 97,539 |
| 9/2/2011 | 0.5 | 53,920 |
| 9/1/2011 | 0.59 | 16,843 |
| 8/31/2011 | 0.59 | 34,762 |
| 8/30/2011 | 0.59 | 13,000 |
| 8/29/2011 | 0.62 | 5,836 |
| 8/26/2011 | 0.625 | 1,000 |
| 8/25/2011 | 0.625 | 21,100 |
| 8/24/2011 | 0.6 | 22,200 |
| 8/23/2011 | 0.62 | 22,000 |
| 8/22/2011 | 0.6 | 129,673 |
| 8/19/2011 | 0.68 | 90,877 |
| 8/18/2011 | 0.65 | 84,966 |
| 8/17/2011 | 0.55 | 89,775 |
| 8/16/2011 | 0.68 | 9,365 |
| 8/15/2011 | 0.7 | 28,950 |
| 8/12/2011 | 0.7 | 25,800 |
| 8/11/2011 | 0.7299 | 30,500 |
| 8/10/2011 | 0.75 | 30,533 |
| 8/9/2011 | 0.72 | 48,590 |
| 8/8/2011 | 0.74 | 223,433 |
| 8/5/2011 | 0.75 | 35,822 |
| 8/4/2011 | 0.78 | 11,253 |
| 8/3/2011 | 0.75 | 24,025 |
| 8/2/2011 | 0.73 | 57,680 |
| 8/1/2011 | 0.75 | 10,803 |
| 7/29/2011 | 0.73 | 23,555 |
| 7/28/2011 | 0.73 | 23,390 |
| 7/27/2011 | 0.72 | 20,500 |
| 7/26/2011 | 0.75 | 31,405 |
| 7/25/2011 | 0.78 | 19,000 |
| 7/22/2011 | 0.7999 | 7,270 |
| 7/21/2011 | 0.8 | 39,910 |
| 7/20/2011 | 0.8 | 70,260 |
| 7/19/2011 | 0.8 | 368,505 |
| 7/18/2011 | 0.8 | 84,883 |
| 7/15/2011 | 0.75 | 100,729 |
| 7/14/2011 | 0.71 | 51,330 |
| 7/13/2011 | 0.71 | 91,319 |
| 7/12/2011 | 0.7 | 96,701 |
| 7/11/2011 | 0.7 | 58,900 |
| 7/8/2011 | 0.7 | 19,758 |
| 7/7/2011 | 0.7 | 234,028 |
| 7/6/2011 | 0.64 | 63,300 |
| 7/5/2011 | 0.62 | 24,909 |
| 7/1/2011 | 0.63 | 62,052 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 6/30/2011 | 0.63 | 47,140 |
| 6/29/2011 | 0.62 | 17,951 |
| 6/28/2011 | 0.62 | 72,462 |
| 6/27/2011 | 0.61 | 112,700 |
| 6/24/2011 | 0.58 | 69,812 |
| 6/23/2011 | 0.58 | 267,292 |
| 6/22/2011 | 0.58 | 65,304 |
| 6/21/2011 | 0.58 | 33,700 |
| 6/20/2011 | 0.54 | 100,407 |
| 6/17/2011 | 0.52 | 168,567 |
| 6/16/2011 | 0.53 | 449,251 |
| 6/15/2011 | 0.52 | 349,745 |
| 6/14/2011 | 0.5 | 144,122 |
| 6/13/2011 | 0.49 | 134,725 |
| 6/10/2011 | 0.47 | 114,140 |
| 6/9/2011 | 0.46 | 158,900 |
| 6/8/2011 | 0.4 | 91,562 |
| 6/7/2011 | 0.4 | 99,424 |
| 6/6/2011 | 0.37 | 750 |
| 6/3/2011 | 0.4 | 10,712 |
| 6/2/2011 | 0.4 | 12,000 |
| 6/1/2011 | 0.41 | 1,000 |
| 5/31/2011 | 0.41 | 700 |
| 5/27/2011 | 0.38 | 36,843 |
| 5/26/2011 | 0.42 | 89,700 |
| 5/25/2011 | 0.42 | 79,000 |
| 5/24/2011 | 0.42 | 224,960 |
| 5/23/2011 | 0.35 | 12,650 |
| 5/20/2011 | 0.4 | 57,500 |
| 5/19/2011 | 0.34 | 0 |
| 5/18/2011 | 0.34 | 11,490 |
| 5/17/2011 | 0.34 | 1,200 |
| 5/16/2011 | 0.35 | 0 |
| 5/13/2011 | 0.35 | 38,285 |
| 5/12/2011 | 0.3 | 13,800 |
| 5/11/2011 | 0.33 | 42,000 |
| 5/10/2011 | 0.35 | 8,300 |
| 5/9/2011 | 0.33 | 33,240 |
| 5/6/2011 | 0.35 | 7,773 |
| 5/5/2011 | 0.35 | 8,904 |
| 5/4/2011 | 0.35 | 27,950 |
| 5/3/2011 | 0.41 | 59,210 |
| 5/2/2011 | 0.41 | 13,250 |
| 4/29/2011 | 0.42 | 27,205 |
| 4/28/2011 | 0.44 | 85,250 |
| 4/27/2011 | 0.43 | 25,200 |
| 4/26/2011 | 0.45 | 60,393 |
| 4/25/2011 | 0.43 | 27,820 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 4/21/2011 | 0.46 | 21,200 |
| 4/20/2011 | 0.46 | 58,500 |
| 4/19/2011 | 0.45 | 69,900 |
| 4/18/2011 | 0.45 | 27,773 |
| 4/15/2011 | 0.45 | 23,300 |
| 4/14/2011 | 0.45 | 30,350 |
| 4/13/2011 | 0.43 | 51,380 |
| 4/12/2011 | 0.44 | 34,009 |
| 4/11/2011 | 0.44 | 42,704 |
| 4/8/2011 | 0.45 | 5,672 |
| 4/7/2011 | 0.47 | 64,085 |
| 4/6/2011 | 0.48 | 46,465 |
| 4/5/2011 | 0.48 | 72,540 |
| 4/4/2011 | 0.435 | 12,600 |
| 4/1/2011 | 0.45 | 19,000 |
| 3/31/2011 | 0.48 | 21,626 |
| 3/30/2011 | 0.48 | 84,360 |
| 3/29/2011 | 0.49 | 69,793 |
| 3/28/2011 | 0.49 | 150,914 |
| 3/25/2011 | 0.43 | 48,702 |
| 3/24/2011 | 0.435 | 38,948 |
| 3/23/2011 | 0.45 | 127,720 |
| 3/22/2011 | 0.5 | 10,131 |
| 3/21/2011 | 0.5 | 27,000 |
| 3/18/2011 | 0.43 | 114,400 |
| 3/17/2011 | 0.49 | 10,950 |
| 3/16/2011 | 0.51 | 353,471 |
| 3/15/2011 | 0.505 | 158,215 |
| 3/14/2011 | 0.45 | 144,822 |
| 3/11/2011 | 0.49 | 14,266 |
| 3/10/2011 | 0.49 | 37,100 |
| 3/9/2011 | 0.53 | 124,787 |
| 3/8/2011 | 0.58 | 150,839 |
| 3/7/2011 | 0.58 | 299,590 |
| 3/4/2011 | 0.625 | 325,974 |
| 3/3/2011 | 0.61 | 520,858 |
| 3/2/2011 | 0.62 | 108,950 |
| 3/1/2011 | 0.63 | 269,992 |
| 2/28/2011 | 0.619 | 316,458 |
| 2/25/2011 | 0.619 | 346,643 |
| 2/24/2011 | 0.589 | 2,886,483 |
| 2/23/2011 | 0.57 | 456,888 |
| 2/22/2011 | 0.52 | 744,923 |
| 2/18/2011 | 0.43 | 108,949 |
| 2/17/2011 | 0.43 | 131,800 |
| 2/16/2011 | 0.43 | 303,783 |
| 2/15/2011 | 0.365 | 70,295 |
| 2/14/2011 | 0.38 | 370,027 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 2/11/2011 | 0.35 | 171,444 |
| 2/10/2011 | 0.27 | 15,620 |
| 2/9/2011 | 0.3 | 42,800 |
| 2/8/2011 | 0.3 | 62,310 |
| 2/7/2011 | 0.312 | 30,071 |
| 2/4/2011 | 0.35 | 18,700 |
| 2/3/2011 | 0.35 | 18,544 |
| 2/2/2011 | 0.37 | 139,984 |
| 2/1/2011 | 0.359 | 42,181 |
| 1/31/2011 | 0.35 | 4,874 |
| 1/28/2011 | 0.38 | 78,220 |
| 1/27/2011 | 0.35 | 32,150 |
| 1/26/2011 | 0.36 | 23,265 |
| 1/25/2011 | 0.3872 | 138,451 |
| 1/24/2011 | 0.42 | 104,476 |
| 1/21/2011 | 0.395 | 160,455 |
| 1/20/2011 | 0.4 | 61,590 |
| 1/19/2011 | 0.41 | 193,399 |
| 1/18/2011 | 0.395 | 167,860 |
| 1/14/2011 | 0.39 | 142,105 |
| 1/13/2011 | 0.41 | 92,703 |
| 1/12/2011 | 0.385 | 144,794 |
| 1/11/2011 | 0.43 | 278,198 |
| 1/10/2011 | 0.375 | 251,408 |
| 1/7/2011 | 0.32 | 210,221 |
| 1/6/2011 | 0.29 | 153,700 |
| 1/5/2011 | 0.257 | 296,142 |
| 1/4/2011 | 0.225 | 135,063 |
| 1/3/2011 | 0.249 | 45,735 |
| 12/31/2010 | 0.25 | 255,874 |
| 12/30/2010 | 0.198 | 223,900 |
| 12/29/2010 | 0.195 | 38,413 |
| 12/28/2010 | 0.22 | 158,596 |
| 12/27/2010 | 0.225 | 165,600 |
| 12/23/2010 | 0.22 | 11,000 |
| 12/22/2010 | 0.224 | 92,721 |
| 12/21/2010 | 0.22 | 35,410 |
| 12/20/2010 | 0.24 | 81,858 |
| 12/17/2010 | 0.24 | 60,960 |
| 12/16/2010 | 0.25 | 35,529 |
| 12/15/2010 | 0.24 | 80,452 |
| 12/14/2010 | 0.26 | 39,337 |
| 12/13/2010 | 0.26 | 50,245 |
| 12/10/2010 | 0.26 | 118,335 |
| 12/9/2010 | 0.27 | 171,298 |
| 12/8/2010 | 0.28 | 60,898 |
| 12/7/2010 | 0.28 | 114,036 |
| 12/6/2010 | 0.26 | 72,455 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 12/3/2010 | 0.25 | 233,834 |
| 12/2/2010 | 0.25 | 734,168 |
| 12/1/2010 | 0.33 | 227,272 |
| 11/30/2010 | 0.35 | 312,232 |
| 11/29/2010 | 0.38 | 170,308 |
| 11/26/2010 | 0.386 | 45,790 |
| 11/24/2010 | 0.381 | 241,427 |
| 11/23/2010 | 0.44 | 500,384 |
| 11/22/2010 | 0.41 | 576,194 |
| 11/19/2010 | 0.53 | 369,434 |
| 11/18/2010 | 0.535 | 2,441,811 |
| 11/17/2010 | 0.53 | 780,645 |
| 11/16/2010 | 0.52 | 187,260 |
| 11/15/2010 | 0.57 | 616,963 |
| 11/12/2010 | 0.56 | 49,000 |
| 11/11/2010 | 0.51 | 52,850 |
| 11/10/2010 | 0.53 | 92,490 |
| 11/9/2010 | 0.55 | 46,154 |
| 11/8/2010 | 0.54 | 98,559 |
| 11/5/2010 | 0.52 | 17,600 |
| 11/4/2010 | 0.53 | 83,600 |
| 11/3/2010 | 0.53 | 24,880 |
| 11/2/2010 | 0.53 | 38,704 |
| 11/1/2010 | 0.52 | 6,200 |
| 10/29/2010 | 0.56 | 80,416 |
| 10/28/2010 | 0.485 | 35,149 |
| 10/27/2010 | 0.475 | 23,204 |
| 10/26/2010 | 0.475 | 7,600 |
| 10/25/2010 | 0.48 | 19,885 |
| 10/22/2010 | 0.5 | 22,100 |
| 10/21/2010 | 0.505 | 12,780 |
| 10/20/2010 | 0.515 | 16,750 |
| 10/19/2010 | 0.53 | 26,990 |
| 10/18/2010 | 0.53 | 77,384 |
| 10/15/2010 | 0.4999 | 25,952 |
| 10/14/2010 | 0.475 | 10,400 |
| 10/13/2010 | 0.475 | 25,400 |
| 10/12/2010 | 0.475 | 1,100 |
| 10/11/2010 | 0.4999 | 88,005 |
| 10/8/2010 | 0.46 | 39,400 |
| 10/7/2010 | 0.55 | 18,400 |
| 10/6/2010 | 0.46 | 325 |
| 10/5/2010 | 0.45 | 44,472 |
| 10/4/2010 | 0.53 | 106,400 |
| 10/1/2010 | 0.57 | 3,700 |
| 9/30/2010 | 0.55 | 13,607 |
| 9/29/2010 | 0.55 | 18,252 |
| 9/28/2010 | 0.59 | 10,683 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 9/27/2010 | 0.56 | 17,076 |
| 9/24/2010 | 0.59 | 114,927 |
| 9/23/2010 | 0.58 | 195,110 |
| 9/22/2010 | 0.51 | 37,525 |
| 9/21/2010 | 0.51 | 23,013 |
| 9/20/2010 | 0.49 | 184,768 |
| 9/17/2010 | 0.4 | 76,144 |
| 9/16/2010 | 0.385 | 6,800 |
| 9/15/2010 | 0.385 | 13,000 |
| 9/14/2010 | 0.385 | 12,174 |
| 9/13/2010 | 0.39 | 12,845 |
| 9/10/2010 | 0.4 | 33,435 |
| 9/9/2010 | 0.4 | 8,989 |
| 9/8/2010 | 0.395 | 1,226 |
| 9/7/2010 | 0.39 | 17,000 |
| 9/3/2010 | 0.375 | 7,735 |
| 9/2/2010 | 0.395 | 7,910 |
| 9/1/2010 | 0.395 | 5,066 |
| 8/31/2010 | 0.4 | 14,257 |
| 8/30/2010 | 0.4 | 16,940 |
| 8/27/2010 | 0.41 | 21,260 |
| 8/26/2010 | 0.4 | 15,500 |
| 8/25/2010 | 0.41 | 11,685 |
| 8/24/2010 | 0.45 | 5,099 |
| 8/23/2010 | 0.42 | 48,588 |
| 8/20/2010 | 0.41 | 11,810 |
| 8/19/2010 | 0.43 | 2,975 |
| 8/18/2010 | 0.43 | 11,759 |
| 8/17/2010 | 0.44 | 2,007 |
| 8/16/2010 | 0.48 | 16,160 |
| 8/13/2010 | 0.45 | 25,800 |
| 8/12/2010 | 0.48 | 3,000 |
| 8/11/2010 | 0.46 | 36,833 |
| 8/10/2010 | 0.48 | 56,911 |
| 8/9/2010 | 0.435 | 92,135 |
| 8/6/2010 | 0.375 | 24,204 |
| 8/5/2010 | 0.34 | 37,533 |
| 8/4/2010 | 0.35 | 22,280 |
| 8/3/2010 | 0.38 | 18,253 |
| 8/2/2010 | 0.35 | 4,090 |
| 7/30/2010 | 0.34 | 30,800 |
| 7/29/2010 | 0.35 | 50,523 |
| 7/28/2010 | 0.37 | 60,600 |
| 7/27/2010 | 0.35 | 41,465 |
| 7/26/2010 | 0.335 | 59,592 |
| 7/23/2010 | 0.37 | 58,652 |
| 7/22/2010 | 0.38 | 34,512 |
| 7/21/2010 | 0.395 | 4,650 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 7/20/2010 | 0.4 | 7,667 |
| 7/19/2010 | 0.37 | 58,242 |
| 7/16/2010 | 0.43 | 20,400 |
| 7/15/2010 | 0.43 | 21,487 |
| 7/14/2010 | 0.43 | 20,935 |
| 7/13/2010 | 0.435 | 81,265 |
| 7/12/2010 | 0.44 | 16,215 |
| 7/9/2010 | 0.425 | 25,633 |
| 7/8/2010 | 0.44 | 19,166 |
| 7/7/2010 | 0.39 | 117,362 |
| 7/6/2010 | 0.44 | 111,912 |
| 7/2/2010 | 0.5 | 28,144 |
| 7/1/2010 | 0.5 | 58,370 |
| 6/30/2010 | 0.43 | 52,514 |
| 6/29/2010 | 0.495 | 84,908 |
| 6/28/2010 | 0.56 | 67,690 |
| 6/25/2010 | 0.59 | 51,304 |
| 6/24/2010 | 0.53 | 162,864 |
| 6/23/2010 | 0.46 | 129,601 |
| 6/22/2010 | 0.44 | 377,649 |
| 6/21/2010 | 0.6 | 117,254 |
| 6/18/2010 | 0.67 | 204,201 |
| 6/17/2010 | 0.67 | 653,006 |
| 6/16/2010 | 0.78 | 261,046 |
| 6/15/2010 | 0.83 | 700,885 |
| 6/14/2010 | 0.72 | 135,568 |
| 6/11/2010 | 0.66 | 160,863 |
| 6/10/2010 | 0.72 | 232,802 |
| 6/9/2010 | 0.7 | 142,848 |
| 6/8/2010 | 0.6 | 233,378 |
| 6/7/2010 | 0.79 | 119,978 |
| 6/4/2010 | 0.9 | 189,647 |
| 6/3/2010 | 0.77 | 699,102 |
| 6/2/2010 | 0.78 | 728,454 |
| 6/1/2010 | 0.925 | 517,446 |
| 5/28/2010 | 1.07 | 482,336 |
| 5/27/2010 | 1.11 | 883,067 |
| 5/26/2010 | 1.18 | 417,126 |
| 5/25/2010 | 1.15 | 416,986 |
| 5/24/2010 | 1.11 | 674,947 |
| 5/21/2010 | 1.06 | 298,100 |
| 5/20/2010 | 1.04 | 226,186 |
| 5/19/2010 | 1.04 | 197,500 |
| 5/18/2010 | 1.06 | 547,300 |
| 5/17/2010 | 1.02 | 106,700 |
| 5/14/2010 | 0.96 | 42,000 |
| 5/13/2010 | 1 | 49,510 |
| 5/12/2010 | 1 | 30,100 |

LBSV Historical Stock Prices

| Date | Close/Last | Volume |
|---|---|---|
| 5/11/2010 | 1 | 10,400 |
| 5/10/2010 | 1.02 | 39,948 |
| 5/7/2010 | 1 | 17,681 |
| 5/6/2010 | 1 | 62,000 |
| 5/5/2010 | 1.01 | 63,000 |
| 5/4/2010 | 1.03 | 56,860 |
| 5/3/2010 | 1.03 | 21,500 |
| 4/30/2010 | 1.02 | 53,400 |
| 4/29/2010 | 1.02 | 282,100 |
| 4/28/2010 | 0.97 | 115,000 |
| 4/27/2010 | 0.92 | 15,000 |
| 4/26/2010 | 0.92 | 32,000 |
| 4/23/2010 | 0.96 | 5,000 |
| 4/22/2010 | 0.91 | 16,000 |
| 4/21/2010 | 0.9 | 131,500 |
| 4/20/2010 | 0.9 | 138,800 |
| 4/19/2010 | 0.86 | 19,200 |
| 4/16/2010 | 0.87 | 69,600 |
| 4/15/2010 | 0.9 | 174,700 |
| 4/14/2010 | 0.96 | 186,800 |
| 4/13/2010 | 0.9 | 519,900 |
| 4/12/2010 | 0.89 | 1,689,900 |
| 4/9/2010 | 0.68 | 1,219,200 |
| 4/8/2010 | 0.58 | 2,318,500 |
| 4/7/2010 | 0.45 | 1,217,200 |
| 4/6/2010 | 0.4 | 1,097,200 |
| 4/5/2010 | 0.43 | 389,200 |
| 4/1/2010 | 0.85 | 89,800 |
| 3/30/2010 | 0.8 | 5,400 |
| 3/29/2010 | 0.8 | 5,000 |
| 3/26/2010 | 0.8 | 5,600 |
| 3/25/2010 | 0.8 | 54,000 |
| 1/27/2010 | 5 | 20,000 |

Source: Bloomberg
Ticker: LBSV