UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TODD STANAFORD a/k/a JERALD TODD STANAFORD, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROBERT DONALD BRUCE GENOVESE, WILLIAM TAFURI, GEOFFREY BROWNE, BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS, INC., OUTLOOK INVESTMENTS, INC., AND LIBERTY SILVER CORPORATION,<br><br>                    Defendants. | Case No. 9:13-cv-80923 (KLR) |

NOTICE OF MOTION TO DISMISS
THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated October 6, 2014, and the Declaration of Michelle A. Reed and the exhibits thereto, the undersigned Defendants, through their counsel, move before the Honorable Kenneth A. Ryskamp, Federal District Court Judge in the United States District Court for the Southern District of Florida, for an order dismissing Counts One and Two of the Third Amended Consolidated Class Action Complaint against Liberty Silver Corporation, Geoffrey Browne, and William Tafuri.

| | |
|---|---|
| Dated: October 6, 2014 | Respectfully submitted, |
| PETRILLO KLEIN & BOXER | AKIN GUMP STRAUSS HAUER & FELD |
|   */s/ Guy Petrillo* |   */s/ Michelle A. Reed* |
| Guy Petrillo | Michelle A. Reed |
| 655 Third Avenue, 22nd Floor | 1700 Pacific Avenue, Suite 4100 |
| New York, New York | Dallas, Texas 75201-4624 |
| Telephone: (212) 370-0331 | Telephone: (214) 969-2713 |
| Facsimile: (212) 370-0391 | Facsimile: (214) 969-4313 |
| Email:gpetrillo@pkbllp.com | Email: mreed@akingump.com |
| *Counsel for William Tafuri* | Robert H. Hotz, Jr. (pro hac vice) |
| | Jennifer Hildebrand (pro hac vice) |
| | One Bryant Park |
| | New York, NY 10036 |
| | Telephone: (212) 872-1028 |
| | Facsimile: (212) 872-1002 |
| | Email: rhotz@akingump.com |
| | Email: jhildebrand@akingump.com |
| | *Counsel for Liberty Silver and Geoffrey Browne* |
| | Patrick G. Dempsey |
| | The PGD Law Firm |
| | Southeast Financial Center, Suite 2790 |
| | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 549-8601 |
| | Facsimile: (305) 440-4051 |
| | Email: dempsey@pgdlawfirm.com |
| | *Counsel for Liberty Silver, Geoffrey Browne, and William Tafuri* |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record this 6th day of October, 2014.

                                               */s/ Patrick G. Dempsey*
                                               Patrick G. Dempsey