UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TODD STANAFORD a/k/a JERALD TODD STANAFORD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT DONALD BRUCE GENOVESE, WILLIAM TAFURI, GEOFFREY BROWNE, BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS, INC., OUTLOOK INVESTMENTS, INC., AND LIBERTY SILVER CORPORATION,<br><br>    Defendants. | Case No. 9:13-cv-80923 (KLR) |

## REQUEST FOR ORAL ARGUMENT

  Pursuant to Local Rule 7.1(b)(2), Defendants Liberty Silver Corporation, Geoffrey Browne, and William Tafuri (the "Liberty Silver Defendants") respectfully request oral argument to address their Motion to Dismiss, filed on October 6, 2014 in the above-captioned matter.

  1. The Third Amended Consolidated Class Action Complaint (the "Complaint") spans 75 pages and 155 paragraphs and asserts claims under the federal securities law on behalf of putative class of purchases of Liberty Silver Corporation common stock. The Liberty Silver Defendants' Motion to Dismiss is a dispositive motion seeking dismissal of all the Claims for failure to state a claim.

  2. The Motion to Dismiss is based on several recent decisions, including the Supreme Court's decisions in *Morrison v. National Australia Bank Ltd.*, 561 U.S. 247 (2010) and *Janus Capital Group, Inc. v. First Derivative Trader*, 131 S. Ct. 2296, 2303 (2011). The Motion

to Dismiss also addresses the Eleventh Circuit's recent decision in *SEC v. Monterosso*, 756 F.3d 1326 (11th Cir. 2014).

3.  Because of the nature of the allegations and the important legal issues raised by the Motion to Dismiss, the Liberty Silver Defendants respectfully submit that oral argument is appropriate and would be of assistance to the Court in ruling on the Motion.

4.  On October 6, 2014, Plaintiff's counsel informed counsel for the Liberty Silver Defendants that Plaintiff opposes the request for oral argument.

5.  The Liberty Silver Defendants estimate that a maximum of one hour would be required for oral argument on their Motion to Dismiss.

Dated: October 6, 2014                                    Respectfully submitted,

PETRILLO KLEIN & BOXER                                    AKIN GUMP STRAUSS HAUER & FELD

  /s/ Guy Petrillo                                          /s/ Michelle A. Reed
Guy Petrillo                                              Michelle A. Reed
655 Third Avenue, 22nd Floor                              1700 Pacific Avenue, Suite 4100
New York, New York                                        Dallas, Texas 75201-4624
Telephone: (212) 370-0331                                 Telephone: (214) 969-2713
Facsimile: (212) 370-0391                                 Facsimile: (214) 969-4313
Email:gpetrillo@pkbllp.com                                 Email: mreed@akingump.com

*Counsel for William Tafuri*                              Robert H. Hotz, Jr. (pro hac vice)
                                                          Jennifer Hildebrand (pro hac vice)
                                                          One Bryant Park
                                                          New York, NY 10036
                                                          Telephone: (212) 872-1028
                                                          Facsimile: (212) 872-1002
                                                          Email: rhotz@akingump.com
                                                          Email: jhildebrand@akingump.com

                                                          *Counsel for Liberty Silver and Geoffrey Browne*

THE PGD LAW FIRM

  /s/ Patrick G. Dempsey
Patrick G. Dempsey
Southeast Financial Center, Suite 2790
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 549-8601
Facsimile: (305) 440-4051
Email: dempsey@pgdlawfirm.com

*Counsel for Liberty Silver, Geoffrey Browne, and William Tafuri*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record this 6th day of October, 2014.

                                                  */s/ Patrick G. Dempsey*
                                                  Patrick G. Dempsey