UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

## MOTION FOR LEAVE TO FILE MOTION TO DISMISS
## AND OTHER SUPPORTING DOCUMENTS TODAY

Defendants Robert Donald Bruce Genovese, BG Capital Group LTD., Look Back Investments, Inc. and Outlook Investments, Inc. (the "BG Capital Defendants"), hereby respectfully move the Court for leave to file a Notice of Motion to Dismiss Third Amended Consolidated Class Action Complaint (the "Notice"), a Memorandum in Support of Motion to Dismiss By Robert Genovese, BG Capital Group LTD., Look Back Investments, Inc., and Outlook Investments, Inc. (the "Memorandum"), an Appendix in support of the Memorandum, and a Request for Oral Argument today. In support thereof, the BG Capital Defendants state as follows:

    1) On June 5, 2014 and September 17, 2014, this Court issued orders, stipulated to by the parties, setting the briefing schedule for this proceeding (Doc. Nos. 79 & 94) (the "Scheduling

Orders"). Under the Scheduling Orders, the BG Capital Defendants were required to file a response to the Third Amended Complaint by October 6, 2014.

2) In accordance with Local Rule 4(b)(2), the BG Capital Defendants sent local counsel via email the Notice, the Memorandum and appendices in support of thereof, and a Request for Oral Argument, for filing in accordance with the Scheduling Orders. The Notice, the Memorandum along with the supporting appendices, and the Request for Oral Argument were forwarded to local counsel at 11:13 p.m., 11:18 pm, 11:27 pm, and 11:46 pm EST on October 6 2014, as reflected in the emails attached hereto as Exhibit A.

3) Local counsel attempted to file the Memorandum and supporting appendices on October 6, 2014 at approximately 11:30 p.m. EST, but the filings were rejected by the Court's electronic filing system at approximately 11:34 p.m. EST. *See* Exhibit B (e-mail reflecting that the Court's electronic filing system would not accept the filing because the Appendix was too large).

4) Subsequently, counsel for the BG Capital Defendants divided the Appendix into additional subparts in an attempt to timely file the Memorandum along with the supporting appendices. While local counsel was able to file the Memorandum and Part I of the Appendix (Doc. No. 106), local counsel was unable to file the remainder of the Appendix, the Notice, and the Request for Oral Argument. Also, filing of the Memorandum and Part I of the Appendix was not processed until 12:03 a.m. EST, October 7, 2014.

5) To ensure that the remainder of the Appendix can be filed via the Court's electronic filing system, counsel for the BG Capital Defendants have divided it further into subparts II, III, and IV. Local counsel is filing the remainder of the Appendix, along with the Notice and the Request for Oral Argument contemporaneously with the filing of this Motion. The remainder of the Appendix, the Notice and the Request for Oral Argument that are being filed

contemporaneously herewith are identical to the documents that were sent to local counsel on the eve of October 6, 2014.

6) Accordingly, the BG Capital Defendants respectfully request leave to file the Notice, the Memorandum along with the supporting appendices, and the Request for Oral Argument today.

7) Plaintiffs and the Liberty Silver Defendants have consented to this request.

8) District Courts have broad discretion in managing their cases. *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Johnson v. Bd. of Rents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

9) A Proposed Form of Order is attached for the convenience of the Court.

WHEREFORE, for the foregoing reasons, the BG Capital Defendants respectfully request that the Court grant their Motion for Leave to file a Notice of Motion to Dismiss Third Amended Consolidated Class Action Complaint, a Memorandum in Support of Motion to Dismiss By Robert Genovese, BG Capital Group LTD., Look Back Investments, Inc., and Outlook Investments, Inc. and the appendices thereto, and a Request for Oral Argument.

Respectfully submitted on October 7, 2014,

| | |
|---|---|
| DORSEY & WHITNEY LLP<br>1801 K Street, N. W., Suite 750<br>Washington, D. C.  20006<br>Telephone:  202-442-3000<br>Email: Gorman.tom@dorsey.com | RASKIN & RASKIN, P.A.<br>866 S. Dixie Highway<br>Coral Gables, Florida 33146<br>Telephone (305) 444-3400<br>E-mail: mraskin@raskinlaw.com |
| By:   /s/Thomas O. Gorman<br>        Thomas O. Gorman (Pro Hac Vice) | By: /s/ Martin R. Raskin<br>        Martin R. Raskin<br>        Florida Bar No. 0315206 |

3

## CERTIFICATE OF SERVICE

  I hereby certify that on October 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Martin R. Raskin
Martin R. Raskin
Florida Bar No. 0315206
