# EXHIBIT A

# Thompson, Chimera

| | |
|---|---|
| **From:** | Thompson, Chimera |
| **Sent:** | Monday, October 06, 2014 11:13 PM |
| **To:** | 'Martin Raskin' |
| **Cc:** | Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez' |
| **Subject:** | RE: Motion to Dismiss |
| **Attachments:** | 10-6-14 Final Appendix w TOC Part I.pdf |

Here is part I of the appendix

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:08 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Martin,

I will be send you three separate .pdfs with the motion to dismiss.  One with the motion and supporting memorandum, and two with Parts I and II of our appendix.  It's too big to send it all in one email.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Martin Raskin [mailto:mraskin@raskinlaw.com]
**Sent:** Monday, October 06, 2014 10:51 PM

**To:** Thompson, Chimera
**Subject:** RE: Motion to Dismiss

Please send me the final version in pdf.  Thanks.

---

**From:** thompson.chimera@dorsey.com [mailto:thompson.chimera@dorsey.com]
**Sent:** Monday, October 06, 2014 9:39 PM
**To:** Jane Raskin; agutierrezperez@aol.com; Ana Gutierrez; Martin Raskin
**Subject:** Motion to Dismiss

We are still finalizing the motion to dismiss.  We should be done within the hour.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

# Thompson, Chimera

| | |
|---|---|
| **From:** | Thompson, Chimera |
| **Sent:** | Monday, October 06, 2014 11:18 PM |
| **To:** | 'Martin Raskin' |
| **Cc:** | Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez' |
| **Subject:** | RE: Motion to Dismiss |
| **Attachments:** | 10-6-14 Final Appendix w TOC Part II.pdf |

Here is part II of the appendix

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:13 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Here is part I of the appendix

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:08 PM
**To:** 'Martin Raskin'

**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Martin,

I will be send you three separate .pdfs with the motion to dismiss.  One with the motion and supporting memorandum, and two with Parts I and II of our appendix.  It's too big to send it all in one email.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received
this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments,
including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof.
Thank you.

**From:** Martin Raskin [mailto:mraskin@raskinlaw.com]
**Sent:** Monday, October 06, 2014 10:51 PM
**To:** Thompson, Chimera
**Subject:** RE: Motion to Dismiss

Please send me the final version in pdf.  Thanks.

**From:** thompson.chimera@dorsey.com [mailto:thompson.chimera@dorsey.com]
**Sent:** Monday, October 06, 2014 9:39 PM
**To:** Jane Raskin; agutierrezperez@aol.com; Ana Gutierrez; Martin Raskin
**Subject:** Motion to Dismiss

We are still finalizing the motion to dismiss.  We should be done within the hour.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received
this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments,
including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof.
Thank you.

# Thompson, Chimera

| | |
|---|---|
| **From:** | Thompson, Chimera |
| **Sent:** | Monday, October 06, 2014 11:27 PM |
| **To:** | 'Martin Raskin' |
| **Cc:** | Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez' |
| **Subject:** | RE: Motion to Dismiss |
| **Attachments:** | Final Brief re Motion to Dismiss.pdf |

Here is the brief.

I am also quickly drafting a request for oral argument and a notice of motion to dismiss.


**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

---

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:18 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Here is part II of the appendix


**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

---

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:13 PM

**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Here is part I of the appendix

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  L L P**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:08 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Martin,

I will be send you three separate .pdfs with the motion to dismiss.  One with the motion and supporting memorandum, and two with Parts I and II of our appendix.  It's too big to send it all in one email.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  L L P**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

**From:** Martin Raskin [mailto:mraskin@raskinlaw.com]
**Sent:** Monday, October 06, 2014 10:51 PM
**To:** Thompson, Chimera
**Subject:** RE: Motion to Dismiss

Please send me the final version in pdf.  Thanks.

**From:** thompson.chimera@dorsey.com [mailto:thompson.chimera@dorsey.com]
**Sent:** Monday, October 06, 2014 9:39 PM

**To:** Jane Raskin; agutierrezperez@aol.com; Ana Gutierrez; Martin Raskin
**Subject:** Motion to Dismiss

We are still finalizing the motion to dismiss.  We should be done within the hour.

**Chimera N. Thompson**
Associate

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

# Thompson, Chimera

| | |
|---|---|
| **From:** | Thompson, Chimera |
| **Sent:** | Monday, October 06, 2014 11:46 PM |
| **To:** | 'Martin Raskin' |
| **Cc:** | Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez' |
| **Subject:** | RE: Motion to Dismiss |
| **Attachments:** | Genovese - Notice of Motion to Dismiss.pdf; Genovese - Request for oral argument.pdf |

Here is the notice of motion to dismiss and request for oral argument

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.*
*Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received*
*this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments,*
*including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof.*
*Thank you.*

---

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:18 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Here is part II of the appendix

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.*
*Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received*
*this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments,*
*including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof.*
*Thank you.*

---

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:13 PM
**To:** 'Martin Raskin'

**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Here is part I of the appendix


**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

**From:** Thompson, Chimera
**Sent:** Monday, October 06, 2014 11:08 PM
**To:** 'Martin Raskin'
**Cc:** Gorman, Tom; 'jraskin@raskinlaw.com'; 'agutierrezperez@aol.com'; 'Ana Gutierrez'
**Subject:** RE: Motion to Dismiss

Martin,

I will be send you three separate .pdfs with the motion to dismiss.  One with the motion and supporting memorandum, and two with Parts I and II of our appendix.  It's too big to send it all in one email.

**Chimera N. Thompson**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.

**From:** Martin Raskin [mailto:mraskin@raskinlaw.com]
**Sent:** Monday, October 06, 2014 10:51 PM
**To:** Thompson, Chimera
**Subject:** RE: Motion to Dismiss

Please send me the final version in pdf.  Thanks.

**From:** thompson.chimera@dorsey.com [mailto:thompson.chimera@dorsey.com]
**Sent:** Monday, October 06, 2014 9:39 PM
**To:** Jane Raskin; agutierrezperez@aol.com; Ana Gutierrez; Martin Raskin
**Subject:** Motion to Dismiss

We are still finalizing the motion to dismiss.  We should be done within the hour.

**Chimera N. Thompson**
Associate

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
1801 K Street NW, Suite 750
Washington, D.C. 20006
**P:** 202.442.3534  **F:** 202.315.3810

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*