UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

## ORDER ON MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND OTHER SUPPORTING DOCUMENTS

This matter having come before the Court on Defendants Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook Investments, Inc. (collectively the "BG Capital Defendants") Motion for Leave to file a Notice of Motion to Dismiss Third Amended Consolidated Class Action Complaint, a Memorandum in Support of Motion to Dismiss By Robert Genovese, BG Capital Group LTD., Look Back Investments, Inc., and Outlook Investments, Inc., an Appendix in support of the Memorandum, and a Request for Oral Argument, and the Court having considered the matter, and for good and sufficient cause shown,

    It is hereby ORDERED THAT

1. The Motion is GRANTED.

2. The BG Capital Defendants' Notice of Motion to Dismiss Third Amended Consolidated Class Action Complaint, Memorandum in Support of Motion to Dismiss By Robert Genovese, BG Capital Group LTD., Look Back Investments, Inc., and Outlook Investments, Inc. and supporting appendix thereto, and a Request for Oral Argument are accepted for filing.

DONE and ORDERED in chambers this _____ day of October, 2014.

_____

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE