UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

NOTICE OF MOTION TO DISMISS
THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated October 6, 2014, and the Declaration of Chimera Thompson and the exhibits thereto, the undersigned Defendants, through their counsel, move before the Honorable Kenneth A. Ryskamp, Federal District Court Judge in the United States District Court for the Southern District of Florida, for an order dismissing Counts One and Two of the Third Amended Consolidated Class Act Complaint against Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook Investments, Inc.

Respectfully submitted on Dated October 6, 2014

| | |
|---|---|
| DORSEY & WHITNEY LLP | RASKIN & RASKIN, P.A. |
| 1801 K Street, N. W., Suite 750 | 866 S. Dixie Highway |
| Washington, D. C.  20006 | Coral Gables, Florida 33146 |
| Telephone:  202-442-3000 | Telephone (305) 444-3400 |
| Email: Gorman.tom@dorsey.com | E-mail: mraskin@raskinlaw.com |
| | |
| By:    /s/Thomas O. Gorman | By: /s/ Martin R. Raskin |
|         Thomas O. Gorman (Pro Hac Vice) |        Martin R. Raskin |
| |        Florida Bar No. 0315206 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Martin R. Raskin
Martin R. Raskin
Florida Bar No. 0315206

2