UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(b)(2), Defendants Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook Investments, Inc. (the "BG Capital Defendants") respectfully request oral argument to address their Motion to Dismiss, filed on October 6, 2014, in the above-captioned matter.

1. The Third Amended Consolidated Class Action Complaint (the "Complaint") spans 75 pages and 155 paragraphs and asserts claims under the federal securities law on behalf of putative class of purchases of Liberty Silver Corporation common stock. The Liberty Silver Defendants' Motion to Dismiss is a dispositive motion seeking dismissal of all the Claims for failure to state a claim.

2. The Motion to Dismiss is based in part on recent Supreme Court decisions.

3. Because of the nature of the allegations and the important legal issues raised in the Motion to Dismiss, the BG Capital Defendants respectfully submit that oral argument is appropriate and would be of assistance to the Court in ruling on the Motion.

4. On October 6, 2014, the Liberty Silver Defendants asked Plaintiffs if they would agree to oral argument and they would not.

5. The BG Capital Defendants estimate that a maximum of one hour would be required for oral argument on their Motion to Dismiss.

Respectfully submitted on Dated October 6, 2014

DORSEY & WHITNEY LLP
1801 K Street, N. W., Suite 750
Washington, D. C.  20006
Telephone:  202-442-3000
Email: Gorman.tom@dorsey.com

By:   /s/Thomas O. Gorman
        Thomas O. Gorman (Pro Hac Vice)

RASKIN & RASKIN, P.A.
866 S. Dixie Highway
Coral Gables, Florida 33146
Telephone (305) 444-3400
E-mail: mraskin@raskinlaw.com

By: /s/ Martin R. Raskin
      Martin R. Raskin
      Florida Bar No. 0315206

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Martin R. Raskin
Martin R. Raskin
Florida Bar No. 0315206