UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP, LTD, LOOK BACK
INVESTMENTS, INC., LIBERTY SILVER
CORPORATION AND OUTLOOK
INVESTMENTS, INC.

    Defendants.
_____/

## NOTICE OF FILING

The Defendants, Robert Donald Bruce Genovese, BG Capital Group, Ltd., Look Back Investments, Inc., and Outlook Investments, Inc., hereby gives Notice of Filing Appendix Parts II, III, and IV to the Memorandum in Support [106] of Motion to Dismiss [88].

    Respectfully submitted,

    RASKIN & RASKIN, P.A.
    866 S. Dixie Highway
    Coral Gables, Florida 33146
    Tel: (305) 444-3400
    E-mail: mraskin@raskinlaw.com

    By: /s/ Martin R. Raskin
        MARTIN R. RASKIN
        Florida Bar No. 0315206

## CERTIFICATE OF SERVICE

I hereby certify that on Ocober 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

   /s/  Martin R.Raskin
MARTIN R. RASKIN
Florida Bar No. 0315206