**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO.: 9:13-cv-80923-KLR**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

     Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

     Defendants.

**APPENDIX TO MOTION TO DISMISS
BY ROBERT DONALD BRUCE GENOVESE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. AND
OUTLOOK INVESTMENTS, INC.**

**PART II**

Thomas O. Gorman
Dorsey & Whitney LLP
1801 K Street, N. W., Suite 750
Washington, D. C.  20006
Telephone:  202-442-3000
Fax:  202-442-3199
Email: gorman.tom@dorsey.com

Date:  October 6, 2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:13-cv-80923-KLR**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

      Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

      Defendants.

**DECLARATION OF CHIMERA THOMPSON IN SUPPORT OF MOTION**
**TO DISMISS BY ROBERT GENOVESE,**
**BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS,**
**INC. AND OUTLOOK INVESTMENTS, INC.**

I, Chimera Thompson, hereby declare as follows:

1.      I am a member of the Bar of the State of New York with the law firm of Dorsey &

Whitney LLP, 1801 K Street, N.W., Suite 750, Washington, D.C.  20006.

2.      This Firm represents Robert Genovese, BG Capital Group Ltd., Look Back

Investments, Inc. and Outlook Investments, Inc.

3.      I make this Declaration on my personal knowledge in support of Robert Genovese,

BG Capital Group Ltd, Look Back Investments, Inc. and Outlook Investments, Inc.'s Motion to

Dismiss.

4.      Attached hereto as App0001 is a true and correct copy of the SEC Order of Suspension of Trading obtained from the Securities Exchange Commission ("SEC's") website, www.sec.gov., *In the Matter of: Liberty Silver Corp.*, SEC File No. 500-1 (Issued Oct. 5, 2012).

5.      Attached hereto as App0002-18 is a true and correct copy of the SEC Order obtained from the SEC's website, www.sec.gov., *In the Matter of: John Thomas Capital Management Group LLC, et al.*, SEC File No. 3-15244 (Issued Mar. 22, 2013).

6.      Attached hereto as App0019-20 is a true and correct copy of the Opinion and Order, obtained from the Ontario Securities Commission ("OSC's") website, www.sedar.com, *In the Matter of The Securities Act, R.S.O. 1990, c. S.5 as amended and In the Matter of Liberty Silver Corp.* (Issued Oct. 12, 2012).

7.      Attached hereto as App0021-46 is a true and correct copy of the Federal Court Opinion and Order issued on September 23, 2014, in *Salvani v. ADVFN PLC, 13-cv-7082,* obtained from the Southern District of New York's website https://ecf.nysd.uscourts.gov/cgi-bin/ShowIndex.pl

8.      Attached hereto as App0047-77 is a true and correct copy of the Amended Complaint filed on August 5, 2014 in *SEC v. Galas, 14-cv-5621, W. D. WA.,* obtained from SEC's website, http://www.sec.gov/litigation/complaints/2014/comp-pr2014-159.pdf

9.      Attached hereto as App0078-80 is a true and correct copy of the August 28, 2012, BG Capital News Release obtained from the Company.

10.      Attached hereto as App0081-82 is a true and correct copy of the September 27, 2012, BG Capital News Release obtained from the Company.

11.      Attached hereto as App0083-86 is a true and correct copy of the December 21, 2011, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

12.     Attached hereto as App0087-88 is a true and correct copy of the January 25, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

13.     Attached hereto as App0089-91 is a true and correct copy of the May 22, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

14.     Attached hereto as App0092-99 is a true and correct copy of the July 9, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

15.     Attached hereto as App0100-102 is a true and correct copy of the July 16, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

16.     Attached hereto as App0103-105 is a true and correct copy of the July 24, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com..

17.     Attached hereto as App0106-109 is a true and correct copy of the July 26, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

18.     Attached hereto as App0110-111 is a true and correct copy of the August 8, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

19.     Attached hereto as App0112-115 is a true and correct copy of the August 21, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

20.     Attached hereto as App0116-118 is a true and correct copy of the October 16, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

21.     Attached hereto as App0119-1251 is a true and correct copy of the October 19, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

22.     Attached hereto as App0126-129 is a true and correct copy of the January 7, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

23.     Attached hereto as App0130-132 is a true and correct copy of the February 28, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

24.     Attached hereto as App0133-135 is a true and correct copy of the March 21, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

25.     Attached hereto as App0136-139 is a true and correct copy of the October 4, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

26.     Attached hereto as App0140-145 is a true and correct copy of the July 31, 2012, Sennen News Release obtained from the OSC's website, www.sedar.com.

27.     Attached hereto as App0146-198 is a true and correct copy of the December 21, 2011, Liberty Silver Form 10-K obtained from the website:  www.sec.gov.

28.     Attached hereto as App0199-262 is a true and correct copy of the June 30, 2012, Liberty Silver Form 10-K obtained from the website:  www.sec.gov.

29.     Attached hereto as App0263-332 is a true and correct copy of the June 30, 2013, Liberty Silver Form 10-K obtained from the website:  www.sec.gov.

30.     Attached hereto as App0333-335 is a true and correct copy of the July 7, 2010, SEC article entitled *"BAZI® Completes $500,000 Financing, Capping a $2.0 Million Capital Raise and Announces John Thomas Financial as its Exclusive Investment Bank,"*

*http://www.sec.gov/Archives/edgar/data/1134765/000113476510000008/ex99-07082010_100755.htm.*

31.     Attached hereto as App0336-337 is a true and correct copy of the May 16, 2012, article entitled *"John Thomas Financial Raises $33 Million for Private Shares of Facebook in Secondary Market",* Market Wired, *http://finance.yahoo.com/news/john-thomas-financial-raises-33-140500244.html.*

32.     Attached hereto as App0338-339 is a true and correct copy of the January 18, 2011, article entitled  *"John Thomas Financial CEO Thomas Belesis Reveals His Plans for Expansion in an Exclusive Interview with CNBC,"* Market Wired, *http://www.marketwired.com/press-release/john-thomas-financial-ceo-thomas-belesis-reveals-his-plans-expansion-exclusive-interview-1381679.htm* .

33.     Attached hereto as App0340-341 is a true and correct copy of the June 3, 2011, article entitled *"John Thomas Financial Chief Economist Says Investors Should Maintain a Bullish Posture,"* Business Wire, *http://www.businesswire.com/news/home/20110603005502/en/John-Thomas-Financial-Chief-Economist-Investors-Maintain.*

34.     Attached hereto as App0342-343 is a true and correct copy of the February 29, 2012, article entitled *"John Thomas Financial Releases 2012 Economic Outlook,"* Greek USA Reporter, *http://usa.greekreporter.com/2012/02/29/john-thomas-financial-releases-2012-economic-outlook/.*

35.     Attached hereto as App0344 is a true and correct copy of the website entitled *John Thomas,* Linkedin.com, *https://www.linkedin.com/company/john-thomas-financial.*

36.     Attached hereto as App0345-347 is a true and correct copy of the July 20, 2011, article entitled *"John Thomas Financial Raises $40 Million in Private Equity Placement for Kadmon I,"* Businesswire.com, *http://www.businesswire.com/news/home/20110720005330/en/John-Thomas-Financial-Raises-40-Million-Private* .

37.     Attached hereto as App0348-349 is a true and correct copy of the September 10, 2012, article entitled *"John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies"* Market Wired, *http://www.marketwired.com/press-release/john-thomas-financial-forms-highline-research-advisors-provide-institutional-investment-1699483.htm.*

38.     Attached hereto as App0350-354 is a true and correct copy of the December 13, 2012, article entitled  *"Latitude Global Has Engaged John Thomas Financial as its Investment Banking Firm,"* Globenewswire.com, *http://globenewswire.com/news-release/2012/12/13/511340/10015578/en/Latitude-Global-Has-Engaged-John-Thomas-Financial-as-Its-Investment-Banking-Firm.html.*

39.     Attached hereto as App0355-357 is a true and correct copy of the January 29, 2010, article entitled *"New Embattled Minority:  Wall Street Brokers,"* The New York Times, *http://www.nytimes.com/2010/01/28/nyregion/28bankers.html?_r=0.*

40.     Attached hereto as App0358-373 is a true and correct copy of the Anonymous Post Sold on the Internet regarding LBSV and Bobby Genovese, http://www.mediafire.com/view/?t63tft59qjrb3pb.

41.     Attached hereto as App0374-383 is a true and correct copy of the agenda to the Cambridge House Agenda – The Silver Summit 10th Anniversary obtained from the website: http://cambridgehouse.com/event/10/the-silver-summit-10th-anniversary/agenda.

42.     Attached hereto as App0384-398 is a true and correct copy of the agenda to the Cambridge House Agenda – 2012 Toronto Resource Investment Conference obtained from the website:  http://cambridgehouse.com/event/9/toronto-resource-investment-conference-2012/agenda.

43.     Attached hereto as App0399-404 is a true and correct copy of the list of exhibitors from the Cambridge House 2012 Toronto Resource Investment Conference obtained from the website:  http://cambridgehouse.com/event/9/toronto-resource-investment-conference-2012/exhibitors.

44.     Attached hereto as App0405-407 is a true and correct copy of the October 22, 2013, article entitled *"Icahn Cashes in on Netflix for $825M Profit, Still has 4.5% Stake,"* Forbes, *http://www.forbes.com/sites/steveschaefer/2013/10/22/carl-icahn-cashes-in-on-netflix-cuts-stake-to-take-profits/.*

45.     Attached hereto as App0408-421 is a true and correct copy of the Winter 2000, article entitled *"Investor Relations, Liquidity, and Stock Prices,"* published in the Journal of Applied Corporate Finance.

46.     Attached hereto as App0422-435 is a true and correct copy of the LBSV Historical Stock Prices obtained from Bloomberg.

47.     Attached hereto as App0436 is a true and correct copy of the London Fix Historical Silver Prices, http://www.kitco.com/scripts/hist_charts/yearly_graphs.plx.

48.     Attached hereto as App0437-444 is a true and correct copy of the November 16, 2011, OSC Stock Chart, obtained from the OSC's website, www.sedar.com.

49.     Attached hereto as App0445-572 is a true and correct copy of the December 1, 2011, Liberty Silver Technical Report:  Mine Development Associates Technical Report on the Trinity Project, obtained from the OSC's website, www.sedar.com.

50.     Attached hereto as App0573 is a true and correct copy of the SEC Release "Pump & Dumps" and Market Manipulations obtained at obtained from the SEC's website, www.sec.gov., http://www.sec.gov/answers/pumpdump.htm.\.

51.     Attached hereto as App0574-576 is a true and correct copy of Liberty Silver Form 8-K dated November 10, 2011, obtained from the SEC's website, www.sec.gov., http://www.sec.gov/Archives/edgar/data/1407583/000113705011000352/libertysilver_8kitem101 priva.htm.

52.     Attached hereto as App0577-613 is a true and correct copy of Liberty Silver Exhibit 10-2 Subscription Agreement, obtained from the SEC's website, www.sec.gov., http://www.sec.gov/Archives/edgar/data/1407583/000113705011000352/exhibit1012subscriptio nagree.htm.

I certify under penalty of perjury that the foregoing is true and correct.


DATED:  October 6, 2014                    ***/s/ Chimera Thompson***
                                           Chimera Thompson
                                           Dorsey & Whitney LLP
                                           1801 K Street, N. W., Suite 750
                                           Washington, D. C.  20006
                                           Telephone:  202-442-3000
                                           Fax:  202-442-3199
                                           Email:Thompson.chimera@dorsey.com

# TABLE OF CONTENTS

**PLEADINGS/ORDERS:**                                                              **Page**

*In the Matter of:  Liberty Silver Corp.*, SEC File No. 500-1 Order of Suspension
    of Trading (Issued October 5, 2012) ................................................................ APP0001

*In the Matter of:  John Thomas Capital Management Group LLC, et al.,* SEC
    File No. 3-15244 Order (Issued March 22, 2013) .......................................... APP0002-18

*In the Matter of The Securities Act, R.S.O. 1990, c. S.5 as amended and In the Matter of*
    *Liberty Silver Corp.*, Ontario Securities Commission Temporary Order .................. APP0019-20

*Salvani v. ADVFN PLC*, 13-cv-7082, S.D.N.Y Opinion and Order (Issued
    September 23, 2014) .................................................................................. APP0021-46

*SEC v. Galas*, 14-cv-5621, W. D. WA Amended Complaint (Filed
    August 5, 2014) ........................................................................................ APP0047-77

**NEWS RELEASES:**

BG Capital News Release dated August 28, 2012 .............................................. APP078-80

BG Capital News Release dated September 27, 2012 ......................................... APP081-82

Liberty Silver News Release dated December 21, 2011 ...................................... APP083-86

Liberty Silver News Release dated January 25, 2012 ........................................ APP087-88

Liberty Silver News Release dated May 22, 2012 ............................................. APP089-91

Liberty Silver News Release dated July 9, 2012 ............................................... APP092-99

Liberty Silver News Release dated July 16, 2012 ............................................ APP0100-102

Liberty Silver News Release dated July 24, 2012 ............................................ APP0103-105

Liberty Silver News Release dated July 26, 2012 ............................................ APP0106-109

Liberty Silver News Release dated August 8, 2012 .......................................... APP0110-111

Liberty Silver News Release dated August 21, 2012 ......................................... APP0112-115

Liberty Silver News Release dated October 16, 2012 ........................................ APP0116-118

Liberty Silver News Release dated October 19, 2012 ........................................ APP0119-125

Liberty Silver News Release dated January 7, 2013 ......................................... APP0126-129

Liberty Silver News Release dated February 28, 2013...............................................APP0130-132

Liberty Silver News Release dated March 21, 2013..................................................APP0133-135

Liberty Silver News Release dated October 4, 2013.................................................APP0136-139

Sennen News Release dated July 31, 2012 ..............................................................APP0140-145

**FINANCIAL DOCUMENTS**:

Liberty Silver Form 10-K dated December 21, 2011 ...............................................APP0146-198

Liberty Silver Form 10-K dated June 30, 2012........................................................APP0199-262

Liberty Silver Form 10-K dated June 30, 2013........................................................APP0263-332

**INFORMATION PERTAINING TO JOHN THOMAS**:

"BAZI® Completes $500,000 Financing, Capping a $2.0 Million Capital Raise and Announces John Thomas Financial as its Exclusive Investment Bank" (July 7, 2010) http://www.sec.gov/Archives/edgar/data/1134765/000113476510000008/ex99-07082010_100755.htm .......................................................................................................APP0333-335

"John Thomas Financial Raises $33 Million for Private Shares of Facebook in Secondary Market", Market Wired, (May 16, 2012) http://finance.yahoo.com/news/john-thomas-financial-raises-33-140500244.html.......................................................................................APP0336-337

"John Thomas Financial CEO Thomas Belesis Reveals His Plans for Expansion in an Exclusive Interview with CNBC," Market Wired (January 18, 2011) http://www.marketwired.com/press-release/john-thomas-financial-ceo-thomas-belesis-reveals-his-plans-expansion-exclusive-interview-1381679.htm .......................................................................................APP0338-339

"John Thomas Financial Chief Economist Says Investors Should Maintain a Bullish Posture," Business Wire, June 3, 2011) http://www.businesswire.com/news/home/20110603005502/en/John-Thomas-Financial-Chief-Economist-Investors-Maintain...............................................APP0340-341

"John Thomas Financial Releases 2012 Economic Outlook," Greek USA Reporter (February 29, 2012) http://usa.greekreporter.com/2012/02/29/john-thomas-financial-releases-2012-economic-outlook/ .......................................................................................................APP0342-343

John Thomas, Linkedin.com https://www.linkedin.com/company/john-thomas-financial.................................................. APP0344

"John Thomas Financial Raises $40 Million in Private Equity Placement for Kadmon I," Businesswire.com (July 20, 2011) http://www.businesswire.com/news/home/20110720005330/en/John-Thomas-Financial-Raises-40-Million-Private.......................................................................................APP0345-347

"John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies" Market Wired (September 10, 2012) http://www.marketwired.com/press-release/john-thomas-financial-forms-highline-research-advisors-provide-institutional-investment-1699483.htm ....................................................................APP0348-349

"Latitude Global Has Engaged John Thomas Financial as its Investment Banking Firm," Globenewswire.com (December 13, 2012) http://globenewswire.com/news-release/2012/12/13/511340/10015578/en/Latitude-Global-Has-Engaged-John-Thomas-Financial-as-Its-Investment-Banking-Firm.html ........................................................................APP0350-354

"New Embattled Minority:  Wall Street Brokers," The New York Times (January 28, 2010) http://www.nytimes.com/2010/01/28/nyregion/28bankers.html?_r=0 ........................APP0355-357

**MISCELLANEOUS:**

Anonymous Post Sold on the Internet regarding LBSV and Bobby Genovese ...............APP0358-373

Cambridge House Agenda – The Silver Summit 10th Anniversary ......................................APP0374-383

Cambridge House Agenda – Toronto Resource Investment Conference .........................APP0384-398

Cambridge House – List of Exhibitors ..........................................................................APP0399-404

"Icahn Cashes in on Netflix for $825M Profit, Still has 4.5% Stake, Forbes (October 22, 2013) http://www.forbes.com/sites/steveschaefer/2013/10/22/carl-icahn-cashes-in-on-netflix-cuts-stake-to-take-profits/..............................................................................................................APP0405-407

"Investor Relations, Liquidity, and Stock Prices," Journal of Applied Corporate Finance (Winter 2000) ................................................................................................APP0408-421

LBSV Historical Stock Prices.....................................................................................APP0422-435

London Fix Historical Silver Prices .................................................................................. APP0436

OSC Stock Chart dated November 15, 2011.................................................................APP0437-444

Liberty Silver Technical Report:  Mine Development Associates Technical Report on the Trinity Project, dated December 1, 2011.................................................................APP0445-571

SEC Release "Pump & Dumps" and Market Manipulations...................................... APP0573

Liberty Silver Form 8-K dated November 10, 2011................................................APP0574-576

Liberty Silver Exhibit 10-2 Subscription Agreement..............................................APP0577-614

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the Fiscal Year Ended June 30, 2013

[] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from _____ to _____

# LIBERTY SILVER CORP.

(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Nevada** | **333-150028** | **32-0196442** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification Number) |

**181 Bay Street, Suite 2330**
**Toronto, Ontario, Canada, M5J 2T3**
(Address of principal executive offices)

Registrant's telephone number, including area code: **888-749-4916**

Securities registered under Section 12(b) of the Exchange Act:        None
Securities registered under Section 12(g) of the Exchange Act:        None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act [] Yes [ X ] No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the [ ]Yes [ X ] No

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. [X] Yes [ ] No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). [X] Yes [ ] No.

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company.  See the definitions of "large accelerated filer," "accelerated filer" and smaller reporting company" in Rule 12b-2 of the Exchange Act.

1

**APP 0263**

Large accelerated filer [ ]                                          Accelerated filer [ ]
Non-accelerated filer [ ]  (Do not check if a smaller reporting company)   Smaller reporting company [ X ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). [ ] Yes  [ X ] No

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of the last business day of the registrant's most recently completed second fiscal quarter $31,765,918.

As of September 27, 2013, the Company had 83,991,945 shares issued and outstanding.

2

APP 0264

## PART I

**ITEM 1.        BUSINESS**

**The Corporation**

Liberty Silver Corp. ("Liberty Silver", the "Company", "we", "us", or the "Registrant") was incorporated on February 20, 2007 under the laws of the state of Nevada under the name Lincoln Mining Corp. Pursuant to a Certificate of Amendment dated February 11, 2010, the Company changed its name to Liberty Silver Corp.  The Company's registered office is located at 1802 N. Carson Street, Suite 212, Carson City Nevada 89701, and its head office is located at 181 Bay Street, Suite 2330, P.O. Box 848, Toronto, Ontario, Canada, M5J 2T3, and the telephone number is 888-749-4916.

**Current Operations**

Overview

We were incorporated for the purpose of engaging in mineral exploration activities, and on May 24, 2007, purchased the Zone Lode mining claim located in Elko County, Nevada, for a purchase price of $10,000. Our objective was to conduct mineral exploration activities on the Zone Lode claim to assess whether it contained economic reserves of copper, gold, silver, molybdenum or zinc.  We were not able to determine whether this property contained reserves that were economically recoverable and as a result, ceased to explore this property.  The Company's current business operations are focused on exploring and developing the Trinity Silver property located in Pershing County, Nevada (the "Trinity Project").

The Company acquired its interest in the Trinity Project through an Exploration Earn-In Agreement (the "Earn-In Agreement"), discussed below in Item 2 - Properties.  On March 29, 2010, the Company entered into the Earn-In Agreement relating to the Trinity Project with AuEx, Inc., a Nevada company providing the Company with a right to earn a 70% undivided interest in rights of AuEx, Inc. in the Trinity Project (the "70% Interest"); as discussed below, the 70% Interest is subject to the rights and obligations of AuEx, Inc. and its successors and assigns under a Minerals Lease and Sublease between AuEx, Inc. and Newmont Mining USA Limited.  AuEx, Inc. is beneficially owned by another Nevada company AuEx Ventures, Inc. AuEx, Inc. held an exclusive interest in the Trinity Project by way of a Minerals Lease and Sublease with Newmont Mining USA Limited, a Delaware corporation who owns or leases the various unpatented mining claims and portions of private land comprising the Trinity Project; the Minerals Lease and Sublease is discussed below. As part of a restructuring transaction by AuEx Ventures, Inc., another Nevada company Renaissance Gold Inc. ("Renaissance") was spun out, and on July 1, 2010 AuEx, Inc. assigned all of its interest in the Trinity Project and the Earn-In Agreement to Renaissance, who currently holds a 100% leasehold interest in the Trinity Project pursuant to the Minerals Lease and Sublease.  The Company's rights in the Trinity Project are derived from and based upon the rights of Renaissance through the Minerals Lease and Sublease.  The Minerals Lease and Sublease grants to Newmont, a right of first offer on any transfer of AuEx, Inc.'s interests in the Trinity Project to any non-affiliate of AuEx, Inc., and also gives Newmont a right to either enter into a joint venture agreement covering the Trinity Project and any other real property interests that AuEx, Inc. holds or acquires within the Trinity Project, or receive a royalty on all mineral production from such properties.  Currently the rights to the Trinity Project are held 100% by Renaissance, pursuant to an assignment of such rights from AuEx, Inc. The Company entered into the Earn-In Agreement providing the Company with a right to earn a 70% undivided interest in rights of Renaissance in the Trinity Project.

3

The Trinity Project consists of a total of approximately 10,020 acres, including 5,676 acres of fee land and 253 unpatented mining claims.  Under the Earn-In Agreement, the Company may earn-in the 70% Interest in the Trinity Project during a 6-year period in consideration of (1) a signing payment of $25,000, which has been made, (2) an expenditure of a cumulative total of $5,000,000 in exploration and development expenses on the Trinity Project by March 29, 2016, including a minimum of $500,000 which must be expended within one year from the effective date of the Agreement, and (3) completion of a bankable feasibility study on the Trinity Project on or before the 7th anniversary date of the Agreement. Item (1) has been completed by the Company, and the Company has satisfied item (2), and will report its compliance as of March 29, 2013, which is the end of the third year from the inception of the Earn-in Agreement.

Our business operations are currently focused on efforts to explore the Trinity Project. The Company has not yet commenced development stage activities, but intends to engage in efforts to develop the Trinity Project in the future.  The Company foresees future operations at the Trinity Project consisting of (i) an effort to expand the known mineralized material through drilling, (ii) permitting for operation, if deemed economically viable, (iii) metallurgical studies aimed at enhancing the recovery of the silver and by-product lead and zinc, and (iv) engineering design related to potential construction of a new mine. Exploration of the property will be conducted simultaneously with the mine development in order to locate additional mineralized materials.

Products

The Company's anticipated product will be precious and base metal-bearing concentrates and/or precious metal bullion produced from ores from mineral deposits which it hopes to discover and exploit through exploration and acquisition.   The Company anticipates such products will be silver, lead and zinc.

Trinity Project Location

The Trinity Project is located along the west flank of the Trinity Range in Pershing County, Nevada, about 25 miles by road northwest of Lovelock, NV, the county seat. The Trinity Project consists of approximately 10,020 acres, which includes 253 unpatented lode mining claims and portions of nine sections of private land. The specific location of the Trinity Project is discussed in more detail the section entitled "Properties" herein.

Infrastructure

The Trinity Project is situated in western Nevada, a locale that is host to many metal mines, mining equipment companies, drilling companies, mining and metallurgical consulting expertise, and experienced mining personnel.  Its location is accessible by all-weather road through an area of very sparse population.  There is no infrastructure on the property. All buildings have been removed, all wells have been properly abandoned, and there is no equipment on site. The mine site has been totally reclaimed to the satisfaction of the State of Nevada. The need for power and water would be defined by a feasibility study and mine plan both of which are premature at this point in time.

Government Regulation and Approval

The following permits will be necessary to put the Trinity Project into production.

| Permit/notification | Agency |
|---|---|
| - Mine registry | Nevada Division of Minerals |

4

**APP 0266**

| | |
|---|---|
| - Mine Opening notification | State Inspector of Mines |
| - Solid Waste Landfill | Nevada Bureau of Waste Management |
| - Hazardous Waste Management Permit | Nevada Bureau of Waste Management |
| - General Storm Water Permit | Nevada Bureau of Pollution Control |
| - Hazardous material Permit | State Fire Marshal |
| - Fire and Life Safety | State Fire Marshal |
| - Explosives Permit | Bureau of Alcohol, Tobacco, Firearms |
| - Notification of Commencement of Operations | Mine Safety and Health Administration |
| - Radio License | Federal Communications Commission |

All of the Company's drilling operations to date have been on private land and, as a result, have not been subject to U.S. Bureau of Land Management jurisdiction.  On private land in Nevada, the Company's activities are regulated by The Nevada Division of Environmental Protection and the Nevada Bureau of Mining Regulation and Reclamation ("NBMRR") and no permit is needed as long as the disturbance created is less than five acres. Our total disturbance to date has been less than four acres, much of which has already been reclaimed, and as a result, we have not yet applied for a NBMRR permit.  However, as a matter of courtesy, we have provided written correspondence to NBMRR to advise them of our activities.

Environmental Regulations

Our current exploration activities and any future mining operations (of which we currently have none planned), are subject to extensive laws and regulations governing the protection of the environment, waste disposal, worker safety, mine construction, and protection of endangered and protected species. We have made, and expect to make in the future, significant expenditures to comply with such laws and regulations.  Future changes in applicable laws, regulations and permits or changes in their enforcement or regulatory interpretation could have an adverse impact on our financial condition or results of operations.  In the event that we make a mineral discovery and decide to proceed to production, the costs and delays associated with compliance with these laws and regulations could stop us from proceeding with a project or the operation or further improvement of a mine or increase the costs of improvement or production.

We anticipate that the following environmental permits will be necessary for our anticipated operations:

- Permit for Reclamation
- Water Pollution Control Permit
- Air Quality Operating Permit
- Industrial Artificial pond permit
- Water Rights

The Company anticipates that, subject to the availability of funds or financing, it will begin soliciting bids for the programs necessary to obtain these permits during the fiscal year ending June 30, 2014.  The cost, timing, and work schedules are not yet available.

Competition

We compete with other mining and exploration companies in connection with the acquisition of mining claims and leases on silver and other precious metals prospects and in connection with the recruitment and retention of qualified employees.  Many of these companies are much larger than we are, have greater financial resources and have been in the mining business much longer than we have.  As such, these competitors may be in a better position through size, finances and experience to acquire suitable exploration properties.  We may not be able to compete against these companies in acquiring new

5

**APP 0267**

properties and/or qualified people to work on our current Trinity Project, or any other properties we may acquire in the future.

Given the size of the world market for precious metals such as silver and gold relative to the number of individual producers and consumers, we believe that no single company has sufficient market influence to significantly affect the price or supply of precious metals such as silver and gold in the world market.

<u>Employees</u>

The Company currently has six full-time employees, R. Geoffrey Browne, the President and Chief Executive Officer and a Director of the Board, Manish Z. Kshatriya, the Chief Financial Officer and Executive Vice President, William Tafuri, the Project Manager for the Trinity Project, H. Richard Klatt, the Vice President of Exploration, and two additional employees.

**Reports to Security Holders**

The Company files reports with the SEC under section 15d of the Securities Exchange Act of 1934.  The reports will be filed electronically. You may read copies of any materials filed with the SEC at the SEC's Public Reference Room at 100 F Street, NE, Room 1580, Washington, D.C. 20549.  You may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330.  The SEC also maintains an Internet site that will contain copies of the reports that are filed electronically.  The address for the SEC Internet site is http://www.sec.gov.

**ITEM 1A.      RISK FACTORS**

Not Applicable.

**ITEM 1B. UNRESOLVED STAFF COMMENTS**

Not Applicable.

**ITEM 2.          PROPERTIES.**

**Office Space**

The Company has a lease agreement for office space at 181 Bay Street, Suite 2330, Toronto, Ontario, Canada, M5J 2T3.  The telephone number is: 647-749-4916.  The monthly base rent is CDN $4,007 (approximately US $4,000).  The term of the lease is for fifty-four months and terminates on April 28, 2016.

The Company has a lease agreement for a field office at 808 Packer Way, Sparks, NV 89431. The phone number there is: 775-352-9375.  The monthly base rent is USD $ 2,477.25 plus Common Area Reimbursement of USD $ 370 and Property Tax of USD $250. The term of the lease is for twenty-four months and terminates on January 31, 2015.

**Trinity Project**

<u>Trinity Project Location</u>

The Trinity Project is situated approximately 25 road miles north-northwest of Lovelock, Nevada, in

6

**APP 0268**

Pershing County, Nevada, on the northwest flank of the Trinity Range, in the Trinity mining district. The latitude-longitude coordinates of the mine site are 40° 23' 47" N, 118° 36' 38" W. The JV area is situated in sections 2, 3, 4, 5, 8, 9, 10, 11, 15, 16, and 17, Township 29 North, Range 30 East, MDB&M and sections 26-28, 33, 34, and 35, Township 30 North, Range 30 East, MDB&M.

The Trinity Project includes located public and leased/subleased fee land consisting of the following 253 unpatented mining claims and tracts of fee land:

(1)     248 unpatented lode mining claims consisting of:  The Seka 1-6, 8-16, 61-64, 73-76, 95-112 claims, the TS 1-18 claims, and the XXX claims located in secs. 4, 10, 16 and 21 in T29N, R30E. The Elm 1-183 in secs. 2, 4, 10, 16 T29N, R30E and secs. 26 28, 34, and 35 in T30N, R30E. The claims are located on public land open to mineral entry, currently valid, and subject to Bureau of land management regulations. The total area covered is approximately 5,120 acres.

(2)     Hi Ho Silver 3, 5, 9, 10, and 11 unpatented lode mining claims located in sec. 10, T29N, R30E MDB&M covering approx. 100 acres.

(3)     Approximately 4,480 acres of fee land leased by Newmont Mining Corp. from Southern Pacific Land Co., and its successors, and from Santa Fe Pacific Minerals Corporation, and its successors located in sections 3, 5, 11, and 17, Township 29 North, Range 30 East, and sections 27, 33, and 35, Township 30 North, Range 30 East MDB&M.

(4)     Approximately 1,280 acres of fee land owned by Newmont Mining Corp. located in sections 9 and 15, Township 29 North, Range 30 East, MDB&M.

The Company's joint venture area of interest is currently sections 2-5, 8-11, 15-17, and 21 Township 29 North, Range 30 East, MDB&M, and, sections, 26-28, 33-35, Township 30 North, Range 30 East, MDB&M.  The Company's rights, which apply to all of the above properties include exploration, development, and production of valuable minerals except geothermal, hydrocarbons, and sand/gravel, and also include the authority to apply for all necessary permits, licenses and other approvals from the United States of America, the State of Nevada or any other governmental or other entity having regulatory authority over any part of the Trinity Project.

Each claim filed with the BLM has an associated maintenance fee of $140 per year for each assessment year (which runs from September 1 through August 31). This fee must be paid by midnight on August 31 of each year to maintain the claim's validity for the succeeding assessment year.  The fees for the claims comprising the Trinity Project are paid by Renaissance in accordance with the Lease they hold with Newmont. The Company reimburses Renaissance for this expenditure. All of the fees have been paid to the BLM for the 2012-2013 assessment year and all filings are current. The Company has an obligation to reimburse Renaissance for such fees paid to the BLM.  We have 253 claims which, based upon current maintenance fees, costs $35,420 per assessment year to maintain.

To protect and verify our claims and interests in the Trinity Project, we have completed examinations of legal title to the property making up the Trinity Project, which we have deemed to be satisfactory.  In addition, a Memorandum of Exploration Earn-In Agreement, effective March 29, 2010, has been recorded in the Office of the Recorder of Pershing County, Nevada.

Location and Access

The following maps identify the location and access of the Trinity Project located in Pershing County Nevada:

7



8



MAP* SHOWING LOCATION OF THE TRINITY SILVER
OPEN PIT MINE, PERSHING COUNTY, NEVADA

Trinity Silver mine

*Nevada State road map base, 1998

H.R. Klatt
3-17-11

9

**Trinity Project Agreements**

The Company acquired its interest in the Trinity Project through an Exploration Earn-In Agreement, discussed below.  On March 29, 2010, the Company entered into the Earn-In Agreement relating to the Trinity Project with AuEx, Inc., a Nevada company beneficially owned by another Nevada company AuEx Ventures, Inc. AuEx, Inc. held an exclusive interest in the Trinity Project by way of a Minerals Lease and Sublease with Newmont Mining USA Limited, a Delaware corporation who owns or leases the various unpatented mining claims and portions of private land comprising the Trinity Project; the Minerals Lease and Sublease is discussed below. As part of a restructuring transaction by AuEx Ventures, Inc., another Nevada company Renaissance Exploration Inc. ("Renaissance") was spun out, and on July 1, 2010, pursuant to a letter agreement by and between AuEx, Inc., Renaissance Exploration, Inc., and Liberty Silver Corp., AuEx, Inc. assigned all of its rights in the Exploration Earn-In Agreement to Renaissance, which currently holds a 100% leasehold interest in the Trinity Project pursuant to the Minerals Lease and Sublease.  Pursuant to the letter agreement, all parties consented to the assignment, and as a result, the Company's rights in the Trinity Project under the Earn-In Agreement are enforceable against Renaissance Exploration, Inc., and are derived from and based upon the rights of Renaissance under the Minerals Lease and Sublease; a copy of the Letter Agreement effective July 1, 2010 was filed as Exhibit 10.18 to the Company's S-1 filed on January 24, 2013.  Additionally, a Memorandum of Exploration Earn-In effective March 29, 2010, has been recorded in the Office of the Recorder of Pershing County, Nevada.

### *Lease and Sublease Agreement*

Renaissance's rights in the Trinity Project are derived through a Minerals Lease and Sublease dated July 29, 2005 (the "Lease") by and between Newmont Mining USA Limited, a Delaware corporation ("Newmont") and AuEx, Inc., a Nevada corporation.

<u>Consideration</u>

The Lease was granted to Renaissance for the following consideration:

    a)    Renaissance agreed to pay Newmont a claim fee reimbursement of $10,955 concurrently with the execution of the Lease  (this amount was paid);

    b)    Renaissance is required to expend a total of $2,000,000 in ascertaining the existence, location, quantity, quality or commercial value of a deposit of minerals within the Trinity Project on or before the seventh anniversary of the Lease;

    c)    Prior to the commencement of any commercial production, Renaissance shall supply Newmont with a feasibility study with respect to the Trinity Project.

We believe that Renaissance has complied with, and is current in, all of its requirements under the Lease.  We monitor its compliance with annual federal and state requirements for maintenance of mining claims in good standing by obtaining and reviewing copies of all its annual filings relating to the claims comprising the Trinity Project.  For purposes of monitoring compliance by Renaissance with its semi-annual reporting obligations under the Lease, we provide semi-annual reports to Renaissance regarding our activities, operations and expenditures on the property to assist Renaissance in meeting its obligations to Newmont.  Our CEO has established a regular line of communication with Newmont executives regarding the Trinity Property, and Newmont has identified no non-compliance issues.

<u>Joint Venture / Royalty</u>

The Lease gives Newmont a right to either enter into a joint venture with Renaissance covering the

Trinity Project and any other real property interests that Renaissance holds or acquires within the Trinity Project, or receive a royalty on all mineral production from such properties.

*Joint Venture:* The Lease contemplates the following schedule with respect to Newmont's rights to enter into a joint venture with Renaissance:

a)  Before Renaissance spends $5 million and provides a feasibility study, Newmont can elect at any time to enter into a joint venture in which event Newmont would be required to pay all future joint venture expenses up to 250% of the expenditures made by Renaissance as of the date of Newmont's election to enter into the joint venture.

b)  Upon Renaissance spending $5 million, but before the feasibility study, Renaissance shall deliver written notice to Newmont containing a summary of the expenditures made by Renaissance on the Trinity Project. Newmont may thereafter elect to enter into a joint venture by notifying Renaissance in writing of such election within 60 days of Newmont's receipt of Renaissance's initial notice. Under the joint venture, Newmont would be required to pay all future joint venture expenses up to 250% of the expenditures made by Renaissance as of the date of Newmont's election to enter into the joint venture.

c)  After Renaissance spending $5 million, but before the feasibility study, at any time after the expiration of the 60 day period identified in section b above, Newmont can elect to enter into a joint venture in which event Newmont would be required to pay Renaissance 50% of the expenditures made in the Trinity Project up to the date of Newmont's election to participate in a joint venture, and all future joint venture expenses up to 200% of such expenditures.

d)  At any time within 60 days after Renaissance's delivery of feasibility study, Newmont can elect to enter into a joint venture at which time Newmont would be required to pay Renaissance 200% of expenditures made by Renaissance as of the date of Newmont's election to enter into the joint venture. Additionally, Renaissance can elect to have Newmont finance Renaissance's share of the joint venture expenses until the Trinity Project is put into commercial production. Following the commencement of commercial production, Newmont shall be entitled to recover such paid expenses with interest at the London Interbank Offering Rate. If Newmont fails to elect to participate in the Joint Venture within 60 days following the delivery of the feasibility study, Newmont's right to participate in a joint venture shall terminate.

Should Newmont elect to participate in a joint venture with Renaissance, pursuant to the Lease and its payment terms, Newmont will serve as the manager of the joint venture and own 51% of the joint venture with an option to acquire an additional 14% for additional payments to Renaissance (for a total participating interest of 65%). Pursuant to the Earn-In Agreement, we are entitled to 70% interest in the Trinity Project subject only to the Newmont interest. Accordingly, if Newmont exercised all of its joint venture options under the Lease, we would own a 35% interest in the Trinity Project.

*Royalty:* In the event Newmont does not elect to participate in a joint venture, then Newmont shall have the right to receive a royalty on all mineral production from the Trinity Project. Pursuant to the Lease, if Newmont elects to not participate in the joint venture, then Renaissance shall pay to Newmont $1 million and the Lease shall terminate and Newmont shall transfer title to all property comprising the Trinity Project to Renaissance, and thereafter receive a royalty payment of up to 5% of the net smelter returns generated from the properties comprising the Trinity Project.

Buyout Option

The Lease provides Renaissance with a buyout option pursuant to which Renaissance holds the right to purchase Newmont's rights in the Trinity Project through the payment of $1 million to Newmont. In the

event Renaissance elects the buyout option, Newmont would transfer title to the Trinity Project to Renaissance through quitclaim deed while retaining certain rights in the Trinity Project; such rights may include some form of joint venture or a royalty interest.

### Ownership Interest – Earn-In Agreement

As noted above, the rights to the Trinity Project are held 100% by Renaissance, pursuant to an assignment of such rights from AuEx, Inc. The Company entered into the Earn-In Agreement providing the Company with a right to earn a 70% undivided interest in rights of Renaissance in the Trinity Project (the "70% Interest"), as set out below. The following is intended to be a summary of the material terms of the Earn-In Agreement, and is subject to, and qualified in its entirety, by the full text of the Earn-In Agreement

<u>Consideration</u>

The exclusive right to acquire the 70% Interest in the Trinity Project was granted to the Company for the following consideration:

   a) The Company agreed to pay $25,000 upon execution of the Earn-In Agreement (this amount was paid);
   b) In order to obtain the 70% Interest in the Trinity Project, the Company is required to (i) produce a bankable feasibility study by March 29, 2017 and (ii) to expend a minimum of $5,000,000 in exploration on the Trinity Project as follows: $500,000 in the first year; $1,000,000 in the second year; $1,000,000 in the third year; $1,000,000 in the fourth year; $1,000,000 in the fifth year; and $500,000 in the sixth year.

Any excess expenditure in any year shall be carried forward and applied to the subsequent year's expenditure requirement, and the Company may accelerate the expenditures at its discretion. If the Company elects not to meet the minimum expenditure obligation during any year but wishes to maintain the Earn-In Agreement in full force and effect, or if it is subsequently determined that the minimum amount was not expended in any given year, the Company shall pay the amount of any deficiency to Renaissance.

In the event the Company does not meet its minimum expenditure obligation in any year, it is obligated under the terms of the Earn-In Agreement to pay the amount of any deficiency to Renaissance Exploration, Inc.  During each of the first three years, the Company has exceeded its minimum expenditure obligation and has not been obligated to pay any amounts to Renaissance.  The Company had an excess of approximately $133,000 in expenditures over the minimum requirement in the first year, an excess of approximately $162,000 in expenditures over the minimum requirement in the second year, and an excess of approximately $2,856,430 in the third year.  The Company has satisfied its entire $5,000,000 expenditure commitment by the end of the third year, when it had incurred a total of approximately $5,652,397.  As a result, the Company will not be obligated to pay any deficiency amounts to Renaissance for any future years.

<u>Work Program</u>

The Company shall be the operator and shall have full control over the content of work programs and annual expenditure amounts during the earn-in period, including having the authority to apply for all necessary permits, licenses and other approvals from the U.S., the State of Nevada or any other governmental or other entity having regulatory authority over any part of the Trinity Project.

APP 0274

Joint Venture

Upon the Company having acquired the 70% Interest in the Trinity Project by satisfying the minimum expenditure amounts and producing a bankable feasibility study, the Company and Renaissance shall enter into a formal joint venture agreement, and the Company will be the operator of the joint venture.

At such time as the Company earns the 70% Interest in the Trinity Project, the parties will thereafter participate in expenditures on the Trinity Project in accordance with their respective interests therein, or have their interest diluted in accordance with a straight-line dilution formula, as set forth in the joint venture agreement.

If through dilution the interest of a party is reduced to less than 10%, then that party's participating interest shall automatically be converted to a 3% net smelter returns royalty interest. Should third party claims be acquired with royalties within the area of interest, the 3% royalty described above would be reduced by the amount of such royalty but not below 1%. This reduction does not apply to the royalty described under the heading "Royalty upon Termination of Interest" below.

Royalty upon Termination of Interest

If the Company elects to terminate its right to earn an interest in the Trinity Project prior to completing a bankable feasibility study by March 29, 2017, but has expended at least $3,000,000, the Company shall be entitled to a 4% net smelter returns royalty capped at twice its expenditure on the Trinity Project.

Termination

The Company may in its sole discretion terminate the Earn-In Agreement at any time by giving not less than 30 days prior written notice to that effect to Renaissance. Upon expiry of the 30-day notice period, the Earn-In Agreement will be of no further force and effect. Upon such termination, the Company shall have no further obligation to incur expenses on or for the benefit of the Trinity Project and shall have no further obligations or liabilities to Renaissance under the Earn-In Agreement or with respect to the Trinity Project (including without limitation liability for lost profits or consequential damages as a result of an election by the Company to terminate the agreement), other than (a) as set forth below, and (b) to reclaim (in accordance with applicable law) any disturbances of the Trinity Project made by the Company.

At any time the Company may, at its option, terminate its interest in some but less than all of the claims comprising the Trinity Project by written notice to Renaissance, provided that if such notice (or notice of termination of the Earn-In Agreement in its entirety) is received by Renaissance after June 30th of any year, the Company shall remain obligated to pay the claim maintenance fees (and make all filings and recordings required in connection therewith) for those claims to which such termination applies for the upcoming assessment year. To the extent the Company terminates its interest in some but less than all of the claims, the Earn-In Agreement shall remain in full force and effect with respect to the remaining claims.

In the event the Company is in default in the observance or performance of any of the Company's covenants, agreements or obligations under the Earn-In Agreement, Renaissance may give written notice of such alleged default specifying the details of same. The Company shall have 30 days following receipt of said notice within which to remedy any such default described therein, or to diligently commence action in good faith to remedy such default. If the Company does not cure or diligently commence to cure such default by the end of the applicable 30-day period, then Renaissance shall have the right to terminate the Earn-In Agreement by providing 30 days advance written notice to the Company.

Confidentiality

All data and information coming into possession of Renaissance or the Company by virtue of the Earn-In Agreement with respect to the business or operations of the other party, or the Trinity Project generally, shall be kept confidential and shall not be disclosed to any person not a party thereto without the prior written consent of the other party, except: (a) as required by law, rule, regulation or policy of any stock exchange or securities commission having jurisdiction over a party; (b) as may be required by a party in the prosecution or defense of a lawsuit or other legal or administrative proceedings; (c) as required by a financial institution in connection with a request for financing relating to development or mining activities; or (d) as may be required in connection with a proposed conveyance to a third party of an interest in the Trinity Project or the Earn-In Agreement, provided such third party agrees in writing in a manner enforceable by the other party to abide by all of the applicable confidentiality provisions of the Earn-In Agreement with respect to such data and information.

To the extent either party intends to disclose data or information via press release or other similar format as may be required, the disclosing party shall provide the other party with not less than five business days notice of the text of the proposed disclosure, and the other party shall have the right to comment on the same.

***Deed With Reservation of Royalty Hi Ho Silver Claims.***

On October 15, 2012, the Company entered into and closed a Purchase Agreement (the "Purchase Agreement") with Primus Resources, L.C. and James A. Freeman (collectively "Seller") to acquire unpatented mining claims, Nevada BLM Serial No. 799907, 799908, 799909, 799910, and 799911 covering approximately 100 acres of property located adjacent to the former Trinity Silver mine on the Company's Trinity Project (the "Hi Ho Properties"). The Hi Ho Properties were previously the only acreage not controlled by the Company or its joint venture partner Renaissance Exploration Inc. in the Trinity Project. Under the terms of the Purchase Agreement, the Company provided cash consideration of US$250,000 and issued 2,583,333 restricted shares of common stock of the Company to Seller. In addition the Seller was granted a 2% net smelter royalty on future production from the Hi Ho Properties pursuant to the terms of a Deed With Reservation of Royalty Hi Ho Silver Claims.

In conjunction with the entry into the Purchase Agreement, the Company entered into a Registration Rights Agreement (the "Registration Rights Agreement") with Seller, pursuant to which the Company agreed to file a registration statement on Form S-1 with the United States Securities and Exchange Commission, within thirty (30) days of the closing, which registers the common stock issued to the Seller pursuant to the Purchase Agreement.   Pursuant to the Registration Rights Agreement the Company was required to pay Seller additional consideration as follows:

- if this registration statement is declared effective by the United States Securities Exchange Commission by March 1, 2013, Liberty Silver will issue an additional 277,778 Liberty Silver common shares to Primus, thereby increasing the total aggregate number of shares issued to 2,861,111 shares; or

- if this registration statement is not declared effective by the United States Securities Exchange Commission by March 1, 2013, Liberty Silver will pay Primus US$200,000. As well, if the five-day weighted average trading price of Liberty Silver's common shares on the Toronto Stock Exchange as of March 1, 2013 (the "Market Price") exceeds US$0.72 per share, Liberty Silver will issue an additional number of Liberty Silver common shares to Primus equal to (a) 277,778 less (b) US$200,000 divided by the Market Price.

14

**APP 0276**

The registration statement was declared effective by the United States Securities Exchange Commission on March 1, 2013 and as a result, the Company issued an additional 277,778 Liberty Silver common shares to Primus, thereby increasing the total aggregate number of shares issued to 2,861,111 shares.

**Trinity Project Technical Report**

In the process of compiling and synthesizing information on the Trinity Project, on February 15, 2011, the Company completed an independently verified mineralized materials estimate on the Trinity Project (the "Trinity Project Technical Report"); the report was publicly released by the Company on March 2, 2011. The Technical Report for the Trinity mine project was prepared in accordance with the Canadian Securities Administrators' National Instrument 43-101 ("NI 43-101") by Mine Development Associates of Reno, Nevada, and has been reviewed by the Toronto Stock Exchange. The Trinity Project Technical Report may be viewed on the Company's website at www.libertysilvercorp.com, and also on www.SEDAR.com, where it has been filed. Mineralized materials defined in the Trinity Project Technical Report are not recognized by the United States Securities and Exchange Commission.

**Mining history**

The following disclosure regarding the mining history of the Trinity Project has been derived from information contained in the Trinity Project Technical Report.

The Trinity Project lies in the Trinity mining district, which had limited production of silver, lead, zinc, and gold from 1864 through 1942, primarily from the east side of the Trinity Range. In the vicinity of the Trinity project, which is located on the west side of the range, there was historic prospecting with unrecorded but presumed minor silver production.

Minor exploration activity took place in the vicinity of the Trinity project in the 1950s, and in the 1960s Phelps Dodge Corporation completed trenching, IP surveying, and limited drilling in the area.

U. S. Borax and Chemical Corp. ("Borax") became interested in what is now the Trinity project in 1982 on the basis of reconnaissance geochemical sampling that indicated the presence of anomalous lead and silver in the Willow Canyon area. By 1984, Borax had acquired a property position and had entered into a joint venture with Southern Pacific Land Company (later Santa Fe Pacific Mining, Inc. ("SFPM") and still later Newmont Mining Corp. ("Newmont")), in which Borax was the operator. From 1982 to 1986, Borax and its joint-venture partner explored the property and developed the Trinity mine. Borax operated the open pit heap-leaching mine, through a mining contractor, on behalf of the joint venture from September 3, 1987 to August 29, 1988, with leaching continuing into 1989. During this period, the mine produced about five and a half million ounces of silver from about 1.1 million tons of oxidized ore grading approximately six and a half ounces of silver per ton. Borax drilled and conducted extensive metallurgical testing on the sulfide mineralization, but metal prices at the time were too low to support mining of this material.

In 1984-1985, 1987-1989, and 1990, SFPM conducted exploration and drilling on their property in the vicinity of the joint-venture lands. In 1991, SFPM acquired sole interest in the joint-venture lands, including Borax's claims, and conducted further exploration through 1992. SFPM's 1990-1992 exploration work concentrated on down-dip and lateral extensions of mineralization underlying the oxide pit and the sulfide mineralization, as well as extensions of mineralization outside the immediate mine area.

There was no exploration on the Trinity property from 1993 to 2005. In August 2005, Renaissance leased the property from Newmont, who had acquired SFPM's Nevada holdings. Under an earn-in agreement

15

with Piedmont Mining Company, Renaissance explored the property from September 2005 through July 2009, including limited drilling in 2006 and 2007 that encountered high-grade silver values below and adjacent to the open pit.

Liberty Silver entered into an earn-in agreement with Renaissance in March, 2010. To date, Liberty Silver has conducted extensive data compilation and has completed geophysical surveys consisting of a magnetotelluric survey, a gravity survey, and an induced polarization survey over portions of the project. The company has also drilled approximately 20,000 ft of reverse circulation rotary drilling consisting of 20 holes 18 of which were drilled in the vicinity of the Trinity mine. The database of technical data for the property, developed since 1982, includes the results of soil and rock surveys, geophysical surveys, geologic mapping, lithology logging and multi-element analyses for about 400 drill holes, and metallurgical work, as well as data derived from the previous production of heap-leach silver. The Magnetotelluric Survey was initiated in June of 2010 and completed in August of 2010. The Gravity survey was initiated in February of 2012 completed in March of 2012. The Induced Polarization Survey was initiated in April of 2012 completed in May of 2012. The drill program was started in January of 2012 and completed in April of 2012.

**Work Completed by Company & Plan of Operation**

As of the date of this Form 10-K , the Company has completed the following items: (a) a magnetotelluric geophysical survey has been completed; (b) the drill hole database has been digitized; (c) a mineralized material estimate for the original deposit identified in the Earn-In Agreement; in addition, environmental and permitting work has begun, and all of the past geologic data has been compiled.

Past exploration activities consisted of a magnetotelluric survey that was completed in August of 2010, a gravity survey that was completed in March of 2012, an induced polarization survey that was completed in May of 2012 and a drill program that was started in January of 2012 and completed in April of 2012, consisting of 20 reverse circulation holes comprising 22,565 ft of drill hole. The Magnetotelluric Survey was initiated in June of 2010 and completed in August of 2010. The Gravity survey was initiated in February of 2012 completed in March of 2012. The Induced Polarization Survey was initiated in April of 2012 completed in May of 2012. The drill program was started in January of 2012 and completed in April of 2012.

We estimate that during our fiscal year ending June 30, 2011, we incurred approximately $554,145 in exploration expenses, and that during our fiscal year ending June 30, 2012, we incurred approximately $1,667,497 in exploration expenses, and that during our fiscal year ending June 30, 2013, we incurred approximately $3,234,201 in exploration expenses. These amounts include both direct exploration costs as well as various indirect costs related to exploration and the costs of acquiring mineral properties, which under the terms of the Earn-In Agreement, are included in the calculations for purposes of determining whether we have met our minimum annual expenditure commitment.

It is anticipated that additional exploration work will be needed during 2014, although specific plans for this additional work have not yet been finalized. It is currently anticipated that the additional exploration work to be completed will include additional drilling to upgrade our level of confidence in the mineralization and to expand the mineralized area, as well as drilling to collect metallurgical samples. The estimated budget for this additional drilling is approximately $1,500,000. Metallurgical testing, which is budgeted to cost approximately $300,000, is expected to be undertaken for the purpose of defining the estimated silver recovery of the mineralized rock. Engineering design work, budgeted at approximately $500,000, is expected to be undertaken for the purpose of studying the feasibility of developing a mine, and as soon as design work is completed, permitting will need to start. The budget for permitting work is expected to be approximately $100,000. No further geophysical work is currently

planned.

**Geology and Mineralization of Trinity Project**

The following disclosure regarding the Geology and Mineralization of the Trinity Project has been derived from information contained in the Trinity Project Technical Report.

The Trinity Project lies on the western flank of the Trinity Range, one of the generally north-trending ranges formed during Tertiary extension of the Basin and Range Province.

Within the Trinity Range, the basement rocks are comprised of the Middle Triassic to Early Jurassic near-shore deltaic deposits of the Auld Lang Syne Group, which are represented by phyllite, argillite, quartzite, and dirty limestone at the Trinity Project. The best-represented pre-Cenozoic deformation in this portion of the Trinity Range is the Jurassic and Cretaceous Nevadan Orogeny, which resulted in low-grade regional metamorphism, variably directed folding, and thrust faulting. A Cretaceous intrusive episode culminated the Nevadan Orogeny and is exemplified by a Cretaceous granodiorite stock just northeast of the Trinity project.

Tertiary volcanic and sedimentary rocks and Quaternary sediments are abundant in the Trinity project area. There is a thin Tertiary rhyolite sequence along the central north-south axis of the property that includes the mineralized material area. These volcanic rocks overlie the Mesozoic phyllite and argillite, exposed to the east, but are separated by an argillite breccia that is closely associated with faulting. The rhyolite includes interbedded rhyolitic flows, welded tuffs, air-fall tuffs, epiclastic tuffs, and lacustrine deposits. Several rhyolite domes, dikes, and sills have also been identified on the property, some of which may be related to mineralization. Early Tertiary north- to northwest-trending faults are present in the Trinity project area, as are younger north- to northeast-trending normal faults. Late Tertiary and/or Quaternary bench and channel gravel deposits and Quaternary alluvium and outwash unconformably overly the rhyolites and cover the western part of the property.

Rhyolite porphyry, aphanitic rhyolite, and volcaniclastic rocks are the principal host rocks for mineralization in the Trinity mine area. Silicification and quartz-adularia-sericite alteration are associated with the mineralization. Tertiary rhyolitic tuffs and flows were extensively altered and form a halo extending 1.6 miles beyond the main mineralized area. This alteration affected the Auld Lang Syne Group only locally along faults and breccia zones.

Mineralization at the Trinity Project is controlled by a northeast-trending zone of normal faults. Silver, lead, and zinc mineralization occurs in fractures and bedding planes in Tertiary rhyolite in the hanging-wall block of the fault zone. Although mineralization continues downward into the underlying Triassic rocks, it is more tightly constrained to fractures that host higher-grade vein mineralization. The original Trinity silver deposit can generally be divided into two parts: a sulfide zone below the current pit and to the northeast, and an overlying oxide zone. Borax's mining in the late 1980s focused on a portion of the oxide zone.

Mineralization occurs as oxidized and unoxidized sulfides in veinlets, as fracture-controlled mineralization, and as disseminations within the host rocks, including breccia matrix. Sulfide mineralization consists mainly of pyrite, sphalerite, galena, marcasite, and minor arsenopyrite with various silver minerals, including tetrahedrite-freibergite, pyrargyrite, minor argentite, and rare native silver, with traces of gold, pyrrhotite, stannite, and chalcopyrite. Low-grade lead and zinc have the potential to add value as byproducts.

17

## Index of Geologic Terms

| TERM | DEFINITION |
| --- | --- |
| Adularia | A variety of transparent or translucent orthoclase. |
| Air-fall tuffs | Ash exploded out of a volcano, which falls through the air and settles in beds, called **tuffs** when consolidated. |
| Alluvium | Loose, unconsolidated (not cemented together into a solid rock) soil or sediments |
| Aphanitic | Igneous rock in which the grain or crystalline structure is too fine to be seen by the unaided eye |
| Argillite | A fine-grained sedimentary rock composed predominantly of indurated muds and oozes. |
| Argillization | The replacement or alteration of feldspars to form clay minerals. |
| Arsenopyrite | The most prevalent mineral containing the element arsenic. |
| Breccia | A rock composed of broken fragments of minerals or rock cemented together by a fine-grained matrix, which can be either similar to or different from the composition of the fragments. |
| Cenozoic | The current and most recent geological era and covers the period from 65.5 million years ago to the present |
| Chalcopyrite | A major ore mineral containing copper, iron, and sulfur. |
| Cretaceous | A geologic period from 145 to 65 million years ago. |
| Deltaic | Pertaining to, or like a delta. |
| Dikes | A type of sheet intrusion referring to any geologic body that cuts discordantly across rock structures. |
| Domes | A roughly circular mound-shaped protrusion resulting from the slow extrusion of viscous lava from a volcano. |
| Epiclastic | Formed at the surface of the earth by consolidation of fragments of preexisting rocks. |
| Freibergite | A complex sulfosalt mineral of silver, copper, iron, antimony, arsenic, and sulfur. |
| Galena | The natural mineral form of lead sulfide. |
| Grandiorite | A visibly crystalline plutonic rock composed chiefly of sodic plagioclase, alkali feldspar, quartz, and subordinate dark-colored minerals. |
| Hydrothermal | Relating to or produced by hot water, especially water heated underground by the Earth's internal heat. |
| Jurassic | The geologic period that extends from about 200 to 145 million years ago. |
| Lacustrine | Of or relating to lakes. |
| Metal Sulfides | A group of minerals containing both metals and sulfur. |
| Mesozoic | A geologic era that extends from 251 to 65 million years ago |
| Mineral | A mineral is a naturally occurring solid chemical substance having characteristic chemical composition, highly ordered atomic structure, and specific |
| Mineralization | The act or process of mineralizing. |
| Miocene | A geological epoch that extends from about 23.8 to 5.3 million years ago. |
| Nevadan Orogeny | A major mountain building event that took place along the western edge of ancient North America between the mid to late Jurassic. |
| Ore | Mineralized material that can be mined and processed at a positive cash flow. |
| Orthoclase | A variety of feldspar, essentially potassium aluminum silicate, which forms igneous rock. |
| Oxidized | A process whereby the sulfur in a mineral has been removed and replaced by oxygen. |
| Phyllite, | A type of foliated metamorphic rock primarily composed of quartz, muscovite mica, and chlorite |
| Pliocene | The geologic epoch that extends from 5.3 million to 1.8 million years ago. |
| Porphyry | A variety of igneous rock consisting of large-grained crystals suspended in a fine grained matrix |
| Pyrargyrite | A sulfosalt mineral consisting of silver, arsenic, and sulfur. |
| Pyrite | A very common sulfide mineral consisting of iron and sulfur found in a wide variety of geological occurrences.  Commonly known as "Fools Gold" |
| Pyrrhotite | An unusual iron sulfide mineral with a variable iron content. |
| Quartzite | A hard metamorphic rock which was originally sandstone |
| Rhyolite | A fine-grained volcanic rock, similar to granite in composition |
| Sercitization | A hydrothermal or metamorphic process involving the introduction of, alteration to, or replacement by white, fine-grained potassium mica. |

APP 0280

| Silicification | A hydrothermal or metamorphic process involving the introduction of, alteration to, or replacement by silica. |
| Sills | A tabular sheet intrusion that has intruded between older layers of sedimentary rock, beds of volcanic lava or tuff. |
| Sphalerite | A mineral containing zinc and sulfur. |
| Stannite | A mineral containing copper, iron, tin, and sulfur. |
| Sulfides | Sulfide minerals are a class of minerals containing sulfur with sulfide ($S^{2-}$) as the major anion. |
| Tetrahedrite | A sulfosalt mineral containing copper, antimony, and sulfur. |
| Triassic | A geologic period that extends from about 251 to 200 million years ago. |
| Volcanic | A rock formed from magma erupted from a volcano. |
| Volcaniclastic | Volcanic material which been transported and reworked through mechanical action, such as by wind or water. |
| Welded tuffs | Rock composed of compacted volcanic ejected materials. |

**Subsequent Event**

On September 16, 2013, the Company announced that it had become aware that the Company and its Chief Executive Officer have been named as defendants in a proposed class action lawsuit filed against Robert Genovese, certain individuals alleged to have collaborated with Mr. Genovese, and an offshore investment firm allegedly controlled by Mr. Genovese. The action contains various claims alleging violations of the United States Securities Exchange Act of 1934 and rules thereunder relating to anomalous trading activity and fluctuations in the Company's share price from August through October 2012. The plaintiff purports to bring suit on behalf of all who purchased or otherwise acquired the Company's common shares from April 1, 2008, through and including October 5, 2012.

The complaint was filed in the United States District Court for the Southern District of Florida.

The Company's registered agent in the State of Nevada was served with the complaint on September 18, 2013. As of the date of filing of this Form 10-K, the Company's Chief Executive Officer had not been served with the complaint.

The Company and its Chief Executive Officer intend to fully investigate the complaint and will undertake a vigorous defense.

**ITEM 3.        LEGAL PROCEEDINGS.**

On September 16, 2013, the Company announced that it had become aware that the Company and its Chief Executive Officer have been named as defendants in a proposed class action lawsuit filed against Robert Genovese, certain individuals alleged to have collaborated with Mr. Genovese, and an offshore investment firm allegedly controlled by Mr. Genovese. The action contains various claims alleging violations of the United States Securities Exchange Act of 1934 and rules thereunder relating to anomalous trading activity and fluctuations in the Company's share price from August through October 2012. The plaintiff purports to bring suit on behalf of all who purchased or otherwise acquired the Company's common shares from April 1, 2008, through and including October 5, 2012.

The complaint was filed in the United States District Court for the Southern District of Florida.

The Company's registered agent in the State of Nevada was served with the complaint on September 18, 2013. As of the date of filing of this Form 10-K, the Company's Chief Executive Officer had not been

served with the complaint.

The Company and its Chief Executive Officer intend to fully investigate the complaint and will undertake a vigorous defense.

Neither the Company nor its property is the subject of any other pending legal proceedings, and no other such proceeding is known to be contemplated by any governmental authority. The Company is not aware of any other legal proceedings in which any director, officer or affiliate of the Company, any owner of record or beneficially of more than 5% of any class of our voting securities, or any associate of any such director, officer, affiliate or security holder of the Company, is a party adverse to the Company or any of its subsidiaries or has a material interest adverse to the Company or any of its subsidiaries.

**ITEM 4.      MINE SAFETY DISCLOSURES.**

The recently enacted Dodd-Frank Wall Street Reform and Consumer Protection Act ("the Act") requires the operators of mines to include in each periodic report filed with the Securities and Exchange Commission certain specified disclosures regarding the Company's history of mine safety. The Company is currently in the exploration phase and does not operate mines at any of its properties, and as such is not subject to disclosure requirements regarding mine safety that were imposed by the Act.

## PART II

**ITEM 5.      MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES.**

Our common stock is quoted on the on the Toronto Stock Exchange under the Symbol "LSL" and on occasion trades by appointment on the Grey Market under the Symbol "LBSV".  Prior to October 15, 2012, the Company's shares traded on the OTC Bulletin Board ("OTCBB").

On October 5, 2012, Liberty Silver was named in an Order of Suspension of Trading (the "Order") from the US Securities and Exchange Commission.  Pursuant to the Order, trading in the Company's securities was suspended from October 5, 2012 through October 18, 2012.  Furthermore, effective October 11, 2012, the Company had its stock quotation under the symbol "LBSV" removed from the OTC Bulletin Board (the "OTCBB") as it became ineligible for quotation on OTCBB due to quoting inactivity under Securities and Exchange Commission Rule 15c2-11.  The Company continues to review the requirements necessary to permit its stock to resume trading on the OTCBB, and in due course, will determine the most appropriate course of action.  There is no assurance as to when or whether the Company's stock will resume trading on the OTCBB.

On October 12, 2012, the Ontario Securities Commission issued a cease trade order providing that trading in the securities of Liberty Silver Corp. (excepting issuances from treasury) shall cease until 11:59 pm EST on October 18, 2012 (the "OSC Order").  The OSC Order was effective for the same time frame as the Order of Suspension of Trading imposed by the SEC.  Trading in the Company's shares on the TSX in Canada resumed on October 22, 2012.

The quotations set forth below reflect inter-dealer prices, without retail mark-up, markdown or commission and may not represent actual transactions.

The high and low closing prices of our common stock on the Toronto Stock Exchange and the OTC Bulletin Board or the Grey Market for the periods indicated below are as follows:

| PERIOD | TSX | | | | OTCBB/GREY MARKET | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | HIGH BID CAD$ | | LOW BID CAD$ | | HIGH BID US$ | | LOW BID US$ |
| April 1, 2013 through June 30, 2013 | $ 0.36 | $ | 0.11 | $ | 0.36 | $ | 0.09 |
| January 1, 2013 through March 31, 2013 | $ 0.73 | $ | 0.18 | $ | 0.70 | $ | 0.15 |
| October 1, 2012 through December 31, 2012 | $ 1.58 | $ | 0.39 | $ | 1.55 | $ | 0.15 |
| July 1, 2012 through September 30, 2012 | $ 1.49 | $ | 0.60 | $ | 1.54 | $ | 0.60 |
| April 1, 2012 through June 30, 2012 | $ 0.95 | $ | 0.41 | $ | 0.85 | $ | 0.47 |
| January 1, 2012 through March 31, 2012 | $ 1.04 | $ | 0.75 | $ | 1.03 | $ | 0.60 |
| October 1, 2011 through December 31, 2011(1) | $ 1.09 | $ | 0.72 | $ | 1.11 | $ | 0.50 |
| July 1, 2011 through September 30, 2011 | N/A | | N/A | $ | 0.80 | $ | 0.47 |

(1)  Common stock commenced trading on the TSX on December 22, 2011.

As of September 27, 2013, there were 83,991,945 shares of common stock issued and outstanding held by approximately 22 registered stockholders of record of the Company's common stock.

There have been no cash dividends declared or paid on the shares of common stock, and management does not anticipate payment of dividends in the foreseeable future.

## ITEM 6.          SELECTED FINANCIAL DATA.

Not Applicable.

## ITEM 7.          MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATION.

### SPECIAL NOTE OF CAUTION REGARDING FORWARD-LOOKING STATEMENTS

CERTAIN STATEMENTS IN THIS REPORT, INCLUDING STATEMENTS IN THE FOLLOWING DISCUSSION, ARE WHAT ARE KNOWN AS "FORWARD LOOKING STATEMENTS", WHICH ARE BASICALLY STATEMENTS ABOUT THE FUTURE. FOR THAT REASON, THESE STATEMENTS INVOLVE RISK AND UNCERTAINTY SINCE NO ONE CAN ACCURATELY PREDICT THE FUTURE. WORDS SUCH AS "PLANS," "INTENDS," "WILL," "HOPES," "SEEKS," "ANTICIPATES," "EXPECTS "AND THE LIKE OFTEN IDENTIFY SUCH FORWARD LOOKING STATEMENTS, BUT ARE NOT THE ONLY INDICATION THAT A STATEMENT IS A FORWARD LOOKING STATEMENT. SUCH FORWARD LOOKING STATEMENTS INCLUDE STATEMENTS CONCERNING OUR PLANS AND OBJECTIVES WITH RESPECT TO THE PRESENT AND FUTURE OPERATIONS OF THE COMPANY, AND STATEMENTS WHICH EXPRESS OR IMPLY THAT SUCH PRESENT AND FUTURE OPERATIONS WILL OR MAY PRODUCE REVENUES, INCOME OR PROFITS. NUMEROUS FACTORS AND FUTURE EVENTS COULD CAUSE THE COMPANY TO CHANGE SUCH PLANS AND OBJECTIVES OR FAIL TO SUCCESSFULLY IMPLEMENT SUCH PLANS OR ACHIEVE SUCH OBJECTIVES, OR CAUSE SUCH PRESENT AND FUTURE OPERATIONS TO FAIL TO PRODUCE REVENUES, INCOME OR PROFITS. THEREFORE, THE READER IS ADVISED THAT THE FOLLOWING DISCUSSION SHOULD BE CONSIDERED IN LIGHT OF THE DISCUSSION OF RISKS AND OTHER FACTORS CONTAINED IN THIS REPORT ON FORM 10-K AND IN THE COMPANY'S OTHER FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION. NO STATEMENTS CONTAINED IN THE FOLLOWING DISCUSSION SHOULD BE CONSTRUED AS A GUARANTEE OR ASSURANCE OF FUTURE PERFORMANCE OR FUTURE RESULTS.

## Background and Overview

The Company was incorporated for the purpose of engaging in mineral exploration activities.  On March 29, 2010, the Company entered into an Exploration Earn-In Agreement relating to the Trinity Project located in Pershing County, Nevada and now intends to engage in efforts to develop the Trinity Project. The plan of operation for the fiscal year ending June 30, 2013 is to conduct mineral exploration activities and production planning at the Trinity Silver property. Operations at the Trinity Project will consist of (i) an effort to expand the known resource through drilling, (ii) permitting for operation, if deemed economically viable, (iii) metallurgical studies aimed at enhancing the recovery of the silver and by-product lead and zinc, and (iv) engineering design related to potential construction of a new mine. Exploration of the property will be conducted simultaneously with the mine development in order to locate additional resources.

## Results of Operations

The following discussion and analysis provides information that we believe is relevant to an assessment and understanding of our results of operation and financial condition for the fiscal year ended June 30, 2013 as compared to the fiscal year ended June 30, 2012.  Unless otherwise stated, all figures herein are expressed in U.S. dollars, which is the Company's functional currency.

### *Comparison of the fiscal years ended June 30, 2013 and 2012*

Revenue

During the fiscal years ended June 30, 2013 and June 30, 2012, the Company generated no revenue.

Expenses

During the fiscal year ended June 30, 2013, the Company reported total operating expenses of $3,302,560 as compared to $3,938,641 during the fiscal year ended June 30, 2012, a decrease of $636,081 or approximately 16%.   The decrease in operating expenses is primarily due to decreases in exploration expense, consulting expense, and operation and administration expense.  The decrease in these expenses was partially offset by the increase in legal and accounting expense.

Exploration expense decreased by $779,108 during the 2013 fiscal year compared to the 2012 fiscal year. During the fiscal year 2012 the Company was engaged in an extensive exploration program, as compared to the fiscal year 2013, when the Company did not incur field exploration expenditures, but instead incurred expenses related to the analysis of data compiled during the previous year's exploration program.

Consulting expense decreased by $412,387 during the 2013 fiscal year as a result of the Company not engaging as many external consultants as it had in the 2012 fiscal year.

Operation and administration expense decreased by $181,739 during fiscal 2013 compared to the 2012 fiscal year.  During the fiscal 2013, the net decrease in operation and administration expenses is primarily due to decreases in: marketing and promotional expenses, investor relations' expense, costs related to being a public company, the expense related to financing costs associated with the valuation of warrants, and the expense related to the issuance of shares due to contractual obligations.  The decrease in these expenses was partially offset by: an increase in salary expense, corporate development expense, printing expense, insurance expense, and rent expense.

22

Legal and accounting expense increased by $737,153 during the 2013 fiscal year, as compared to the 2012 fiscal year.  During the fiscal year 2013, the Company incurred increased legal fees in connection with the Cease Trade Orders, of the Company's shares, imposed by the Securities and Exchange Commission and the Ontario Securities Commission, as well as, incurring additional fees for legal and accounting with the preparation and filing of a registration statement filed on Form S-1.

Net Loss and Comprehensive Loss

The Company had a net loss and comprehensive loss of $3,279,604 for the fiscal year ended June 30, 2013, as compared to a net loss and comprehensive loss of $3,945,920 for the fiscal year ended June 30, 2012, a change of $666,316 or approximately 17%.  The decrease in net loss and comprehensive loss was due to a net decrease in operating expenses of $636,081 as outlined above, and further decreased by the net total other income or gain during the fiscal year ended June 30, 2013, as compared to a net expense or loss for the fiscal year ended June 30, 2012, which was primarily comprised of foreign exchange transactions.

**Liquidity and Capital Resources**

The Company does not have sufficient working capital needed to meet its current fiscal obligations.  In order to continue to meet its fiscal obligations in the current fiscal year and beyond the next twelve months, management is considering various financing alternatives including, but not limited to, merger and acquisition activity, raising capital through the equity markets and debt financing.

On November 10, 2011, the Company entered into a Subscription Agreement (the "Subscription Agreement") with Look Back Investments, Inc. ("Investor"), pursuant to which an investor acquired Subscription Receipts ("Subscription Receipts") for U.S. $0.50 per Subscription Receipt for gross proceeds of U.S. $3,250,000; the gross proceeds of U.S. $3,250,000 (the "Escrow Proceeds") were held in escrow pursuant to the terms of the Subscription Receipt.  Each Subscription Receipt entitled the investor to receive one unit (a "Unit") from the Company without payment of any additional consideration upon conditional approval by the Toronto Stock Exchange for the listing of the common shares of the Company.  Each Unit consists of one share of common stock of the Company and one common stock purchase warrant (a "Warrant"); each Warrant is exercisable at a price of US $0.65 per share at any time until 5:00 p.m. (Toronto time) on December 31, 2013.  On December 19, 2011, each Subscription Receipt was automatically converted for no additional consideration, into one Unit of the Company as a result of the Company's receipt of notice that its common stock was accepted for trading on the Toronto Stock Exchange under the trading symbol, "LSL", effective as of December 22, 2011.  On December 19, 2011, the Escrow Proceeds were delivered to the Company from the escrow agent.  As a result of the foregoing private placement transaction, the Company currently has the necessary working capital needed to meet its current budget.

Additionally, on December 19, 2011, the Company completed a private placement offering, pursuant to which the Company raised a total of US $1,313,750 through the sale of 2,627,500 Units at a purchase price of US $0.50 per Unit; there were no underwriting discounts or commissions paid.  Each Unit consisted of one share of common stock of the Company and one common stock purchase warrant (a "Warrant").  Each whole Warrant entitles the holder to acquire one share of common stock at a price of US $0.65 for a period of two years following the date of the closing of the financing.

Effective September 28, 2012, the Company issued 100,000 common shares upon the exercise of 100,000 whole warrants for gross proceeds of CDN$ 75,000.

**APP 0285**

Effective October 3, 2012, the Company issued 300,000 common shares upon the exercise of 300,000 whole warrants for gross proceeds of CDN$ 225,000.

Effective November 27, 2012, the Company issued 20,000 common shares upon the exercise of 20,000 whole warrants for the gross proceeds of US$ 13,000.

As at June 30, 2013, there were 9,607,500 warrants outstanding, which may be exercised at various exercise prices, for gross proceeds of $6,000,019.

### Current Assets and Total Assets

As of June 30, 2013, the Company's audited balance sheet reflects that the Company had: i) total current assets of $140,890, as compared to total current assets of $1,796,779 at June 30, 2012, a decrease of $1,655,889, or approximately 92%; and ii) total assets of $2,702,011, as compared to total assets of $1,956,416 at June 30, 2012, an increase of $745,595 or approximately 38%.  The decrease in current assets was primarily due to cash used in operating activities.  The increase in total assets was primarily due to the acquisition of mining interests, for which $250,000, plus direct costs associated with the acquisition, was paid in cash, and the balance was paid for by the issuance of shares of the Company, which were valued at $2,060,000.

### Total Current Liabilities and Liabilities

As of June 30, 2013, the Company's audited balance sheet reflects that the Company had total current liabilities and total liabilities of $1,275,987, as compared to total current liabilities and total liabilities of $167,948 at June 30, 2012, an increase of $1,108,039 or approximately 660%. The increase in liabilities was due to: an increase in accounts payable, which was comprised of legal fees in connection with the Company's Cease Trade Orders issued by the Securities and Exchange Commission and the Ontario Securities Commission, and ongoing operational invoices; and, an increase in accrued liabilities, which was comprised of ongoing operational accruals, including management salaries, which have not been paid.  The Company has issued a claim to its insurance underwriters for coverage under the Company's directors and officer's insurance policy to offset certain legal fees incurred in connection with the Cease Trade Orders, which if successful, will offset a portion of the current accounts payable balance.  The insurance underwriters had originally rejected the Company's claim, however, after Management disputed the underwriters position, the underwriters have agreed to coverage and are currently reviewing the Company's legal fee obligations and the extent of coverage of those fees that will be provided.

### Cash Flow

During the fiscal year ended June 30, 2013 cash was primarily used to fund operations. The Company reported a net increase in cash used in operating activities during the fiscal year ended June 30, 2013 as compared to June 30, 2012.  See below for additional discussion and analysis of cash flow.

| | For the years ended June 30, | |
| --- | --- | --- |
| | 2013 | 2012 |
| | $ | $ |
| Net cash used in operating activities | (1,620,991) | (3,045,094) |
| Net cash used in investing activities | (348,430) | (66,340) |
| Net cash provided by financing activities | 298,432 | 4,789,625 |

24

| Net Change in Cash | (1,670,989) | 1,678,191 |
|---|---|---|

During the year ended June 30, 2013, net cash used in operating activities was $1,620,991, compared to net cash used in operating activities of $3,045,094 during the year ended June 30, 2012. The decrease in net cash used in operating activities of $1,424,103 is primarily due to net changes in working capital items, which led to an increase in cash of $1,092,939 during the current fiscal year versus net changes in working capital items, which led to a decrease in cash of $351,943 during the comparative fiscal year. Further, the net loss and comprehensive loss during the current fiscal year reduced by $666,316, when compared to the previous fiscal year. The decrease in cash used in operating activities resulting from net working capital changes and the reduction in net loss and comprehensive loss was partially offset by a reduction in non-cash items of $687,095 during the current fiscal year versus the comparative fiscal year.

During the year ended June 30, 2013, net cash used in investing activities was $348,430 to acquire mining interests, as compared to $66,340 used in investing activities during the comparative fiscal year when the Company used $34,732 to acquire furniture and office equipment and $31,608 to acquire additional mining claims.

During the year ended June 30, 2013, net cash from financing activities was $298,432, compared to net cash from financing activities of $4,789,625 during the fiscal year 2012. During the year ended June 30, 2013, the Company issued 100,000 common shares upon the exercise of 100,000 whole warrants at an exercise price of CDN $0.75 per common share, for gross proceeds of CDN $75,000 and 300,000 common shares upon the exercise of 300,000 whole warrants at an exercise price of CDN $0.75 per common share, for the gross proceeds of $225,000. The warrants were originally issued pursuant to a private placement offering of 200,000 Units on July 27, 2011 and 1,000,000 Units on August 4, 2011. The Units were comprised of one common share and one half of one common share purchase warrant. The total CDN $300,000 proceeds were reported as US $305,296. During the current fiscal year end, the Company also issued 20,000 common shares upon the exercise of 20,000 warrants at an exercise price of US $0.65 per common share, for gross proceeds of US $13,000. The warrants were originally issued pursuant to a private placement offering of 2,627,500 Units on December 19, 2011. During the year ended June 30, 2012, the Company issued a combined 1,200,000 Units, consisting of one common share and one half of one common share purchase warrant, at CDN $0.55 per Unit, for gross proceeds of CDN $660,000. The CDN$ proceeds were reported as USD $688,639. Additionally, during the comparative fiscal year, the Company issued 8,607,500 Units, consisting of one common share and one common share purchase warrant, at US $0.50 per Unit, for gross proceeds of $4,303,750. To arrive at net cash from financing activities, the gross proceeds were offset by direct costs of issuance of $19,864 during the current fiscal year and $202,763 during the comparative fiscal year.

**Subsequent Events**

On September 16, 2013, the Company announced that it had become aware that the Company and its Chief Executive Officer have been named as defendants in a proposed class action lawsuit filed against Robert Genovese, certain individuals alleged to have collaborated with Mr. Genovese, and an offshore investment firm allegedly controlled by Mr. Genovese. The action contains various claims alleging violations of the United States Securities Exchange Act of 1934 and rules thereunder relating to anomalous trading activity and fluctuations in the Company's share price from August through October 2012. The plaintiff purports to bring suit on behalf of all who purchased or otherwise acquired the Company's common shares from April 1, 2008, through and including October 5, 2012.

The complaint was filed in the United States District Court for the Southern District of Florida.

25

The Company's registered agent in the State of Nevada was served with the complaint on September 18, 2013.  As of the date of filing of this Form 10-K, the Company's Chief Executive Officer had not been served with the complaint.

The Company and its Chief Executive Officer intend to fully investigate the complaint and will undertake a vigorous defense.

**Off-Balance Sheet Arrangements**

The Company has no off-balance sheet arrangements and has not entered into any transaction involving unconsolidated limited purpose entities.

**ITEM 7A.      QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK.**

Not Applicable.

**ITEM 8.      FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.**

The financial statements of the Company required by Article 8 of Regulation S-X are attached to this report

**LIBERTY SILVER CORP.**
**AUDITED FINANCIAL STATEMENTS**
**FOR THE FISCAL YEARS ENDED JUNE 30, 2013 and 2012**

|  | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | 27 |
| Balance Sheets | 28 |
| Statements of Operations And Comprehensive Income | 29 |
| Statements of Stockholders Equity | 30-32 |
| Statements of Cash Flows | 33-34 |
| Notes to Consolidated Financial Statements | 35-50 |

APP 0288

# Morrill & Associates, LLC
## Certified Public Accountants
1448 North 2000 West, Suite 3
Clinton, Utah 84015
801-820-6233 Phone; 801-820-6628 Fax

---

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Stockholders
Liberty Silver Corp. (An Exploration Stage Company)
Toronto, Ontario

We have audited the accompanying balance sheets of Liberty Silver Corp. (an exploration stage company) as of June 30, 2013 and 2012 and the related statements of operations, stockholders' equity (deficit) and cash flows for the years ended June 30, 2013 and 2012 and from inception on February 20, 2007 through June 30, 2013. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audit included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Liberty Silver Corp. (an exploration stage company) as of June 30, 2013 and 2012 and the results of its operations and cash flows for the years ended June 30, 2013 and 2012 and from inception on February 20, 2007 through June 30, 2013 in conformity with generally accepted accounting principles in the United States of America.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. The Company has suffered recurring losses and has no significant operations which raise substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are described in Note 8. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*/s/ Morrill & Associates*

Morrill & Associates
Clinton, Utah 84015
September 26, 2013

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Balance Sheets**

| As at June 30, | 2013 | 2012 |
|---|---|---|
| | $ | $ |

**ASSETS**

| | | |
|---|---|---|
| Current assets | | |
| Cash and cash equivalents | 23,925 | 1,694,914 |
| Deposit | 10,710 | 10,906 |
| Other | 28,472 | 34,335 |
| Prepaid | 77,783 | 56,624 |
| Total current assets | 140,890 | 1,796,779 |
| | | |
| Property and equipment | | |
| Furniture and office equipment | 34,732 | 34,732 |
| Accumulated depreciation | (11,160) | (4,214) |
| Mining interests | 2,537,549 | 129,119 |
| Total property and equipment | 2,561,121 | 159,637 |
| **Total assets** | 2,702,011 | 1,956,416 |

**LIABILITIES**

| | | |
|---|---|---|
| Current liabilities | | |
| Accounts payable | 867,952 | 96,323 |
| Accrued liabilities | 408,035 | 71,625 |
| Total current liabilities | 1,275,987 | 167,948 |
| **Total liabilities** | 1,275,987 | 167,948 |
| | | |
| Commitments and contingencies | - | - |

**SHAREHOLDERS' EQUITY**

| | | |
|---|---|---|
| Preferred shares, $0.001 par value, 10,000,000 preferred shares authorized; | | |
| 0 and 0 preferred shares issued and outstanding, respectively | - | - |
| Common shares, $.001 par value, 300,000,000 common shares authorized; | | |
| 83,991,945 and 80,710,834 common shares issued and outstanding, respectively | 83,992 | 80,711 |
| Additional paid-in-capital | 10,383,098 | 7,469,219 |
| Deficit accumulated during the exploration stage | (9,041,066) | (5,761,462) |
| **Total shareholders' equity** | 1,426,024 | 1,788,468 |
| **Total liabilities and shareholders' equity** | 2,702,011 | 1,956,416 |

*The accompanying notes are an integral part of these financial statements*

**Liberty Silver Corp.**

**(An Exploration Stage Company)**

**Statements of Operations**

| For the years ended June 30, | 2013 | 2012 | Cumulative during the exploration stage February 20, 2007 (inception) to June 30, 2013 |
|---|---|---|---|
| | $ | $ | $ |
| Revenue | - | - | - |
| | | | |
| Operating expenses | | | |
| Operation and administration | 1,852,431 | 2,034,170 | 4,603,368 |
| Exploration | 494,383 | 1,273,491 | 1,985,816 |
| Consulting | 3,951 | 416,338 | 1,102,416 |
| Legal and accounting | 951,795 | 214,642 | 1,353,143 |
| Impairment of mining interests | - | - | 11,800 |
| Total operating expenses | 3,302,560 | 3,938,641 | 9,056,543 |
| | | | |
| Income (loss) from operations | (3,302,560) | (3,938,641) | (9,056,543) |
| | | | |
| Other income or gain (expense or loss) | | | |
| Gain (loss) foreign exchange | 23,157 | (7,110) | 14,861 |
| Interest income | - | - | 1,220 |
| Interest expense | (201) | (169) | (604) |
| Total other income or gain (expense or loss) | 22,956 | (7,279) | 15,477 |
| | | | |
| Loss before income tax | (3,279,604) | (3,945,920) | (9,041,066) |
| Provision for income taxes | - | - | - |
| | | | |
| Net loss and comprehensive loss | (3,279,604) | (3,945,920) | (9,041,066) |
| Loss per common share – basic and fully diluted | (0.04) | (0.05) | |
| Weighted average common shares | 82,945,754 | 75,705,683 | |

*The accompanying notes are an integral part of these financial statements*

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Statements of Stockholders' Equity (Deficit)**
**For the period February 20, 2007 (inception) through June 30, 2013**

| | Common Stock | | Additional Paid in Capital | Deficit Accumulated During Exploration Stage | Total Stockholders' Equity |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| | | $ | $ | $ | $ |
| Balance, February 20, 2007 (inception) | - | - | - | - | - |
| *Shares for cash:* | | | | | |
| Shares issued at $0.001 per share | 80,000,000 | 80,000 | (76,000) | - | 4,000 |
| Shares issued at $0.01 per share | 20,000,000 | 20,000 | (10,000) | - | 10,000 |
| Shares issued at $0.05 per share | 8,400,000 | 8,400 | 12,600 | - | 21,000 |
| Net loss for the year ending June 30, 2007 | - | - | - | (1,128) | (1,128) |
| Balance, June 30, 2007 | 108,400,000 | 108,400 | (73,400) | (1,128) | 33,872 |
| Net loss for the year ending June 30, 2008 | - | - | - | (22,248) | (22,248) |
| Balance, June 30, 2008 | 108,400,000 | 108,400 | (73,400) | (23,376) | 11,624 |
| Net loss for the year ending June 30, 2009 | - | - | - | (31,522) | (31,522) |
| Balance, June 30, 2009 | 108,400,000 | 108,400 | (73,400) | (54,898) | (19,898) |
| *Shares for cash:* | | | | | |
| Shares issued at $0.75 per share | 1,333,334 | 1,334 | 998,666 | - | 1,000,000 |
| Share cancellation | (40,000,000) | (40,000) | 40,000 | - | - |
| Net loss for the year ending June 30, 2010 | - | - | - | (296,391) | (296,391) |
| Balance, June 30, 2010 | 69,733,334 | 69,734 | 965,266 | (351,289) | 683,711 |
| Valuation of stock options | - | - | 286,750 | - | 286,750 |
| Valuation of stock warrants | - | - | 40,000 | - | 40,000 |
| Net loss for the year ending June 30, 2011 | - | - | - | (1,464,253) | (1,464,253) |
| Balance, June 30, 2011 | 69,733,334 | 69,734 | 1,292,016 | (1,815,542) | (453,792) |

*The accompanying notes are an integral part of these financial statements*

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Statements of Stockholders' Equity (Deficit)**
**For the period February 20, 2007 (inception) through June 30, 2013**

| | Common Stock | | Additional Paid in Capital | Deficit Accumulated During Exploration Stage | Total Stockholders' Equity |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| | | $ | $ | $ | $ |
| Balance, June 30, 2011 | 69,733,334 | 69,734 | 1,292,016 | (1,815,542) | (453,792) |
| | | | | | |
| Valuation of stock options | - | - | 639,731 | - | 639,731 |
| Valuation of stock warrants | - | - | 82,824 | - | 82,824 |
| *Shares for cash:* | | | | | |
| Shares issued at $0.57 per share [1] | 200,000 | 200 | 116,291 | - | 116,491 |
| Shares issued at $0.57 per share [1] | 1,000,000 | 1,000 | 571,148 | - | 572,148 |
| Shares issued at $0.50 per share | 6,500,000 | 6,500 | 3,243,500 | - | 3,250,000 |
| Shares issued at $0.50 per share | 2,107,500 | 2,107 | 1,051,642 | - | 1,053,749 |
| *Shares for non-cash:* | | | | | |
| Shares issued at $0.64 per share [2] | 650,000 | 650 | 415,350 | - | 416,000 |
| Shares issued at $0.50 per share [3] | 300,000 | 300 | 149,700 | - | 150,000 |
| Shares issued at $0.50 per share [4] | 220,000 | 220 | 109,780 | - | 110,000 |
| Issue costs | - | - | (202,763) | - | (202,763) |
| Net loss for the year ending June 30, 2012 | - | - | - | (3,945,920) | (3,945,920) |
| | | | | | |
| Balance, June 30, 2012 | 80,710,834 | 80,711 | 7,469,219 | (5,761,462) | 1,788,468 |

*The accompanying notes are an integral part of these financial statements*

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Statements of Stockholders' Equity (Deficit)**
**For the period February 20, 2007 (inception) through June 30, 2013**

| | Common Stock | | Additional Paid in Capital | Deficit Accumulated During Exploration Stage | Total Stockholders' Equity |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| | | $ | $ | $ | $ |
| Balance, June 30, 2012 | 80,710,834 | 80,711 | 7,469,219 | (5,761,462) | 1,788,468 |
| Valuation of stock options | - | - | 558,728 | - | 558,728 |
| Issue costs | - | - | (19,864) | - | (19,864) |
| *Shares for cash:* | | | | | |
| Shares issued at $0.75 per share [5] | 100,000 | 100 | 76,190 | - | 76,290 |
| Shares issued at $0.75 per share [5] | 300,000 | 300 | 228,706 | - | 229,006 |
| Shares issued at $0.65 per share [6] | 20,000 | 20 | 12,980 | - | 13,000 |
| *Shares for non-cash:* | | | | | |
| Shares issued at $0.72 per share [7] | 2,583,333 | 2,583 | 1,857,417 | - | 1,860,000 |
| Shares issued at $0.72 per share [7] | 277,778 | 278 | 199,722 | - | 200,000 |
| Net loss for the year ending June 30, 2013 | - | - | - | (3,279,604) | (3,279,604) |
| Balance, June 30, 2013 | 83,991,945 | 83,992 | 10,383,098 | (9,041,066) | 1,426,024 |

[1] Shares issued at $0.55 CDN and converted to $0.57 USD
[2] Shares issued to satisfy contractual obligation pursuant to a registration rights agreement
[3] Shares issued to settle related party notes
[4] Shares issued for services
[5] Shares issued upon the exercise of warrants at $0.75 CDN and converted to USD
[6] Shares issued upon the exercise of warrants
[7] Shares issued in connection with the acquisition of mining interests

*The accompanying notes are an integral part of these financial statements*

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Statements of Cash Flows**

| For the years ended June 30, | 2013 $ | 2012 $ | Cumulative during the exploration stage February 20, 2007 (inception) to June 30, 2013 $ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Net loss and comprehensive loss | (3,279,604) | (3,945,920) | (9,041,066) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Valuation of warrants | - | 82,824 | 122,824 |
| Valuation of stock options | 558,728 | 639,731 | 1,485,209 |
| Shares issued to settle contractual obligation | - | 416,000 | 416,000 |
| Shares issued for services | - | 110,000 | 110,000 |
| Depreciation expense | 6,946 | 4,214 | 11,160 |
| Changes in operating assets and liabilities: | | | |
| (Increase) in prepaid expenses | (21,159) | (46,330) | (77,783) |
| (Increase) in deposit | 196 | (10,906) | (10,710) |
| (Increase) decrease in other assets | 5,863 | (34,335) | (28,472) |
| Increase in accounts payable | 771,629 | 35,399 | 867,952 |
| Increase (decrease) in accrued expenses | 336,410 | (295,771) | 408,035 |
| Net cash used in operating activities | (1,620,991) | (3,045,094) | (5,736,851) |
| | | | |
| **Cash flows from investing activities** | | | |
| Cash used for furniture and equipment | - | (34,732) | (34,732) |
| Cash paid for mining interests | (348,430) | (31,608) | (477,549) |
| Net cash used in investing activities | (348,430) | (66,340) | (512,281) |
| | | | |
| **Cash flows from financing activities** | | | |
| Proceeds from related party note | - | - | 150,000 |
| Proceeds from issuance of common stock | 318,296 | 4,992,388 | 6,345,684 |
| Issue costs | (19,864) | (202,763) | (222,627) |
| Net cash used in financing activities | 298,432 | 4,789,625 | 6,273,057 |
| | | | |
| Increase (decrease) in cash and cash equivalents | (1,670,989) | 1,678,191 | 23,925 |
| Cash and cash equivalents, beginning of period | 1,694,914 | 16,723 | - |
| | | | |
| Cash and cash equivalents, end of period | 23,925 | 1,694,914 | 23,925 |

*The accompanying notes are an integral part of these financial statements*

**APP 0295**

| For the years ended June 30, | 2013 | 2012 | Cumulative during the exploration stage February 20, 2007 (inception) to June 30, 2013 |
|---|---|---|---|
| | $ | $ | $ |
| Supplemental Disclosures: | | | |
| Cash paid for: | | | |
| Interest | 201 | 169 | 604 |
| Income tax | - | - | - |
| Non-cash financing activities: | | | |
| Common stock issued to settle related party note | - | 150,000 | 150,000 |
| Common stock issued to acquire mining interests | 2,060,000 | - | 2,060,000 |

*The accompanying notes are an integral part of these financial statements*

APP 0296

**Liberty Silver Corp.**
**(An Exploration Stage Company)**
**Notes to Audited Financial Statements**
**For the Fiscal Year End June 30, 2013 and 2012**

**Note 1 – Nature and Continuance of Operations**

Liberty Silver Corp. was incorporated under the laws of the state of Nevada, U.S.A on February 20, 2007 under the name Lincoln Mining Corp.  Pursuant to a Certificate of Amendment dated February 11, 2010, the Company changed its name to Liberty Silver Corp. The Company's registered office is located at 1802 N. Carson Street, Suite 212, Carson City Nevada 89701, and its head office is located at 181 Bay Street, Suite 2330, Toronto, Ontario, Canada, M5J 2T3, and its telephone number is 888-749-4916.  As of the date of this Form 10-K, the Company has no subsidiaries.

The Company was incorporated for the purpose of engaging in mineral exploration activities. On March 29, 2010, the Company entered into an Exploration Earn-In Agreement relating to the Trinity Project located in Pershing County, Nevada.  The Company is currently engaged in the exploration of the Trinity Project, and has not yet commenced any substantial development stage activities, however, the Company intends to engage in efforts to develop the Trinity Project in the future.  The plan of operation for the fiscal year ending June 30, 2014 is to conduct additional mineral exploration activities at the Trinity Silver property. Operations at the Trinity Project will consist of (i) an effort to expand the known mineralized material through drilling, (ii) permitting for operation, if deemed economically viable, (iii) metallurgical studies aimed at enhancing the recovery of the silver and by-product lead and zinc, (iv) engineering design related to potential construction of a new mine, and (v) complete feasibility studies relating to possible re-opening of the historic mine. Exploration of the property will be conducted simultaneously with the mine development in order to locate additional mineralized materials.

**Note 2 - Significant Accounting Policies**

The following is a summary of significant account policies used in the preparation of these financial statements.

**a. Basis of presentation**

The financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America applicable to exploration stage enterprises.  The financial statements are expressed in U.S. dollars, the functional currency.  The Company's fiscal year end is June 30.

**b. Cash and cash equivalents**

Cash and cash equivalents may include highly liquid investments with original maturities of three months or less.

**c. Mineral rights, property and acquisition costs**

The Company has been in the exploration stage since its formation on February 20, 2007 and has not yet realized any revenues from its planned operations. It is primarily engaged in the acquisition and exploration of mining properties.

The Company capitalizes acquisition and option costs of mineral rights as tangible assets. Upon commencement of commercial production, the mineral rights will be amortized using the unit-of-production method over the life of the mineral rights. If the Company does not continue with exploration after the completion of the feasibility study, the mineral rights will be expensed at that time.

The costs of acquiring mining properties are capitalized upon acquisition. Mine development costs incurred to develop and expand the capacity of mines, or to develop mine areas in advance of production are also capitalized once proven and probable reserves exist and the property is a commercially mineable property. Costs incurred to maintain current exploration or to maintain assets on a standby basis are charged to operations.  Costs of abandoned projects are charged to operations upon abandonment. The Company evaluates the carrying value of capitalized

35

mining costs and related property and equipment costs, to determine if these costs are in excess of their recoverable amount whenever events or changes in circumstances indicate that their carrying amounts may not be recoverable. Evaluation of the carrying value of capitalized costs and any related property and equipment costs are based upon expected future cash flows and/or estimated salvage value in accordance with Accounting Standards Codification (ASC) 360-10-35-15, *Impairment or Disposal of Long-Lived Assets*.

### d. Property and equipment

Property and equipment is stated at cost less accumulated depreciation. Depreciation is provided principally on the straight-line method over the estimated useful lives of the assets, which are generally 3 to 39 years. The cost of repairs and maintenance is charged to expense as incurred. Expenditures for property betterments and renewals are capitalized. Upon sale or other disposition of a depreciable asset, cost and accumulated depreciation are removed from the accounts and any gain or loss is reflected in other income (expense).

The Company periodically evaluates whether events and circumstances have occurred that may warrant revision of the estimated useful lives of property and equipment or whether the remaining balance of property and equipment should be evaluated for possible impairment. If events and circumstances warrant evaluation, the Company uses an estimate of the related undiscounted cash flows over the remaining life of the property and equipment in measuring their recoverability. The Company currently owns furniture and office equipment as its depreciable assets.

### e. Impairment of long-lived assets

The Company reviews and evaluates long-lived assets for impairment when events or changes in circumstances indicate the related carrying amounts may not be recoverable. The assets are subject to impairment consideration under ASC 360-10-35-17, *Measurement of an Impairment Loss*, if events or circumstances indicate that their carrying amount might not be recoverable. As of June 30, 2013, exploration progress is on schedule with the Company's exploration and evaluation plan and no events or circumstances have happened to indicate that the related carrying values of the properties may not be recoverable. When the Company determines that an impairment analysis should be done, the analysis will be performed using the rules of FASB ASC 930-360-35, *Asset Impairment*, and 360-10-15-3 through 15-5, *Impairment or Disposal of Long-Lived Assets*.

Various factors could impact the Company's ability to achieve forecasted production schedules. Additionally, commodity prices, capital expenditure requirements and reclamation costs could differ from the assumptions the Company may use in cash flow models used to assess impairment. The ability to achieve the estimated quantities of recoverable minerals from exploration stage mineral interests involves further risks in addition to those factors applicable to mineral interests where proven and probable reserves have been identified, due to the lower level of confidence that the identified mineralized material can ultimately be mined economically.

Material changes to any of these factors or assumptions discussed above could result in future impairment charges to operations.

### f. Fair Value of Financial instruments

The Company adopted FASB ASC 820-10-50, *Fair Value Measurements*. This guidance defines fair value, establishes a three-level valuation hierarchy for disclosures of fair value measurement and enhances disclosure requirements for fair value measures. The three levels are defined as follows:

· Level 1 inputs to the valuation methodology are quoted prices (unadjusted) for identical assets or liabilities in active markets.

· Level 2 inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

· Level 3 inputs to valuation methodology are unobservable and significant to the fair measurement.

The carrying amounts reported in the balance sheet for the cash and cash equivalents, and current liabilities each qualify as financial instruments and are a reasonable estimate of fair value because of the short period of time between the origination of such instruments and their expected realization and their current market rate of interest.

### g. Environmental expenditures

The operations of the Company have been, and may in the future, be affected from time to time, in varying degrees, by changes in environmental regulations, including those for future reclamation and site restoration costs. Both the likelihood of new regulations and their overall effect upon the Company vary greatly and are not predictable. The Company's policy is to meet or, if possible, surpass standards set by relevant legislation, by application of technically proven and economically feasible measures.

Environmental expenditures that relate to ongoing environmental and reclamation programs are charged against earnings as incurred or capitalized and amortized depending on their future economic benefits. Estimated future reclamation and site restoration costs, when the ultimate liability is reasonably determinable, are charged against earnings over the estimated remaining life of the related business operation, net of expected recoveries. No costs have been, or may never be recognized by the Company for environmental expenditures.

### h. Income taxes

The Financial Accounting Standards Board (FASB) has issued FASB ASC 740-10, which clarifies the accounting for uncertainty in income taxes recognized in an enterprise's financial statements.  This standard requires a company to determine whether it is more likely than not that a tax position will be sustained upon examination based upon the technical merits of the position.  If the more-likely-than-not threshold is met, a company must measure the tax position to determine the amount to recognize in the financial statements.  As a result of the implementation of this standard, the Company performed a review of its material tax positions in accordance with recognition and measurement standards established by FASB ASC 740-10.

Deferred taxes are provided on a liability method whereby deferred tax assets are recognized for deductible temporary differences and operating loss and tax credit carry forwards and deferred tax liabilities are recognized for taxable temporary differences.  Temporary differences are the differences between the reported amounts of assets and liabilities and their tax basis.  Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.  Deferred tax assets and liabilities are adjusted for the effects of changes in tax laws and rates on the date of enactment.

### i. Basic and diluted net loss per share

The Company computes net loss per share of common stock in accordance with ASC 260, Earnings per Share ("ASC 260"). Under the provisions of ASC 260, basic net income (loss) per share is computed using the weighted average number of common shares outstanding during the period. Diluted net loss per share is computed using the weighted average number of common shares and, if dilutive, potential common shares outstanding during the period. Potential common shares consist of the incremental common shares issuable upon the exercise of stock options and warrants and the conversion of convertible promissory notes. Stock options of 6,950,000 as of June 30, 2013 and warrants in the amount of 9,607,500 as of June 30, 2013 were considered in the calculation but not included due to anti-dilution. The dilutive effect of these instruments is reflected in diluted earnings per share by application of the treasury stock method.

The Company's calculation of basic and diluted loss per share is as follows:

|  | | For the Years Ended | | |
|---|---|---|---|---|
|  | | June 30, 2013 | | June 30, 2012 |
| Basic Earnings per share: | | | | |
| Income (Loss) (numerator) | $ | (3,279,604) | $ | (3,945,920) |
| Shares (denominator) | | 82,945,754 | | 75,705,683 |
| Per Share Amount | $ | (0.04) | $ | (0.05) |

|  | | For the Years Ended | | |
|---|---|---|---|---|
|  | | June 30, 2013 | | June 30, 2012 |
| Fully Diluted Earnings per share: | | | | |
| Income (Loss) (numerator) | $ | (3,279,604) | $ | (3,945,920) |
| Shares (denominator) | | 82,945,754 | | 75,705,683 |
| Per Share Amount | $ | (0.04) | $ | (0.05) |

### j. Stock-Based compensation

In December 2004, FASB issued FASB ASC 718, which establishes standards for the accounting for transactions in which an entity exchanges its equity instruments for goods or services. It also addresses transactions in which an entity incurs liabilities in exchange for goods or services that are based on the fair value of the entity's equity instruments or that may be settled by the issuance of those equity instruments. FASB ASC 718 focuses primarily on accounting for transactions in which an entity obtains employee services in share-based payment transactions. FASB ASC 718 requires that the compensation cost relating to share-based payment transactions be recognized in the financial statements. That cost will be measured based on the fair value of the equity or liability instruments issued.

### k. Use of estimates and assumptions

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. In these financial statements, assets, liabilities and earnings involve extensive reliance on management's estimates. Actual results could differ from those estimates. The Company's periodic filing with the Securities and Exchange Commission ("SEC") include, where applicable, disclosures of estimates, assumptions, uncertainties, and market that could affect the financial statements and future operations of the Company.

### l. Concentrations of credit risk

The Company's financial instruments that are exposed to concentrations of credit risk primarily consist of its cash and related party payables. The Company places its cash and cash equivalents with financial institutions of high credit worthiness. At times, its cash equivalents with a particular financial institution may exceed any applicable government insurance limits. The Company's management also routinely assesses the financial strength and credit worthiness of any parties to which it extends funds and as such, it believes that any associated credit risk exposures are limited.

### m. Risks and uncertainties

The Company operates in the mineralized material exploration industry that is subject to significant risks and uncertainties, including financial, operational, and other risks associated with operating a mineralized material exploration business, including the potential risk of business failure.

### n. Foreign currency transactions

The Company from time to time will receive invoices from service providers that are presenting their invoices using the Canadian dollar. The Company will use its US dollars to settle the Canadian dollar liabilities and any differences resulting from the exchange transaction are reported as gain or loss on foreign exchange. The gain or

**APP 0300**

loss reported by the Company in the financial statements represents transaction gain or loss.

**Note 3 – New Technical Pronouncements**

The Company has reviewed accounting pronouncements issued during the past two years and has assessed the adoption of any that are applicable to the Company.  Management has determined that none had a material impact on the financial position, results of operations, or cash flows for the fiscal years ended June 30, 2013 and 2012.

**Note 4 - Mineral Property**

Pursuant to a mineral property purchase agreement dated May 24, 2007, the Company acquired a 100% undivided right, title and interest in a mineral claim, located in Section 8 of T35N, R36E Mount Diablo Base Meridian in Elko County, within the state of Nevada for a cash payment of $10,000. The Company must annually renew the lease on the land with the state for $1,800 and has not renewed the lease as of fiscal year end, June 30, 2010. The lease has expired.

Since the Company had not established the commercial feasibility of the mineral claim, the acquisition costs had been capitalized. The Company has not depleted the mineral claims as no proven reserves have been found. The Company was not able to keep the mineral claim in good standing due to lack of funding. The Company allowed the mineral claim to lapse at the end of June 2009. At June 30, 2009, the Company determined that there was little, or no, possibility of the Company generating revenues related to the mining interests. This, coupled with the lapse of the mineral claims lease, was determined to be an impairment of the asset. As such, the Company's management determined to fully impair the mining interests, which was a charged to the Company's statements of operations in the amount of $11,800.

On March 29, 2010, the Company entered into an Exploration Earn-In Agreement (the "Agreement") with AuEx Ventures, Inc., a Nevada corporation. The Agreement relates to the Trinity Silver property (the "Property") located in Pershing County, Nevada, which consists of a total of approximately 10,020 acres, including 5,700 acres of fee land and 240 unpatented mining claims.

Under the Agreement, the Company may earn-in a 70% undivided interest in the Property during a 6-year period in consideration of (1) a signing payment of $25,000, which has been made and has been capitalized, (2) an expenditure of a cumulative total of $5,000,000 in exploration and development expenses on the Property by March 29, 2016, and (3) completion of a bankable feasibility study on the Property on or before the 7th anniversary date of the Agreement.  Item (1) has been completed by the Company, and the Company has satisfied item (2), and has reported its compliance as of March 29, 2013, which was the end of the third year from the inception of the Earn-in Agreement.

On October 15, 2012, the Company entered into and closed a Purchase Agreement (the "Purchase Agreement") with Primus Resources, L.C. and James A. Freeman (collectively "Seller") to acquire unpatented mining claims, Nevada BLM Serial No. 799907, 799908, 799909, 799910, and 799911 covering approximately 100 acres of property located adjacent to the former Trinity Silver mine on the Company's Trinity Project (the "Hi Ho Properties"). The Hi Ho Properties were previously the only acreage not controlled by the Company or its joint venture partner Renaissance Exploration Inc. in the Trinity Project. Under the terms of the Purchase Agreement, the Company provided cash consideration of US$250,000 and issued 2,583,333 restricted shares of common stock of the Company to Seller. In addition the Seller was granted a 2% net smelter royalty on future production from the Hi Ho Properties pursuant to the terms of a Deed With Reservation of Royalty Hi Ho Silver Claims.

In conjunction with the entry into the Purchase Agreement, the Company entered into a Registration Rights Agreement (the "Registration Rights Agreement") with Seller, pursuant to which the Company agreed to file a registration statement on Form S-1 with the United States Securities and Exchange Commission, within thirty (30) days of the closing, which registers the common stock issued to the Seller pursuant to the Purchase Agreement. Pursuant to the Registration Rights Agreement the Company was obliged to pay Seller additional consideration as follows:

39

- if this registration statement was declared effective by the United States Securities Exchange Commission by March 1, 2013, Liberty Silver would issue an additional 277,778 Liberty Silver common shares to Primus, thereby increasing the total aggregate number of shares issued to 2,861,111 shares; or

- if this registration statement was not declared effective by the United States Securities Exchange Commission ("SEC") by March 1, 2013, Liberty Silver would pay Primus US$200,000. As well, if the five-day weighted average trading price of Liberty Silver's common shares on the Toronto Stock Exchange as of March 1, 2013 (the "Market Price") exceeded US$0.72 per share, Liberty Silver would have issued an additional number of Liberty Silver common shares to Primus equal to (a) 277,778 less (b) US$200,000 divided by the Market Price.

On March 1, 2013, the SEC declared the Company's registration statement, filed on Form S-1, effective and as such, the Company issued an additional 277,778 Liberty Silver common shares to Primus, pursuant to the Registration Rights Agreement.

The Trinity Project consists of a total of approximately 10,020 acres, including 5,676 acres of fee land and 253 unpatented mining claims.

The Company has completed some financing transactions, and continues to pursue additional financing opportunities in order to obtain the capital needed to fulfill its obligations under the terms of the Earn-In Agreement. There has been no mining of resources to date.


**Note 5 - Capital Stock and Warrants**

   **Authorized**

The total authorized capital is 300,000,000 common shares with a par value of $0.001 per common share.

   **Issued and outstanding**

On July 27, 2011, the Company issued 200,000 units ("Units") for cash at CDN $0.55 (US $0.58) per Unit. Each Unit consisted of one common share and one half of one common share purchase warrant (each whole such warrant, a "Warrant"). Each Warrant entitles the holder thereof to acquire one common share of the Company (a "Warrant Share") at a price of CDN$0.75 until the date which is 60 months following the closing date of the private placement offering (the "Warrant Term"), provided, however, that the Company may accelerate the Warrant Term under certain conditions.  For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated US $105,591 of the gross proceeds to the 200,000 common shares and US $10,409 to the 100,000 whole warrants, which together comprised the 200,000 Units, for total gross proceeds of US $116,000.  The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model.

On August 4, 2011, the Company issued 1,000,000 units ("Units") for cash at CDN $0.55 (US $0.57) per Unit. Each Unit consisted of one common share and one half of one common share purchase warrant (each whole such warrant, a "Warrant"). Each Warrant entitles the holder thereof to acquire one common share of the Company (a "Warrant Share") at a price of CDN$0.75 until the date which is 60 months following the closing date of the private placement offering (the "Warrant Term"), provided, however, that the Company may accelerate the Warrant Term under certain conditions. For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated US $517,883 of the gross proceeds to the 1,000,000 common shares and US $52,117 to the 500,000 whole warrants, which together comprised the 1,000,000 Units, for total gross proceeds of US $570,000.  The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model.

On November 10, 2011, Liberty Silver issued 6,500,000 subscription receipts to an investor (the "Subscription Receipts") pursuant to a private placement at a price of US$ 0.50 per Subscription Receipt for gross proceeds of US $3,250,000; there were no underwriting discounts or commissions paid. On December 19, 2011, each Subscription Receipt was automatically converted for no additional consideration, into one unit of the Company (a "Unit") as a result of the Company's receipt of notice that its common stock was accepted for trading on the Toronto Stock Exchange under the trading symbol, "LSL", effective as of December 22, 2011. Each Unit is comprised of one common share and one common share purchase one warrant ("Warrant"). Each Warrant is exercisable at a price of US $0.65 per share at any time until 5:00 p.m. (Toronto time) on December 31, 2013. For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated $2,375,007 of the gross proceeds to the 6,500,000 common shares and $874,993 to the 6,500,000 warrants, which together comprised the 6,500,000 Units, for total gross proceeds of $3,250,000. The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model. In conjunction with the issuance of Subscription Receipts, the Company entered into a Registration Rights Agreement (the "Registration Rights Agreement") with the investor, pursuant to which the Company agreed, following the conditional approval by the Toronto Stock Exchange, to file a registration statement on Form S-1 with the Securities and Exchange Commission which registers the common stock and common stock underlying the Warrants acquired by the investor for resale. If the registration statement did not become effective on or before six months from the date of conditional approval by the Toronto Stock Exchange for the listing of the common stock of the Company, the investor would receive an additional common share for each ten (10) common shares. On May 31, 2012, the Company issued 650,000 common shares in satisfaction of this contractual obligation, the value for which of $416,000 was determined by the closing market price of $0.64 per share on the date of issuance.

On December 19, 2011, Liberty Silver completed a private placement offering, pursuant to which the Company raised a total of US $1,313,750 through the: sale of 2,107,500 units ("Units") at a purchase price US $0.50 per Unit; the issuance of 300,000 Units at an issuance price of US $0.50 per Unit for the settlement of related party notes; and, the issuance of 220,000 Units at an issuance price of US $0.50 per Unit in exchange for services. There were no underwriting discounts or commissions paid. Each Unit consists of one common share and one common share purchase warrant (a "Warrant"). Each Warrant entitles the holder to acquire one common share at a price of US $0.65 for a period of two years following the date of the closing of the financing. For the purpose of determining the allocation of total capital raised between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated $960,051 of the capital raised to the total 2,627,500 common shares and $353,699 to the total 2,627,500 warrants, which together comprised the total 2,627,500 Units, for total capital raised of $1,313,750. The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model. The Units were not registered under the Securities Act of 1933 (the "Securities Act") in reliance upon the exemptions from registration contained in Section 4(2) and Regulation D thereunder, and Regulation S of the Securities Act.

On September 28, 2012, the Company issued 100,000 common shares upon the exercise of 100,000 whole warrants at an exercise price of CDN $0.75 per common share, for gross proceeds of CDN $75,000. The warrants were originally issued pursuant to a private placement offering of 200,000 Units on July 27, 2011. The Units were comprised of one common share and one half of one common share purchase warrant.

On October 3, 2012, the Company issued 300,000 common shares upon the exercise of 300,000 whole warrants at an exercise price of CDN $0.75 per common share, for gross proceeds of CDN $225,000. The warrants were originally issued pursuant to a private placement offering of 1,000,000 Units on August 4, 2011. The Units were comprised of one common share and one half of one common share purchase warrant.

On October 15, 2012, in connection with the acquisition of the Hi Ho Properties as described in *Note 3 – Mineral property*, the Company issued 2,583,333 common shares. The common shares were valued at $0.72 per share for a total value of $1,860,000 for the shares.

On November 27, 2012, the Company issued 20,000 common shares upon the exercise of 20,000 whole warrants at an exercise price of $0.65 per common share, for gross proceeds of US $13,000. The warrants were originally issued

41

**APP 0303**

pursuant to a private placement offering of 2,627,500 Units on December 19, 2011. The Units were comprised of one common share and one common share purchase warrant.

On March 1, 2013, in connection with the acquisition of the Hi Ho Properties as described in *Note 3 – Mineral property*, the Company issued an additional 277,778 common shares pursuant to the Registration Rights Agreement.

For the above share issuances, the shares were not registered under the Securities Act of 1933 in reliance upon the exemptions from registration contained in Regulation S of the Securities Act of 1933. No underwriters were used, nor were any brokerage commissions paid in connection with the above share issuances.

As of June 30, 2013, the Company had 83,991,945 shares of the common stock issued and outstanding.

**Stock warrants**

On July 27, 2011, the Company issued 200,000 units ("Units") for cash at CDN \$0.55 (US \$0.58) per Unit. Each Unit consisted of one common share and one half of one common share purchase warrant (each whole such warrant, a "Warrant"). Each Warrant entitles the holder thereof to acquire one common share of the Company (a "Warrant Share") at a price of CDN\$0.75 until the date which is 60 months following the closing date of the private placement offering (the "Warrant Term"), provided, however, that the Company may accelerate the Warrant Term under certain conditions. For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated US \$105,591 of the gross proceeds to the 200,000 common shares and US \$10,409 to the 100,000 whole warrants, which together comprised the 200,000 Units, for total gross proceeds of US \$116,000. The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model.

On August 4, 2011, the Company issued 1,000,000 units ("Units") for cash at CDN \$0.55 (US \$0.57) per Unit. Each Unit consisted of one common share and one half of one common share purchase warrant (each whole such warrant, a "Warrant"). Each Warrant entitles the holder thereof to acquire one common share of the Company (a "Warrant Share") at a price of CDN\$0.75 until the date which is 60 months following the closing date of the private placement offering (the "Warrant Term"), provided, however, that the Company may accelerate the Warrant Term under certain conditions. For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated US \$517,883 of the gross proceeds to the 1,000,000 common shares and US \$52,117 to the 500,000 whole warrants, which together comprised the 1,000,000 Units, for total gross proceeds of US \$570,000. The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model.

On November 10, 2011, Liberty Silver issued 6,500,000 subscription receipts to an investor (the "Subscription Receipts") pursuant to a private placement at a price of US\$ 0.50 per Subscription Receipt for gross proceeds of US \$3,250,000; there were no underwriting discounts or commissions paid. On December 19, 2011, each Subscription Receipt was automatically converted for no additional consideration, into one unit of the Company (a "Unit") as a result of the Company's receipt of notice that its common stock was accepted for trading on the Toronto Stock Exchange under the trading symbol, "LSL", effective as of December 22, 2011. Each Unit is comprised of one common share and one common share purchase one warrant ("Warrant"). Each Warrant is exercisable at a price of US \$0.65 per share at any time until 5:00 p.m. (Toronto time) on December 31, 2013. For the purpose of determining the allocation of gross proceeds between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated \$2,375,007 of the gross proceeds to the 6,500,000 common shares and \$874,993 to the 6,500,000 warrants, which together comprised the 6,500,000 Units, for total gross proceeds of \$3,250,000. The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model. In conjunction with the issuance of Subscription Receipts, the Company entered into a Registration Rights Agreement (the "Registration Rights Agreement") with the investor, pursuant to which the Company has agreed, following the conditional approval by the Toronto Stock Exchange, to file a registration statement on Form S-1 with the Securities and Exchange Commission which registers the common

stock and common stock underlying the Warrants acquired by the Investor for resale.  If the registration statement does not become effective on or before six months from the date of conditional approval by the Toronto Stock Exchange for the listing of the common stock of the Company, Investor shall receive an additional common share and Warrant for, respectively, each ten (10) common shares.

On December 19, 2011, Liberty Silver completed a private placement offering, pursuant to which the Company raised a total of US $1,313,750 through the: sale of 2,107,500 units ("Units") at a purchase price of US $0.50 per Unit; the issuance of 300,000 Units at an issuance price of US $0.50 per Unit for the settlement of related party notes; and, the issuance of 220,000 Units at an issuance price of US $0.50 per Unit in exchange for services.  There were no underwriting discounts or commissions paid..  Each Unit consists of one common share and one common share purchase warrant (a "Warrant").  Each Warrant entitles the holder to acquire one common share at a price of US $0.65 for a period of two years following the date of the closing of the financing. For the purpose of determining the allocation of total capital raised between the shares and warrants which comprise the Units, in accordance with FASB ASC 815-40, the Company allocated $960,051 of the capital raised to the total 2,627,500 common shares and $353,699 to the total 2,627,500 warrants, which together comprised the total 2,627,500 Units, for total capital raised of $1,313,750.  The pro-rata allocation basis was determined using the proportion of the fair market value of the underlying common shares of the Company and the proportion of fair value of the warrants, which was calculated using the Black-Scholes valuation model.  The Units were not registered under the Securities Act of 1933 (the "Securities Act") in reliance upon the exemptions from registration contained in Section 4(2) and Regulation D thereunder, and Regulation S of the Securities Act.

On September 28, 2012, the Company issued 100,000 common shares upon the exercise of 100,000 whole warrants at an exercise price of CDN $0.75 per common share, for gross proceeds of CDN $75,000.  The warrants were originally issued pursuant to a private placement offering of 200,000 Units on July 27, 2011.  The Units were comprised of one common share and one half of one common share purchase warrant.

On October 3, 2012, the Company issued 300,000 common shares upon the exercise of 300,000 whole warrants at an exercise price of CDN $0.75 per common share, for gross proceeds of CDN $225,000.  The warrants were originally issued pursuant to a private placement offering of 1,000,000 Units on August 4, 2011.  The Units were comprised of one common share and one half of one common share purchase warrant.

On November 27, 2012, the Company issued 20,000 common shares upon the exercise of 20,000 whole warrants at an exercise price of $0.65 per common share, for gross proceeds of US $13,000. The warrants were originally issued pursuant to a private placement offering of 2,627,500 Units on December 19, 2011.  The Units were comprised of one common share and one common share purchase warrant.

The fair value of warrants was established at the date of grant using the Black-Scholes valuation model with the following underlying assumptions:

1) Risk free interest rate:
   2013:    0.24% - 1.51%
   2012:    0.24% - 1.51%

2) Dividend yield:
   2013 & 2012:    0%

3) Volatility:
   2013:    102.90% - 113.77%
   2012:    102.90% - 113.77%

4) Weighted average remaining life:
   2013:    1.08 years
   2012:    1.63 years

APP 0305

The following table summarizes information about warrants as of June 30, 2013:

| | Number of Shares | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding, July 1, 2009 | - | $ | - |
| Warrants granted | 1,333,334 | | 1.25 |
| Warrants expired | - | | - |
| | | | |
| Outstanding, June 30, 2010 | 1,333,334 | $ | 1.25 |
| Exercisable, June 30, 2010 | 1,333,334 | $ | 1.25 |
| | | | |
| Outstanding, July 1, 2010 | 1,333,334 | | 1.25 |
| Warrants granted | 300,000 | | 0.55 |
| Warrants exercised | - | | - |
| | | | |
| Outstanding, June 30, 2011 | 1,633,334 | $ | 1.12 |
| Exercisable, June 30, 2011 | 1,633,334 | $ | 1.12 |
| | | | |
| Outstanding, July 1, 2011 | 1,633,334 | | 1.12 |
| Warrants granted | 9,727,500 | | 0.66 |
| Warrants exercised | - | | - |
| Warrants expired | 1,333,334 | | 1.25 |
| Outstanding, June 30, 2012 | 10,027,500 | $ | 0.65 |
| Exercisable, June 30, 2012 | 10,027,500 | $ | 0.65 |
| | | | |
| Outstanding, July 1, 2012 | 10,027,500 | | 0.66 |
| Warrants granted | - | | - |
| Warrants exercised | 420,000 | | 0.72 |
| Warrants expired | - | | - |
| Outstanding, June 30, 2013 | 9,607,500 | $ | 0.65 |
| Exercisable, June 30, 2013 | 9,607,500 | $ | 0.65 |

44

**APP 0306**

The following table summarizes information about stock warrants granted to employees, advisors, investors and board members at June 30, 2013:

| | | | | Weighted Average Remaining Contractual Life (in years) | Warrants Exercisable | | |
|---|---|---|---|---|---|---|---|
| Range of Exercise Prices | | Number Outstanding | Weighted Average Exercise Price | | Number of Warrants | | Weighted Average Exercise Price |
| $ 0.55 | | 300,000 | $ 0.55 | .75 | 300,000 | $ | 0.55 |
| $ 0.75 | (1) | 200,000 | $ 0.75 | (1) 3.10 | 600,000 | $ | 0.75(1) |
| $ 0.65 | | 9,107,500 | $ 0.65 | .47 | 9,127,500 | $ | 0.65 |

(1) Figure expressed in $CDN

As of June 30, 2013, the aggregate weighted-average intrinsic value of the warrants outstanding and exercisable was $0. The weighted-average grant-date fair value of warrants outstanding as of June 30, 2013 was $0.65.

**Stock options**

In October 2010, the Company granted to R. Geoffrey Browne, Chief Executive Officer, 3,000,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term, all of which are vested. In addition, the Company granted the directors, Paul Haggis, Timothy Unwin, John Barrington, and George Kent, each 300,000 stock options, for a total of 1,200,000, to purchase the Company's common stock at $0.75 per share for a 5 year term, all of which are vested.

In December 2010, the Company granted director W. Thomas Hodgson 300,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term, all of which are vested.

In April 2011, the Company granted consultant Kevin O'Connor 100,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term, all of which are vested.

In April 2011, the Company granted director and employee John Barrington 500,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term, all of which have vested.

In April 2011, the Company granted director and officer William Tafuri 800,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term. Pursuant to the terms of the option agreement, entered into between Mr. Tafuri and the Company, a total of 266,664 options vested immediately upon the grant of the options; the remaining 533,336 options vest over a two year period, and have now all vested.

In April 2011, the Company granted employee H. Rickard Klatt 600,000 stock options to purchase the Company's common stock at $0.75 per share for a 5 year term. Pursuant to the terms of the option agreement, entered into between Mr. Klatt and the Company, a total of 200,000 options vested immediately upon the grant of the options; the remaining 400,000 options vest over a two year period, and have now all vested.

In January 2012, the Company granted non-qualified stock options of 450,000 shares at an exercise price of $1.00 per share for a 5 year term to Manish Z. Kshatriya, Chief financial Officer and Executive Vice President. Pursuant to the terms of the option agreement, entered into between Mr. Kshatriya and the Company, a total of 150,000 options vest six months from the grant date, 150,000 options will vest 18 months following the grant date, and the remaining 150,000 options vest 30 months following the grant date of the options.

The amount of stock option compensation expense for the year ending June 30, 2013 was $558,728. The expense

45

was calculated using the Black-Scholes pricing model.

The fair value of stock options was established at the date of grant using the Black-Scholes valuation model with the following underlying assumptions:

1) Risk free interest rate:
    2013:   0.79% - 2.09%
    2012:   0.79% - 2.09%

2) Dividend yield:
    2013 & 2012:     0%

3) Volatility:
    2013:   95.11% - 164.27%
    2012:   95.11% - 164.27%

4) Weighted average remaining life:
    2013:   2.59 years
    2012:   3.59 years

The following table summarizes information about options as of June 30, 2013:

| | Number of Shares | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding, July 1, 2010 | - | $ | - |
| Options granted | 6,500,000 | | .75 |
| Options expired | - | | - |
| Options cancelled | - | | - |
| Outstanding, June 30, 2011 | 6,500,000 | $ | - |
| Exercisable, June 30, 2011 | 6,500,000 | $ | - |
| | | | |
| Outstanding, July 1, 2011 | 6,500,000 | $ | .75 |
| Options granted | 450,000 | | 1.00 |
| Options expired | - | | - |
| Options cancelled | - | | - |
| Outstanding, June 30, 2012 | 6,950,000 | $ | 0.88 |
| Exercisable, June 30, 2012 | 6,500,000 | $ | 0.75 |

| | Number of Shares | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding, July 1, 2012 | 6,950,000 | $ | .88 |
| Options granted | - | | - |
| Options expired | - | | - |
| Options cancelled | - | | - |
| Outstanding, June 30, 2013 | 6,950,000 | $ | - |
| Exercisable, June 30, 2013 | 6,650,000 | $ | - |

46

**APP 0308**

The following table summarizes information about stock warrants granted to employees, advisors, investors and board members at June 30, 2013:

| | Stock Options Outstanding | | | | Stock Options Exercisable | |
|---|---|---|---|---|---|---|
| Range of Exercise Prices | Number Outstanding | Weighted Average Exercise Price | Weighted Average Remaining Contractual Life  (in years) | | Number of Options | Weighted Average Exercise Price |
| $   0.75 | 6,500,000 | $   0.75 | 2.48 | | 6,500,000 | $   0.75 |
| $   1.00 | 450,000 | $   1.00 | 4.38 | | 450,000 | $   1.00 |

As of June 30, 2013, the aggregate intrinsic value of the stock options outstanding and exercisable was $0. The weighted-average grant-date fair value of stock options granted for the year ended June 30, 2013 was $0.88.

**Note 6 – Commitments and Contingencies**

Effective November 1, 2011, the Company entered into a sub-lease agreement for the lease of premises in Toronto, Ontario, Canada, for a term of 54 months.  The Company has its head office at these premises, which is approximately 1,400 square feet.  The annual base rent commitment for the Toronto head office space is CAD $48,084.

Effective February 8, 2012, the Company entered into a lease agreement for the lease of premises in Sparks, Nevada, USA, for a term of 12 months, and terminating on January 31, 2013.  The lease agreement was amended such that the term was extended for a further 24 months, and terminating on January 31, 2015.  The Company has its field office at these premises, which is approximately 5,500 square feet.  The annual base rent commitment for the Sparks field office space is USD $29,727 for the period from February 1, 2013 to January 31, 2014, and USD $30,624 for the period from February 1, 2014 to January 31, 2015.

As at June 30, 2013, the Company had a commitment, for the above noted leases, of USD $177,390 remaining.

The following table outlines the remaining lease commitment at the end of the next five fiscal years based on the leases that are currently entered into by the Company:

| Year | Total Lease Commitment |
|---|---|
| 2013 | $177,390 |
| 2014 | $101,610 |
| 2015 | $38,066 |
| 2016 and thereafter | $0 |

On September 16, 2013, the Company announced that it had become aware that the Company and its Chief Executive Officer have been named as defendants in a proposed class action lawsuit filed against Robert Genovese, certain individuals alleged to have collaborated with Mr. Genovese, and an offshore investment firm allegedly controlled by Mr. Genovese.  The action contains various claims alleging violations of the United States Securities Exchange Act of 1934 and rules thereunder relating to anomalous trading activity and fluctuations in the Company's share price from August through October 2012. The plaintiff purports to bring suit on behalf of all who purchased or otherwise acquired the Company's common shares from April 1, 2008, through and including October 5, 2012.

The complaint was filed in the United States District Court for the Southern District of Florida.

47

**APP 0309**

The Company's registered agent in the State of Nevada was served with the complaint on September 18, 2013. As of the date of filing of this Form 10-K, the Company's Chief Executive Officer had not been served with the complaint.

The Company and its Chief Executive Officer intend to fully investigate the complaint and will undertake a vigorous defense.

Additionally, in the normal course of operations, certain other contingencies may arise relating to legal actions undertaken against the Company. In the opinion of management, the outcome of such potential legal actions will not have a material adverse effect on the Company's results of operations, liquidity, or its financial position.

**Note 7 - Income Taxes**

The Financial Accounting Standards Board (FASB) has issued FASB ASC 740-10, which clarifies the accounting for uncertainty in income taxes recognized in an enterprise's financial statements. This standard requires a company to determine whether it is more likely than not that a tax position will be sustained upon examination based upon the technical merits of the position. If the more-likely-than-not threshold is met, a company must measure the tax position to determine the amount to recognize in the financial statements. As a result of the implementation of this standard, the Company performed a review of its material tax positions in accordance with recognition and measurement standards established by FASB ASC 740-10.

Deferred taxes are provided on a liability method whereby deferred tax assets are recognized for deductible temporary differences and operating loss and tax credit carry forwards and deferred tax liabilities are recognized for taxable temporary differences. Temporary differences are the differences between the reported amounts of assets and liabilities and their tax basis. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized. Deferred tax assets and liabilities are adjusted for the effects of changes in tax laws and rates on the date of enactment.

As of June 30, 2013, the Company had no accrued interest and penalties related to uncertain tax positions. The income tax provision differs from the amount of income tax determined by applying the U.S. federal and state income tax rates of 34% to pretax income from continuing operations for the years ended June 30, 2013 and 2012 due to the following:

Deferred tax assets and the valuation account are as follows:

|  | For the Years Ended June 30, | |
|  | 2013 | 2012 |
| --- | --- | --- |
| Deferred tax asset: | | |
| Net operating loss carry forward | $ 3,073,962 | $ 1,958,897 |
| Valuation allowance | (3,073,962) | (1,958,897) |
| Total | $ - | $ - |

48

The components of income tax expense are as follows:

| | For the Years Ended June 30, | |
| --- | --- | --- |
| | 2013 | 2012 |
| Current Federal tax | $               - | $               - |
| Current State tax | - | |
| Change in NOL benefit | 1,115,065 | 1,341,613 |
| Change in valuation allowance | (1,115,065) | (1,341,613) |
| Total | $               - | $               - |

The potential income tax benefit of these losses has been offset by a full valuation allowance.

As of June 30, 2013 and 2012, the Company has an unused net operating loss carry-forward balance of $9,041,066 and $5,761,462 that is available to offset future taxable income. This unused net operating loss carry-forward balance begins to expire in 2030.

A reconciliation of the beginning and ending amount of unrecognized tax benefits is as follows:

| | Years Ended June 30, | |
| --- | --- | --- |
| | 2013 | 2012 |
| Beginning balance | $               - | $               - |
| Additions based on tax positions related to current year | - | - |
| Additions for tax positions of prior years | - | - |
| Reductions for tax positions of prior years | - | - |
| Reductions in benefit due to income tax expense | - | - |
| Ending balance | $               - | $               - |

At June 30, 2013 and 2012, the Company had no unrecognized tax benefits that, if recognized, would affect the effective tax rate.

The Company did not have any tax positions for which it is reasonably possible that the total amount of unrecognized tax benefits will significantly increase or decrease within the next 12 months.

As of June 30, 2013 and 2012, the Company had no accrued interest or penalties related to uncertain tax positions.

The tax years that remain subject to examination by major taxing jurisdictions are those for the years ended June 30, 2013, 2012, 2011, 2010 and 2009.

**Note 8 – Going Concern**

These financial statements have been prepared on a going concern basis. The Company has incurred losses since inception resulting in an accumulated deficit of $9,041,066 and further losses are anticipated in the development of its business. The Company does not have sufficient working capital needed to meet its current fiscal obligations. In order to continue to meet its fiscal obligations in the current fiscal year and beyond the next twelve months, the Company must seek additional financing. This raises substantial doubt about the Company's ability to continue as a going concern. Its ability to continue as a going concern is dependent upon the ability of the Company to generate profitable operations in the future and/or to obtain the necessary financing to meet its obligations and repay its

49

liabilities arising from normal business operations when they come due.

Management has plans to pursue various financing alternatives including, but not limited to, merger and acquisition activity, raising capital through the capital markets and debt financing. These financial statements do not include any adjustments relating to the recoverability and classification of recorded assets, or the amounts of and classification of liabilities that might be necessary in the event the Company cannot continue in existence.

The ability of the Company to emerge from the exploration stage is dependent upon, among other things, obtaining additional financing to continue operations, explore and develop the mineral properties and the discovery, development, and sale of reserves.

These factors, among others raise substantial doubt about the Company's ability to continue as a going concern. The accompanying financial statements do not include any adjustments that might result from the outcome of this uncertainty.

**Note 9 – Subsequent events**

On September 16, 2013, the Company announced that it had become aware that the Company and its Chief Executive Officer have been named as defendants in a proposed class action lawsuit, as described in *Note 6 – Commitments and contingencies*.

Liberty Silver Corp has evaluated subsequent events for the period ended June 30, 2013 through the date the financial statements were issued, and concluded, aside from the foregoing, that there were no other events or transactions occurring during this period that required recognition or disclosure in its financial statements.

## ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

As disclosed on Form 8-K filed with the SEC on February 4, 2011, the Company changed its accountants. The Company has had no disagreements with its accountants, which would be required to be disclosed pursuant to Item 304 of Regulation S-K.

## ITEM 9A.   CONTROLS AND PROCEDURES.

### Disclosure Controls and Procedures

The Securities and Exchange Commission defines the term "disclosure controls and procedures" to mean a company's controls and other procedures of an issuer that are designed to ensure that information required to be disclosed in the reports that it files or submits under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported, within the time periods specified in the Securities and Exchange Commission's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by an issuer in the reports that it files or submits under the Securities Exchange Act of 1934 is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.  The Company maintains such a system of controls and procedures in an effort to ensure that all information which it is required to disclose in the reports it files under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified under the SEC's rules and forms and that information required to be disclosed is accumulated and communicated to principal executive and principal financial officers to allow timely decisions regarding disclosure.

As of the end of the period covered by this report, the Company carried out an evaluation, under the supervision and with the participation of the chief executive officer and the chief financial officer, of the effectiveness of the design and operation of disclosure controls and procedures.  Based on this evaluation, the chief executive officer and chief financial officer concluded that disclosure controls and procedures are designed to provide reasonable assurance of achieving the objectives of alerting them on a timely basis to material information required to be included in periodic SEC reports and of ensuring that such information is recorded, processed, summarized and reported within the time periods specified.  The Company's chief executive officer and chief financial officer also concluded that disclosure controls and procedures were effective as of the end of the period covered by this report to provide reasonable assurance of the achievement of these objectives.

### Internal Control Over Financial Reporting

The management of the Company is responsible for the preparation of the financial statements and related financial information appearing in this Annual Report on Form 10-K. The financial statements and notes have been prepared in conformity with accounting principles generally accepted in the United States of America. The management of the Company also is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. A company's internal control over financial reporting is defined as a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. The Company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that in reasonable detail accurately and fairly reflect the transactions and dispositions of the assets of the Company; (2) provide reasonable assurance that transactions are recorded

51

as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the issuer are being made only in accordance with authorizations of management and directors of the Company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Company's assets that could have a material effect on the financial statements.

Management, including the Chief Executive Officer and Chief Financial Officer, does not expect that the Company's disclosure controls and internal controls will prevent all error and all fraud. Because of its inherent limitations, a system of internal control over financial reporting can provide only reasonable, not absolute, assurance that the objectives of the control system are met and may not prevent or detect misstatements. Further, over time, control may become inadequate because of changes in conditions or the degree of compliance with the policies or procedures may deteriorate.

With the participation of the Chief Executive Officer and Chief Financial Officer, the Company's management evaluated the effectiveness of the Company's internal control over financial reporting as of June 30, 2013 based upon the framework in Internal Control –Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on that evaluation, management has concluded that, as of June 30, 2013, the Company's internal control over financial reporting was effective.

This annual report does not include an attestation report of the Company's registered public accounting firm regarding internal control over financial reporting. Management's report is not subject to attestation by the Company's registered public accounting firm.

There was no change in the Company's internal control over financial reporting during the last fiscal quarter, that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

## ITEM 9B.    OTHER INFORMATION.

None.

# PART III

## ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS, AND CORPORATE GOVERNANCE.

### Directors and Executive Officers

The following table sets forth the directors, executive officers, promoters and control persons, their ages, and all offices and positions held within the Company as of June 30, 2013. Directors are elected for a period of one year and thereafter serve until their successor is duly elected by the stockholders and qualified. Officers and other employees serve at the will of the board of directors.

| Name | Age | Present Position With the Company | Since |
|------|-----|-----------------------------------|-------|
| R. Geoffrey Browne | 59 | Chief Executive Officer, Director | October 2010 |
| Manish Z. Kshatriya | 40 | Chief Financial Officer, Executive VP | January 2012 |
| William Tafuri | 72 | Project Manager | October 2010 |
| Timothy Unwin | 70 | Chairman, Director | October 2010 |
| Thomas Hodgson | 60 | Director | December 2010 |
| H. Richard Klatt | 77 | Vice President of Exploration | October 2010 |

APP 0314

**Biographical Information**

*R. Geoffrey 'Geoff' Browne*. Mr. Browne currently serves as our Chief Executive Officer, President and a Director of the Company. Mr. Browne has over 30 years of experience in the financial services industry in Canada, the U.S. and London, England. In addition to his work with the Company, since July 1996 Mr. Browne has served as the Managing Partner of MWI & Partners, a private equity firm located in Ontario, Canada. As the managing partner of MWI & Partners, Mr. Browne is responsible for making investments for the company. Prior to founding MWI & Partners, Inc., from September 1976 to June 1996 Mr. Browne was a senior executive with Canadian Imperial Bank of Commerce and CIBC Wood Gundy Inc. The last position he held at CIBC was Chief of Staff for CIBC World Markets. Mr. Browne is active on numerous other corporate and not-for-profit Boards, and is one of three independent members of the Investment Review Committee of UBS Global Asset Management (Canada) Co. Mr. Browne is holds a B.A. in economics from the University of Western Ontario. Mr. Browne's over 30 years of experience in the financial services industry in Canada, the U.S. and London, England, including his time spent as Chief of Staff for CIBC World Markets led the board to conclude that Mr. Browne should serve as a director of the Company.

*Manish Z. Kshatriya*. Mr. Kshatriya has over 15 years of progressive experience in corporate finance, accounting, taxation and auditing obtained in public accounting practice and industry. From January 2006 until October 2011, Mr. Kshatriya worked for Augen Capital Corp., a Toronto based, Canadian listed mining merchant bank where he served as both the Director of Finance, and most recently the Chief Financial Officer. As the Director of Finance and Chief Financial Officer, Mr. Kshatriya was responsible for the management and oversight of all financial matters for Augen Capital Corp. Mr. Kshatriya is a Chartered Accountant and a member of the Institute of Chartered Accountants of Ontario. He is also a Certified Public Accountant in the United States and a member of the Colorado State Board of Accountancy.

*William J. Tafuri*. Mr. Tafuri currently serves as Project Manager of the Trinity Project. Mr. Tafuri has a Ph.D. in geology and over 40 years of diverse mining and exploration experience in precious and base metals. Mr. Tafuri has worked for a number of major international mining companies and has held management positions in both domestic and foreign locations for Getty Mining Co., Santa Fe Pacific Gold Corp., and Kinross Gold Corp. He has extensive consulting experience, both domestic and foreign. He has extensive exploration and mine development experience in the USA, Central Asia, Russia, and Chile. As March of 2010 Mr. Tafuri was responsible for managing the operations of the Company. From January 2007 to December 2009, Mr. Tafuri was the President of Yellowcake Mining Company, which was located in Vancouver, B.C., Canada, and was in the business of mining. As of January 2007, Mr. Tafuri was responsible for the acquisition and exploration of uranium properties in Wyoming and Colorado. From June 2004 to November 2006 Mr. Tafuri was the Vice President of Centrasia Mining Company, which was located in Vancouver, B.C., Canada and was in the business of mining. As of June 2004, Mr. Tafuri was responsible for the acquisition and exploration of mining properties in Central Asia. Mr. Tafuri received his B.S. and M.S. degrees in geology at the University of Nevada-Reno and his Ph.D. in geology at the University of Utah.

*Timothy Unwin*. Mr. Unwin currently serves as a Director and Chairman of the Board of the Company. In addition to his work for the Company, Mr. Unwin is also the Chairman of the board of Evoke Neurosciences Inc., a private U.S based company specializing in neurological testing and reporting, and from January 2008 to the present, Mr. Unwin has been a partner emeritus at Blake, Cassels & Graydon LLP in Toronto. Additionally, from February 2009 to March 2013, Mr. Unwin served as a director and member of the Audit Committee of C.A. Bancorp Inc. From March 2004 until his retirement as an active partner in December 2008, Mr. Unwin worked as the managing partner of the New York Office of Blake,

Cassels & Graydon LLP.  As the managing partner, Mr. Unwin oversaw the management of the law firm and worked as a corporate and securities lawyer.  Prior to working as the managing partner of the New York Office of Blake, Cassels & Graydon LLP, Mr. Unwin was also the office managing partner at Blake's office in London, England.  Mr. Unwin is a graduate of the director's education program at the Institute of Corporate Directors at the Rotman School of Management, University of Toronto and is an institute certified director (ICD.D). Mr. Unwin's experience as managing partner at the New York Office of Blake, Cassels & Graydon LLP, where he oversaw the management of the law firm and worked as a corporate and securities lawyer led the board to conclude that Mr. Unwin should serve as a director of the Company.

*W. Thomas Hodgson*. In addition to serving as a director of the Company, Mr. Hodgson is also Executive Chairman of Lithium Americas Corp., a TSX-listed mineral exploration company, and Senior Partner and Chairman of Greenbrook Capital Partners Inc., a financial advisory firm, and until May 2011, acted as a consultant and advisor to the Chairman Magna International Inc., one of the world's largest automotive companies, having a particular specialization in sourcing venture investment opportunities for the company.  Mr. Hodgson has over twenty years' experience in capital markets research, corporate advisory matters and consulting.  He is currently a director of Lithium Americas Corp., has been a board member of MI Developments Inc., and was Director, President and Chief Executive Officer of Magna Entertainment Corp. from March 2005 to March 2006.  From November 2002 to March 2005, Mr. Hodgson was President of Strategic Analysis Corporation.  Prior to that, Mr. Hodgson held senior positions with Canadian financial institutions and U.K. companies, including Canadian Imperial Bank of Commerce, Canada Permanent Trust Co. Central Guaranty Trust, where he served as President and Chief Executive Officer, Marathon Asset Management Inc., where he served as President, and GlobalNetFinancial.com, where he served as Chief Operating Officer and then as President and Chief Executive Officer.  Mr. Hodgson holds an MBA from Queen's University, Kingston, Ontario. Mr. Hodgson's experience as a senior corporate executive with the various companies listed above led the board to conclude that Mr. Hodgson should serve as a director of the Company.

*H. Richard 'Dick' Klatt*.  Mr. Klatt currently serves as vice president of exploration for the Company.  Mr. Klatt has over 40 years of diverse mining and exploration experience in precious and base metals.  He has worked for a number of major mining companies.  From 2007 through 2009 he served as contract exploration manager of Yellowcake Mining, Inc., Las Vegas Nevada, during which time he organized and oversaw exploration drilling for uranium in the Uravan mineral belt, Colorado.  From 2006 through 2007 he worked as a consulting minerals exploration geologist during which time he: (i) completed an economic geology review of the La Sal uranium district for Superior Uranium, Moab, Utah; (ii) completed extensive lithology-logging for base and precious metals for a drill program at the south rim of the Bingham copper mine, Utah, for Grand Central Silver Mines, Carrollton, Texas; (iii) directed a 2,100 feet diamond drilling program for gold and cobalt in the Belt-Percell basin, eastern Idaho, for Salmon River Resources, Vancouver, British Columbia, Canada; (iv) completed a 6,000 feet diamond drilling program for zinc in western Utah for Franconia Minerals Corp., Spokane, Washington; and (v) Directed a 6,000 m rotary drilling program for uranium in western Colorado for U.S. Energy,  Riverton, Wyoming.  From 2004 through 2005, he worked as a consulting minerals exploration geologist for Kennecott Exploration Company located in Salt Lake City, Utah.  During this time he also oversaw initial development drilling for vein-hosted base metals in the Zacatecas district, Zacatecas, Mexico, for Capstone Gold, Vancouver, British Columbia, Canada.  Mr. Klatt received his B.S. degree in geology at the University of Illinois, Urbana, Illinois.

**Family Relationships**

There are no family relationships between any of the current directors or officers of the Company.

**Involvement in Certain Legal Proceedings**

To the best of its knowledge, the Company's directors and executive officers were not involved in any legal proceedings during the last ten years as described in Item 401(f) of Regulation S-K.

**Directorships**

None of the Company's executive officers or directors is a director of any company with a class of equity securities registered pursuant to Section 12 of the Securities exchange Act of 1934 (the "Exchange Act") or subject to the requirements of the Exchange Act or any company registered as an investment company under the Investment Company Act of 1940.

**Code of Ethics**

Our board of directors has adopted a code of ethics that will apply to its principal executive officer, principal financial officer and principal accounting officer or controller and to persons performing similar functions. The code of ethics is designed to deter wrongdoing and to promote honest and ethical conduct, full, fair, accurate, timely and understandable disclosure, compliance with applicable laws, rules and regulations, prompt internal reporting of violations of the code and accountability for adherence to the code.  We will provide a copy of our code of ethics, without charge, to any person upon receipt of written request for such delivered to our corporate headquarters.  All such requests should be sent care of Liberty Silver Corp, Attn: Corporate Secretary, 181 Bay Street, Suite 2330, Toronto, Ontario, Canada, M5J 2T3.  The Company's Code of Business Conduct and Ethics has also posted on our website at, www.libertysilvercorp.com.

## ITEM 11.    EXECUTIVE COMPENSATION.

### Summary Compensation Table

The following table sets forth, for the years indicated, all compensation paid, distributed or accrued for services, including salary and bonus amounts, rendered in all capacities by the Company's principal executive officer, chief financial officer and all other executive officers; the information contained below represents compensation paid, distributed or accrued to the Company's officers for their work related to the Company.

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Award(s) ($) | Option Award(s) ($) | | Non-Equity Incentive Plan Compensation (#) | Non-qualified Deferred Compensation Earnings ($) | All other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| R. Geoffrey Browne | 2013 | 200,004 | -- | -- | -- | | -- | -- | -- | 200,004 |
| CEO | 2012 | 200,004 | -- | -- | -- | | -- | -- | -- | 200,004 |
| | 2011 | 166,673 | -- | -- | 1,468,451 | (2) | -- | -- | -- | 1,635,124 |
| William Tafuri | 2013 | 120,000 | -- | -- | -- | | -- | -- | -- | 120,000 |
| Project Manager (4) | 2012 | 120,000 | -- | -- | -- | | -- | -- | -- | 120,000 |
| | 2011 | 120,000 | -- | -- | 292,251 | (2) | -- | -- | -- | 412,251 |
| | 2010 | 30,000 | -- | -- | -- | | -- | -- | -- | 30,000 |
| Manish Z. Kshatriya | 2013 | 130,000 | -- | -- | -- | | -- | -- | -- | 130,000 |
| CFO | 2012 | 60,357 | -- | -- | 296,133 | (2) | -- | -- | -- | 356,490 |
| H. Richard Klatt (1) | 2013 | 96,000 | -- | -- | -- | | -- | -- | -- | 96,000 |
| | 2012 | 96,000 | -- | -- | -- | | -- | -- | -- | 96,000 |
| | 2011 | 93,600 | -- | -- | 219,188 | (2) | -- | -- | -- | 312,788 |
| | 2010 | 20,000 | -- | -- | -- | | -- | -- | -- | 20,000 |
| John Pulos | 2012 | -- | -- | -- | -- | | -- | -- | -- | -- |
| CFO (3) | 2011 | -- | -- | -- | -- | | -- | -- | -- | -- |
| | 2010 | -- | -- | -- | -- | | -- | -- | -- | -- |

(1) Richard Klatt serves as the vice president of exploration of the Company.
(2) Option awards reflect the aggregate grant date fair value computed using the Black-Scholes model; for a discussion please refer to Note 6 in the Notes to the Financial Statements herein.
(3) John Pulos resigned as the Chief Financial Officer of the Company on January 16, 2012.
(4) William Tafuri resigned as President and Chief Operating Officer effective November 28, 2012, and undertook the role of Project Manager for the Company.

### Grant of Plan Based Awards

During the fiscal year ended June 30, 2013, there were no equity awards granted to the Company's executive officers.

**Outstanding Stock Options Awards At Fiscal Year End**

The following table provides a summary of equity awards outstanding at June 30, 2013, for each of the named executive officers.

| | Option Awards | | | | | Stock Awards | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Equity Incentive Plan Awards: Number of Securities Underlying Unexercised Unearned Options (#) | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($) | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($) |
| Geoffrey Browne | 3,000,000 | -- | -- | .75 | October 18, 2015 | -- | -- | -- | -- |
| William Tafuri | 800,000 | -- | -- | .75 | April 19, 2016 | -- | -- | -- | -- |
| Dick Klatt | 600,000 | -- | -- | .75 | April 19, 2016 | -- | -- | -- | -- |
| Manish Kshatriya | 150,00 | 300,00 | -- | 1.00 | July 16, 2019 | -- | -- | -- | -- |

There were no options or other derivative securities exercised in fiscal 2013 by the named executive officers. In addition, there were no shares acquired by the named executive officers upon the vesting of restricted stock.

**Long-Term Incentive Plans**

We do not have any long-term incentive plans, pension plans, or similar compensatory plans for our directors or executive officers.

**Change of Control Agreements**

As at the end of the 2013 fiscal year, the Company is not party to any change of control agreements with any of its directors or executive officers.

**Employment Agreement; Employment Arrangement**

R. Geoffrey Browne currently serves as the Chief Executive Officer and Director of the Company. Pursuant to an agreement dated October 18, 2010, (the "Agreement") Mr. Browne is paid an annual salary of $200,000, as well as an annual discretionary performance bonus for his services rendered as the Chief Executive Officer; the amount of the performance bonus is at the discretion of the Company's Board of Directors. In conjunction with the entry into the Agreement, the Company granted Mr. Browne stock options to acquire up to 3,000,000 shares of restricted common stock of the Company at a price of $.75 per share.

Manish Z. Kshatriya currently serves as the Chief Financial Officer of the Company. Pursuant to an arrangement with the Company, in consideration of his services to the Company, Mr. Kshatriya's is paid

$2,500 per week. Additionally, in January of 2012 he was granted stock options to purchase up to a total of 450,000 shares the Company's common stock at an exercise price of $1.00 per share. The options are subject to the following vesting schedule: (i) 150,000 options vest six months after January 16, 2012; (ii) 150,000 options vest one and a half years after January 16, 2012; and (iii) 150,000 options vest two and one half years after January 16, 2012.

William Tafuri currently serves as Project Manager for the Company. Pursuant to an arrangement with the Company, in consideration of Mr. Tafuri's services to the Company, Mr. Tafuri is paid $120,000 annually. Additionally, in April 2011, Mr. Tafuri was granted stock options to purchase 800,000 shares of the Company's common stock at $0.75 per share for a 5-year term. Pursuant to the terms of the option agreement, entered into between Mr. Tafuri and the Company, a total of 266,664 options vested immediately upon the grant of the options; the remaining 533,336 options vest over a two-year period, and have now all vested.

H. Richard Klatt currently serves as the Vice President of Exploration of the Company. Pursuant to an arrangement with the Company, in consideration of Mr. Klatt's services to the Company, Mr. Klatt is paid $96,000 annually. Additionally, in April 2011, Mr. Klatt was granted stock options to purchase 600,000 shares of the Company's common stock at $0.75 per share for a 5-year term. Pursuant to the terms of the option agreement, entered into between Mr. Klatt and the Company, a total of 200,000 options vested immediately upon the grant of the options; the remaining 400,000 options vest over a two-year period, and have now all vested.

**Equity Compensation Plan Information**

On April 19, 2011, subject to shareholder approval, which was obtained at the Company's annual and special meeting of shareholders held on December 21, 2012, the Board of Directors of Liberty Silver Corp. approved the adoption of the Liberty Silver Corp. Incentive Share Plan (the "Plan") under which common shares of the Company's common stock have been reserved for purposes of possible future issuance of incentive stock options, non-qualified stock options, and stock grants to employees, directors and certain key individuals. Under the Plan, the maximum number of common shares reserved for issuance shall not exceed 10% of the common shares of the Company outstanding from time to time. The purpose of the Plan shall be to advance the interests of the Company by encouraging equity participation in the Company through the acquisition of common shares of the Company. In order to maintain flexibility in the award of stock benefits, the Plan constitutes a single plan, but is composed of two parts. The first part is the Share Option Plan which provides grants of both incentive stock options under Section 422A of the Internal Revenue Code of 1986, as amended, and nonqualified stock options. The second part is the Share Bonus Plan which provides grants of shares of Company common stock. The following is intended to be a summary of some of the material terms of the Plan, and is subject to, and qualified in its entirety, by the full text of the Plan.

APP 0320

The Plan

The Plan is a rolling plan, under which the maximum number of Shares reserved for issuance under the Share Option Plan, together with the Share Bonus Plan, shall not exceed 10% of the Shares outstanding (on a non-diluted basis) at any given time. The purpose of the Plan is to advance the interests of the Corporation by (i) providing certain employees, senior officers, directors, or consultants of the Corporation (collectively, the "Optionees") with additional performance incentives; (ii) encouraging Share ownership by the Optionees; (iii) increasing the proprietary interest of the Optionees in the success of the Corporation; (iv) encouraging the Optionees to remain with the Corporation; and (v) attracting new employees, officers, directors and consultants to the Corporation.

Share Option Plan

The following information is intended to be a brief description and summary of the material features of the Share Option Plan:

(a)     The aggregate maximum number of Shares available for issuance from treasury under the Share Option Plan, together with the Share Bonus Plan, at any given time is 10% of the outstanding Shares as at the date of grant of an option under the Plan, subject to adjustment or increase of such number pursuant to the terms of the Plan. Any Shares subject to an option which has been granted under the Share Option Plan and which has been surrendered, terminated, or expired without being exercised, in whole or in part, will again be available under the Plan.

(b)     The exercise price of an option shall be determined by the Board at the time each option is granted, provided that such price shall not be less than the closing price of the Shares on the principal stock exchange(s) upon which the Shares are listed and posted for trading on the trading day immediately preceding the day of the grant of the option.

(c)     Options granted to persons conducting Investor Relations Activities (as defined in the Plan) for the Corporation must vest in stages over twelve months with no more than ¼ of the options vesting in any three-month period.

(d)     In the event an Optionee ceases to be eligible for the grant of options under the Share Option Plan, options previously granted to such person will cease to be exercisable within a period of 12 months following the date such person ceases to be eligible under the Plan.

(e)     In the event that a take-over bid or issuer bid is made for all or any of the issued and outstanding Shares, then the Board may, by resolution, permit all options outstanding to become immediately exercisable in order to permit Shares issuable under such options to be tendered to such bid.

59

Share Bonus Plan

The following information is intended to be a brief description and summary of the material features of the Share Bonus Plan:

    (a)    Participants in the Share Bonus Plan shall be directors, officers, employees, or consultants of the Corporation who, by the nature of their positions are, in the opinion of the Board and upon the recommendation of the President of the Corporation, in a position to contribute to the success of the Corporation.

    (b)    The determination regarding the amount of bonus Shares issued pursuant to the Share Bonus Plan will take into consideration the Optionee's present and potential contribution to the success of the Corporation and shall be determined from time to time by the Board. However, in no event shall the number of bonus Shares pursuant to the Share Bonus Plan, together with the Share Option Plan, exceed 10% of the issued and outstanding Shares in the aggregate.

General Features of the Plan

In addition to the above summaries of the Share Option Plan and the Share Bonus Plan, the following is intended to be a brief description and summary of some of the general features of the Plan:

    (a)    The aggregate number of Shares reserved pursuant to the Plan for issuance to insiders of the Corporation within any twelve-month period, under all security based compensation arrangements of the Corporation, shall not exceed 10% of the total number of Shares then outstanding.

    (b)    The aggregate number of Share reserved for issuance pursuant to the Plan to any one person in any twelve month period shall not exceed 5% of the total number of Shares outstanding from time to time, unless disinterested shareholder approval is obtained pursuant to the policies of the Corporation's principal stock exchange(s) upon which the Shares are listed and posted for trading or any stock exchange or regulatory authority having jurisdiction over the securities of the Corporation. No more than 2% of the outstanding Shares may be granted to any one Consultant (as defined in the Plan) in any twelve-month period, or to persons conducting Investor Relations Activities (as defined in the Plan) in any twelve-month period.

**Director Compensation**

The general policy of the Board is that compensation for independent directors should be equity-based compensation. Additionally, the Company reimburses directors for reasonable expenses incurred during the course of their performance. There are no long-term incentive or medical reimbursement plans. The Company does not pay directors, who are part of management, for Board service in addition to their regular employee compensation. The Board, through its compensation committee, determines the amount of director compensation. The following table provides a summary of compensation paid to directors during the fiscal year ended June 30, 2013.

| Director | Fees Earned or Paid in Cash ($) | Stock Awards ($) | Option Awards ($) [1] | Non-Equity Incentive Plan Compensation ($) | Nonqualified Deferred Compensation Earnings | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Geoff Browne [3] | -- | -- | -- | -- | -- | -- | -- |
| William Tafuri [3] | -- | -- | -- | -- | -- | -- | -- |
| John Pulos [3][4] | -- | -- | -- | -- | -- | -- | -- |
| John Barrington [5] | 120,000 [2] | --- | --- | --- | --- | --- | 120,000 |
| George Kent [4] | -- | --- | --- | --- | --- | --- | --- |
| Timothy Unwin | -- | --- | --- | --- | --- | --- | --- |
| Paul Haggis [5] | -- | --- | --- | --- | --- | --- | --- |
| W. Thomas Hodgson | -- | --- | --- | --- | --- | --- | --- |

(1)    Option awards reflect the aggregate grant date fair value computed using the Black-Scholes model; for a discussion please refer to Note 6 in the Notes to the Financial Statements herein.

(2)    This figure represents fees paid or accrued to John Barrington for consulting services rendered to the Company, not in his capacity as a director.

(3)    Refer to the summary compensation table in Item 11 executive compensation.

(4)    Effective May 15, 2013, Mr. Pulos and Mr. Kent resigned as directors of the Company.

(5)    Effective December 21, 2012, Mr. Barrington and Mr. Haggis ceased to be directors of the Company as they did not stand for re-election at the Company's annual and special meeting of shareholders.

**ITEM 12.      SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS**

**Equity Compensation Plan**

The following table gives information about the Company's Equity Compensation Plan as of June 30, 2013:

| Plan category | Number of securities to be issued upon exercise of outstanding options, warrants | Weighted average exercise price of outstanding options, warrants | Number of securities remaining available for future issuances under equity compensation plans (excluding securities reflected in column) (a) |
|---|---|---|---|
| | (a) | (b) | (c) |
| Equity compensation plans approved by security holders | - | - | - |
| Equity compensation plans not approved by security holders | 6,950,000 | $0.88 | 1,121,083 |
| Total | 6,950,000 | $0.88 | 1,121,083 |

APP 0324

**Security Ownership of Certain Beneficial Owners**

The following table sets forth as of June 30, 2013, the name and the number of shares of our common stock, par value $0.001 per share, held of record or beneficially by each person who held of record, or was known by us to own beneficially, more than 5% of the issued and outstanding shares of our common stock, and the name and shareholdings of each director and significant employee, and of all executive officers and directors and significant employees as a group. The beneficial ownership amount includes the underlying shares of unexercised warrants and options, as described in the footnotes to the table.

| Title and Class | Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percent of class |
|---|---|---|---|
| Common | R. Geoffrey Browne [1]<br>181 Bay Street, Suite 2330<br>Toronto, Ontario, Canada, M5J 2T3 | 6,150,000 [2] | 7.02% |
| Common | Manish Z. Kshatriya [1]<br>181 Bay Street, Suite 2330<br>Toronto, Ontario, Canada, M5J 2T3 | 150,000 [3] | 0.18% |
| Common | William Tafuri [1]<br>808 Packer St.<br>Reno, Nevada 89431 | 3,020,000 [4] | 3.56% |
| Common | John Pulos<br>2711 N. Sepulveda Blvd. #323<br>Manhattan Beach, California 90266 | 10,000,000 | 11.91% |
| Common | Timothy Unwin [1]<br>181 Bay Street, Suite 2330<br>Toronto, Ontario, Canada, M5J 2T3 | 1,450,000 [5] | 1.72% |
| Common | W. Thomas Hodgson [1]<br>181 Bay Street, Suite 2330<br>Toronto, Ontario, Canada, M5J 2T3 | 1,600,000 [6] | 1.89% |
| Common | H. Richard Klatt [1]<br>808 Packer St.<br>Reno, Nevada, 89431 | 1,600,000 [7] | 1.89% |
| Common | Look Back Investments Inc. [8]<br>Calle Eusebio A. Morales<br>Suite a-A #5<br>El Cangrejo, Panama City, Panama | 13,650,000 [8] | 15.08% |
| Common | Robert Genovese<br>Calle Eusebio A. Morales<br>Suite a-A #5<br>El Cangrejo, Panama City, Panama | 15,109,853 [9] | 16.70% |
| Common | All Directors, Executive Officers, or Significant Employee as a Group (6 in number) | 13,970,000 | 15.50% |

(1) Director, Officer or Significant Employee of Company

(2) Included in this number, are (i) 2,550,000 shares owned directly by Mr. Browne, and (ii) 600,000 warrant shares and (iii)

3,000,000 option shares. Mr. Browne may be deemed to be the beneficial owner of the warrant shares and the option shares because he holds the right to acquire these shares within 60 days through the exercise of the options and warrants.

(3) Included in this number are 150,000 option shares because Mr. Kshatriya may be deemed to be the beneficial owner of the option shares because he holds the right to acquire these shares within 60 days through the exercise of the options.

(4) Included in this number, are (i) 2,110,000 shares owned directly by Mr. Tafuri, and (ii) 110,000 warrant shares and (iii) 800,000 option shares. Mr. Tafuri may be deemed to be the beneficial owner of the warrant shares and option shares because he holds the right to acquire these shares within 60 days through the exercise of the options and warrants.

(5) Included in this number, are (i) 1,050,000 shares owned directly by Mr. Unwin, and (ii) 100,000 warrant shares and (iii) 300,000 option shares. Mr. Unwin may be deemed to be the beneficial owner of these shares because he holds the right to acquire the warrant shares and option shares within 60 days through the exercise of the options and warrants.

(6) Included in this number, are (i) 500,000 shares owned directly and (ii) 600,000 owned indirectly by Mr. Hodgson, (iii) 200,000 warrant shares, and (iv) 300,000 option shares. Mr. Hodgson may be deemed to be the beneficial owner of the warrant shares and option shares because he holds the right to acquire these shares within 60 days through the exercise of the options and warrants. Of the 200,000 total warrant shares that Mr. Hodgson may be deemed to beneficially own, 50,000 of such warrant shares are owned by Greenbrook Capital Partners Inc. Greenbrook Capital Partners Inc. a private Ontario, Canada company based in Toronto, Ontario. W. Thomas Hodgson, officer of Greenbrook Capital Partners Inc., makes decisions as to the voting and disposition of securities owned by Greenbrook Capital Partners Inc. The 600,000 shares owned indirectly by Mr. Hodgson are owned by Greenbrook Capital Partners Inc.

(7) Included in this number, are (i) 1,000,000 shares owned directly by Mr. Klatt, and (ii) 600,000 option shares. Mr. Klatt may be deemed to be the beneficial owner of the option shares because he holds the right to acquire these shares within 60 days through the exercise of the options.

(8) This number includes 7,150,000 shares registered in the name of Look Back Investments, Inc., and 6,500,000 shares issuable upon exercise of warrants owned by Look Back Investments Inc. Look Back Investments Inc. is a private Panamanian company based in Panama. Robert Genovese, officer of Look Back Investments Inc., makes decisions as to the voting and disposition of the securities.

(9) This number includes 7,150,000 shares registered in the name of Look Back Investments, Inc., 6,500,000 shares issuable to Look Back Investments, Inc., upon exercise of warrants registered in the name of Look Back Investments, Inc., 444,652 shares registered in the name of Outlook Investments, Inc., and 1,015,201 shares registered in the name of BG Capital Group, Ltd. Mr. Genovese makes investment decisions for Look Back Investments, Inc., Outlook Investments, Inc., and BG Capital Group, Ltd., and may be deemed to be the beneficial owner of shares registered in the name of these entities.

## ITEM 13.  CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

### Certain Relationships and Related Transactions

Effective April 1, 2011, the Company borrowed a total of $150,000 pursuant to the terms and conditions of promissory notes (individually referred to as a "Note" and collectively referred to as the "Notes") entered into with six individuals who were serving as directors of the Company, including John Barrington, R. Geoffrey Browne, Paul Haggis, Tom Hodgson, George Kent and Timothy Unwin. Each Note was for $25,000 and is required to be repaid by the Company on the earlier of one year, or when the Company raises a minimum of $2,000,000 through equity investments. The Notes are interest free for the first six months following the date of the Note and then bear interest at a rate of 8% per annum thereafter. In conjunction with the entry into the Notes, in lieu of the holders charging the Company interest on the outstanding principal of the Notes for the initial six months, the Company issued each holder a warrant entitling the holder to purchase up to a total of 50,000 shares of the Company's common stock at price of $0.55 per share for a period of three (3) years following the date of the Note. The Notes were repaid through the issuance of shares of common stock in the Company on December 19, 2011.

On November 10, 2011, the Company issued 6,500,000 subscription receipts (the "Subscription Receipts") to Look Back Investments Inc. ("Investor"), a company controlled by, or under the direction

64

of, Mr. R. Genovese, pursuant to a private placement at a price of US$ 0.50 per Subscription Receipt for gross proceeds of US $3,250,000; there were no underwriting discounts or commissions paid. On December 19, 2011, each Subscription Receipt was automatically converted for no additional consideration, into one unit of the Company (a "Unit") as a result of the Company's receipt of notice that its common stock was accepted for trading on the Toronto Stock Exchange under the trading symbol, "LSL", effective as of December 22, 2011. Each Unit is comprised of one common share and one common share purchase one warrant ("Warrant"). Each Warrant is exercisable at a price of US $0.65 per share at any time until 5:00 p.m. (Toronto time) on December 31, 2013.

In conjunction with the issuance of Subscription Receipts, the Company entered into a Registration Rights Agreement (the "Registration Rights Agreement") with the Investor, pursuant to which the Company agreed, following the conditional approval by the Toronto Stock Exchange, to file a registration statement on Form S-1 with the Securities and Exchange Commission which registers the common stock and common stock underlying the Warrants acquired by the investor for resale. If the registration statement did not become effective on or before six months from the date of conditional approval by the Toronto Stock Exchange for the listing of the common stock of the Company, the Investor would receive an additional common share for each ten (10) common shares. The Company chose not to file a registration statement and as a result, on May 31, 2012, the Company issued 650,000 common shares in satisfaction of this contractual obligation, the value for which of $416,000 was determined by the closing market price of $0.64 per share on the date of issuance.

Aside from the foregoing, there were no material transactions, or series of similar transactions, during the Company's last fiscal year, or any currently proposed transactions, or series of similar transactions, to which the Company was or is to be a party, in which the amount involved exceeded the lesser of $120,000 or one percent of the average of the small business issuer's total assets at year-end for the last three completed fiscal years and in which any director, executive officer or any security holder who is known to us to own of record or beneficially more than five percent of any class of our common stock, or any member of the immediate family of any of the foregoing persons, had an interest.

**Director Independence**

The Company's common stock is currently traded on the Grey Market, and as such, is not subject to the rules of any national securities exchange which requires that a majority of a listed company's directors and specified committees of its board of directors meet independence standards prescribed by such rules. For the purpose of preparing the disclosures in this registration statement with respect to director independence, the Company has used the definition of "independent director" within the meaning of National Instrument 52-110 – Audit Committees adopted by the Canadian Securities Administration and as set forth in the Marketplace Rules of the NASDAQ, which defines an "independent director" generally as being a person, other than an executive officer or employee of the company or any other individual having a relationship which, in the opinion of the company's board of directors, would interfere with the exercise of independent judgment in carrying out the responsibilities of a director.

Consistent with these standards, the Company's board of directors has determined that W. Thomas Hodgson, Timothy Unwin are "independent", and Paul Haggis, and George Kent were independent during their tenure as directors of the Company. To fill the vacated board seat of Mr. Haggis and Mr. Kent, the Company intends to appoint a third independent director prior to the annual and special meeting of shareholders, or nominate a third independent director at the annual and special meeting.

**ITEM 14.        PRINCIPAL ACCOUNTING FEES AND SERVICES**

**Audit Fees**

(1)       Morrill & Associates served as the Company's independent registered public accounting firm for the years ended June 30, 2013 and 2012, and is expected to serve in that capacity for the current year. Principal accounting fees for professional services rendered for the Company by Morrill & Associates for the year ended June 30, 2013 and 2012, are summarized as follows:

|  |  | 2013 |  | 2012 |
|---|---|---|---|---|
| Audit | $ | 27,385 | $ | 38,000 |
| Audit related | $ | 0 | $ | 0 |
| Tax | $ | 0 | $ | 0 |
| All other | $ | 0 | $ | 0 |
| Total | $ | 27,385 | $ | 38,000 |

**Audit Related Fees**

(2)       Morrill & Associates did not bill the Company any amounts for assurance and related services that were related to its audit or review of the Company's financial statements during the fiscal years ended 2013 and 2012.

**Tax Fees**

(3)       The aggregate fees billed by Morrill & Associates for tax compliance, advice and planning were $0.00 for the fiscal years ended June 30, 2013 and 2012.

**All Other Fees**

(4)       Morrill & Associates did not bill the Company for any products and services other than the foregoing during the fiscal years ended 2013 and 2012.

**Audit Committee's Pre-approval Policies and Procedures**

(5)       At the Company's regularly scheduled and special meetings, the audit committee considers and pre-approves any audit and non-audit services to be performed by the Company's independent registered public accounting firm. The audit committee has the authority to grant pre-approvals of non-audit services.

## PART IV

**ITEM 15.        EXHIBITS, FINANCIAL STATEMENT SCHEDULES.**

**(a)(1)(2) Financial Statements and Financial Statement Schedule.**

The financial statements and financial statement schedules identified in Item 8 are filed as part of this annual report.

**(a)(3) Exhibits.**

66

**APP 0328**

The exhibits required by this item are set forth on the Exhibit Index below.

3.1   Articles of Incorporation (included as exhibit to Form S-1 filed with the Securities and Exchange Commission on April 1, 2008).

3.2   Bylaws (included as exhibit to Form S-1 filed with the Securities and Exchange Commission on April 1, 2008).

3.3   Articles of Amendment (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on February 12, 2010).

3.3   Amended Bylaws (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 25, 2010).

3.4   Amended and Restated Bylaws of Liberty Silver Corp., December 14, 2011 (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on December 14, 2011).

3.5   Amended and Restated Articles of Incorporation of Liberty Silver Corp, (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on December 28, 2012)

3.6   Amended and Restated Bylaws of Liberty Silver Corp., dated December 21, 2012. (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on December 28, 2012)

10.1   Mineral Property Purchase Agreement corporation (included as exhibit to Form S-1 filed with the Securities and Exchange Commission on April 1, 2008).

10.2   Exploration Earn-In Agreement dated March 29, 2010, by and between Liberty Silver Corp, a Nevada corporation, and AuEx Ventures, Inc., a Nevada corporation (included as exhibit to Form S-1/A filed with the Securities and Exchange Commission on February 19, 2013).

10.3   Employment Agreement and accompanying Stock Option Agreement, dated October 18, 2010, by and between Liberty Silver Corp. and Geoff Browne (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 19, 2010).

10.4   Stock Option Agreement dated October 26, 2010 by and between Liberty Silver Corp. and Paul Haggis (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 27, 2010).

10.5   Stock Option Agreement dated October 26, 2010 by and between Liberty Silver Corp. and Timothy Unwin (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 27, 2010).

10.6   Stock Option Agreement dated October 26, 2010 by and between Liberty Silver Corp. and John Barrington (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 27, 2010).

67

10.7   Stock Option Agreement dated October 26, 2010 by and between Liberty Silver Corp. and George Kent (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 27, 2010).

10.8   Stock Option Agreement dated December 6, 2010 by and between Liberty Silver Corp. and W. Thomas Hodgson (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on December 6, 2010).

10.9   Liberty Silver Corp. Incentive Share Plan (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on May 3, 2011).

10.10   Liberty Silver Corp. Incentive Stock Option Agreement dated April 19, 2011 between Liberty Silver Corp. and William Tafuri (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on May 5, 2011).

10.11   Liberty Silver Corp. Non-Qualified Stock Option Agreement dated April 19, 2011 between Liberty Silver Corp. and John Barrington (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on May 5, 2011).

10.12   Subscription Agreement dated November 10, 2011 (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on November 10, 2011).

10.13   Subscription Receipt and Escrow Agreement dated November 10, 2011 (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on November 10, 2011).

10.14   Registration Rights Agreement dated November 10, 2011 (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on November 10, 2011).

10.15   Purchase Agreement Hi Ho Silver Mining Claims dated October 15, 2012 (included as exhibit to Form S-1/A filed with the Securities and Exchange Commission on January 24, 2013).

10.16   Registration Rights Agreement dated October 15, 2012 (included as exhibit to Form 8-K filed with the Securities and Exchange Commission on October 16, 2012).

10.17   Memorandum of Exploration Earn-In Agreement, effective March 29, 2010(included as exhibit to Form S-1/A filed with the Securities and Exchange Commission on January 24, 2013)

10.18   Letter Agreement re Assignment of Exploration Earn-In Agreement, effective July 1, 2010(included as exhibit to Form S-1/A filed with the Securities and Exchange Commission on January 24, 2013)

31.1   Certifications pursuant to Rule 13a-14(a) or 15d-14(a) under the Securities Exchange Act of 1934, as amended, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.*

31.2   Certifications pursuant to Rule 13a-14(a) or 15d-14(a) under the Securities Exchange Act of 1934, as amended, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.*

32.1   Certifications pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.*

32.2    Certifications pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.*

101    SCH XBRL Schema Document *

101    INS XBRL Instance Document *

101    CAL XBRL Taxonomy Extension Calculation Linkbase Document*

101    LAB XBRL Taxonomy Extension Label Linkbase Document *

101    PRE XBRL Taxonomy Extension Presentation Linkbase Document *

101    DEF XBRL Taxonomy Extension Definition Linkbase Document*


* Filed Herewith

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.


By: /s/ Manish Z. Kshatriya
        Manish Z. Kshatriya, Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer

Date:  September 27, 2013

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.


Date: September 27, 2013            By:     /s/ R. Geoffrey Browne
                                    Name: R. Geoffrey Browne
                                    Title:  Chief Executive Officer, Principal Executive Officer, Director


 Date: September 27, 2013           By:     /s/ Manish Z. Kshatriya
                                    Name: Manish Z. Kshatriya
                                    Title:  Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer


Date: September 27, 2013            By:     /s/ W. Thomas Hodgson
                                    Name:  W. Thomas Hodgson
                                    Title:  Director

69

**APP 0331**

Date: September 27, 2013                    By:     /s/ Timothy Unwin
                                            Name:   Timothy Unwin
                                            Title:   Director

APP 0332

EX-99 2 ex99-07082010_100755.htm



FOR IMMEDIATE RELEASE                    CONTACT:     Melanie Dennig
                                                      Turner Public Relations
                                                      212-889-1700
                                                      Melanie@turnerpr.com

# BAZI® Completes $500,000 Financing, Capping a $2.0 Million Capital Raise and Announces John Thomas Financial as its Exclusive Investment Bank

## Appoints Kevin C. Sherman as President and Chief Executive Officer

(DENVER, CO) July 7, 2010 -- **XELR8 Holdings, Inc**. (OTC Bulletin Board: XELR), dba BAZI®, announced today that it has closed a $500,000 financing. The closing caps a $2.0 million capital raise that began in March 2010. Additionally, the Board of Directors has appointed Kevin C. Sherman as President and Chief Executive Officer.

The capital was raised through the issuance of 10 percent convertible secured promissory notes in private transactions exempt from registration under the Securities Act of 1933, as amended. The notes have a five-year term and are convertible into common stock of the company at a price of $0.15 per share. Details of the final closing, including a full description of the notes and the terms of the offering, will be provided in a Form 8-K to be filed by the company.

The financing was completed by John Thomas Financial, a full service brokerage firm headquartered in New York, which has been retained as the company's exclusive investment bank. This financing marks an important milestone for BAZI®, by providing the additional capital necessary to execute its business plan and propel the direct-to-consumer and retail launch of the company's healthy, concentrated energy shot.

Additionally, the Board of Directors promoted Kevin C. Sherman to President and Chief Executive Officer, replacing Daniel W. Rumsey, who will continue to serve on the Board of Directors as Executive Chairman. Kevin Sherman has served as the company's Executive Vice President since March 2010, and is the architect of the company's new business model, focusing on BAZI® and direct-to-consumer and retail distribution. He brings extensive experience in management consulting in the areas of organizational design and leadership development from several Fortune 500 companies.

**APP 0333**

"Kevin has earned the appointment to President and Chief Executive Officer," said Daniel W. Rumsey, the company's Interim Chief Executive Officer. "He has recruited an excellent management team and has positioned BAZI® for explosive growth in the retail

and direct-to-consumer channels." Rumsey continued, "Kevin also brings incredible passion and energy to his new position, and is fully committed to growing the BAZI® brand to achieve its full potential in the marketplace."

This notice does not constitute an offer to sell or the solicitation of an offer to buy securities. Any offers of the securities will be made only by means of a private offering memorandum. The convertible notes and the shares of common stock issuable upon conversion of the notes have not been registered under the Securities Act or the securities laws of any other jurisdiction and may not be offered or sold in the United States absent registration or an applicable exemption from registration requirements.

About XELR8 Holdings, Inc.
XELR8 Holdings, Inc. is a provider of nutritional foods and beverages designed to help enhance physical health and overall performance. XELR8's primary product is BAZI®, a healthy, concentrated, energy shot with eight super fruits, including jujube, acai, mangosteen, goji, pomegranate, blueberry, raspberry and seabuckthorn, plus a variety of phytonutrients, antioxidants, vitamins and trace minerals, supporting the critical nutrition needed daily in a convenient, great tasting two-ounce shot. BAZI's commitment to quality, science and research has earned the company a loyal following of world-class athletes and an elite list of endorsers, including Olympic athletes. For more information about BAZI®, please visit www.drinkbazi.com.

About John Thomas Financial
John Thomas Financial is a full-service brokerage firm with corporate headquarters located at 14 Wall Street, 23rd Floor, directly opposite the New York Stock Exchange, in New York City, the financial capital of the world. Its clients include individuals, proprietorships, institutions, corporations, and other business entities. In addition to providing retail brokerage services, the company also furnishes its Financial Consultants with original market statistical analyses on a daily basis. John Thomas Financial also offers underwriting, private placement, merger and acquisition, and other investment banking services. The Firm demonstrates its commitment to clients by emphasizing Financial Consultant accessibility and responsiveness, insistence on integrity and ethical behavior, compliance with industry laws, rules and regulations, and prides itself on exceeding client expectations. Further information about the Firm can be found at www.johnthomasbd.com .

Forward-Looking Statement:
Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "anticipate," "believe," "estimate," "expect," "forecast," "intend," "may," "plan," "project," "predict," "if," "should" and "will" and similar expressions as

**APP 0334**

bcl_c9a412e013f79ded9ce9baf58a7f4014

they relate to XELR8 Holdings, Inc. are intended to identify such forward-looking statements. XELR8 Holdings, Inc. may from time to time update these publicly announced projections, but it is not obligated to do so. Any projections of future results of operations should not be construed in any manner as a guarantee that such results will in fact occur. These projections are subject to change and could differ materially from

final reported results. For a discussion of such risks and uncertainties, see "Risk Factors" in XELR8's report on Form 10-K filed with the Securities and Exchange Commission and its other filings under the Securities Exchange Act of 1934, as amended. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the dates on which they are made.

###

**APP 0335**

# John Thomas Financial Raises $33 Million for Private Shares of Facebook in Secondary Market

**Wall St. Firm Builds Opportunities for Investors in Tech and Social**

 John Thomas Financial
May 16, 2012 10:05 AM



NEW YORK, NY--(Marketwire - 05/16/12)- John Thomas Financial, a full-service independent broker/dealer and investment-banking firm located in New



York City's Financial District, announced today that it has raised $33,064,743.28 for Global Innovation Fund SPV1 LTD towards shares of Facebook in the secondary market. The fund, whose capital has been invested exclusively in private shares of Facebook, is managed by Galt Capital.

Investors can expect Facebook to complete its initial public offering by Thursday and begin trading on the NASDAQ Friday morning under the symbol "FB." A regulatory filing revealed on Tuesday that the company expects to sell shares at $34-$38, up from the previously reported $28-$35. At the high end of the newly disclosed price range, Facebook's IPO stands to raise nearly $13bln.

Facebook will sell 180 million shares in the IPO, with another 157 million coming from current stockholders. Analysts suggest that Facebook's value could be as high as $104 bln.

John Thomas Financial is no stranger to social media, having recently acted as an investment-banking advisor to

Grandparents.com, a premier social media website for the 21st century generation of active, involved grandparents. The Wall Street Firm even uses Facebook, Twitter, YouTube and their own JTF Blog as effective tools to communicate company news and insights with their clients and the public.

John Thomas Financial's RIA affiliate, JTF Private Wealth Management, manages the JTF Multi-Opportunity Fund, which identifies and strategically invests in key players in emerging technologies. The JTF Multi-Opportunity Fund has also purchased shares of Facebook in the secondary market and continues to raise capital from private investors for well-known names in tech, including Twitter.

"John Thomas Financial was founded on the values of innovation an entrepreneurship. Over the last decade the world has seen startups achieving incredible leaps in tech and the way we communicate. Facebook's story is aligned with our vision as an investment firm and we are proud to have participated in this historic event," says John Thomas Financial CEO Thomas Belesis.

**About John Thomas Financial**

John Thomas Financial, a member of FINRA and SIPC, is an independent broker-dealer and investment banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, John Thomas Financial and its affiliates offer a full complement of retail brokerage, private wealth management, and corporate advisory services tailored to the unique needs of its clients. The firm publishes the Fiscal Liquidity Index a unique daily indicator that looks at government spending and its impact on the financial markets, as well as The John Thomas Financial Economic Outlook, a report analyzing consumer sentiment, market outlook, credit cycles and dozens of other market influences. For timely insights, news, and commentary on economics and financial markets, visit the John Thomas Financial's website www.johnthomasfinancial.com or join the John Thomas Financial community on Twitter and Facebook.

Contact:

CONTACT:
ESVEE GROUP, LLC
159 20TH ST. SUITE 3B
BROOKLYN, NY 11232
646.820.5777
ESVEEGROUP.COM
Email Contact

Rates

**APP 0337**



English ▾ | Support | About Us | Careers | Media Partners | Blog

SITE NEWS

PRODUCTS | SOLUTIONS | NEWSROOM | RESOURCES | CONTACT US | SIGN IN

**SOURCE: John Thomas Financial**



January 18, 2011 11:01 ET

# John Thomas Financial CEO Thomas Belesis Reveals His Plans for Expansion in an Exclusive Interview With CNBC

NEW YORK, NY--(Marketwire - January 18, 2011) - Thomas Belesis, CEO of John Thomas Financial, a full service broker-dealer offering client-centric retail brokerage and investment banking service, said in an exclusive CNBC interview that he is looking to hire 300 financial professionals immediately.

"In the industry as a whole there's a big void, and when I first started the company I felt the void had to be filled with a commitment that was necessary to bring back the traditional Wall Street, which helped build America," Belesis says of his motivation to grow his business.

Founded in 2007, John Thomas Financial has experienced rapid growth that has differentiated the firm during the economic recession.

"We offer opportunities. While people were firing, we were hiring; while people were vacating space, we were occupying space," Belesis explains. "We went from 400 square feet as an office space to now over 43,000 sq ft because our model works."

Belesis referred to the Corporate Development Center at John Thomas Financial, which focuses on current financial industry professionals, as well as those who lost their jobs during the economic crisis. The Corporate Development Center is managed by New Horizons, the exclusive recruiting and business development firm for John Thomas Financial.

The financial representatives at John Thomas Financial and its affiliate companies practice traditional brokerage, investment banking, and investment advisory services.

For those who are new to the business, John Thomas Financial also offers a robust stockbroker training program. The on-site program prepares prospective finance professionals for Financial Industry Regulatory Authority (FINRA) licensing exams and trains them on the ins and outs of the business, including sales, ethics and compliance.

For more information about opportunities at John Thomas Financial and its business development, contact the Corporate Development Center at 212-299-7821.

**About John Thomas Financial**

John Thomas Financial, member of the FINRA and SIPC, is an Independent Broker Dealer and Investment Banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, the firm offers a full complement of retail brokerage and corporate advisory services tailored to the unique needs of its clients. For more information on the firm, please visit www.johnthomasbd.com.

**APP 0338**

**CONTACT INFORMATION**

Contact:
Sarah Vaynerman
New Horizons
212-299-7888
Email Contact


View Release

**APP 0339**

Log In   Sign Up

Search

HOME          SERVICES          NEWS

EDUCATION     ABOUT US

# John Thomas Financial Chief Economist Says Investors Should Maintain a Bullish Posture

June 03, 2011 09:00 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The stock market has been falling for the past month with the Dow shedding about 5%. Selling has been due to weaker economic data, the Japanese earthquake and debt problems in the Eurozone. According to John Thomas Chief Economist Mike Norman, "More than likely this is a soft patch similar to what we saw last summer and nothing more."

"We believe that investors should maintain a bullish posture because the Fed is likely to stay highly accommodative on monetary policy," he said. "Bond yields have in fact been falling as a reflection of that expectation. On a macro level, households and businesses remain in much better financial shape than two years ago. For example, the Fed's Financial Obligation Ratio, which measures monthly debt service burdens as a percentage of disposable income, is at the lowest level in 16 years. The magnitude of the debt correction is coincident with other periods that preceded strong economic upturns. In addition, corporations flush with record amounts of cash and corporate profits, while possibly due to correct, are still coming off record levels."

"Finally, much of the concern revolves around the debt problems in the Eurozone," he said. "We feel these fears are overblown and expect that the ECB will continue funding national deficits even though it is ideologically opposed to this. As such we consider the likelihood of default as low.

History has shown that investors who buy into panic end up being big winners. This time should be no different."

**About Mike Norman**

Mike Norman is an economist and trader whose career spans over 30 years on Wall Street. He is a sought after TV commentator and has been seen regularly on CNBC, Bloomberg and Fox News. In 2003 he signed with Fox News as an exclusive Contributor and continues to appear on a regular basis on the Fox Business programs. Mr. Norman is an expert on fiscal and monetary policy and has created a unique indicator called the Fiscal Liquidity Index that looks at government spending and its impact on the financial markets. The Index is published daily and is carried on the Bloomberg system.

**About John Thomas Financial**

**APP 0340**

John Thomas Financial is an independent broker dealer and investment banking firm headquartered in New York City's Wall Street district. The firm was founded by Thomas Belesis, its current CEO, in 2007. Initially a three-person brokerage, it has grown to nearly 200 representatives and staff providing a range of retail brokerage, investment banking and corporate advisory services. It most recently added a private wealth management affiliate.

IMPORTANT DISCLOSURES

THE INFORMATION PROVIDED IN THIS PUBLICATION IS FOR INFORMATIONAL PURPOSES ONLY. INVESTORS SHOULD CONSIDER THIS REPORT AS ONLY A SINGLE FACTOR IN MAKING THEIR INVESTMENT DECISION. THIS INFORMATIONAL REPORT IS NOT AN OFFER TO SELL OR A SOLICITATION TO BUY ANY SECURITY. THIS REPORT HAS BEEN PREPARED AS A MATTER OF GENERAL INFORMATION. IT IS NOT INTENDED TO BE A COMPLETE DESCRIPTION OF ANY COMPANY, AND IS NOT AN OFFER TO BUY OR SELL ANY SECURITY. ALL FACTS AND STATISTICS ARE FROM SOURCES BELIEVED TO BE RELIABLE, BUT ARE NOT GUARANTEED AS TO ACCURACY. BEFORE ACTING ON THE MATERIALS HEREIN YOU SHOULD CONSIDER WHETHER IT IS SUITABLE FOR YOU PARTICULAR CIRCUMSTANCES AND, IF NECESSARY SEEK PROFESSIONAL ADVICE INVESTMENTS INVOLVE RISK AND AN INVESTOR MAY INCUR LOSSES. PAST PERFORMANCE IS NO GUARANTEE OF FUTURE PERFORMANCE. TRADING AND INVESTMENT DECISIONS ARE THE SOLE RESPONSIBILITY OF THE READER.

## Contacts

**For John Thomas Financial:**
Esvee Group, LLC
Sarah Vaynerman, 646-820-5777
info@esveegroup.com

## Company Information

JOHN THOMAS FINANCIAL

## Release Versions

- **English**
- EON: Enhanced Online News

  

**More from Business Wire:**   Blog   Apps   Canada   UK/Ireland   Deutschland   France   Hong Kong   Italy   Japan
EON: Enhanced Online News   Tradeshownews.com   PYMNTS.com

Contact Us   Privacy Statement   Terms of Use   ©2014 Business Wire

**APP 0341**

GreekReporter.com | Greece | USA | Hollywood | Australia | Canada | EU | World | YOU | TV
| OPA.fm | Classifieds | About | Contact | ΕΛ

# GREEK *usa* REPORTER

News   Interviews   Economy   Events ⌄   History   Columns ⌄   Other ⌄   West Coast ⌄   🔍

East Coast ⌄

Home ▸ East Coast ▸ New York ▸ John Thomas Financial Releases 2012 Economic Outlook

# John Thomas Financial Releases 2012 Economic Outlook

East Coast   New York   News   by - Feb 29, 2012



*Mike Norman, Chief Economist, John Thomas Financial*

John Thomas Financial, a full service independent broker/dealer and investment-banking firm located in New York City's Financial District, today announced the release of its 2012 Economic Outlook, a research report compiled by Chief Economist Mike Norman.



0
f Share

1
Tweet

0
✉ Email

41

◀ ShareThis

The 18-page report includes analyses of trends and numbers affecting the U.S. economy including several components of GDP, corporate profits, imports and exports, government consumption and expenditures, personal income, international markets, U.S. treasuries and commodities.

In January, John Thomas Financial announced that it had successfully incorporated Modern Monetary Theory (MMT) in its 2011 forecasts, producing exceptional forecasting results. The use of MMT allowed the firm to take advantage of events including the S&P downgrade of US credit and European solvency. Modern Monetary Theory was largely used in forecasting for the John Thomas Financial 2012 Economic Outlook.

The following is a summary of this years' Economic Outlook taken directly from the report:

## APP 0342

Private demand is returning as the government cuts back. Credit growth is fueling the private sector rebound, but the scope for any sustained credit driven expansion is limited in our opinion. Fiscal contraction will continue to add drag to the economy, resulting in sub-trend growth for the remainder of the year.

Stocks will continue to trade in a range, with the upper bound probably already in place or nearly in place. Bond yields should trend lower. Commodities and gold will see more downside as demand throttles back. The dollar will benefit from an improving trade picture and accelerating U.S. fiscal contraction.

A complimentary download of the John Thomas Financial 2012 Economic Outlook is available in its entirety on the JTF Blog.

For timely insights, news, and commentary on economics and financial markets, visit the JTF Blog or join the John Thomas Financial community on  Twitter and Facebook .

**About John Thomas Financial**

John Thomas Financial, a member of FINRA and SIPC, is an independent broker-dealer and investment banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, John Thomas Financial and its affiliates offer a full complement of retail brokerage, private wealth management, and corporate advisory services tailored to the unique needs of its clients. The firm publishes the Fiscal Liquidity Index, a unique daily indicator that looks at government spending and its impact on the financial markets, as well as The John Thomas Financial Economic Outlook, a research report analyzing consumer sentiment, market outlook, credit cycles and dozens of other market influences. For more information on the firm, please visit: www.johnthomasfinancial.com.





TAGS   JOHN THOMAS FINANCIAL   MIKE NORMAN

TWITTER     FACEBOOK     GOOGLE +     PINTEREST

‹ PREVIOUS ARTICLE

**APP 0343**

**Linked** in®

What is LinkedIn?    Join Today    Sign In

## Keep up with John Thomas Financial

 **Stay up to date with company news**

 **Discover new job opportunities**

 **See how you're connected to employees**

Join LinkedIn to get the latest news, insights, and opportunities from over 3 million companies. It's free!    **Join LinkedIn**



**John Thomas Financial**

322 followers    Follow

Home

John Thomas Financial, member of the FINRA, SIPC, and NASDAQ is an independent broker dealer and investment banking firm headquartered in New York City's Wall Street district.

In today's world of global economics, investors demand more choices, which is why we offer a full array of investments to suit our clients' financial goals. Our representatives are seasoned, dedicated professionals, carefully selected for their skill, high energy and commitment to service excellence.

Exceeding client expectations for quality, service and respect, John Thomas Financial associates are available to assist clients before the markets open and after the markets close.

### Specialties
retail brokerage, investment banking, corporate advisory services, private wealth management

| **Website** | **Industry** | **Type** |
|---|---|---|
| http://www.johnthomasbd.com | Financial Services | Privately Held |

| **Headquarters** | **Company Size** | **Founded** |
|---|---|---|
| 14 Wall Street, 23rd Floor New York, New York 10005 United States | 51-200 employees | 1996 |

**John Thomas Financial employees**



**Dell Polanco**
Executive Vice President of Investments

**31**  Employees on LinkedIn

See how you're connected ›



# Find your next opportunity

Add a position to get relevant job recommendations.

**Add your position**

**People Also Viewed**



**APP 0344**



# John Thomas Financial Raises $40 Million in Private Equity Placement for Kadmon I

**John Thomas CEO Thomas Belesis "Betting on America"**



Thomas Belesis, CEO, John Thomas Financial (Photo: Business Wire)

July 20, 2011 08:00 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--John Thomas Financial, an independent broker/dealer and investment-banking firm located in New York City's Financial District, has announced its participation in a successful private equity placement for Kadmon I, LLC, the investment vehicle for Kadmon's operations, including Kadmon Corporation.

"Wall Street has always been about wealth creation," said John Thomas CEO, Thomas Belesis. "As this placement demonstrates, we're betting on America."

Kadmon, headquartered in New York City, is a privately held biopharmaceutical company pioneering medicines in oncology, infectious diseases, immunology and other serious diseases. The Company currently commercializes products for the treatment and management of hepatitis C and is advancing a robust pipeline of therapeutic candidates in various stages of development.

Proceeds from the equity placement will support Kadmon Corporation's ongoing operations, and build the Company's diversified research, development and commercial assets.

Thomas Belesis says he saw an exceptional opportunity with Kadmon, one that highlights John Thomas Financial's core values. "Kadmon is breaking ground in the biopharmaceutical industry and we are proud to have a relationship with a company helping people fight serious disease. The Company has built a new model for bringing innovative medicines to patients more rapidly and cost effectively," said Belesis.

*About John Thomas Financial*

John Thomas Financial, a member of FINRA and SIPC, is an independent broker-dealer and investment banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, John Thomas Financial and its affiliates offer a full complement of retail brokerage, private wealth management, and corporate advisory services tailored to the unique needs of its clients. The firm publishes the Fiscal Liquidity Index, a unique daily indicator that looks at government spending and its impact on the financial markets, as well as The John Thomas Financial Economic Outlook, a research report analyzing consumer sentiment, market outlook, credit cycles and dozens of other market influences. For more information on the firm, please visit: www.johnthomasbd.com .

*Photos/Multimedia Gallery Available: http://www.businesswire.com/cgi-bin/mmg.cgi?eid=6799034&lang=en*

## Contacts

On behalf of John Thomas Financial:
Esvee Group, LLC
Sarah Vaynerman, 646-820-5777

## Company Information

JOHN THOMAS FINANCIAL

## Release Versions

- **English**
- EON: Enhanced Online News

**APP 0346**

  

**More from Business Wire:**   Blog   Apps   Canada   UK/Ireland   Deutschland   France   Hong Kong   Italy   Japan
EON: Enhanced Online News   Tradeshownews.com   PYMNTS.com

Contact Us   Privacy Statement   Terms of Use   ©2014 Business Wire

**APP 0347**

John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies

Case 9:13-cv-80923-KLR    Document 110-1    Entered on FLSD Docket 10/07/2014    Page 98 of 186



English ▾ | Support | About Us | Careers | Media Partners | Blog

SITE **NEWS**

PRODUCTS | SOLUTIONS | NEWSROOM | RESOURCES | CONTACT US | **SIGN IN**

**SOURCE: John Thomas Financial**



September 10, 2012 12:51 ET

# John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies

NEW YORK, NY--(Marketwire - Sep 10, 2012) - John Thomas Financial, a full service independent broker/dealer and investment-banking firm located in New York City's Financial District, today announced the formation of a new division, Highline Research Advisors, focused on providing premium investment banking services to companies in the healthcare sector. Highline Research Advisors will provide the full spectrum of investment banking services, including financings, equity research, M&A and advisory services to clients across the range of market capitalizations, from start-ups to Big Pharma companies.

John Thomas Financial, with a robust fleet of retail brokers and the buying power represented by its clients, provides dynamic retail placement distribution that will complement the new Division's institutional placements.

The group's President, Theodore E. Kalem, brings two decades of experience in healthcare investment banking at Bear Stearns, Lehman Brothers and JP Morgan. Managing Director, Dr. Nickolay V. Kukekov, has nearly a decade of experience in the industry. He received his Ph.D. in neuroscience from Columbia University. Dr. Kukekov holds a number of research scholarship awards and peer review publications.

John Thomas Financial CEO Thomas Belesis has spearheaded the firm's continuing growth in recent years via a series of strategic hires and adding niche services. In January the firm announced a robust expansion and enhancement of its investment-banking platform with the hiring of Avi Mirman as the Head of Investment Banking and his highly experienced banking team.

"In a sector as complex as healthcare, institutions look to specialists that can lead them to informed and strategic investment decisions. Mr. Kalem and Dr. Kukekov's extensive experience and deep understanding of the sciences that the sector depends on is rare and valuable. John Thomas Financial is proud to be able to offer clients such comprehensive research and advisory services in the arena of healthcare and pharmaceutical investments," said Mr. Belesis.

"Nickolay and I are very excited about this opportunity to create a premier institutional healthcare investment banking business within John Thomas Financial, and continuing to build upon the world-class platform that Mr. Belesis has established. We look forward to building upon the firm's remarkable success to date," said Mr. Kalem.

For timely insights, news, and commentary on economics and financial markets, visit the JTF Blog or join the John Thomas Financial community on Twitter and Facebook.

**About John Thomas Financial**

**APP 0348**

John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies

Case 9:13-cv-80923-KLR   Document 110-1   Entered on FLSD Docket 10/07/2014   Page 99 of 186

John Thomas Financial, a member of FINRA and SIPC, is an independent broker-dealer and investment banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, John Thomas Financial and its affiliates offer a full complement of retail brokerage, private wealth management, and corporate advisory services tailored to the unique needs of its clients. The firm publishes the Fiscal Liquidity Index, a unique daily indicator that looks at government spending and its impact on the financial markets, The Kaufman Report, a weekly technical stock market analysis, and The John Thomas Financial Economic Outlook, a report analyzing consumer sentiment, market outlook, credit cycles and dozens of other market influences.

**CONTACT INFORMATION**

**Contact Information**
ESVEE GROUP, LLC
159 20TH ST. SUITE 3B
BROOKLYN, NY 11232
646.820.5777
www.esveegroup.com



View Release

**APP 0349**



Tap to Toggle Navigation Menu



## Latitude Global Has Engaged John Thomas Financial as Its Investment Banking Firm

In Addition, Latitude Global Has Terminated Its Merger Agreement With Blink Couture



*December 13, 2012 07:00 ET* | **Source:** Latitude Global, Inc.

JACKSONVILLE, Fla., Dec. 13, 2012 (GLOBE NEWSWIRE) -- Latitude Global, Inc., ("LGI" or "Latitude Global"), a restaurant/entertainment company, has announced its selection of John Thomas Financial (JTF) as its investment banking partner, headquartered at 14 Wall Street, 23rd Floor, New York, New York 10005. JTF offers substantial experience in sourcing, negotiating, structuring and closing a myriad of debt and equity financing. They work with lower and middle market companies who are seeking financial services and will be providing Latitude Global with investment banking services and support to meet the capital needs of its growth strategy.

As of December 5, 2012 Latitude Global has terminated its prior agreement to execute a reverse merger transaction with publicly-traded shell company, Blink Couture, Inc. (OTC Markets:BLKU).

LGI's independent auditing firm has completed its audits of the company's 2009, 2010 and 2011 financial statements. Latitude Global is in the process of exploring options to continue its organic growth and will be working with all its advisors to continue its national expansion of restaurant/entertainment facilities.

For more information on Latitude Global, please visit www.Latitude-Global.com.

**About Latitude Global, Inc.**

**APP 0350**

LGI is a privately-held, independent, full-service restaurant/entertainment company founded in 2009 to plan, develop, construct and operate state-of-the-art, 35,000 to 85,000 square foot premier restaurant/entertainment venues. Latitude Global locations fuse the magic of an exceptional food and beverage experience with multiple entertainment options in an upscale and contemporary-designed venue. Latitude 30, the flagship location, opened in January 2011 and Latitude 40 in Pittsburgh, PA opened in November 2012. Latitude 39 (Indianapolis, IN) is scheduled to open December 19, 2012 and our first hybrid location, Latitude 42 in Chicago, IL will occupy 34,000 square feet within an existing Regal Cinemas multiplex and is scheduled to open in February 2013. For additional information, please visit www.Latitude360.com.

The Latitude Global, Inc. logo is available at http://www.globenewswire.com/newsroom/prs/?pkgid=14549

To watch a 2 minute LGI corporate overview video, please click here.

**About John Thomas Financial**

John Thomas Financial, a member of FINRA and SIPC, is an independent broker-dealer and investment banking firm headquartered in New York City's Wall Street district. Emphasizing a client-centric approach to managing all aspects of its business, John Thomas Financial and its affiliates offer a full complement of retail brokerage, private wealth management, and corporate advisory services tailored to the unique needs of its clients. The firm publishes the Fiscal Liquidity Index, a unique daily indicator that looks at government spending and its impact on the financial markets, The Kaufman Report, a weekly technical stock market analysis, and The John Thomas Financial Economic Outlook, a report analyzing consumer sentiment, market outlook, credit cycles and dozens of other market influences.

```
Media Contact:

Philip A. Alia
Chief Marketing Officer
Latitude Global, Inc.
904-730-0011 x135
904-705-5574 mobile
```

## Related Articles

other press releases by *Latitude Global, Inc.*

**Latitude Global Elects Two Business Veterans to the Board**

*January 31, 2013 16:40*

**Jaguars Team Up With Latitude 30 as Official Away Game Headquarters**

*October 04, 2012 18:28*

**Latitude Global Has Secured a $6.4 Million Senior Credit Facility From Fifth Third Bank for Its Q4 2012 Expansion**

*September 06, 2012 14:59*

**APP 0351**

# 712

other news releases in

**PRODUCT / SERVICES ANNOUNCEMENT**

in the last 30 days

## Profile

**Latitude Global, Inc.**

 Subscribe via RSS

 Subscribe via ATOM

 Javascript

Jacksonville, Florida, UNITED STATES

http://www.Latitude360.com

## Contact Data

```
Media Contact:

Philip A. Alia
Chief Marketing Officer
Latitude Global, Inc.
904-730-0011 x135
904-705-5574 mobile
```

Contact

## Media Files

 **Latitude Global, Inc. Logo**

LOGO URL | Copy the link below

## Tags

| latitude global | john thomas financial | restaurant entertainment concepts | next-generation of restaurants |

**APP 0352**

luxury bowling | latitude 30 | latitude 39 | latitude 40 | family entertainment centers | premier venues

upscale restaurant entertainment | evolution of restaurant entertainment | docked cruise ship

cruise ship at dock | casino without gambling | entertainment | restaurants | banking

### Related Links

- Latitude Global, Inc.
- John Thomas Financial
- Latitude 30
- Latitude 40
- Latitude 39
- Fiscal Liquidity Index
- The Kaufman Report
- John Thomas Financial Economic Outlook

---

**Easily Send & Share Press Releases**



Home

Newsroom

RSS Feeds

Send Releases

Regulatory Filings

Privacy Policy

© 2014 GlobeNewswire, Inc. All Rights Reserved.

ABOUT US

**GlobeNewswire**, a NASDAQ OMX company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

## APP 0353

**CONTACT US**

**Corporate Headquarters**
5200 W. Century Blvd.
Suite 890
Los Angeles, CA 90045
**Phone:** (800) 307-6627
**Fax:** (800) 307-3567

**European Headquarters**
Nikolaj Plads 6
P.O. Box 1040
Copenhagen, Denmark
**Phone:** +45 33 77 03 77
**Fax:** +45 33 12 86 13

**APP 0354**

The New York Times



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

January 28, 2010

# New Embattled Minority: Wall Street Brokers

By N. R. KLEINFIELD

The well-groomed brokers and traders bent on sticking up for Wall Street gathered on Wednesday in best-behaved form — no chanting, no shrill whistling, pretty much no noise at all — to mark the formation of the financial world's modest alternative to the Tea Party movement.

Things had gotten entirely too annoying. First it was White House (and populist) complaints about Wall Street recklessness and greed (humongous bonuses). Now it was White House desire to attach new regulations and taxes to banks. Enough!

And so a rally was organized at lunchtime on the 23rd floor of 14 Wall Street, directly across the street from the New York Stock Exchange, in the cushy offices of John Thomas Financial, a three-year-old investment house. It was much more comfortable than, say, the street.

As Thomas Belesis, the 35-year-old chief executive of John Thomas who hatched the idea, put it, "It's cold out."

The specific purpose was to announce a nonpartisan organization called restorewallstreet.com, devoted to "bringing the pride back into Wall Street." The name was savewallstreet.com a day earlier, but Mr. Belesis had a last-minute change of mind. He didn't feel Wall Street needed saving, just its image polished.

The event didn't quite go the way it was foreshadowed. The press alert promised a "rally with hundreds of brokers and traders." In fact, about 30 of the attendees were from elsewhere on Wall Street. The rest were the brokers and traders at John Thomas. Since the rally was held on the firm's 25,000-square-foot trading floor, where some 100 brokers had their desks, most of the attendees were basically working.

During the rally's half-hour duration, the numerous flat-screen TVs on the wall were shut off, interrupting the Capitol Hill testimony on the A.I.G. bailout by Henry M. Paulson Jr., the former treasury secretary. That mattered less than that you could no longer see how the market was doing. In any event, it wasn't doing that great.

The fact that virtually all of the virtually all-male attendees wore suits and ties did make the gathering perhaps the best-dressed rally in history.

After brief remarks by Mr. Belesis ("Due to recent events, we must heed the clarion call for change"), the microphone was given to Bruce A. Blakeman, the little-known Long Island Republican lawyer running for

**APP 0355**

the United States Senate ("My friends, we can't kill the goose that laid the golden egg"). The rest of the rally essentially became a press conference for Mr. Blakeman.

Before the rally began, Mr. Belesis explained that he had begun thinking about forming this group in the last month or so as he heard "the repeating, relentless attacks on Wall Street."

"I wanted the people who work on Wall Street to be heard," he said.

Wayne S. Kaufman, the firm's chief market analyst, alluded to the insulting and "infantile language" like "fat-cat bankers" emanating from President Obama.

"At the end of the day," he said, "we're citizens of the United States, too."

Exactly how the new organization will function was left unclear, though Mr. Belesis said it would stage events and put up signs.

Todd Shapiro, a public relations man helping out, said, "It's going to be like a Chamber of Commerce and a pit bull for Wall Street."

It will not confine itself to intrusion from the White House. Mr. Shapiro said: "If someone in the middle of Minnesota says something bad about Wall Street, we will respond."

This was, of course, delicate territory, Wall Street personnel not being especially high on many peoples' lists of deprived and maltreated constituencies. There was, in fact, little evident anger expressed at the rally.

David Hilton Page, 45, John Thomas's managing director of alternative investments, calmly explained how he liked what he heard about the new organization.

Was he angry? "I'm not angry," he said. "I'm concerned. I think anger is a misused word. Negative thoughts never seem to get me anywhere, so why start now."

Who would feel sympathy for the rallying Wall Streeters? "That's a good question," he said. "I don't know."

Johnathan McHale, 30, a John Thomas broker, said he was "blown away" by the idea of the organization. But he wasn't angry, either. "I'm too focused on raising assets," he said. "And there's pretty much a no-negativism policy here."

Did he feel like a fat cat? "No, not at all," he said. "I feel like a strong cat."

He rattled off how he got up at 5:15 in the morning and worked until 4:15 p.m., taking a break to hit the gym before getting back on the phones until 10 at night.

Spend a week in his shoes, he suggested, and "you'll feel like a tired cat."

The rally ended a little after 1. The flat screens came alive. Henry Paulson was still testifying. The Dow was down 43 points. It would improve.

**APP 0356**

Copyright 2010 The New York Times Company

Privacy Policy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map |

**APP 0357**

**A Letter to the SEC Regarding LBSV and Bobby Genovese**

Dear SEC,

On Friday October 5th, 2012 it came to our attention that the Division of Enforcement decided to halt trading in the shares of Liberty Silver Corp. (LBSV.ob) for a period of nearly two weeks resulting in the issuer being downgraded to the Grey Market pursuant to rule 15c2-11. We would like to thank you for rising to the occasion and being pro-active just when we were beginning to complain about the lack of oversight on the OTCBB market. With this trading halt it appears to us that the SEC may be turning a new page in how it treats pump and dumps something that will prevent billions of dollars of retail investor losses.

Following your trading halt we decided to dig into Liberty Silver Corp. and see if there were any red flags we could identify. The following is a compilation of what we believe to be the relevant facts investors, associates, bankers, lawyers, and accountants should be exposed to before investing, trading, or associating with Robert Donald Bruce Genovese AKA Bobby Genovese and his most recent OTCBB Promo Liberty Silver Corp. (LBSV.ob).

**Who is Bobby Genovese?**

Well that depends where you get your information as Mr. Genovese goes to great lengths to glorify his persona. Let us first review his official biography on his eponymous website:

> *Armed with high-powered marketing savvy and a penchant for picking winners, Bobby is a self-styled entrepreneur who founded his first company at age 25 with a ninth grade education and a hunger to succeed.*
>
> *Far from his roots in the farmland of northern Ontario and a planned equestrian career, Bobby's passion for business could not be contained and he rapidly emerged into the world of capitalist matchmaking.  He launched the Investor Relations Group (IRG) in Vancouver, B.C., where he effectively positioned privately-held and undervalued companies to compete in the public arena.*
>
> *Foreseeing greater opportunity in the U.S, Bobby sold his IRG interest in 1995 and founded the BG Capital Management Corp., which specializes in turning undervalued companies into profitable ventures.*

This carefully crafted bio goes to great lengths to glorify Mr. Genovese yet provides few examples of actually "picking winners" instead we are provided with a narrative portraying a very rich and very successful international businessman. The website is full of photos of Bobby playing polo, posing on a yacht, and boarding a private jet. But in our view the website falls short in providing a credible explanation of how Bobby has accumulated his self-assessed $200 million fortune.

**A Tale of Two Bobbies**

Our investigation of Mr. Genovese has uncovered a different story one of a Vancouver Investor Relations man turned stock promoter whose name shows up repeatedly as being associated with OTCBB pennystocks, unscrupulous promotions, and offshore companies. It is important to note that while some of the information we are providing has been previously reported on this is the first time an all-encompassing account of Mr. Genovese's business dealings has been put together stringing together what is in our view a more plausible explanation of his fortune but most importantly providing a template for how he has architected his current OTCBB promotion: **Liberty Silver (LBSV)**.

**The Disclosed Businesses**

These are the businesses that Bobby likes to tout on his formal biographies as forming the foundation of his wealth through his eponymous BG Capital. In reality with the exception of the Neptune Society which came much later in his career we found Bobby's disclosed businesses being for the most part unimpressive or failures. What is certain is that these businesses have not paid for yachts, jets, and polo fields:

1

1) **Clearly Canadian Brands** – Clearly Canadian, a once prosperous boutique beverage company based in Vancouver ran into financial difficulties around 2001 culminating in a Toronto Stock Exchange delisting in February of 2005.  In March of 2005 BG Capital announced that it would invest $1,000,000 in a short-term financing facility that eventually led towards control of the company. Two months later in May the company completed a 1:10 reverse stock split and listed on the OTCBB under the symbol: CCBEF. This graph shows shares of CCBEF on the OTCBB from the time that BG Capital took control:



Note the movement of the shares, rising and falling almost perfectly. This will be a common theme in publicly traded companies associated with Genovese. Unfortunately for investors in Clearly Canadian press releases with Whole Foods, a reality TV show or even a Bobby Genovese Chairmanship did little to save the company. In the end on March 17, 2010 Clearly Canadian filed for Bankruptcy and was delisted. Here is a chart showing the stock price in the years immediately following the appointment of Bobby Genovese as Chairman. This too will be a recurring theme:



2

2) Tamarack North (50% Ownership) – Based in Port Carling Ontario, Tamarack appears to be a boutique firm that builds custom lake houses. Mr. Genovese goes to great lengths to promote his lake house in Canada as such we assume that he negotiated some type of a modest ownership position in the company. We have been unable to verify the stated 50% ownership on the BG website.

3) Bari Builders (50% Ownership) – Appears to be a very modest supplier and installer of doors and mirrors in Pompano Beach Florida. We have been unable to verify BG Capital's stated ownership.

4) Nautic Distributors, Ltd. (50% Ownership) – Another family owned, modest business related to lakes and water. We have been unable to verify BG Capital's stated 50% ownership.

Thus far we have reviewed a list of 4 disclosed businesses. The most prominent of the bunch (Clearly Canadian) was clearly a failure ending in bankruptcy and a share delisting while the others come across as vanity investments at best. Most importantly these 4 businesses **do not explain Bobby Genovese' source of wealth** while these are the most touted on his official biographies.

5) Neptune Society –Neptune society is a very interesting story and one where Bobby Genovese actually made a lot of money. Unfortunately this cannot be said for investors in the company. In what is a very rare case of an OTCBB company actually succeeding, BG Capital in our view pulled the businesses from underneath the shareholders using their controlling interest by taking the company private in 2006.

The Neptune Society story starts on January 20th, 1999. On that day an OTCBB shell named Lari, Corp. announced that it would acquire the then private "Neptune Society" based in California. Unfortunately at the time the OTCBB did not require companies to file any reports with the SEC but we have been able to reconstruct Lari Corp's (OTCBB: LREE) history using our exceptional forensic skills (All figures for Lari are split adjusted):

A) Lari Corp. was incorporated in Florida sometime in 1998 with 125,000 shares issued at par value.

B)  On August 26, 1998 Lari Corp. was listed on the OTC BB under the symbol LREE.

C) On January 19, 1999 (one day before the announcement that Lari would acquire Neptune) Lari sold 250,000 shares at .80 cents a share raising $200,000. Each share purchased in January included the right to buy 4 more shares at the same price in the future. From the SEC archives we have been able to identify the owners of the shares being:

*BG International Capital Group Inc., Muir Woods Investments Group IBC, Suzanne L. Wood, Robert D. Genovese, Vancouver International Polo Inc., Rodney L. Lozinski, Michele N. Marrandino, Gary Loffredo, Igor J. Otetchestvennyi, Carolyn D. Keene, Bang Mui Tran, Richard A. Achron, J. Keith Thompson, Coreena L. Hansen, Janis D. Douville, Gloria M. Lozinski, Cynthia F. Clagget, TPP Management Inc., Michael A. Kirsh, Michael W. Robison, Brian D. Gruson, Columbia Pacific Ventures Inc., and KM Lifestyles Enterprise Inc.*

It is our opinion these shares were for the most part sold to Bobby Genovese and or his nominees. Our hunch is further intrigued by the next corporate action:

D) On April 7, 1999 shares that participated in the January 19th financing exercised their rights resulting in the issuance of an additional 1,000,000 shares of the now called Neptune Society at $.80 cents a share. But notice the list of shareholders we discovered as having exercised the rights:

*Swiss Overseas Finance Company Ltd., Turf Holdings Ltd., CCD Commerce Consulting, Hapi Handels-und, Partner Marketing AG, Seloz Gestion & Finance SA, Otto Zimmerli, Noreldin Siam, UK Menon, and Muir Woods Investment Group IBC.*

What were originally 24 different investors with obvious relationships to Bobby Genovese and his associated companies has now dwindled down to 9 offshore companies. Again this point must be stressed because the only explanation for how those rights were specifically granted to the original 24 shareholders. For those rights to end up in the hands of 9 offshore companies required the 24

3

**APP 0360**

shareholders to turn around and sell them those rights. Why would they do that? The only answer we can come up with is that the offshore companies were all controlled by Bobby Genovese and or any of his accomplices.

Let us now review the split adjusted stock chart for Neptune during this relevant period:



Shares of NPTI on the OTCBB traded at a split adjusted share price of between $20 in 1998 to as high as $60 in 2000. In that time over 1,770,000 shares of NPTI traded hands easily allowing for the offshore owners of the 1,250,000 shares purchased for .$.80 cents to have liquidated their shares resulting in up to $40 million in profits based on our estimates.

It is our opinion that the majority of these profits flowed directly to Bobby Genovese who in our opinion was behind the offshore companies in the rights exercise and was confirmed as an owner in the first 250,000 share tranche. We have gone to great lengths to establish that Genovese generated tens of millions of dollars in profits on Neptune because of what happens next and because this part of Neptune's history has never been publicly reported on. Here we can see Neptune's stock graph from 2001 to 2005 when Bobby Genovese would emerge to take it private:



As reality set in and shares of Neptune declined to levels that reflected its fundamentals Bobby Genovese proceeded to take control. During this time Neptune actually began to prosper reporting marked growth in sales and earnings from 2001 to 2005. Unfortunately for Investors on December 1, 2005 Bobby Genovese

4

took Neptune private paying $2.68 million dollars for the shares he didn't own. Minority investors had little to no options but to accept as they saw their $50 dollar shares being crystallized at a 95% loss.

So there we have the disclosed side of the ledger of Bobby Genovese's businesses with a list of truly unimpressive companies and a more accurate portrayal of the crown jewel which indeed made Bobby very rich although in a way that left others with losses. Remember, the stock market is a zero sum game where selling shares between $20-50 dollars and then buying those same shares back at $2.65 results in significant losses to the parties on the other side of those trades. In the next section we will look at the other side of Bobby's ledger a side we call the "undisclosed businesses" culminating with the subject of this report: Liberty Silver Corp. (LBSV.ob).

**The Undisclosed Businesses**

1) Galaxy World, Warp 10 Technologies, and Diversinet, (1995-1999) – An article from the National Post in Canada does a great job of summarizing the story about these 3 massive promotions. As we have many companies to cover on this side of the ledger we are going to provide just the graphs of the 1990 vintage promotions as opposed to expansive research. Essentially, Bobby Genovese and his brother Richard were hired to promote the shares of these companies through their "Investor Relations Group".

Galaxy World started initially as Laser Friendly and ended up running into trouble with the Ontario Securities Commission as well as the Bank Coutt's after borrowing $32 million using their inflated stock as collateral. Ultimately an offshore company took Galaxy World private in the year 2000 for $1.46 a share down significantly from its $60 high in 1995. Warp 10 was supposed to have created a technology to transmit images over the internet, while Diversinet had purportedly developed a wireless mobile security platform. In every single case these hyped up companies delivered investors 90% losses or more.

GalaxyWorld Chart                                                    Warp 10 Technologies Chart



Diversinet Chart



5

**APP 0362**

2) **Envoy Communications (ECGI) (1997-2002)** – Envoy Communications was heavily touted by Bobby Genovese while his brother Geoffrey was the CEO of the company. After raising over $50 million in financings by making bold promises to consolidate the media industry Envoy ended up just like all the other companies delivering over 90% losses to its investors while Bobby's brother Geoff extracted millions of dollars in compensation.



Below find a snapshot from an archived [bgcapitalgroup.com website in 1999](bgcapitalgroup.com website in 1999). In it we find a write-up on ECGI by Bobby Genovese himself:

> For a small company on the move, the balance sheet is pretty uncomplicated, something I like. There are about 13 million shares outstanding with over $5 million cash and no long term debt. Envoy will take off this year ending Sept 30, 1998 and should hit revenues of $36 million, about $0.16 per share fully diluted. Next year, the company should earn $0.20 per share full diluted. Envoy trades on the Toronto Exchange under ECG. You can get a quote through your broker or Yahoo. Web address: www.envoygrp.com
>
> **ECG looks like it could break out into new high's in the near future. For further information please feel free to call me personally at (800) 535-7935.**
>
> **Bobby Genovese**
> **BG Capital Group**

3) **Spectrum Sciences & Software (SPSC) (2005)** – Up until now the first set of stock promotions we have discussed may be somewhat foreign to today's investors. That is because the late 1990 vintage Genovese promotions benefited immensely from the internet bubble where stocks would rise to astronomical levels on nothing but hot air. Once the bubble burst promoters like Genovese had to become more aggressive in their efforts to sell worthless stock to retail investors. SPSC marks the first such deal as Genovese engaged in a typical OTCBB pump and dump whereby he controls nearly all of the free trading shares and where the shares are manipulated by constant buying and selling. SPSC is also the first deal that allows us to segway into the topic of this current report: LBSV.

The story of SPSC begins with the incorporation of a shell company named: Silva Bay International Inc. in Delaware in 1998 (all share amounts are split adjusted). In a process that is nearly identical to the Neptune Society transaction Silva Bay listed on the Pink Sheets under the symbol SIVY in the year 2000. On April 2, 2003 SIVY acquired a company named Spectrum Sciences for 2,500,000 shares of SIVY and changed its name to Spectrum Sciences & Software Inc. as well as its ticker symbol to SPSC.

Because SPSC only filed its FORM 10 in 2003 it is almost impossible to try and decipher just how many free trading shares SPSC had prior to listing on the OTCBB. Using the FORM 10 we have been able to come up with a rough figure of what the undisclosed float was but **more importantly we found yet another smoking gun linking Bobby Genovese to millions of shares parked offshore**.

According to PART I – ITEM 4. Of the FORM 10 SPSC had 18,844,000 shares outstanding which include 2,500,000 shares issued to Donald Myrick for the SPSC business. This tells us that there were 16,344,000 shares of the Silva Bay shell which could have been sold as part of the free trading float. But the smoking gun came here:

| NAME OF BENEFICIAL OWNER | NUMBER OF SHARES BENEFICIALLY OWNED | PERCENTAGE OF SHARES BENEFICIALLY OWNED |
|---|---|---|
| Donal R. Myrick | 2,500,000 | 13% |
| All directors and officers | 2,500,000 | 13% |
| Crystal Overseas Trading, Inc. (1) Shirley House-50 Shirley Street, PO Box N-7755, Nassau, Bahamas | 1,200,000 | 6.5% |
| Private Investment Company Ltd., (2) Gretton House-Duke Street PO Box 65 Grand Turk, Turk & Caicos Islands, British West Indies | 1,250,000 | 6.7% |
| Seloz Gestion & Finance SA (3) 1 Rue Hugo-de-Senger 1211 Geneva 4 Switzerland | 1,250,000 | 6.7% |

Note the 3,700,000 shares held by 3 offshore companies based in The Bahamas, Turks & Caicos, and Switzerland respectively. We knew we had recognized these names from somewhere. **Seloz Gestion & Finance SA** was one of the mysterious offshore companies that exercised the $.80 cent rights on Neptune Society in 1999, while the stock price was $50 dollars. But the connection to Bobby Genovese doesn't end there – after conducting an extensive search on the other two corporations we were astounded to see their names show up in an SEC filing in 2004 as having entered into an agreement with BG Capital to sell BG shares of Neptune Society as part of the take private transaction we discussed! Crystal Overseas Trading and Martin Christen who is the Turks & Caicos based director of Private Investment Company, Ltd. can both be linked back to Swiss Overseas Finance Company yet another company that exercised those $.80 cent warrants on Neptune in 1999.

In our view it becomes perfectly clear that Mr. Genovese is somehow, someway related to these offshore corporations having used them twice on Neptune Society and again in the shell for SPSC. From here we can only speculate that Genovese owned the 16,344,000 free trading shares in the shell (Silva Bay International). As we explained in our last report on (CLSR.ob) no legitimate company goes public with nearly 16,344,000 shares against it while it is only issued 2,500,000. It is our belief that Genovese owned some or even all of those shares and liquidated them for a handsome profit. The reason these shares are so important is that SPSC would subsequently be a target of an informal SEC inquiry as well as a negative New York Times article **which both completely missed the ball**. That was due to an elaborate alibi concocted by Genovese for his involvement with SPSC. Unfortunately for Genovese we have zeroed in on exactly what we believe they missed.

The story that Genovese wants people to assume when connecting him to SPSC follows a different narrative which rests on a Stock Option Plan he formally entered into with the company on March 11, 2004. In the Agreement, Genovese would be given the right to buy shares of SPSC @ 1.65 a share indefinitely

and using a highly questionable FORM S-8 (which is meant for only working executives of a company as opposed to stock promoters) these shares would be immediately free trading.  In addition readers can see that Mr. Genovese would be paid exorbitant cash consulting fees.

In the next Quarterly Filing for the period ending March 31, 2004 we find this tidbit:

> *Between January 1, 2004 and May 21, 2004, Mr. Genovese has exercised 21,178,300 options.*

Later in a 13D filing by BG Capital we find out that Mr. Genovese sold ALL of those shares as quickly as he received them:

> *During March and April 2004, the Reporting Persons exercised Options relating to 20,078,300 shares of Common Stock, using Genovese's personal funds, BG Capital's working capital and/or cancellation of indebtedness owed to Genovese and his affiliates as consideration for the exercise price due therefore. **The Reporting Persons have sold substantially all of such shares of Common Stock.***

At this point a stock chart of SPSC is required for much needed perspective:



Note that classic trend following ups and downs but more importantly note the volume. From January 1, 2004 to May 21, 2004 (the period where Genovese exercised 21,000,000 options) SPSC **traded 220,030,000 shares!** Enough volume to not only liquidate 21,000,000 shares purchased @ 1.65 but an additional 16,344,000 shares purchased for nothing! If we had to speculate, this is exactly what happened with the option scheme meant as nothing but an alibi while tens of millions were generated through the offshore sales.

8

**APP 0365**

On April 28, 2004, The SEC announced an informal investigation into SPSC and its relationship with Bobby Genovese. This was followed by a NY Times expose on SPSC and Genovese.

We somehow managed to find the scope of the SEC inquiry buried in one of the filings:

*Informal Inquiry Initiated by the Securities and Exchange Commission*

*On April 28, 2004, Spectrum was informed by the Securities and Exchange Commission (SEC), Division of Enforcement that they were conducting an informal inquiry into the Company. In conjunction with that inquiry, the SEC has requested that the Company voluntarily provide the SEC with the documents and information they requested. More specifically, the SEC requested, among other things:*

- o *All documents concerning Robert Genovese, Endeavor Capital Group Ltd., and B.G. Capital Group Ltd.;*
- o *All documents concerning any purchase or sales of the Company's stock by Genovese, Endeavor, B.G. Capital, or any Company officer, director or manager, or any related party;*
- o *All documents concerning stock options in the Company held by Genovese, Endeavor, B.G Capital, or any other related persons or parties;*
- o *All documents concerning press releases or public announcements issued by the Company;*
- o *All documents concerning statements made by the Company to securities analysts or in the media;*
- o *All documents concerning any promotional materials concerning the Company's stock;*
- o *All documents concerning the resignation of Donal Myrick.*

*On May 17, 2004, the SEC broadened its request for information to include:*

- • *All information relating to the Company's decision to list on any foreign exchange;*
- • *All documents relating to the listing of the Company's stock on any foreign exchange;*
- • *Any information relating to any transfers of stock that the Company may be aware that were directed overseas.*

In the first inquiry on April 28 the SEC was clearly focusing on the wrong component of this pump and dump. But we were positively surprised to see the May 17 follow up focus on the offshore companies. Unfortunately for the thousands of retail investor that lost all their money by directly purchasing tens of millions of dollars of SPSC shares from Genovese it appears that the **SEC gave up and ended its inquiry on November 17, 2005.**

We believe the SEC Investigation scared Genovese leading him to isolate BG Capital and its activities from any of the offshore activity in the stock. This led BG to file a 13D which we view as yet another smoking gun as it disclosed a pattern of daily-trading in the SPSC shares. When we uncovered this filing we were absolutely floored as for the first time we could actually see how promoters manipulate these OTCBB stocks. Here we had a clear record of BG Capital buying and selling shares of SPSC daily. We added up all the buys and sells to see what percentage of the total volume BG Capital traded and weren't surprised to see results:

| Date | Closing Price | Volume | BG Trading Volume | BG Avg. Price | BG % of Total Volume |
|------|---------------|--------|-------------------|---------------|----------------------|
| 9/22/2004 | $1.18 | 455,000 | 164,950 | $1.18 | 36% |
| 9/24/2004 | $1.20 | 235,000 | 126,260 | $1.20 | 54% |
| 9/30/2004 | $1.26 | 298,000 | 137,000 | $1.25 | 46% |

If this isn't a smoking gun, we don't know what is. Here we have 3 days where more than half of the trading volume can be attributed to BG. Remember, we are only seeing the trading records of BG Capital, not those of all the offshore companies that we believe BG is associated with and which we have traced back as owning millions of additional shares. It is our belief that this rare filing demonstrates just how OTCBB promoters move these prices up and down buying back shares at a low price and selling them at a higher price. It is simply inconceivable that when we all see the daily volume on some of these OTCBB stocks nearly 50% can be totally fake and attributed to a promoter. But as this filing showed that is exactly what is goes on with these questionable penny stock promotions.

At this point readers will note that we have spent zero time discussing the business of SPSC. That is because the businesses mean nothing in these types of promotions as evidenced by the fact that today investors **can purchase the same shares sold by Genovese for $1.50-3.00 dollars for the bargain price of $.09 cents.**

9

**APP 0366**

Now we will highlight what is the first clue in ultimately linking the subject of our current report: LBSV and the list of failures we have outlined thus far in the report. On February 6, 2004 at the height of the SPSC promotion the company issued one of its many press releases.  What we want readers to focus on is the bottom of this press release:

> *Spectrum Sciences and Software, Inc.*
> *Steve Cook, 800-368-5278*
> Steve.cook@specsci.com

Steve Cook AKA Stephen Cook is Bobby Genovese's personal investor relations man. Every time Bobby does a deal Steve is the one to answer the phones and induce investors into buying more shares of the hyped up companies. His name is almost always on the bottom of the press releases that investors use when making an investment decision.

We even managed to find a shot of Steve in the trailer for Bobby's reality tv show at the 10 second mark:



4) **American Lithium Minerals, Inc. (AMLM) (2009)** – With the identification of Steve Cook we are able to segway into the next Bobby Genovese scam: American Lithium Minerals. Following a long hiatus from the OTCBB market almost a perfect 5 years after SPSC (coincidentally the statute of limitations on securities fraud) we see Bobby once again coming back for more. Only this time he is more sophisticated in the way he constructs the deal electing to remain completely anonymous. Unfortunately for Bobby, by now he has left a trail of patterns and associates which easily link him to this scam as first discovered by Carol Remond of Dow Jones Newswires in her piece entitled: American Lithium And the Mysterious Stock Promoter.

American Lithium starts its life as Nugget Resources a shell with 5,500,000 free trading shares sold @ $.01 per share as documented in this S-1 Filing. As is customary for OTCBB scams to lower the already low average cost of the free trading shares Nugget completed a 4 for 1 forward split on March 19, 2009.

Some readers have written us not fully understand these forward split tricks so we are going to elaborate on how these works. When the stock scammers purchase these shells they buy ALL the free trading shares in this case 5,500,000 shares. By doing a forward stock split their shares multiply for free while their cost remains the same. Unlike a real company with thousands of shareholders nobody else benefits from this split other than the scammers. In this case 5,500,000 shares magically turn into 22,000,000 shares. These splits are almost always done right before the stock promoters are ready to inject some kind of story into their publicly traded shell company.

Just like clockwork on the date of the stock split Nugget Resources also conveniently changed its name to American Lithium Minerals, Inc. and its trading symbol to AMLM. Prior to the name change and split a Matthew Markin was appointed as President and CEO of the company.

10

**Who is Matthew Markin?**

If the name sounds familiar that is because Mr. Markin is the brother of Marco Markin the CEO of Neptune Society. Matthew himself shows up in filings for Neptune Society in 2003 as having provided consulting services for the company.

Matthew Markin who is based in Los Angeles, CA. appears to be a type of free agent for the Genovese organization providing his services primarily to the businesses on the undisclosed side of the ledger. It is interesting to note that we found a Mug Shot of Matthew after having been pulled over for a DUI on July 14, 2012.

Another usual suspect turns up in a press release dated September 2, 2009: our good friend Steve Cook who is appointed as Vice President of Investor Relations.

Starting in June of 2009 AMLM would begin to rise aggressively from $.20 cents a share to as high as $3.00 providing plenty of time and volume to liquidate the entire 22,000,000 share undisclosed float **for tens of millions of dollars in profits:**



As with every single publicly traded company associated with Bobby Genovese the shares would subsequently dump leaving investors with massive losses. And even though we didn't need the confirmation on August 26, 2011 BG Capital emerges in a filing as having financed AMLM formally linking Bobby Genovese to yet another worthless OTCBB **that currently trades for $.02 cents per share.**

We will never know why Bobby Genovese returned to the OTCBB world after all those millions he made in the 1990's and after the close call with the regulators on SPSC in 2005. What we do know is that with each

**APP 0368**

new company we can see a clear indication of increased sloppiness in both the way the transactions are structured and the audacity of the promotion. Which brings us to Mr. Genovese' current OTCBB promotion: **Liberty Silver Corp. (LBSV.ob)**

5) **Liberty Silver Corp. (LBSV) (2010-Present)** – On November 11, 2011 Liberty Silver announced a $3.25 million dollar non-brokered financing with a Panamanian Company named "Look Back Investments". Only in the exhibit we find out that Look Back is owned by none other than Robert Genovese.

At this stage the most obvious question to ask is why in the world would Bobby Genovese actually finance a company, and to the tune of $3.25 million.  After a much required primer on Mr. Genovese we bring you the story of Liberty Silver that may be his most audacious and creative OTCBB promotion yet.

**Liberty Silver Inc.  (LBSV)**

Liberty Silver Corp. (OTCBB: LBSV, TSX: LSL) states on its website that it is engaged in the exploration and development of mineral properties in North America. Specifically the company has an option on the Trinity Silver Project an undeveloped silver prospect near Lovelock Nevada.

As with every single OTCBB scam, Liberty Silver was **loaded with a boat load of undisclosed free trading shares**: **48,400,000 of them sold for $.0025 per share** (that is less than one third of one penny). Let us review the history of LBSV chronologically in order to find out exactly how some very lucky person ended up with over $75 million dollars worth of free trading shares that cost them a little over $100,000.

- On April 1st, 2008 Lincoln Mining filed an S-1 with the SEC registering 2,420,000 shares @ $.05 cents per share raising a total of $121,000.

Looking through the list of lucky investors who were able to buy 2,420,000 pre split shares @ only $.05 cents we find a usual suspect: Mrs. Marnie Markin:

| Name Of Selling Stockholder | Shares Owned Prior To This Offering Account |
|---|---|
| Marnie Markin 11831 Laurel Hills Rd. Studio City, CA. 91604 | 250,000 |

**Marnie Markin is the wife of Matthew Markin (CEO of AMLM) or the sister in-law of Marco Markin (CEO of BG Capital and Neptune Society).** This is no coincidence. In our opinion it is crystal clear that as with every single company Bobby Genovese has been involved with the investors in the S-1 were his nominees purchasing what would become 48,400,000 free trading shares in LBSV.

On March 15, 2010 Lincoln Mining conducted a 20 for 1 forward stock split turning those 2,420,000 pre split shares into 48,400,000. And just like AMLM the same day it changed its name to Liberty Silver Corp. Exactly 10 days later shares of LBSV began trading on heavy volume and in a pattern that we have become too familiar with when reviewing all of Mr. Genovese's past OTCBB companies:

**APP 0369**



Note the familiar movements up and down. We can only imagine what the trading records of Mr. Genovese's offshore companies look like and what percentage of the daily volume they account for.  But there is a major difference with LBSV as for the first time we have a Bobby Genovese promotion halted by the SEC before what would have ordinarily been a predictable crash. This is no different than catching SPSC or AMLM @ $3.00. As a result of the SEC's actions on October 5th, thousands of retail investors will be spared from unnecessary losses. Unfortunately the SEC waited nearly two years and there are undoubtedly thousands that have already invested their hard earned savings into LBSV.

Putting all the evidence together provides much needed perspective on the November 11, 2011 financing of $3.25 million by Genovese through the Panamanian company as by that time shares of LBSV had already traded no less than **$33 million dollars on volume of 55 million shares**. In other words an owner of the undisclosed 48,400,000 shares could have liquidated tens of millions of dollars worth of shares making $3.25 million peanuts to reinvest back in.

Unfortunately for retail investors up north this was only the beginning of the LBSV promotion as Bobby steps up his game and takes his skills cross-border to his native Canada:

**LBSV Obtains a Back Door Listing on the TSX and Almost Gets Away With a Heist Using Its Artificially Inflated Paper**

What Mr. Genovese does next is nothing short of despicable. On 12/22/2011 using the $3.25 million he injected LBSV somehow slips through the backdoor and is able to meet the requirements for listing on the Toronto Stock

**APP 0370**

Exchange. This even though **LBSV has 48,400,000 undisclosed free trading shares purchased for $.0025 per share** which as far as we knew was unallowable on the Toronto Exchange.

At this point in time those 48,400,000 are treated differently as they are no longer looked at by brokers and banks as red flagged OTCBB shares - rather the more prestigious TSX shares. More importantly, by obtaining a listing on the TSX LBSV appears to the naked eye as another reputable mining company.

While avoiding the type of promotion he would ordinarily engage in on the OTCBB (which would have immediately resulted in a trading halt much earlier) Genovese concocts a more creative plan to leverage his tens of millions of shares:

On July 16, 2012 Liberty Silver announced that it would make a tender offer for Sennen Resources, a reputable TSX company with nearly $14 million in cash in the bank using Liberty's shares in a ratio that would value Sennen at its cash and Liberty at a completely artificial valuation of $48,000,000. This ridiculous offer could serve as a business case at any of the world's top universities for what we believe would have been one of the most obvious heists of a treasury in corporate history.

Thankfully Ian Rozier the CEO of Sennen protected his shareholder's money by vehemently opposing the merger and highlighting the significant red flags with LBSV. Investors in Sennen wisely voted to oppose such merger . To our dismay at no point during this process did the Ontario Securities Commission or the Toronto Stock Exchange intervene. We foolishly thought that the Toronto Stock Exchange was smarter than this and still wonder how they allowed an OTCBB company with 48 million undisclosed shares on their exchange in the first place.

**Why Did Sterne Agee Buy 6,600,000 shares of LBSV @ $1.31 Per Share? And do they know those shares were purchased for $.0025?**

On September 20th, 2012 at exactly 11:43:52 AM EST 6,600,000 shares of LBSV changed hands at $1.31 per share. This block of stock represented over 8% of the shares outstanding and was the single largest trade in the history of the stock. Using our OTCBB liquidity tool we were able to identify the purchaser of this abnormally sized block as Sterne Agee & Leech an asset management company that we previously thought very highly of. Even though we don't yet know what division of SAL purchased these shares and for what portfolio we e are still extremely disappointed that any portfolio manager would purchase 6.6 million shares at $1.31 representing $8.6 million dollars worth of shares from what can only be one seller who purchased those shares for $.0025 per share representing just $16,500. Again we hope to see the SEC get to the bottom of this block as something like this had to have been pre-arranged by both the purchaser and seller.

**In our view LBSV Shares are at Best worth their Tangible Book Value of $.02 Highlighting Significant Downside Risk from the current price of $1.40**

Following the SEC and IIROC Trading halt at some point in time shares of LBSV will trade again on the Grey Sheets, an opaque market for deficient securities. We believe that Genovese and his organization are so audacious that they may even try to reinstate trading on the pink sheets. As such we want to warn retail investors that they should not be induced to purchase shares of LBSV. While we have no idea what price the shares will open at they will undoubtedly be much lower than their current price. We believe that following the SEC and IIROC halts, LBSV will be forced to spend the majority of its remaining cash on legal fees making even a $.02 cent price target (which represented the tangible value) seem high. Overall investors should simply stay away from this stock and totally disregard the pre halt trading price of $1.55. The only reason shares of LBSV reached those levels was because the company had a float which was most likely controlled by Bobby Genovese. And as we highlighted Mr. Genovese is well acquainted with the process of bidding and selling for shares on a daily basis with the goal of establishing a higher price to unload his blocks of cheap stock.

**Conclusion**

It seems that every few years Bobby Genovese goes back to the OTCBB world to replenish his cash hoard with LBSV being the latest in a line of OTCBB failures. Generally our biggest hurdle is trying to decipher the ownership of the free trading undisclosed blocks on these scams. With the Bobby Genovese/Matthew Markin relationship it's our opinion that Bobby Genovese holds these shares either directly or indirectly, but most probably indirectly and offshore.

How many thousands or even tens of thousands of retail investors have lost their hard earned money on AMLM, SPSC, ECGI, NPTI, CCBEF, DVNT, WARP, and GLCC. We hope that this with article we will at least prevent a few thousand more from losing their hard earned capital on LBSV and Bobby's next OTCBB USTU. We urge investors to stay away from LBSV, and praise both US and Canadian Regulators for halting shares of LBSV. Remember **every single public company we have discovered that has been promoted or associated with Bobby Genovese has resulted in investor losses of between 90-100%.**

In closing we leave you with a table of Bobby's World. In the table you will find all of the Bobby Genovese OTCBB associations from the late 90's to present as well as his known associates. The table does a good job at visualizing the various connections to the various companies he has been involved with.

**Bobby's World**

| Company | Symbol | Date of First Association | High on Promo | Current Price | Connections |
|---------|--------|--------------------------|---------------|---------------|-------------|
| Galaxy World | GLCCF | 1995 | $65 | Delisted | |
| Diversinet | DVNTF | 1998 | $440 | $.086 | |
| Warp 10 | WARP | 1998 | $148 | Delisted | |
| Neptune Society | NPTI | 1998 | $30-50 | Taken Private @ $2.40 per share | |
| Envoy Communications | ECGI | 1998 | $30 | $1.44 | |
| Spectrum Science | SPSC | 2004 | $3.00 | $.09 | |
| Clearly Canadian | CCBEF | 2005 | $4.55 | Bankrupt | |
| American Lithium | AMLM | 2009 | $3.00 | $.02 | |
| Liberty Silver | LBSV | 2010 | $1.50 | $1.40 | |
| US Tungsten | USTU | 2012 | N/A | N/A | |
| Lyynks Inc. | LYYN | 2011 | N/A | N/A | |

15

**APP 0372**

The Players

 = Marco Markin - CEO of BG Capital and Neptune Society

 = Matthew Markin- CEO of AMLM, USTU, Brother of Marco Markin and Husband of Marnie Markin the lucky owner of 5,000,000 shares of LBSV purchased for $.0025 and worth $7 million as of this writing. Also discovered that Matthew is the CEO of yet another OTCBB scam in preparation mode: Us Tungsten (USTU)

= Bobby Genovese - Founder and Owner of BG Capital.

= Steve Cook AKA Stephen Cook – Head of Investor Relations for BG Capital was the main IR Contact for SPSC, AMLM, CCBEF, and NPTI.

= Richard Genovese- Bobby's brother and founder of the Investor Relations Group, discovered to own 67% of an OTCBB: LYYN along with Frank Giustra

= Frank Giustra, - Well known Mining Magnate and a friend of Bill Clinton owns shares in LYYN with Richard Genovese. We found this photo of Frank Giustra with Bobby Genovese and Richard Genovese on Karen Genovese (Bobby's wife) facebook page which was open for viewing.

**APP 0373**

Agenda - The Silver Summit 10th Anniversary - Cambridge House International



Events ☐    Become an Exhibitor    Hotels    More ☐

**Sign Up**    Login

# The Silver Summit 10th Anniversary

## OCTOBER 25-26, 2012 – SPOKANE, WA

Event Details    Speakers    Exhibitors    **Agenda**    Floorplan

**Register Now**



☐  **October 25-26, 2012**

☐  **8:00 am - 6:00 pm**

☐  **The Davenport Hotel**
10 South Post Street
Spokane, WA, 99201
United States

☐  **#SilverSummit**

**APP 0374**

# Agenda

 **Share**   **Tweet**

Day 1   Day 2

### Thursday, October 25, 2012

| 5:30 | REGISTRATION OPENS<br>5:30-6:00 am |
|------|-----------------------------------|
| 6:00 | BREAKFAST SPONSORED BY OREX MINERALS INC.<br>6:00-6:55 am |

| 7:00 | KEYNOTE: Cognitive Dissonance in Silver And Politics<br>SPEAKING HALL, 7:00-7:30 am |



**Jeffrey Christian**
CPM Group

| 7:30 | KEYNOTE: Positioning for Profits & Avoiding Risk<br>SPEAKING HALL, 7:30-8:00 am |



**Roger Wiegand**
Trader Tracks

| 8:00 | CORPORATE PRESENTATION<br>SPEAKING HALL, 8:00-8:20 am |

**AURCANA**

**Aurcana Corp.**

| 8:20 | CORPORATE PRESENTATION<br>SPEAKING HALL, 8:20-8:40 am |

**APP 0375**



**Hecla Mining Company**

8:40          CORPORATE PRESENTATION
              SPEAKING HALL, 8:40-9:00 am



**Great Panther Silver Ltd.**

9:00          EXHIBIT HALL BREAK | COFFEE SPONSORED BY COINSPlus
              9:00-10:00 am

10:00         KEYNOTE: Silver, Money & Silver Stocks
              SPEAKING HALL, 10:00-10:30 am



**Peter Spina**
President & CEO, GoldSeek.com | SilverSeek.com

10:30         CORPORATE PRESENTATION
              SPEAKING HALL, 10:30-10:50 am



**First Majestic Silver Corp.**

11:00         LUNCH SPONSORED BY ALEXCO RESOURCES CORP.
              11:00-12:00 pm

12:00         KEYNOTE: Mechanics of Silver Price Manipulation & Silver Conspiracies
              SPEAKING HALL, 12:00-12:30 pm



**Bix Weir**
Road To Roota

12:30         KEYNOTE: QE3: the Biggest Gamble of our Time (Inflation, Inflationary Expectations and Silver)
              SPEAKING HALL, 12:30-1:00 pm

**APP 0376**

Michael A. Berry, Ph.D
Discovery Investing

1:00          CORPORATE PRESENTATION
              SPEAKING HALL, 1:00-1:20 pm

              

              **Coeur Mining, Inc.**

              WORKSHOP
              LINCOLN ROOM, 1:00-2:00 pm

              

              **Wellgreen Platinum Ltd.**

1:20          CORPORATE PRESENTATION
              SPEAKING HALL, 1:20-1:40 pm

              

              **SilverCrest Mines Inc.**

1:40          CORPORATE PRESENTATION
              SPEAKING HALL, 1:40-2:00 pm

              

              **Wildcat Silver Corp.**

2:00          EXHIBIT HALL BREAK | COFFEE SPONSORED BY COINSPlus
              2:00-3:00 pm

3:00          KEYNOTE
              SPEAKING HALL, 3:00-3:30 pm

              **Jeff Clark**
              Casey Research

3:30          CORPORATE PRESENTATION
              SPEAKING HALL, 3:30-3:50 pm

3:50          CORPORATE PRESENTATION

**APP 0377**

SPEAKING HALL, 3:50-4:10 pm
**Canadian Zinc Corp.**

4:10        CORPORATE PRESENTATION
            SPEAKING HALL, 4:10-4:30 pm
            **Bear Creek Mining Corp.**

4:30        PANEL | Moderated By: Al Korelin
            SPEAKING HALL, 4:30-5:00 pm



**John Kaiser**
Kaiser Research



**Leonard Melman**
The Melman Report



**Bix Weir**
Road To Roota



**Roger Wiegand**
Trader Tracks

5:00        SILVER BARON'S BANQUET & SILENT AUCTION (LOCATION: ISABELLA BALLROOM)
            5:00-8:00 pm

5:10        KEYNOTE
            ISABELLA BALLROOM, 5:10-6:40 pm



**Eric Sprott**
Sprott Asset Management

7:00        Dessert & Discussion: Challenge Your Assumptions: Open Questions with Jeffrey Christian
            FLOWER FIELD ROOM, 7:00-8:00 pm

**APP 0378**



**Jeffrey Christian**
CPM Group

8:00    END OF DAY
        8:00-8:00 pm

## Friday, October 26, 2012

5:30    REGISTRATION OPENS
        5:30-6:00 am

6:00    BREAKFAST SPONSORED BY ENDEAVOUR SILVER CORP.
        6:00-6:30 am

6:30    EYE OPENER COFFEE RECEPTION SPONSORED BY PAN AMERICAN SILVER CORP.
        6:30-7:00 am

7:00    KEYNOTE
        SPEAKING HALL, 7:00-7:30 am



**Greg McCoach**
Mining Speculator

7:30    KEYNOTE: Silver versus the State: Protecting Yourself From Currency and Government Collapse
        SPEAKING HALL, 7:30-8:00 am



**Jeff Berwick**
Dollar Vigilante, The

8:00    CORPORATE PRESENTATION
        SPEAKING HALL, 8:00-8:20 am

8:20    PANEL | Open Currency Silver Discussion
        FLOWER FIELD ROOM, 8:20-8:50 am



**APP 0379**

**Christopher Marchese**
The Morgan Report



**Christopher Duane**
Sons of Liberty Academy



**Rob Gray**
Mulligan Mint Inc



**David Morgan**
The Morgan Report | Silver-Investor.com

CORPORATE PRESENTATION
SPEAKING HALL, 8:20-8:40 am

Mines
Management, Inc.

**Mines Management, Inc.**

8:40    CORPORATE PRESENTATION
        SPEAKING HALL, 8:40-9:00 am

        *ENDEAVOUR SILVER*

        **Endeavour Silver Corp.**

9:00    EXHIBIT HALL BREAK | COFFEE SPONSORED BY COINSPlus
        9:00-10:00 am

10:00   KEYNOTE: A Brief History of Paper Money
        SPEAKING HALL, 10:00-10:30 am

        

        **David Morgan**
        The Morgan Report | Silver-Investor.com

10:30   CORPORATE PRESENTATION
        SPEAKING HALL, 10:30-10:50 am
        **Minaurum Gold Inc.**

**APP 0380**

11:00        LUNCH SPONSORED BY KIMBER RESOURCES INC.
11:00-12:00 pm

11:30        KEYNOTE (Bring Your Own Lunch)
SPEAKING HALL, 11:30-12:00 pm



**Patrick Heller**
Liberty Coin Service

12:00        KEYNOTE: Silver (and Gold) Price Forecast: Late 2012 through mid-2013
SPEAKING HALL, 12:00-12:30 pm



**Leonard Melman**
The Melman Report

12:30        CORPORATE PRESENTATION
SPEAKING HALL, 12:30-12:50 pm
**US Silver and Gold, Inc.**

12:50        CORPORATE PRESENTATION
SPEAKING HALL, 12:50-1:10 pm

1:10        CORPORATE PRESENTATION
SPEAKING HALL, 1:10-1:30 pm
**Silver Bear Resources Inc.**

1:30        CORPORATE PRESENTATION
SPEAKING HALL, 1:30-1:50 pm



**MAG Silver Corp.**

2:00        EXHIBIT HALL BREAK | COFFEE SPONSORED BY COINSPlus
2:00-3:00 pm

3:00        CORPORATE PRESENTATION
SPEAKING HALL, 3:00-3:20 pm

**APP 0381**

**Defiance Silver Corp.**

3:20          CORPORATE PRESENTATION
              SPEAKING HALL, 3:20-3:40 pm



**Impact Silver Corp.**

3:40          CORPORATE PRESENTATION
              SPEAKING HALL, 3:40-4:00 pm



**Silver Bull Resources Inc.**

4:00          CORPORATE PRESENTATION
              SPEAKING HALL, 4:00-4:20 pm



**Silvercorp Metals Inc.**

4:20          KEYNOTE: The Self-Sufficiency Rush and its Implications for the Resource Sector
              SPEAKING HALL, 4:20-4:50 pm



**John Kaiser**
Kaiser Research

4:50          PANEL | Moderate By: Al Korelin
              SPEAKING HALL, 4:50-5:20 pm



**Ron Hera**
Hera Research, LLC



**Peter Megaw**
IMDEX/Cascabel

**APP 0382**

**David Morgan**
The Morgan Report | Silver-Investor.com

5:30          DAY CLOSE
              5:30-8:00 pm

**Download PDF**

## Help & Support

Visit our **frequently asked questions** to find answers to our attendees and exhibitors most common questions.
Not finding what you're looking for? **Contact us** anytime, we're happy to help!

Telephone: (604) 687-4151
Fax: (604) 687-4726
Toll-free: 1-877-363-3356 (US & Canada)
Email: info@cambridgehouse.com

© 2014 **Cambridge House International**.   **Terms of Use**   **About Us**
**Contact Us**

Like   3.7k

Event Details      Speakers      Exhibitors      **Agenda**      Floorplan

**Register Now**

# Toronto Resource Investment Conference 2012

___

## SEPTEMBER 27-28, 2012 – TORONTO, ON

 Cambridge House INTERNATIONAL

Events ▢      Become an Exhibitor      Hotels      More ▢

**Sign Up**      Login



Toronto Resource **INVESTMENT CONFERENCE**

▢  **September 27-28, 2012**

▢  **8:00 am - 6:00 pm**

▢  **Sheraton Centre Toronto Hotel**
   123 Queen Street West
   Toronto, ON, M5H 2M9
   Canada

▢  **#CambridgeConference**

**APP 0384**

# Agenda

 Share   Tweet

Day 1   Day 2

## Thursday, September 27, 2012

| | |
|---|---|
| 6:30 | REGISTRATION OPENS<br>6:30-6:30 am |

| | |
|---|---|
| 7:30 | PANEL: Eye Opener \| Moderated By: Tommy Humphreys<br>SPEAKER HALL, 7:30-8:00 am |



**Peter Spina**
President & CEO, GoldSeek.com | SilverSeek.com



**Sean Brodrick**
Weiss Research



**Mickey Fulp**
MecenaryGeologist.com



**Leonard Melman**
The Melman Report

| | |
|---|---|
| 8:00 | The Resource Boom: How Much More to Go<br>SPEAKER HALL, 8:00-8:30 am |



**Adrian Day**
Adrian Day Asset Management

**APP 0385**

8:30      PANEL: Gold - Diminishing Supply, Increasing Demand | Moderated By: Jay Taylor
SPEAKER HALL, 8:30-9:00 am



**Vin Maru**
TDV Golden Trader



**Chris Powell**
Secretary/Treasurer, GATA



**Bill Murphy**
GATA

9:00      Commodity Demand Curves & Demographics: Can Long Term Data Help Us Invest?
SPEAKER HALL, 9:00-9:30 am



**Ian Graham**
Discovery Harbour Resources

9:30      EXHIBIT HALL OPENS | COFFEE PROVIDED BY CAMBRIDGE HOUSE INTERNATIONAL
9:30-9:30 am

10:00      Q & A on Your Favorite Junior Mining Stocks
WORKSHOP ROOM 1, 10:00-10:30 am



**Brent Cook**
Independent Exploration Analyst, Exploration Insights

Gold Stocks In Focus
WORKSHOP ROOM 2, 10:00-10:30 am



**Scott Gibson**
Kitco Gibson

**APP 0386**

Mexico: Identifying Companies to Invest in
WORKSHOP ROOM 3, 10:00-10:30 am



**Glen Jones**
IntierraRMG Resource Sector Intelligence

10:30      CORPORATE PRESENTATION
WORKSHOP ROOM 1, 10:30-10:40 am



**Eurasian Minerals Inc.**

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:30-10:40 am

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 10:30-10:40 am

10:40      CORPORATE PRESENTATION
WORKSHOP ROOM 1, 10:40-10:50 am

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:40-10:50 am

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 10:40-10:50 am

**Northern Graphite Corp.**

10:50      CORPORATE PRESENTATION
WORKSHOP ROOM 1, 10:50-11:00 am

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:50-11:00 am
**Comstock Metals Ltd.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 10:50-11:00 am
**Gold Group**

11:00      LUNCH SPONSORED BY SMALL CAP POWER | FIRST COME, FIRST SERVED

## APP 0387

11:00-12:00 pm

12:00     Managing Our Capital Safely Through a Secular Bear: Cyclical Update
WORKSHOP ROOM 1, 12:00-12:30 pm



**Danielle Park LLB., CFA**

Partner & Portfolio Manager, Venable Park Investment Counsel

Advantages of Investing in World Shortages - Potash
WORKSHOP ROOM 2, 12:00-12:30 pm



**Thomas S. Drolet**

Drolet and Associates Energy Services, Inc.

Navigating the 2012 Bottom-Fish Edition
WORKSHOP ROOM 3, 12:00-12:30 pm



**John Kaiser**

Kaiser Research

12:30     CORPORATE PRESENTATION
WORKSHOP ROOM 1, 12:30-12:40 pm

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 12:30-12:40 pm
**Red Moon Potash Inc.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 12:30-12:40 pm



**Balmoral Resources Ltd.**

12:40     CORPORATE PRESENTATION
WORKSHOP ROOM 1, 12:40-12:50 pm

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 12:40-12:50 pm

**APP 0388**

**EPM Mining Ventures Inc.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 12:40-12:50 pm



**Tahoe Resources Inc.**

12:50          CORPORATE PRESENTATION
WORKSHOP ROOM 1, 12:50-1:00 pm
**Belize Commerce Alliance**

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 12:50-1:00 pm



**Passport Potash Inc.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 12:50-1:00 pm
**Donner Metals Ltd.**

1:00           Occupy Gold and Silver Stocks
WORKSHOP ROOM 1, 1:00-1:30 pm



**Peter Spina**
President & CEO, GoldSeek.com | SilverSeek.com

Advantages of Investing in Oil & Gas
WORKSHOP ROOM 2, 1:00-1:30 pm



**Keith Schaefer**
Editor & Publisher, The Oil & Gas Investments Bulletin

On the Rebound – Picking from the Top Junior Mining Stocks
WORKSHOP ROOM 3, 1:00-1:30 pm

**APP 0389**

**Lawrence Roulston**
Editor, Resource Opportunities

1:30        CORPORATE PRESENTATION
            WORKSHOP ROOM 1, 1:30-1:40 pm
            **Timberline Resources Corp.**

            CORPORATE PRESENTATION
            WORKSHOP ROOM 2, 1:30-1:40 pm

            CORPORATE PRESENTATION
            WORKSHOP ROOM 3, 1:30-1:40 pm
            **Alhambra Resources Ltd.**

1:40        CORPORATE PRESENTATION
            WORKSHOP ROOM 1, 1:40-1:50 pm
            **Lago Dourado Minerals Ltd.**

            CORPORATE PRESENTATION
            WORKSHOP ROOM 2, 1:40-1:50 pm

            CORPORATE PRESENTATION
            WORKSHOP ROOM 3, 1:40-1:50 pm

            PRODIGY
            GOLD INCORPORATED
            TODAY'S DISCOVERY, TOMORROW'S FUTURE
            **Prodigy Gold Inc.**

1:50        CORPORATE PRESENTATION
            WORKSHOP ROOM 1, 1:50-2:00 pm
            GOLDQUEST
            **GoldQuest Mining Corp.**

            CORPORATE PRESENTATION
            WORKSHOP ROOM 2, 1:50-2:00 pm

            CORPORATE PRESENTATION
            WORKSHOP ROOM 3, 1:50-2:00 pm

**APP 0390**

**Condor Gold PLC**

| | |
|---|---|
| 2:00 | EXHIBIT HALL BREAK \| COFFEE PROVIDED BY CAMBRIDGE HOUSE INTERNATIONAL<br>2:00-3:00 pm |

3:00      The Calandra Report Returns: Colombia, Ghana, British Columbia, Nevada, Portugal & Mexico on Tap
SPEAKER HALL, 3:00-3:30 pm



**Thom Calandra**
The Calandra Report

3:30      A Technology Revolution in Energy Systems and new Investments Opportunities is Underway in North America .... Will our Policy Leaders let them Evolve?
SPEAKER HALL, 3:30-4:00 pm



**Thomas S. Drolet**
Drolet and Associates Energy Services, Inc.

4:00      EXHIBIT HALL CLOSE
4:00-4:00 pm

Best Jurisdictions for Investing in the Junior Exploration Stocks
SPEAKER HALL, 4:00-4:30 pm



**Greg McCoach**
Mining Speculator

4:30      PANEL: Commodities and World Economies \| Moderated By: Chris Berry
SPEAKER HALL, 4:30-5:00 pm



**Adrian Day**
Adrian Day Asset Management

**Keith Schaefer**

**APP 0391**

Editor & Publisher, The Oil & Gas Investments Bulletin



**David Franklin**
Co-Founder & Managing Director, WoodsWater Capital LP



**John Kaiser**
Kaiser Research

5:00          DAY CLOSE
             5:00-5:00 pm

### Friday, September 28, 2012

6:00          REGISTRATION OPENS
              6:00-6:00 am

6:30          BREAKFAST SPONSORED BY RIVERSTONE RESOURCES INC | FIRST COME, FIRST SERVED
              6:30-7:15 am

7:30          Turning Rocks into Money - Tricks and Tips For This Market
              SPEAKER HALL, 7:30-8:00 am



**Brent Cook**
Independent Exploration Analyst, Exploration Insights

8:00          Dividend plays and Junior Plays—How to Make Money All Ways in the Energy Patch
              SPEAKER HALL, 8:00-8:30 am



**Keith Schaefer**
Editor & Publisher, The Oil & Gas Investments Bulletin

8:30          Looking at the Big Picture in Metals
              SPEAKER HALL, 8:30-9:00 am

**APP 0392**



**Lawrence Roulston**
Editor, Resource Opportunities

9:00    Managing Wealth in Uncertain Times
        SPEAKER HALL, 9:00-9:30 am



**David Franklin**
Co-Founder & Managing Director, WoodsWater Capital LP

9:30    EXHIBIT HALL BREAK | COFFEE PROVIDED BY CAMBRIDGE HOUSE INTERNATIONAL
        9:30-9:30 am

10:00   Advantages of Investing in Critical Materials
        WORKSHOP ROOM 3, 10:00-10:30 am



**Chris Berry**
Founder, House Mountain Partners

        Advantages of Investing in Mid Tier Gold Producers
        WORKSHOP ROOM 2, 10:00-10:30 am



**Thom Calandra**
The Calandra Report

        The Right Gold Shares for a Deflationary Depression
        WORKSHOP ROOM 1, 10:00-10:30 am



**Jay Taylor**
Gold, Energy & Tech Stocks

10:30   CORPORATE PRESENTATION
        WORKSHOP ROOM 3, 10:30-10:40 am

        CORPORATE PRESENTATION
        WORKSHOP ROOM 1, 10:30-10:40 am

**APP 0393**

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:30-10:40 am



**Barkerville Gold Mines Ltd.**

10:40      CORPORATE PRESENTATION
WORKSHOP ROOM 1, 10:40-10:50 am
**SLAM Exploration Ltd.**

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:40-10:50 am



**Argonaut Gold Inc.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 10:40-10:50 am

**Commerce Resources Corp.**

10:50      CORPORATE PRESENTATION
WORKSHOP ROOM 1, 10:50-11:00 am

CORPORATE PRESENTATION
WORKSHOP ROOM 2, 10:50-11:00 am
**San Gold Corp.**

CORPORATE PRESENTATION
WORKSHOP ROOM 3, 10:50-11:00 am

**Matamec Explorations Inc.**

11:00      LUNCH SPONSORED BY ZIMTU CAPITAL CORP | BY INVITE ONLY - VISIT BOOTH # 700 FOR
REGISTRATION
11:00-12:00 pm

12:30      Benefits from the Bubble: Gifts Given and Lessons Learned from the 2007 Credit Bust

**APP 0394**

SPEAKER HALL, 12:30-1:00 pm



**Danielle Park LLB., CFA**

Partner & Portfolio Manager, Venable Park Investment Counsel

1:00      The Shift from Resource Feasibility to Discovery Exploration
SPEAKER HALL, 1:00-1:30 pm



**John Kaiser**

Kaiser Research

1:30      EXHIBIT HALL BREAK | COFFEE PROVIDED BY CAMBRIDGE HOUSE INTERNATIONAL
1:30-2:00 pm

2:00      Finding and Assessing Hot Stocks
WORKSHOP ROOM 1, 2:00-2:30 pm



**Tyler Bollhorn**

Stockscores

Q and A on Junior Resource Stocks
WORKSHOP ROOM 2, 2:00-2:30 pm



**Mickey Fulp**

MecenaryGeologist.com

How Contrarians Can Make Excellent Money in Commodities
WORKSHOP ROOM 3, 2:00-2:30 pm



**Benj Gallander**

Contra The Heard Investment Letter

2:30      Uranium Supply/Demand Balance over the next 5 years and Resultant Investment Opportunities
WORKSHOP ROOM 1, 2:30-3:00 pm

**APP 0395**

Case 9:13-cv-80923-KLR   Document 110-1   Entered on FLSD Docket 10/07/2014   Page 146 of 186



**Thomas S. Drolet**
Drolet and Associates Energy Services, Inc.

The Bull, the Bear & The Ugly in Precious Metals
WORKSHOP ROOM 2, 2:30-3:00 pm



**Sean Brodrick**
Weiss Research

Look For The Junior Silver Lining: Why Silver is Set To Outperform
WORKSHOP ROOM 3, 2:30-3:00 pm



**Jeb Handwerger**
Gold Stock Trades

3:00

The Setup for a Gold Bubble
WORKSHOP ROOM 2, 3:00-3:30 pm



**Jordan Roy-Byrne, CMT**
The Daily Gold

Silver & Gold Forecasts, Late 2012 Through Mid 2013
WORKSHOP ROOM 3, 3:00-3:30 pm



**Leonard Melman**
The Melman Report

Trading Opportunities: Looking for Catalysts and Developing Strategies to Trade Precious Metals Shares
WORKSHOP ROOM 1, 3:00-3:30 pm



**Vin Maru**
TDV Golden Trader

**APP 0396**

4:00                    EXHIBIT HALL CLOSE
                       4:00-4:00 pm

                       PANEL: New Mines | Moderated By: Scott Gibson
                       SPEAKER HALL, 4:00-4:30 pm



**Jeb Handwerger**
Gold Stock Trades



**Thom Calandra**
The Calandra Report



**Lawrence Roulston**
Editor, Resource Opportunities



**Benj Gallander**
Contra The Heard Investment Letter

4:30                    DAY CLOSE
                       4:30-4:30 pm

**Download PDF**

## Help & Support

Visit our **frequently asked questions** to find answers to our attendees and exhibitors most common questions.

**APP 0397**

Not finding what you're looking for? **Contact us** anytime, we're happy to help!

Telephone: (604) 687-4151
Fax: (604) 687-4726
Toll-free: 1-877-363-3356 (US & Canada)
Email:
info@cambridgehouse.com

© 2014 **Cambridge House International**.   **Terms of Use**   **About Us**
**Contact Us**





**APP 0398**



Events ⏷       Become an Exhibitor       Hotels       More ⏷

Sign Up       Login

# Toronto Resource Investment Conference 2012

## SEPTEMBER 27-28, 2012 – TORONTO, ON

Event Details       Speakers       **Exhibitors**       Agenda       Floorplan

Register Now



☐   **September 27-28, 2012**

☐   **8:00 am - 6:00 pm**

☐   **Sheraton Centre Toronto Hotel**
    123 Queen Street West
    Toronto, ON, M5H 2M9
    Canada

☐   **#CambridgeConference**

**APP 0399**

# Exhibitors

 Share   Tweet

| Exhibitor | Symbol | Booth |
|---|---|---|
| - | | 608 |
| - | | 630 |
| 49 North Resources Inc. | FNR.V | 708 |
| Aben Resources Ltd. | ABN.V | 800 |
| Alhambra Resources Ltd. | ALH.V | 217 |
| AllPennyStocks.com Media, Inc. | | 805 |
| Argentex Mining Corp. | ATX.V | 310 |
| Argonaut Gold Inc. | AR.TO | 221 |
| Aroway Energy Inc. | ARW.V | 115 |
| Athabasca Uranium Inc. | UAX.V | 310 |
| Balmoral Resources Ltd. | BAR.TO | 213 |
| Barkerville Gold Mines Ltd. | BGM.V | 109 |
| Bayfield Ventures Corp. | BYV.V | 800 |
| Belize Commerce Alliance | | 618 |
| Big North Graphite Corp. | NRT.V | 704 |
| Bowmore Exploration Ltd. | BOW.V | 718 |
| Brilliant Resources Inc. | BLT.V | 619 |
| BTV - Business Television / CEO Clips | | 524 |
| Buchans Minerals Corp. | BMC.V | 603 |
| Bull and Bear Financial Report | | 522 |
| Cambridge House International | | 915 |
| Cascadero Copper Corp. | CCD.V | 823 |
| Commander Resources Ltd. | CMD.V | 112 |
| Commerce Resources Corp. | CCE.V | 702 |
| Comstock Metals Ltd. | CSL.V | 609 |
| Condor Gold PLC | CNR.L | 830 |
| Contra The Heard Investment Letter - Benj Gallander | | 317 |
| Copper Fox Metals Inc. | CUU.V | 312 |
| Cordoba Minerals Corp. | CDB.V | 110 |

**APP 0400**

| | | |
|---|---|---|
| CSE - Canadian Securities Exchange | | 625 |
| Desjardins Online Brokerage - Disnat | | 824 |
| Diamonds North Resources Ltd. | DDN.V | 107 |
| Donner Metals Ltd. | DON.V | 714 |
| Dow Group, The | | 308 |
| Eagle Plains Resources Ltd. | EPL.V | 209 |
| Eastmain Resources Inc. | ER.TO | 615 |
| EPM Mining Ventures Inc. | EPK.V | 614 |
| Equitas Resources Corp. | EQT.V | 700 |
| Equities First Holdings | | 803 |
| Eurasian Minerals Inc. | EMX.V \| EMXX.NYSE | 711 |
| Excalibur Resources Ltd. | XBR.CNSX \| EXCFF.OTCQX \| X9CN.F | 623 |
| Focus Ventures Ltd. | FCV.V | 110 |
| Foundation Resources Inc. | FDN.V | 919 |
| Geologix Explorations Inc. | GIX.TO | 114 |
| GoGold Resources Inc. | GGD.V | 822 |
| Gold Group | | 110 |
| Golden Goliath Resources Ltd. | GNG.V | 730 |
| Goldeye Explorations Limited | GGY.V | 629 |
| GoldQuest Mining Corp. | GQC.V | 316 |
| GoldSeek.com \| SilverSeek.com - Peter Spina | | 905 |
| Goldstream Minerals Inc. | GSX.V | 728 |
| Gowest Gold Ltd. | GWA.V | 605 |
| Gran Colombia Gold Corp. | GCM.TO | 315 |
| Graphite One Resources Inc. | GPH.V | 619 |
| Great Panther Silver Ltd. | GPR.TO | 831 |
| GTA Resources and Mining Inc. | GTA.V | 111 |
| Guinea Iron Ore Ltd. | | 808 |
| Hecla Mining Company | HL.NYSE | 311 |
| Innov-X Technologies Canada Ltd. | | 917 |
| International Mining Research Inc. presents Minesnooper.com | | 724 |
| IntierraRMG Resource Sector Intelligence | | 904 |
| Iron Creek Capital Corp. | IRN.V | 110 |
| Lago Dourado Minerals Ltd. | LDM.V | 930 |

**APP 0401**

| | | |
|---|---|---|
| Langara Island Lodge | | 616 |
| Latin American Minerals Inc. | LAT.V | 731 |
| Liberty Silver Corp. | LSL.TO | 910 |
| Maritime Resources Corp. | MAE.V | 112 |
| Matamec Explorations Inc. | MAT.V | 617 |
| MCW Energy Group | | 804 |
| Melman Report - Leonard Melman | | 903 |
| MercenaryGeologist.com | | 116 |
| Minfocus Exploration Corp. | MFX.V | 900 |
| Mining Leaders | | 314 |
| Mining Speculator - Greg McCoach | | 902 |
| Monument Mining Ltd. | MMY.V | 723 |
| North Country Gold Corp. | NCG.V | 619 |
| Northern Freegold Resources Ltd. | NFR.V | 212 |
| Northern Graphite Corp. | NGC.V | 722 |
| Northern Miner | | 216 |
| Northern Shield Resources Inc. | NRN.V | 810 |
| Oil & Gas Investments Bulletin - Keith Schaefer | | 117 |
| Omineca Mining & Metals Ltd. | OMM.V | 209 |
| Passport Potash Inc. | PPI.V | 809 |
| PC Gold Inc. | PKL.TO | 922 |
| Pelangio Exploration Inc. | PX.V | 113 |
| Pennant Energy Inc. | PEN.TO | 811 |
| Precipitate Gold Corp. | PRG.V | 215 |
| Primero Mining Corp. | P.TO | 825 |
| ProactiveInvestors | | 924 |
| Probe Mines Ltd. | PRB.V | 220 |
| Prodigy Gold Inc. | PDG.V | 602 |
| Prophecy Coal Corp. | PCY.TO | 320 |
| Prospector News | | 724 |
| Rackla Metals Inc. | RAK.V | 110 |
| Radius Gold Inc. | RDU.V | 110 |
| Red Moon Potash Inc. | RMK.V | 624 |
| Red Ore Gold Inc. | RXX.V | 308 |

**APP 0402**

| Company | Ticker | Booth |
|---|---|---|
| Resource Intelligence | | 631 |
| Resource Opportunities - Lawrence Roulston | | 909 |
| Resource World Magazine | | 518 |
| Revett Mining Company | RVM.TO | 716 |
| S&P Capital IQ | | 121 |
| San Gold Corp. | SGR.TO | 210 |
| Scorpio Gold Corp. | SGN.V | 319 |
| Select Sands Corp. | LAR.V | 609 |
| Selwyn Resources Ltd. | SWN.V | 701 |
| Silver Spruce Resources Inc. | SSE.V | 725 |
| SLAM Exploration Ltd. | SXL.V | 214 |
| SNN Inc. | | 516 |
| Soltoro Ltd. | SOL.V | 208 |
| South American Silver Corp. | SAC.TO | 828 |
| Sprott Group of Companies | SII.TO | 829 |
| Stockhouse | | 705 |
| Stornoway Diamond Corp. | SWY.TO | 601 |
| Tahoe Resources Inc. | THO.TO | 710 |
| TD Waterhouse Discount Brokerage | | 928 |
| The Daily Gold - Jordan Roy-Byrne | | 901 |
| Timberline Resources Corp. | TBR.V | 611 |
| True Gold Mining Inc. | TGM.V | 211 |
| TSX Inc. | | 514 |
| Ucore Rare Metals Inc. | UCU.V | 313 |
| Unigold Inc. | UGD.TO | 709 |
| Uranium North Resources Corp. | UNR.V | 107 |
| Visual Capitalist | | 908 |
| Wallbridge Mining Company Ltd. | WM.TO | 703 |
| Wellgreen Platinum Ltd. | WG.V | 320 |
| Western Pacific Resources Corp. | WRP.V | 110 |
| Westminster Resources Ltd. | WMR.V | 802 |
| Xtierra Inc. | XAG.V | 623 |
| Yellowjacket Resources | YJK.V | 209 |
| Zimtu Capital Corp. | ZC.V | 700 |

**APP 0403**

**Download PDF**

## Help & Support

Visit our **frequently asked questions** to find answers to our attendees and exhibitors most common questions.

Not finding what you're looking for? **Contact us** anytime, we're happy to help!

Telephone: (604) 687-4151
Fax: (604) 687-4726
Toll-free: 1-877-363-3356 (US & Canada)
Email:
info@cambridgehouse.com

© 2014 **Cambridge House International**.   **Terms of Use**   **About Us**
**Contact Us**





**APP 0404**

# Forbes



http://onforb.es/Hgkxea

**Steve Schaefer** Forbes Staff

*If you can put the word markets after it, I cover it.*

**MARKETS**   10/22/2013 @ 6:12PM | 14,625 views

# Icahn Cashes In On Netflix For $825M Profit, Still Has 4.5% Stake

**Comment Now**

Carl Icahn didn't become one of the world's richest men by not knowing how to take profits off the table.

The billionaire money manager sold a sizable slug of his Netflix shares Tuesday after quarterly earnings sent the already lofty share price to fresh heights.



*(Photo by: Heidi Gutman/CNBC)*

In an SEC filing after the close Tuesday, Icahn disclosed that his stake in the streaming video company is now 4.5%, down from 9.4% at the end of June, the last time he publicly disclosed his holdings.

Shares of Netflix, which gapped higher after Monday evening's earnings release, lost 9.2% to $322.52 Tuesday before shedding another 3.3% after disclosure from Icahn, who took to Twitter to sing the praises of those who have helped make his bet on the company a huge winner:

> Sold block of NFLX today. Wish to thank Reed Hastings, Ted Sarandos, NFLX team, and last but not least Kevin Spacey: http://t.co/BRWpKOBfD2
>
> — Carl Icahn (@Carl_C_Icahn) October 22, 2013

Spacey is the star of *House of Cards,* one of the flagships of the company's push into original content which has also included a revival of *Arrested Development* and *Orange Is The New Black*. The costly move to produce its own shows has raised questions about whether Netflix has the subscriber growth to finance such a strategy, but to date the critical acclaim and financial results have been a win for Hastings.

**APP 0405**

Icahn first revealed a position in Netflix just under a year ago and has enjoyed a gain of some 457% since last Halloween. Earlier this year he told *Forbes* the Netflix team had rendered his initial plans to push for change moot by delivering stellar returns.

"We like Reed Hastings. I told him when a guy makes me 800 million bucks, I don't punch him in the mouth," Icahn said.

Hastings acknowledged those returns in a letter to shareholders Monday, warning that the "euphoria" surrounding his company's shares gives him pause.

Tuesday's disclosure indicates Icahn's different vehicles have sold a shade under 3 million Netflix shares since Oct. 10 at prices from $304.23 and up. The largest portion was the 2.4 million shares he sold Tuesday at $341.44, for more than $819 million. Icahn has a cost basis of $58 per share, the release says, which means he made an $825 million profit on the 2.989 million shares he sold over the last two weeks.

The filing indicates that Icahn also bought small amounts of Netflix shares on Oct. 16 and 17, leaving him with a remaining stake of 2.7 million Netflix shares, or 4.5%, below the 5% threshold that requires disclosure of purchases or sales. That position is worth $859 million at Tuesday's closing price, and represents an additional $705 million in paper profits.

In a release announcing the sale, Icahn noted it was his decision and that the two co-managers who brought him the investment (his son Brett and David Schechter) still think the valuation is low.

That should hearten some investors who fear that Icahn is getting off the elevator at the top floor and there is nowhere to go but down.

"In our experience," Brett Icahn and Schechter write, "there are few companies at any given time in history that represent the pure life blood of a colossal secular growth category, and even fewer where the CEO of that company instills deserved confidence among the company's investors by repeatedly exhibiting both vision and ability to execute on that vision." Netflix is one, they say, and has continued opportunities to grow substantially in the U.S. and abroad.

Icahn's filing included language that indicates his son and Schechter will still be eligible for certain compensation tied to Netflix performance as if he had held onto the shares.

**APP 0406**

Case 9:13-cv-80923-KLR   Document 110-1   Entered on FLSD Docket 10/07/2014   Page 157 of 186

While Icahn concurred that the stock is still attractive, he also draws on the tough lessons of seven bear markets during his career and knows there are few times when you regret the profits you actually take. "I have learned that when you are lucky and/or smart enough to have made a total return of 457% in only 14 months it is time to take some of the chips off the table."

Icahn did not have to agitate for change to make a huge score at Netflix, but he's blazing a different trail at Apple, where he has urged Chief Executive Tim Cook to launch a bigger stock buyback since revealing a stake in August via his new favorite medium, Twitter.

Follow @SchaeferStreet

This article is available online at: http://onforb.es/Hgkxea          2014 Forbes.com LLC™   All Rights Reserved

**APP 0407**

Morgan Stanley

# Journal of Applied Corporate Finance

**WINTER 2000**                                                       **VOLUME 12.4**

Investor Relations, Liquidity, and Stock Prices

*by Michael J. Brennan,*
*University of California at Los Angeles and London Business School, and*
*Claudia Tamarowski,*
*Bocconi University*



# INVESTOR RELATIONS, LIQUIDITY, AND STOCK PRICES

by Michael J. Brennan,
*UCLA and London Business School,*
*and*
*Claudia Tamarowski,*
*Bocconi University*

> *"It is fully as important to the stockholders that they be able to obtain a fair price for their shares as it is that dividends, earnings and assets be conserved or increased. It follows that the responsibility of management…includes the obligation to prevent…the establishment of either absurdly high or unduly low prices for their securities."*
>
> —Graham and Dodd, *Security Analysis*, 1951

T he investor relations profession is concerned with the interface between the firm and its management, on the one hand, and the firm's shareholders on the other. Although the first investor relations department was established by General Electric as long ago as 1952, and although the National Institute of Investor Relations, set up in 1969, now has over 4,200 members, the role of investor relations is one that has largely escaped scientific analysis and academic scrutiny. This lack of attention is due in part no doubt to the intellectual supremacy of the efficient markets paradigm, which has lasted from the beginnings of rigorous empirical research in finance in the late 1960s until recently. In the idealized setting of the efficient market, a firm's stock price is set taking proper account of all available information, and there is little that the firm or its professional advisors can do about the price beyond pursuing appropriate real investment and financial policies. Sufficient conditions for the validity of the efficient markets hypothesis are that information about firms is costless, available to all, and, most important, can be easily understood by all potential investors. These condi-

tions are clearly not satisfied in practice, so it is an empirical matter whether prices are in fact set as if they were satisfied. There are reasons to suspect that prices might not conform to the predictions of the idealized market theory and, as we shall see, considerable evidence to that effect.

Firms are complex institutions with strategies, plans, commitments, personnel policies, competitive threats, and managerial succession problems, as well as patents, research programs, and products that are often technically sophisticated. All of these aspects of the firm can have a major effect on the value of its shares, yet none of them can be assessed adequately by reading traditional corporate financial statements, or even the footnotes and commentary that accompany them; and in many cases considerable technical (as well as financial) expertise is required to understand the issues that are important for determining firm value. Interpretation and communication of this information to financial markets are effected largely through the intermediation of financial analysts, of whom there are about 2,400 in the U.S.[1] These analysts are often highly paid, in some cases earning as much as $10 million a year[2]—

---

*We are grateful to Alberto Bertoni, Maurizio Dallochio, Carla Hayn, and Marilyn Johnson for helpful conversations and suggestions.

1. *New York Times*, July 18, 1999. One way in which firms respond to the inadequacy of financial statements is by direct contact with analysts. Quarterly telephone conference calls between firms and analysts have become common in

the past five years. They are especially common in growth industries where traditional financial statements are least informative. See Sarah H. Tasker, 1998, Bridging the Information Gap: Quarterly Conference Calls as a Medium for Voluntary Disclosure, *Review of Accounting Studies*, 3, 137-167.

2. *Ibid.*

a fact that seems to contradict the predictions of the most extreme (known as "strong form") efficient markets proponents that such analysis is largely redundant. It is not surprising therefore that, after a long period in which academics have been skeptical of the value of investment analysis, there are now several studies attesting to the informational content of analyst reports.[3]

In making their decisions about the companies on which to concentrate their efforts, analysts will be influenced by the relative costs and benefits of acquiring information about the different firms. From an analyst's point of view, the benefits will depend mainly[4] on the size of the firm and the number of potential investors who will be interested in the analyst's conclusions.[5] Other important considerations include the liquidity of the market for the firm's shares, which will determine the extent to which the information can be exploited before the price moves to reflect it, and the likelihood of discovering valuable new private information by diligent analysis of the firm. The costs to the analyst of acquiring information about a firm will depend on the size and complexity of the firm and its operations, but also on the steps that the firm takes to make information easily available to its investors. This suggests that firms will be able to influence the extent to which they are followed by analysts by their policies with respect to disclosure of information.

A firm's disclosure policy is perhaps the most significant aspect of its investor relations management. We shall show first that a firm's attention to investor relations tends to increase the number of investment analysts who follow the firm and publish earnings forecasts for it. Second, we will review evidence from academic studies—most of them fairly recent—that suggests that the number of analysts who follow a firm affects the liquidity of the trading in the firm's shares. Third and last, we will present evidence that increases in liquidity, by reducing the cost to investors of transacting in the firm's shares, reduce the firm's cost of capital and thereby increase its stock price. In short, the article demonstrates the link between a firm's investor relations policy and its stock price.

Properly conceived, investor relations management is a considerably broader undertaking than simply disclosing information to investors and analysts. For example, a systematic program of investor relations can increase the credibility of a firm's investment or product strategy—and such credibility can prove invaluable when a firm is approaching the capital market for additional finance, attempting to take over another firm, or warding off an unwanted suitor that is soliciting support for a merger proposal or a proxy contest. A particularly good example of bad investor relations is illustrated in the case of Olivetti (see box on the next page). The experience of the Italian telecommunications firm illustrates that no amount of cosmetic investor relations work can substitute for a lack of trust between a company's management and its shareholders.

In this paper, however, it is the first, narrower role of investor relations as information disclosure that is our primary concern. Before turning to the empirical evidence on the effect of investor relations efforts on the size of a firm's analyst following, we shall briefly summarize the development of professional investor relations management in the U.S.

## THE DEVELOPMENT OF INVESTOR RELATIONS MANAGEMENT[6]

Recognition of the importance of dealing with a company's shareholders seems to have emerged first in the early 1950s, as the post-war prosperity and stock market boom attracted large numbers of individual shareholders back into the market. Between 1952 and 1965, the proportion of the American population owning stock directly rose from 4% to 15%. In 1954 institutions held less than 24% of total U.S. equities, as compared with over 50% today. As the official history of the National Investor Relations Insititute notes: "the small size and relative inactivity of institutional investors in the period 1950-70 stands in sharp contrast to the rapid growth and rising activism of individual owners. It is they who fostered investor relations at the outset." Individual corporate gadflies such as Lewis Gilbert peppered directors at annual general meetings with

---

3. See Womack, K. L., 1996, Do Brokerage Analysts' Recommendations Have Investment Value? , *Journal of Finance*, 51,137-167 and the papers cited therein.

4. An increasingly important aspect of investment analysis is its role in attracting underwriting business to an investment bank.

5. Since most large institutional investors are precluded from selling short, the main target of analysts is the current owners of the stock who may either buy more shares or sell, as well as non-owners - the latter will generally only be interested in buy recommendations. This helps to create a bias towards positive reports, and also leads analysts to concentrate on large firms in which the number of current owners who are potential sellers is greatest.

6. This section draws heavily of *The Origins of NIRI*, by DeWitt C. Morrill, which is available on the National Investor Relations Institute website: http://www.niri.org.

## AN ANNUS HORRIBILIS FOR INVESTOR RELATIONS AT OLIVETTI

■ January 6, 1996. "Olivetti rights fully subscribed" $1.42 billion.

■ January 30, 1996. "Olivetti shareholders should be spitting blood. Only last month they were induced to stump up $1.4 billion in new equity. Now it turns out that losses...are likely to be worse than investors were led to believe… Olivetti says the full picture emerged only after the rights issue, but it is hard to believe... Olivetti also denies leaking details of the profits plunge to analysts...The latest rights issue was supposed to mark an end to Olivetti's record of failing to deliver on promises…"

■ September 25, 1996. "The imbroglio at Olivetti ...has raised serious questions for international fund managers. In Italy, the most important business is still conducted behind closed doors, with small shareholders and fund managers on the outside.

The number of European companies quoted on the NYSE has risen sharply…to qualify they must be much more open…complying with American regulations on disclosure of information to shareholders."

■ October 23, 1996. "Olivetti alleges Mr Francesconi caused serious damage to the company by calling into question the accuracy of the group's accounts—statements that forced its shares to be temporarily suspended...both Mr Benedetti and Mr Caio, another former chief executive are under investigation for alleged false reporting of company accounts."

■ November 6, 1996. "Mr Carlo De Benedetti was under investigation for alleged insider dealing in shares…"

■ November 29, 1996. "De Benedetti told parliamentary deputies that clients and investors were distancing themselves from the company because of the distrust, the investigations, and the denigration."

*Financial Times*

pointed questions about their devotion to shareholder interests,[7] while corporate managers discussed what it was that shareholders wanted — liberal dividends, frank disclosure, and a striving to increase the stock price, as one manager claimed.[8] It is not surprising that, in this atmosphere, companies or, more precisely, corporate managements fought back with public relations campaigns. In 1953 General Electric Co. became the first company to create a specific department in charge of investor relations, although other companies had recognized the potential of small shareholders as purchasers of company products.[9] Further impetus came from the rapidly growing new profession of investment analysts and their demand for increasingly detailed financial information about the corporation, which exceeded the capabilities of the traditional public relations firms on which managements had traditionally relied. The media also were skeptical of reports issued by the public relations departments of firms, and it was increasingly necessary to devise specialized channels for communicating with the burgeoning army of

sophisticated analysts and financial journalists. By 1958 the American Management Association was holding conferences on Investor Relations. Further conferences and meetings gradually gave birth to the Investor Relations Association, which in 1969 metamorphosed into the National Investor Relations Institute. In 1980 a similar society was formed in London.

The 1980s saw increasing importance for investor relations as the active market for corporate control made it more imperative than ever for corporate managements to be concerned about their stock prices and to communicate to the investing public the credibility of their vision and strategy lest they lose the loyalty of their shareholder base in a takeover contest. The increasing activism of institutional investors, following the example of public pension funds like CalPERS, and the formation of individual shareholder rights groups such as The United Shareholders Association (which was founded in 1986 and disbanded in 1993) has made the profession of investor relations management more important than ever. This can be seen not only in the

---

7. In 1950 Gilbert and his brother were attending over 100 meetings a year. The concerns they raised are not dissimilar to the concerns of stockholders today. See Lewis D. Gilbert, Management and the Public Stockholder, 1950 *Harvard Business Review*,38, 73-83. A sign of the times was the 1955-56 movie, "*The Solid Gold Cadillac*" in which the heroine bested a cold-hearted management at the annual general meeting.

8. W.F. Stanley, 1950, A Key to Good Stockholder Relations, *Harvard Business Review*, 38, 66-72.

9. In 1950 Ford Motor Company's stock issue was targeted at holders of 200 shares or less in a conscious effort to create a body of loyal customers.

APP 0411

*In making their decisions about the companies on which to concentrate their efforts, analysts will be influenced by the relative costs and benefits of acquiring information about the different firms. One important consideration is the liquidity of the market for the firm's shares, which will determine the extent to which the information can be exploited before the price moves to reflect it.*

number of members of the National Investor Relations Institute, but also in their compensation. A recent poll found that senior investor relations officers earned an average of $263,000 in 1997, with the elite earning over half a million dollars.[10]

A potentially dark side to investor relations activities has arisen among smaller firms, which generally lack the resources to employ their own professional investor relations people. Certain investment banks make it a practice to approach such firms, offering to produce a research report to be circulated among investors in return for payment in options or warrants. But if such arrangements clearly smack of conflicts of interest,[11] their existence attests to the perceived importance of investor relations activities for maintaining the stock price.

## INVESTOR RELATIONS, INVESTMENT ANALYSTS, AND INFORMATION

In a 1989 investigation of how investment analysts choose which firms to follow, Ravi Bhushan[12] of MIT found that analysts were more inclined to cover the following types of firms:

(1) *large* companies. Because such firms typically have the largest number of shareholders, it is in these cases that analyst reports are most useful to existing shareholders, since they can react to negative reports by selling part of their holdings and to positive reports by buying more shares. Since "sell-side" analysts are rewarded by the trading commissions they generate for the brokerage firms that employ them, they have an obvious incentive to concentrate their efforts on firms with many shareholders.

(2) companies with *few lines of business*. Such firms tend to be more transparent and easier for the analyst to understand, so that the cost of analysis is lower.

(3) companies with *low insider holdings* and *large institutional holdings*. Heavy insider ownership is generally associated with lower trading volume, and insiders are unlikely to be significant users of analyst information. Institutional investors, by contrast, often require documented analyses by analysts and other third parties to justify their portfolio decisions.

Bhushan's study also reported—and keep in mind this is a study of the 1980s—that analysts prefer to follow firms in the following industries (and in this order of preference): mining, utilities, financial institutions, services, construction and manufacturing, wholesale and retail trade. The first three of these industries are ones in which the analyst's expertise is likely to be of most value. For mining firms the volatility in the price of a single homogeneous output can be easily translated into information about earnings; and for both utilities and financial services, regulation dictates that a plethora of information be available to assist the analyst in transforming information about input and output prices and demand growth into information about earnings. By comparison, firms in services and manufacturing are typically much less transparent, so that the analyst's primary task of forecasting earnings is correspondingly more difficult. Bushan's investigation confirms what we might expect—namely, that analyst decisions about which firms to follow are governed in large part by a simple cost-benefit calculus.

The ability of this simple cost-benefit model to explain analyst decisions suggests that investor relations activities that reduce the cost of information to analysts would also stimulate analyst coverage, and such indeed seems to be the case. While there is perhaps only limited credibility in a National Investor Relations Institute study that finds that the number of analysts following a company is influenced by investor relations activities, these findings are confirmed by a number of independent academic studies.

For example, a 1997 study by Francis, Hanner, and Philbrick[13] examined the reactions of investment analysts to firms' presentations to the prestigious New York Society of Financial Analysts. These presentations give firms an opportunity to "tell their story" to the analyst community. The authors find a significant increase in the number of analysts who are active in forecasting the earnings of firms after they made such presentations. And this effect is most pronounced for smaller firms: whereas the increase in the number of analysts is only 9% for large firms (whose many shareholders already create a large demand for analyst coverage), the increase in the number of active analysts is an impressive 21% for small firms—those companies for which the costs

---

10. "When it Comes to IR, the Rich get Richer", *Investor Relations Business*, January 4, 1999, 1-14.

11. "Starved for Attention, Small Companies 'Buy' Wall Street Coverage", *Wall Street Journal*, July 14, 1999.

12. Ravi Bhushan, 1989, Firm Characteristics and Analyst Following, *Journal of Accounting & Economics*, 11: 255-274

13. Jennifer Francis, J. Douglas Hanner, and Donna R. Philbrick, Management Communication with Securities Analysts, *Journal of Accounting and Economics*, 24, (December, 1997): 363-394.

**TABLE 1** ■ DETERMINANTS OF ANALYST COVERAGE (LANG AND LUNDHOLM, 1996)*

|  | Sign | Coefficient | Variable | t-statistic |
|---|---|---|---|---|
| Number of Analysts Following Firm = |  | 0.17 | Constant | (6.20) |
|  | Plus | 0.02× | FAF Annual Report Score[a] | (0.80) |
|  | Plus | 0.07× | FAF Other Publications Score[a] | (2.30) |
|  | Plus | 0.10× | FAF Investor Relations Score[a] | (3.50) |
|  | Plus | 0.59× | Firm Market Value | (23.0) |
|  | Minus | 0.05× | Sigma (ROE) | (1.80) |
|  | Minus | 0.06× | Return-Earnings Correlation | (2.70) |

*N = 998; $R^2$ = 45%.

a. The FAF scores are developed by the Financial Analysts Federation and are based on the assessments of committee's of analysts on the firm's disclosure performance in their *Annual Statements*, *Other Publications*, and general *Investor Relations*. The data relate to the fiscal years 1985-89.

and benefits of investment analysis are likely to be more closely balanced.

Also of interest in this context, a 1996 study by Lang and Lundholm[14] reports that the higher is the quality of the information provided to analysts by a firm (as assessed by the Financial Analysts Federation Corporate Information Committee), the more accurate are analysts' earnings forecasts for the firm, the greater is the agreement among the forecasts of different analysts, and the greater is the number of analysts following the firm. The improved accuracy is, of course, consistent with the improvement in disclosure. The greater agreement among analysts is consistent with their greater reliance on the common body of information that is disclosed by the firm. Finally, the larger analyst following is consistent with the cost of information to the analysts being reduced by the firm's disclosure.

Table 1 reveals the strong relation between the number of analysts following the firm and both firm size and the Financial Analysts' scores for "Investor Relations" and for "Other Publications" (i.e., other than the annual report) as well.[15] The Investor Relations score is based on perceived responsiveness to analyst questions, accessibility, and candor of management, as well as the frequency and content of presentations to analysts.

There is also an abundance of anecdotal evidence that analysts prefer to follow firms that provide them with adequate and timely information. For example, one analyst was quoted as saying:

*"I don't follow Pullman because they won't tell you enough about their business to allow you to get a handle on it…If they change and become more open with the Street, there is no doubt I'd take more interest in Pullman."*[16]

Another analyst describes his relationships with the investor relations officer and senior executives as "essential and critical":

*"I want to know if there is anything new when I call… I expect a call when there is something new, good or bad.…realistically I can give few second chances, so give us signals. Hell has no fury like an analyst surprised."*[17]

The preferences of analysts for firms that provide extensive information is shared by the institutional investors who are analysts' primary clients. A 1996 study by Falkenstein[18] finds that mutual funds tend to invest more in companies that are in the news, as well as older and larger companies with more established track records. This preference for larger firms is especially true of foreign investors. For example, a 1997 study by Kang and Stulz reports that foreign investors own 11.9% of the firms in the largest

14. Mark H. Lang and Russell J. Lundholm, Corporate Disclosure Policy and Analyst Behavior, *Accounting Review*, 71 (October 1996): 467–492; see also Edward J. Farragher, Robert Kleiman, and Mohammed S. Bazaz, Do Investor Relations Make a Difference?, *The Quarterly Review of Economics and Finance*, 34 (Winter, 1994): 403-412.

15. The lack of significance of the "Annual Report" score is most likely attributable to multi-collinearity between the different scores.

16. Robert Dunlap of Irving Trust, quoted by D. Nichols, *The Handbook of Investor Relations*, HarperBusiness, New York, 1989.

17. Dan LeMaitre, who has been rated number one by *Institutional Investor Magazine*, quoted in *IRUpdate*, National Investor Relations Institute, February 1997.

18. Eric G. Falkenstein, 1996, Preferences for Stock characteristics as Revealed by Mutual Fund Portfolio Holdings, *Journal of Finance*, 51: 111-136.

APP 0413

A 1996 study by Lang and Lundholm reports that the higher is the quality of the information provided to analysts by a firm, the more accurate are analysts' earnings forecasts for the firm, the greater is the agreement among the forecasts of different analysts, and the greater is the number of analysts following the firm.

size decile in Korea, but only 3.2% of the firms in the smallest decile.[19] Because information is more available about larger firms, foreigners are less likely to be at an informational disadvantage in trading these firms, and the markets in such firms' stocks tend to be more liquid. Although foreigners' share of trading is only 40% of their share of the holdings for the smallest decile firms, it is 108% of their share of holdings for the largest decile firms.

In summary, it appears that activities that reduce the cost of information to analysts lead to a greater analyst following, more agreement among analysts, and greater accuracy of analyst forecasts. As we shall see in the next section, such analyst activity is associated with greater liquidity in a firm's shares.

## ANALYSTS, INFORMATION, AND LIQUIDITY

We have seen that a firm can influence the number of analysts who follow it by its disclosure and investor relations activities. Before looking at the evidence on the effect of a firm's analyst following on the liquidity of its shares, we must consider carefully what we mean by liquidity.

Liquidity is a slippery concept. We might try defining it as the ability to buy or sell an asset at short notice without granting a price concession. This would be consistent with the notion that specialized physical assets such as houses are relatively illiquid, airliners are somewhat less liquid, and Treasury Bills are highly liquid. However, there are two things wrong with this simple definition of liquidity. We have not defined "short notice," and we have not said how much of the asset we are buying or selling—the latter is important for stock market investments for which there is no natural trade size as there is for houses. If we define "short notice" as meaning "no notice," then an asset's illiquidity, for a given trade size, is measured by the price concession that is necessary to buy or sell it immediately. This suggests using the asset's quoted bid-ask spread as a measure of illiquidity, and some researchers have used the quoted bid-ask spread as such.

However, many of the transactions on the New York Stock Exchange, for example, do not take place at the quoted spread. For some transactions, there is

price improvement as floor traders step up to beat the specialist's quote. But, in the case of other, larger transactions, the transaction price often lies outside the quoted spread, which therefore understates the price concession required to execute a trade. Indeed, the stock exchange specialists who report the bid and ask prices that constitute the spread frequently fail to report limit orders that would better the quoted spread. As a result, the effective spread that is paid by retail investors averages only 52-63% of the quoted spread, and the correlation between effective and quoted spreads is only around 0.10.[20]

For this reason, since the pioneering study by Albert Kyle (published in 1985),[21] it has become common to measure the illiquidity of the market in a firm's shares by the *marginal impact* of a trade on the price of the shares. This measure corresponds to the slope of the regression line relating the price change to the trade size—a coefficient that is known as the Kyle *lambda*:

$$\text{Price Change} = \pm \Delta + \lambda \ \text{number of shares traded} \quad (1)$$

In this equation, the fixed component of the price change depends only whether the order is a buy or a sell, while *lambda* measures the price impact per share of the trade. Equation (1) is illustrated in Figure 1 for a liquid and an illiquid stock. The illiquid stock is the one with the steeper price impact line, implying that the price concession for a given size trade is larger than for the liquid stock.

Kyle theorized that the illiquidity of a stock depended on the degree of *asymmetry of information* about the intrinsic value of the stock. Informational asymmetry is said to exist to the extent that some investors enjoy an informational advantage over others. For example, an investor who has a better forecast of a forthcoming earnings announcement will have an informational advantage over other investors until the earnings are announced, and may attempt to use this information to trade profitably. Under conditions of informational asymmetry, a buyer (seller) who places an order is immediately suspected of having superior information about the stock that would suggest that it is currently underpriced (overvalued). As a result, his

19. Jun-Koo Kang and Rene Stulz, 1997, "Why is There a Home Bias? An Analysis of Foreign Portfolio Equity Ownership in Japan," *Journal of Financial Economics* 46, 3-28.

20. Mitchell A. Petersen and David Fialkowski, 1994, Posted versus Effective Spreads: Good Prices or Bad Quotes?, *Journal of Financial Economics*, 35, 269-292.

21. Albert S. Kyle, 1985, Continuous Auctions and Insider Trading, *Econometrica*, 53: 1315-1335.

**FIGURE 1**
THE KYLE LAMBDA*



*Illiquidity or trading cost is measured by the slope of the line.

**FIGURE 2**
PRICE IMPACT AND FIRM SIZE*



*The figure shows the estimated price impact in cents per share for a 100 share trade for NYSE securities grouped by firm size and price impact category. Average values for 1984-1991. (Brennan and Subrahmanyam, 1996).

order reveals information to the market, which causes the market price to adjust against him. If there were an informational level playing field, we would not expect there to be any information in a buy or sell order and the price concession would be limited to ± Δ, which is the amount needed to compensate the market maker for his costs.

Figure 2, which is derived from a study by one of the present authors (Brennan) and Avanidhar Subrahmanyam,[22] shows the estimated price impact in cents per share for a 100-share trade where the companies are grouped into 25 different groups, first by size of firm and then by the estimated Kyle lambda. This measure of informational price impact can range from much less than 1 cent per share to over 30 cents a share for a 100 share trade. Clearly some shares are much more liquid than others and, as we would expect, smaller firms (those in the S5 category) are much less liquid than large firms (S1). Since the number of shares traded will depend on the price per share, it is convenient to define the "dollar lambda," $λ, as the Kyle lambda divided by the share price:

$$\$\lambda = \lambda/P$$

22. M.J. Brennan and A. Subrahmanyam, 1996, Market Microstructure and Asset Pricing: On the Compensation for Illiquidity in Stock Returns, *Journal of Financial Economics*, 41, 441-464.

**Our regression results show a strong negative relation between the number of
analysts following the firm and the dollar lambda, suggesting that analysts do indeed
increase a stock's liquidity. But our results also reveal that an even better indicator of
liquidity than number of analysts is the share trading volume.**

TABLE 2 ■ TRADING COSTS AND ANALYST COVERAGE*

PANEL A: INVESTMENT ANALYSTS REDUCE THE COST OF TRADING DIRECTLY[a]

|  | Sign | Coefficient | Variable | t-statistic |
|---|---|---|---|---|
| log(l/Price) = | | 2.30 | Constant | (5.51) |
| | Minus | 0.169× | log( 1 + # ANALYSTS) | (3.13) |
| | Minus | 0.888× | log (average trading volume in shares) | (26.05) |
| | Plus | 0.275× | log(average daily price) | (6.42) |
| | Plus | 0.638× | log(daily return variance) | (18.40) |

PANEL B: ANALYSTS ALSO CREATE TRADING VOLUME[b]

|  | Sign | Coefficient | Variable | t-statistic |
|---|---|---|---|---|
| log (average trading volume) = | | 4.133 | Constant | (9.64) |
| | Plus | 0.897× | log (1 + # ANALYSTS) | (13.31) |
| | Minus | 0.907× | log (average daily price) | (15.80) |
| | Plus | 0.615× | log (market value) | (12.49) |

PANEL C: ESTIMATED TOTAL EFFECT OF ANALYST FOLLOWING ON TRADING COSTS

| Number of Analysts | λ/Price (Holding Trading Volume Constant) | Trading Volume | λ/Price (Allowing for Change in Trading Volume |
|---|---|---|---|
| 0 | 100 | 100 | 100 |
| 1 | 89 | 186 | 51 |
| 2 | 83 | 268 | 35 |
| 3 | 79 | 347 | 26 |
| 4 | 76 | 424 | 21 |
| 5 | 74 | 499 | 18 |
| 6 | 72 | 573 | 15 |

*The table shows the relation between trading costs as measured by the scaled Kyle *lambda* (λ/Price) and the number of analysts following the stock after taking account of the effect of the number of analysts on trading volume. The data on the number of analysts is for the year end 1987. Other data relate to the year 1988. The sample consists of 1,421 stocks listed on the NYSE.
a. N = 1441; $R^2$ = 75%.
b. N = 1441; $R^2$ = 68%.

where $\$\lambda$ measures the price impact per dollar of transaction size. We would expect the $\$\lambda$ to be zero if there is an informational level playing field. We might expect that investment analysts would help to level the playing field by making their company analyses available to a broader circle of investors.

To test this hypothesis, we regressed the logarithm of the dollar lambda on the logarithm of (1 + the number of investment analysts following the firm) and some other variables for a sample of 1421 NYSE stocks in 1988. As reported in Table 2a, our regression results show a strong negative relation between the number of analysts following the firm and the dollar lambda, suggesting that analysts do indeed increase a stock's liquidity. But our results also reveal that an even better indicator of liquidity

than number of analysts is the share trading volume; that is, stocks with heavier trading volume are more liquid. Finally, the regression results also suggest that riskier stocks, as measured by the variance of the daily market return, are less liquid and that low price stocks (probably reflecting the fact that they tend to be riskier) are also less liquid.

So far, then, we have seen that analysts increase liquidity directly, but that the most important determinant of liquidity is trading volume. Is it possible that analysts also increase trading volume? Some suggestion that this must be so is implicit in the fact that the services of most analysts are not paid for directly, but indirectly in the form of trading commissions. Table 2b confirms that the number of analysts following a stock has a major impact on trading

volume; the other main determinants are the market value of the firm and the share price (high price firms trade fewer shares). Table 2c combines the direct and indirect effects of analyst following on the dollar lambda, using the parameter estimates from Tables 2a and 2b. For example, from the results reported in Table 2a we can infer that coverage by six additional analysts would reduce the dollar lambda by about 28%, holding volume constant. But when the indirect effect of increased analyst coverage through expanded volume is taken into account, the reduction in trading costs rises to around 85%. Thus, the volume effect turns out to be the most important.

If these changes in trading costs seem very large, it is worth bearing in mind that a simple rule change on NASDAQ reduced the *quoted spreads* of the average stock by 33%, and of the least liquid stocks by 43%.[23] Similarly, a 1999 study by Amihud, Mendelson and Uno[24] (described in the immediately preceding article) reports that a simple reduction in the minimum trade size of a stock listed on the Tokyo Stock Exchange increased their measure of its liquidity by 36%.

The finding that analysts improve stock liquidity is consistent with their role as disseminators of information, whose reports reduce the asymmetry of information among investors about the future earnings of the firm. Further evidence on the effectiveness of analysts in speeding the dissemination of information about firms is available from three studies. First, Dempsey[25] shows that the more analysts who follow a firm, the less likely is the market to be surprised by the firm's quarterly earnings announcement. This means that when more analysts follow a firm, there is less potential for profitable informed trading ahead of earnings announcements—in other words, the more level is the informational playing field. Second, Brennan, Jegadeesh, and Swaminathan[26] show that stock prices adjust more quickly to macroeconomic news the greater the number of analysts following the firm. Similarly, Hong, Lim, and Stein[27] report that stock prices adjust to bad firm-specific information much more slowly when there are few analysts following the firm. These studies also imply that there is less scope for profitable informed trading when there are more analysts following the firm.

Since (il)liquidity is primarily a function of asymmetric information, these studies also provide further evidence of the role of analysts in improving liquidity, and support the case for a causal link between investor relations activities and liquidity. Weaker, though more direct, evidence of this link is provided by Welker,[28] who shows that there is a negative relation between the quality of a firm's disclosure (as assessed by the Financial Analysts Federation) and the bid-ask spread, after controlling for other variables that affect the spread. We now consider the link between liquidity and a firm's cost of capital and stock price.

## LIQUIDITY, DISCLOSURE, AND THE COST OF CAPITAL

The most direct evidence that liquidity can affect stock prices comes in a simple study by Yakov Amihud, Haim Mendelson, and Beni Lauterbach.[29] As also discussed in the preceding article, these authors examined what happened to the prices of 120 stocks whose trading was switched by the Tel Aviv Stock Exchange in Israel from a once a day "call auction" to "continuous trading." Continuous trading means there are a series of sequential trading sessions throughout the day in which bilateral trades take place in a trading pit similar to that on North American futures markets. These trading switches took place during the period 1987 to 1994.

What is important about this study, first of all, is that it showed a significant increase in the liquidity of the stocks selected for continuous trading. The trading volume in selected stocks as a proportion of total market volume rose by 0.492% (t-stat = 7.27). And, when liquidity was measured in terms of the volume associated with a 1% change in stock price, liquidity increased by 0.87% (t-stat = 10.90).

23. Michael J. Barclay, William G. Christie, Jeffrey H. Harris, Eugene Kandel and Paul H. Schultz, Effects of Market Reform on the Trading Costs and Depths of NASDAQ Stocks, 1999, *Journal of Finance*, 54: 1-34. The authors study the effect of new rules allowing the public to compete with dealers by submitting binding limit orders.

24. Y. Amihud, M. Mendelson, and J. Uno, 1999, Number of Shareholders and Stock Prices: Evidence from Japan, *Journal of Finance*, 54: 1169-1184.

25. Stephen J. Dempsey, 1989, Predisclosure Information Search Incentives, Analyst Following and Earnings Announcement Price Response, *Accounting Review*, 64,: 748-757.

26. M. J. Brennan, N. Jegadeesh, and B. Swaminathan, 1993, Investment Analysis and the Adjustment of Stock Prices to Common Information, *Review of Financial Studies*, 6: 799-824.

27. Harrison Hong, Terence Lim and Jeremy C. Stein, 1998, Bad News Travels Slowly: Size, Analyst Coverage and the Profitability of Momentum Strategies, Stanford University Working Paper.

28. Michael Welker, 1995, Disclosure Policy, Information Asymmetry, and Liquidy in Equity Markets, *Contemporary Accounting Research*, 11: 801-828.

29. Y. Amihud, M. Mendelson, and B. Lauterbach, 1997, Market Microstructure and Securities Values: Evidence from the Tel Aviv Stock Exchange, *Journal of Financial Economics*, 45, 365-390.

**The most direct evidence that liquidity can affect stock prices comes in a simple study that examined what happened to the prices of 120 stocks whose trading was switched by the Tel Aviv Stock Exchange from a once a day "call auction" to "continuous trading." The increase in liquidity caused by this minor technical change in trading protocols was associated with an average 5.5% increase in stock prices.**

Even more important was the finding that the increase in liquidity caused by this minor technical change in trading protocols was associated with an average 5.5% increase in stock prices. Moreover, as the authors point out, this number probably *under-estimates* the true effect of the increase in liquidity on stock prices since the market was likely to anticipate which stocks would eventually be selected for continuous trading. When the exchange announced in 1991 that it was building new capacity that would allow continuous trading in another 40 stocks, 8 stocks were identified by the press as likely candidates and were selected by the exchange for continuous trading two months later. The total abnormal price change in these stocks from the newspaper story day to the day after they were selected was 12.25%, which is probably a more reliable estimate of the effect of the improved liquidity on the stock price.

This study can leave little doubt about the fact that increases in liquidity reduce investors' required rates of return and so increase stock prices. Most other studies have examined the association between risk adjusted required rates of return and various measures of (il)liquidity. They have all found results that are consistent with this study; the greater is a stock's measured illiquidity, the higher is the market's required rate of return.

In their pioneering 1986 study, Amihud and Mendelson[30] measured illiquidity by the quoted bid-ask spread expressed as a proportion of the stock price. First they formed 49 portfolios of NYSE stocks for each of the 20 years from 1961-1980 based on the estimated betas and relative bid-ask spread variable. When they did a simple ordinary least squares regression of monthly portfolio returns on beta, spread, and a dummy variable for each year, they found that the coefficient of the spread variable was 0.211 (t = 6.83). This finding implies that a 1% increase in the spread was associated with an increase in the expected return of 0.211% *per month,* or 2.53% per year. The proportional spreads of their portfolios ranged from 0.49% to 3.21%—a difference in spreads that translates into a difference in expected returns of 6.89% *per year.*

To put this return difference into perspective, consider a stock that falls into the *most* liquid category, pays a dividend of $1 per year that is expected to grow at 5% per year, and has a required return of 10%. Standard calculations imply that the stock price would be $1/(0.10 − 0.05) = $20. Now suppose instead that it fell into the *least* liquid category, so that its required return was 0.10 + 0.0689 = 16.89% per year. In this case, the stock price would be only 1/(0.1689 − 0.05) = $8.41!

These results have been confirmed in the 1996 study by Brennan and Subrahmanyam mentioned earlier.[31] We formed 25 portfolios of New York Stock Exchange firms each year from 1984 to 1991 classified by size and the Kyle *lambda* measure of (il)liquidity, and use the Fama-French three factor model to calculate risk-adjusted returns on the portfolios. The Fama-French model adjusts not only for market risk but also for the effects of firm size and the value bias that is apparent in historical returns.

The results of this study are shown graphically in Figure 3, which plots the annualized risk-adjusted returns for each of the the five lambda categories.[32] The estimated required returns or costs of capital increase uniformly as we move from the most liquid to the least liquid quintile, and the difference between the most and least liquid quintile is a striking 662 basis points per year—a finding that is strikingly similar to Amihud and Mendelsohn's study ten years earlier. These results confirm that liquidity is a major determinant of a firm's cost of capital and therefore the firm's share price.

The studies we have cited in this article thus establish a clear chain of causation between the following:

(1) investor relations activities that reduce the cost of information to analysts, on the one hand, and the number of analysts who follow the firm and the quality of their forecasts, on the other;

(2) the number of analysts who follow the firm and the liquidity of trading in the firm's shares;

(3) the liquidity of trading in the firm's shares and the market's required return and therefore the share price.

This chain implies that investor relations activities that reduce the cost of information to analysts will have a positive effect on the price of a firm's shares. A 1997 study by Christine Botosan[33] (described in a later article in this issue) offers more

30. Y. Amihud and M. Mendelson, 1986, Asset Pricing and Bid-Ask Spread, *Journal of Financial Economics,* 17, 223-249.

31. M.J. Brennan and A. Subrahmanyam, 1996, Market Microstructure and Asset Pricing: On the Compensation for Illiquidity in Stock Returns, *Journal of Financial Economics,* 41, 441-464.

32. See Brennan and Subrahmanyam (1996) Table 4. The risk-adjusted return on the most liquid portfolio is zero by construction.

33. Christine Botosan, 1997, Disclosure Level and the Cost of Equity Capital, *Accounting Review* 72, 323-350.

**FIGURE 3**
RISK ADJUSTED EXCESS
RETURNS AND
ILLIQUIDITY NYSE
1984-1991*



*The chart show the risk-adjusted excess returns associated with five different values of the Kyle lambda (λ) estimated from the returns on 25 size and lambda sorted portfolios of NYSE stocks during the period 1984-1991.

**TABLE 3** ■ THE EFFECT OF DISCLOSURE QUALITY ON EXPECTED RETURNS FOR FIRMS WITH HIGH AND LOW ANALYST FOLLOWING (BOTOSAN, 1997)*

|  | High Analyst Firms | | | | Low Analyst Firms | | | |
|---|---|---|---|---|---|---|---|---|
|  | Sign | Coefficient | Variable | t-statistic | Sign | Coefficient | Variable | t-statistic |
| Expected Return = |  | 14.0% | Constant | (2.06) |  | 20.9% | Constant | (6.06) |
|  | Plus | 0.082 | Beta | (3.13) | Plus | 0.082 | Beta | (3.13) |
|  | Plus | 0.035× | DQR | (0.99) | Minus | 0.097× | DQR | (1.81) |
|  | Minus | 0.012× | Firm Value | (1.73) | Minus | 0.012× | Firm Value | (1.73) |

*N = 122; $R^2$ = 16.5%. DQR is the firm's Disclosure Quality Rank. Firms are assigned to the High/Low analyst group according to their analyst coverage relative to that of the median firm. The data relate to 1990-1991. Original dummy variable regression has been restated as separate regressions for clarity.

direct evidence of the link between a firm's investor relations activities and its stock price. Botosan examines the relation between the *ex-ante* cost of equity capital and level of financial disclosure for 122 firms in the metals and machinery industries in 1991. The cost of equity capital is estimated by combining the current stock price with *Value Line* forecasts of future earnings and dividends to arrive at the expected long-run return on each stock.[34] The disclosure score is a subjective measure of how much discretionary information each firm discloses in its annual report. Botosan relies on the fact that firms that disclose more information in their annual report generally rank highly on other measures of information disclosure and investor relations.

The expected return is regressed on the firm's beta, its market value, and its *Disclosure Quality*

*Rank*—a ranking from 1 to 10 that is constructed from the disclosure score.

$$\text{Cost of Equity} = a_0 + a_1\text{Beta} + a_2\text{Disclosure Quality Rank} + a_3\text{Firm Value}$$

The results of this regression, reported in Table 3, show that the cost of equity increases with increases in the firm's beta, as the CAPM predicts, and that it is also a slightly decreasing function of the firm's size, as measured by the market value of its equity. But the effect of disclosure quality on the firm's cost of equity depends on whether or not the firm is followed by many analysts. For firms that are followed by many analysts (more than the median number), disclosure quality appears to have no effect on the cost of equity. But for firms that are

34. Botosan uses the Edwards-Bell-Ohlson formula which uses information about payout ratios, returns on equity and book values to forecast future returns.

**APP 0419**

The estimated required returns increase uniformly as we move from the most liquid to the least liquid quintile, and the difference between the most and least liquid quintile is a striking 662 basis points per year—a finding that is strikingly similar to that of Amihud and Mendelsohn's study ten years earlier.

followed by fewer than the median number of analysts, improved disclosure quality significantly reduces the firm's cost of equity capital. Botosan concludes from these results that, for the firms with low analyst following, those with higher quality disclosure experience an almost 10% reduction in their cost of equity capital.

We suspect that, if anything, Botosan's study *underestimates* the effects of disclosure by ignoring the effect of disclosure on the number of analysts who follow the firm. Nevertheless, the study is important for providing direct corroborative evidence of our thesis that investor relations activities that reduce the cost of information acquisition for analysts also reduce a firm's cost of capital and its stock price.[35]

## CONCLUSION

In this paper we have established the importance of a firm's investor relations activities for its stock price. The link between investor relations activities and the stock price is an indirect one. First, we established that investor relations activities, in the form of high levels of disclosure and presentations to investment analysts, increase the number of investment analysts who follow the firm and publish earnings forecasts for the firm by reducing the analysts' cost of information. Such activities also tend to improve the accuracy of analyst forecasts and the degree of agreement across analysts. Second, we showed that the number of analysts who follow a firm has a positive effect on the liquidity of trading in the firm's shares by reducing informational asymmetry. Finally, we showed that there is good evidence that, as one would expect, the market's required rate of return on a stock depends on the liquidity of the market for the stock. Hence, a firm may be able to reduce its cost of capital and increase its stock price by investor relations activities that reduce the cost of information to the market and to investment analysts in particular.

But this is not the only function of investor relations activities. We have also suggested that by presenting a coherent and credible description of a firm's opportunities and strategies, an investor relations program may enhance the credibility of a firm's management, and that this may be particularly valuable when that credibility is called into question by another management group in the course of a takeover attempt.

---

35. There is also evidence suggesting that firms whose Financial Analysts' Federation disclosure score is high enjoy a lower cost of debt as well. See Partha Sengupta, 1998, Corporate Disclosure Quality and the Cost of Debt, *The Accounting Review*, 73: 459-474.

■ MICHAEL BRENNAN

is Goldyne and Irwin Hearsh Professor of Banking and Finance, University of California, Los Angeles, and Professor of Finance, London Business School.

■ CLAUDIA TAMAROWSKI

is Assistant Professor at Bocconi University and SDA Bocconi.

**Journal of Applied Corporate Finance** (ISSN 1078-1196 [print], ISSN 1745-6622 [online]) is published quarterly on behalf of Morgan Stanley by Blackwell Publishing, with offices at 350 Main Street, Malden, MA 02148, USA, and PO Box 1354, 9600 Garsington Road, Oxford OX4 2XG, UK. Call US: (800) 835-6770, UK: +44 1865 778315; fax US: (781) 388-8232, UK: +44 1865 471775, or e-mail: subscrip@bos.blackwellpublishing.com.

**Information For Subscribers** For new orders, renewals, sample copy requests, claims, changes of address, and all other subscription correspondence, please contact the Customer Service Department at your nearest Blackwell office.

**Subscription Rates for Volume 17 (four issues)** Institutional Premium Rate* The Americas† $330, Rest of World £201; Commercial Company Premium Rate, The Americas $440, Rest of World £268; Individual Rate, The Americas $95, Rest of World £70, €105‡; Students**, The Americas $50, Rest of World £28, €42.

*Includes print plus premium online access to the current and all available backfiles. Print and online-only rates are also available (see below).

†Customers in Canada should add 7% GST or provide evidence of entitlement to exemption

‡Customers in the UK should add VAT at 5%; customers in the EU should also add VAT at 5%, or provide a VAT registration number or evidence of entitlement to exemption

** Students must present a copy of their student ID card to receive this rate.

For more information about Blackwell Publishing journals, including online access information, terms and conditions, and other pricing options, please visit www.blackwellpublishing.com or contact our customer service department, tel: (800) 835-6770 or +44 1865 778315 (UK office).

**Back Issues** Back issues are available from the publisher at the current single-issue rate.

**Mailing** *Journal of Applied Corporate Finance* is mailed Standard Rate. Mailing to rest of world by DHL Smart & Global Mail. Canadian mail is sent by Canadian publications mail agreement number 40573520. **Postmaster** Send all address changes to Journal of Applied Corporate Finance, Blackwell Publishing Inc., Journals Subscription Department, 350 Main St., Malden, MA 02148-5020.

*Journal of Applied Corporate Finance* is available online through Synergy, Blackwell's online journal service which allows you to:
• Browse tables of contents and abstracts from over 290 professional, science, social science, and medical journals
• Create your own Personal Homepage from which you can access your personal subscriptions, set up e-mail table of contents alerts and run saved searches
• Perform detailed searches across our database of titles and save the search criteria for future use
• Link to and from bibliographic databases such as ISI.
Sign up for free today at http://www.blackwell-synergy.com.

**Disclaimer** The Publisher, Morgan Stanley, its affiliates, and the Editor cannot be held responsible for errors or any consequences arising from the use of information contained in this journal. The views and opinions expressed in this journal do not necessarily represent those of the Publisher, Morgan Stanley, its affiliates, and Editor, neither does the publication of advertisements constitute any endorsement by the Publisher, Morgan Stanley, its affiliates, and Editor of the products advertised. No person should purchase or sell any security or asset in reliance on any information in this journal.

Morgan Stanley is a full service financial services company active in the securities, investment management and credit services businesses. Morgan Stanley may have and may seek to have business relationships with any person or company named in this journal.

**Copyright** © 2004 Morgan Stanley. All rights reserved. No part of this publication may be reproduced, stored or transmitted in whole or in part in any form or by any means without the prior permission in writing from the copyright holder. Authorization to photocopy items for internal or personal use or for the internal or personal use of specific clients is granted by the copyright holder for libraries and other users of the Copyright Clearance Center (CCC), 222 Rosewood Drive, Danvers, MA 01923, USA (www.copyright.com), provided the appropriate fee is paid directly to the CCC. This consent does not extend to other kinds of copying, such as copying for general distribution for advertising or promotional purposes, for creating new collective works or for resale. Institutions with a paid subscription to this journal may make photocopies for teaching purposes and academic course-packs free of charge provided such copies are not resold. For all other permissions inquiries, including requests to republish material in another work, please contact the Journals Rights and Permissions Coordinator, Blackwell Publishing, 9600 Garsington Road, Oxford OX4 2DQ. E-mail: journalsrights@oxon.blackwellpublishing.com.

| Date | Close/Last | Volume |
|---|---|---|
| 10/31/2012 | 1.26 | 24,775 |
| 10/26/2012 | 1.29 | 136,715 |
| 10/25/2012 | 1.12 | 49,024 |
| 10/24/2012 | 1.08 | 53,500 |
| 10/23/2012 | 1.09 | 87,104 |
| 10/22/2012 | 0.85 | 71,018 |
| 10/19/2012 | 0.15 | 3,250 |
| 10/18/2012 | 1.55 | 0 |
| 10/17/2012 | 1.55 | 0 |
| 10/16/2012 | 1.55 | 0 |
| 10/15/2012 | 1.55 | 0 |
| 10/12/2012 | 1.55 | 0 |
| 10/11/2012 | 1.55 | 0 |
| 10/10/2012 | 1.55 | 0 |
| 10/9/2012 | 1.55 | 0 |
| 10/8/2012 | 1.55 | 0 |
| 10/5/2012 | 1.55 | 0 |
| 10/4/2012 | 1.55 | 727,144 |
| 10/3/2012 | 1.43 | 1,806,498 |
| 10/2/2012 | 1.33 | 491,980 |
| 10/1/2012 | 1.38 | 136,735 |
| 9/28/2012 | 1.43 | 330,689 |
| 9/27/2012 | 1.46 | 555,740 |
| 9/26/2012 | 1.45 | 663,707 |
| 9/25/2012 | 1.37 | 430,775 |
| 9/24/2012 | 1.33 | 451,016 |
| 9/21/2012 | 1.39 | 678,502 |
| 9/20/2012 | 1.48 | 8,447,162 |
| 9/19/2012 | 1.31 | 1,906,231 |
| 9/18/2012 | 1.3 | 493,279 |
| 9/17/2012 | 1.24 | 389,602 |
| 9/14/2012 | 1.25 | 837,098 |
| 9/13/2012 | 1.15 | 1,936,944 |
| 9/12/2012 | 1.14 | 924,698 |
| 9/11/2012 | 1.03 | 405,115 |
| 9/10/2012 | 1.07 | 454,626 |
| 9/7/2012 | 1.06 | 2,618,470 |
| 9/6/2012 | 0.856 | 787,596 |
| 9/5/2012 | 0.8 | 1,006,495 |
| 9/4/2012 | 0.8 | 960,459 |
| 8/31/2012 | 0.75 | 34,472 |
| 8/30/2012 | 0.76 | 326,373 |
| 8/29/2012 | 0.76 | 694,101 |
| 8/28/2012 | 0.73 | 333,120 |
| 8/27/2012 | 0.71 | 3,760 |
| 8/24/2012 | 0.71 | 10,250 |
| 8/23/2012 | 0.7 | 36,957 |
| 8/22/2012 | 0.7 | 1,000 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 8/21/2012 | 0.75 | 249,460 |
| 8/20/2012 | 0.7 | 3,030 |
| 8/17/2012 | 0.7 | 2,500 |
| 8/16/2012 | 0.7 | 0 |
| 8/15/2012 | 0.7 | 3,892 |
| 8/14/2012 | 0.7 | 18,350 |
| 8/13/2012 | 0.7 | 0 |
| 8/10/2012 | 0.7 | 6,000 |
| 8/9/2012 | 0.69 | 16,450 |
| 8/8/2012 | 0.69 | 2,450 |
| 8/7/2012 | 0.72 | 10,700 |
| 8/6/2012 | 0.65 | 19,000 |
| 8/3/2012 | 0.68 | 7,580 |
| 8/2/2012 | 0.72 | 13,000 |
| 8/1/2012 | 0.72 | 126,188 |
| 7/31/2012 | 0.7 | 1,000 |
| 7/30/2012 | 0.7 | 6,700 |
| 7/27/2012 | 0.7 | 1,450 |
| 7/26/2012 | 0.68 | 9,000 |
| 7/25/2012 | 0.65 | 10,200 |
| 7/24/2012 | 0.73 | 8,500 |
| 7/23/2012 | 0.68 | 0 |
| 7/20/2012 | 0.68 | 4,200 |
| 7/19/2012 | 0.68 | 2,500 |
| 7/18/2012 | 0.7 | 80,271 |
| 7/17/2012 | 0.78 | 500 |
| 7/16/2012 | 0.67 | 2,300 |
| 7/13/2012 | 0.67 | 41,700 |
| 7/12/2012 | 0.75 | 3,100 |
| 7/11/2012 | 0.85 | 1,700 |
| 7/10/2012 | 0.77 | 9,500 |
| 7/9/2012 | 0.77 | 18,223 |
| 7/6/2012 | 0.73 | 3,727 |
| 7/5/2012 | 0.88 | 57,703 |
| 7/3/2012 | 0.75 | 52,500 |
| 7/2/2012 | 0.74 | 0 |
| 6/29/2012 | 0.74 | 480 |
| 6/28/2012 | 0.74 | 1,000 |
| 6/27/2012 | 0.74 | 4,250 |
| 6/26/2012 | 0.7 | 4,000 |
| 6/25/2012 | 0.7 | 4,250 |
| 6/22/2012 | 0.7 | 1,000 |
| 6/21/2012 | 0.7 | 7,000 |
| 6/20/2012 | 0.75 | 137,243 |
| 6/19/2012 | 0.68 | 31,397 |
| 6/18/2012 | 0.69 | 6,000 |
| 6/15/2012 | 0.64 | 36,500 |
| 6/14/2012 | 0.65 | 0 |

| Date | Close/Last | Volume |
|------|-----------:|-------:|
| 6/13/2012 | 0.65 | 10,500 |
| 6/12/2012 | 0.6 | 25,501 |
| 6/11/2012 | 0.64 | 13,000 |
| 6/8/2012 | 0.64 | 0 |
| 6/7/2012 | 0.64 | 1,500 |
| 6/6/2012 | 0.65 | 6,669 |
| 6/5/2012 | 0.65 | 1,854 |
| 6/4/2012 | 0.65 | 1,641 |
| 6/1/2012 | 0.65 | 16,700 |
| 5/31/2012 | 0.64 | 8,369 |
| 5/30/2012 | 0.6399 | 1,634 |
| 5/29/2012 | 0.64 | 3,620 |
| 5/25/2012 | 0.5008 | 2,000 |
| 5/24/2012 | 0.55 | 0 |
| 5/23/2012 | 0.55 | 500 |
| 5/22/2012 | 0.5499 | 128,500 |
| 5/21/2012 | 0.55 | 8,910 |
| 5/18/2012 | 0.54 | 110,700 |
| 5/17/2012 | 0.6 | 2,000 |
| 5/16/2012 | 0.6 | 45,000 |
| 5/15/2012 | 0.6 | 30,800 |
| 5/14/2012 | 0.6 | 17,100 |
| 5/11/2012 | 0.65 | 9,500 |
| 5/10/2012 | 0.6 | 24,900 |
| 5/9/2012 | 0.55 | 5,000 |
| 5/8/2012 | 0.6 | 17,500 |
| 5/7/2012 | 0.65 | 12,500 |
| 5/4/2012 | 0.6 | 10,000 |
| 5/3/2012 | 0.65 | 68,500 |
| 5/2/2012 | 0.65 | 15,240 |
| 5/1/2012 | 0.65 | 15,866 |
| 4/30/2012 | 0.65 | 5,363 |
| 4/27/2012 | 0.6493 | 31,646 |
| 4/26/2012 | 0.73 | 500 |
| 4/25/2012 | 0.65 | 1,000 |
| 4/24/2012 | 0.73 | 10,350 |
| 4/23/2012 | 0.75 | 0 |
| 4/20/2012 | 0.75 | 5,000 |
| 4/19/2012 | 0.7 | 3,500 |
| 4/18/2012 | 0.75 | 2,000 |
| 4/17/2012 | 0.75 | 20,446 |
| 4/16/2012 | 0.7 | 36,455 |
| 4/13/2012 | 0.82 | 50,345 |
| 4/12/2012 | 0.8 | 10,760 |
| 4/11/2012 | 0.81 | 100 |
| 4/10/2012 | 0.83 | 1,000 |
| 4/9/2012 | 0.84 | 5,645 |
| 4/5/2012 | 0.84 | 11,200 |

| Date | Close/Last | Volume |
|---|---|---|
| 4/4/2012 | 0.84 | 0 |
| 4/3/2012 | 0.84 | 2,750 |
| 4/2/2012 | 0.85 | 84,800 |
| 3/30/2012 | 0.8 | 3,500 |
| 3/29/2012 | 0.91 | 0 |
| 3/28/2012 | 0.91 | 29,000 |
| 3/27/2012 | 0.9 | 1,900 |
| 3/26/2012 | 0.9 | 2,500 |
| 3/23/2012 | 0.9 | 11,300 |
| 3/22/2012 | 0.94 | 17,500 |
| 3/21/2012 | 0.9 | 6,000 |
| 3/20/2012 | 0.94 | 48,150 |
| 3/19/2012 | 0.898 | 107,683 |
| 3/16/2012 | 0.85 | 2,755 |
| 3/15/2012 | 0.87 | 17,800 |
| 3/14/2012 | 0.85 | 18,067 |
| 3/13/2012 | 0.9 | 1,500 |
| 3/12/2012 | 0.9 | 5,000 |
| 3/9/2012 | 0.95 | 43,600 |
| 3/8/2012 | 0.97 | 10,500 |
| 3/7/2012 | 0.95 | 24,621 |
| 3/6/2012 | 0.96 | 33,271 |
| 3/5/2012 | 0.96 | 45,129 |
| 3/2/2012 | 0.99 | 23,600 |
| 3/1/2012 | 0.95 | 40,528 |
| 2/29/2012 | 0.94 | 135,903 |
| 2/28/2012 | 0.94 | 31,500 |
| 2/27/2012 | 0.93 | 11,600 |
| 2/24/2012 | 0.95 | 3,970 |
| 2/23/2012 | 0.92 | 76,320 |
| 2/22/2012 | 0.9 | 1,250 |
| 2/21/2012 | 0.9 | 19,301 |
| 2/17/2012 | 0.9 | 2,600 |
| 2/16/2012 | 0.89 | 21,520 |
| 2/15/2012 | 0.89 | 10,500 |
| 2/14/2012 | 0.92 | 56,773 |
| 2/13/2012 | 0.88 | 2,151 |
| 2/10/2012 | 0.9 | 0 |
| 2/9/2012 | 0.9 | 4,900 |
| 2/8/2012 | 0.9 | 12,500 |
| 2/7/2012 | 0.9 | 9,920 |
| 2/6/2012 | 0.93 | 153,000 |
| 2/3/2012 | 1 | 171,921 |
| 2/2/2012 | 0.93 | 158,941 |
| 2/1/2012 | 0.95 | 6,000 |
| 1/31/2012 | 0.95 | 17,500 |
| 1/30/2012 | 0.94 | 22,830 |
| 1/27/2012 | 0.945 | 33,000 |

**APP 0425**

| Date | Close/Last | Volume |
|---|---|---|
| 1/26/2012 | 0.93 | 4,000 |
| 1/25/2012 | 0.91 | 82,900 |
| 1/24/2012 | 0.85 | 15,000 |
| 1/23/2012 | 0.9 | 13,500 |
| 1/20/2012 | 0.9 | 10,500 |
| 1/19/2012 | 0.93 | 0 |
| 1/18/2012 | 0.93 | 9,500 |
| 1/17/2012 | 0.93 | 14,809 |
| 1/13/2012 | 0.95 | 4,200 |
| 1/12/2012 | 0.95 | 13,100 |
| 1/11/2012 | 0.95 | 12,723 |
| 1/10/2012 | 0.92 | 51,650 |
| 1/9/2012 | 0.98 | 2,132 |
| 1/6/2012 | 0.98 | 23,115 |
| 1/5/2012 | 1 | 50,430 |
| 1/4/2012 | 1 | 17,500 |
| 1/3/2012 | 1.01 | 35,049 |
| 12/30/2011 | 1 | 9,550 |
| 12/29/2011 | 1.03 | 30,090 |
| 12/28/2011 | 1.01 | 488,731 |
| 12/27/2011 | 1 | 18,510 |
| 12/23/2011 | 1.01 | 39,900 |
| 12/22/2011 | 1.03 | 45,600 |
| 12/21/2011 | 1.03 | 2,800 |
| 12/20/2011 | 1.01 | 5,600 |
| 12/19/2011 | 1 | 64,994 |
| 12/16/2011 | 1.05 | 800,606 |
| 12/15/2011 | 1.05 | 9,750 |
| 12/14/2011 | 1.03 | 41,558 |
| 12/13/2011 | 1.07 | 25,025 |
| 12/12/2011 | 1.09 | 66,100 |
| 12/9/2011 | 1.05 | 32,925 |
| 12/8/2011 | 1.03 | 55,600 |
| 12/7/2011 | 1.03 | 15,116 |
| 12/6/2011 | 1.03 | 14,630 |
| 12/5/2011 | 1.04 | 17,150 |
| 12/2/2011 | 1.025 | 103,264 |
| 12/1/2011 | 1.015 | 38,550 |
| 11/30/2011 | 1.04 | 61,088 |
| 11/29/2011 | 1.04 | 43,741 |
| 11/28/2011 | 1.01 | 140,400 |
| 11/25/2011 | 1.02 | 5,850 |
| 11/23/2011 | 1.04 | 164,952 |
| 11/22/2011 | 1.02 | 87,900 |
| 11/21/2011 | 1 | 78,064 |
| 11/18/2011 | 1.02 | 70,944 |
| 11/17/2011 | 1.01 | 240,500 |
| 11/16/2011 | 1.01 | 107,850 |

**APP 0426**

| Date | Close/Last | Volume |
|------|-----------|--------|
| 11/15/2011 | 0.95 | 190,842 |
| 11/14/2011 | 0.93 | 67,534 |
| 11/11/2011 | 0.86 | 42,179 |
| 11/10/2011 | 0.88 | 150,903 |
| 11/9/2011 | 0.82 | 314,720 |
| 11/8/2011 | 0.78 | 291,004 |
| 11/7/2011 | 0.77 | 99,033 |
| 11/4/2011 | 0.75 | 35,416 |
| 11/3/2011 | 0.74 | 204,681 |
| 11/2/2011 | 0.72 | 205,053 |
| 11/1/2011 | 0.6 | 61,121 |
| 10/31/2011 | 0.65 | 6,550 |
| 10/28/2011 | 0.63 | 37,900 |
| 10/27/2011 | 0.7 | 149,987 |
| 10/26/2011 | 0.62 | 61,350 |
| 10/25/2011 | 0.62 | 17,400 |
| 10/24/2011 | 0.6 | 88,394 |
| 10/21/2011 | 0.57 | 20,860 |
| 10/20/2011 | 0.55 | 64,100 |
| 10/19/2011 | 0.54 | 77,500 |
| 10/18/2011 | 0.55 | 47,050 |
| 10/17/2011 | 0.56 | 23,350 |
| 10/14/2011 | 0.59 | 169,116 |
| 10/13/2011 | 0.55 | 8,500 |
| 10/12/2011 | 0.55 | 42,500 |
| 10/11/2011 | 0.55 | 35,246 |
| 10/10/2011 | 0.58 | 10,984 |
| 10/7/2011 | 0.55 | 23,700 |
| 10/6/2011 | 0.55 | 161,303 |
| 10/5/2011 | 0.54 | 2,500 |
| 10/4/2011 | 0.55 | 4,000 |
| 10/3/2011 | 0.54 | 16,450 |
| 9/30/2011 | 0.58 | 25,250 |
| 9/29/2011 | 0.57 | 42,500 |
| 9/28/2011 | 0.57 | 61,500 |
| 9/27/2011 | 0.58 | 70,885 |
| 9/26/2011 | 0.56 | 174,076 |
| 9/23/2011 | 0.55 | 337,491 |
| 9/22/2011 | 0.55 | 246,587 |
| 9/21/2011 | 0.595 | 63,000 |
| 9/20/2011 | 0.57 | 92,815 |
| 9/19/2011 | 0.59 | 10,000 |
| 9/16/2011 | 0.6 | 14,500 |
| 9/15/2011 | 0.6 | 100 |
| 9/14/2011 | 0.62 | 100,115 |
| 9/13/2011 | 0.59 | 770 |
| 9/12/2011 | 0.55 | 27,900 |
| 9/9/2011 | 0.55 | 14,600 |

| Date | Close/Last | Volume |
|---|---|---|
| 9/8/2011 | 0.55 | 34,000 |
| 9/7/2011 | 0.6 | 25,563 |
| 9/6/2011 | 0.56 | 97,539 |
| 9/2/2011 | 0.5 | 53,920 |
| 9/1/2011 | 0.59 | 16,843 |
| 8/31/2011 | 0.59 | 34,762 |
| 8/30/2011 | 0.59 | 13,000 |
| 8/29/2011 | 0.62 | 5,836 |
| 8/26/2011 | 0.625 | 1,000 |
| 8/25/2011 | 0.625 | 21,100 |
| 8/24/2011 | 0.6 | 22,200 |
| 8/23/2011 | 0.62 | 22,000 |
| 8/22/2011 | 0.6 | 129,673 |
| 8/19/2011 | 0.68 | 90,877 |
| 8/18/2011 | 0.65 | 84,966 |
| 8/17/2011 | 0.55 | 89,775 |
| 8/16/2011 | 0.68 | 9,365 |
| 8/15/2011 | 0.7 | 28,950 |
| 8/12/2011 | 0.7 | 25,800 |
| 8/11/2011 | 0.7299 | 30,500 |
| 8/10/2011 | 0.75 | 30,533 |
| 8/9/2011 | 0.72 | 48,590 |
| 8/8/2011 | 0.74 | 223,433 |
| 8/5/2011 | 0.75 | 35,822 |
| 8/4/2011 | 0.78 | 11,253 |
| 8/3/2011 | 0.75 | 24,025 |
| 8/2/2011 | 0.73 | 57,680 |
| 8/1/2011 | 0.75 | 10,803 |
| 7/29/2011 | 0.73 | 23,555 |
| 7/28/2011 | 0.73 | 23,390 |
| 7/27/2011 | 0.72 | 20,500 |
| 7/26/2011 | 0.75 | 31,405 |
| 7/25/2011 | 0.78 | 19,000 |
| 7/22/2011 | 0.7999 | 7,270 |
| 7/21/2011 | 0.8 | 39,910 |
| 7/20/2011 | 0.8 | 70,260 |
| 7/19/2011 | 0.8 | 368,505 |
| 7/18/2011 | 0.8 | 84,883 |
| 7/15/2011 | 0.75 | 100,729 |
| 7/14/2011 | 0.71 | 51,330 |
| 7/13/2011 | 0.71 | 91,319 |
| 7/12/2011 | 0.7 | 96,701 |
| 7/11/2011 | 0.7 | 58,900 |
| 7/8/2011 | 0.7 | 19,758 |
| 7/7/2011 | 0.7 | 234,028 |
| 7/6/2011 | 0.64 | 63,300 |
| 7/5/2011 | 0.62 | 24,909 |
| 7/1/2011 | 0.63 | 62,052 |

| Date | Close/Last | Volume |
|---|---|---|
| 6/30/2011 | 0.63 | 47,140 |
| 6/29/2011 | 0.62 | 17,951 |
| 6/28/2011 | 0.62 | 72,462 |
| 6/27/2011 | 0.61 | 112,700 |
| 6/24/2011 | 0.58 | 69,812 |
| 6/23/2011 | 0.58 | 267,292 |
| 6/22/2011 | 0.58 | 65,304 |
| 6/21/2011 | 0.58 | 33,700 |
| 6/20/2011 | 0.54 | 100,407 |
| 6/17/2011 | 0.52 | 168,567 |
| 6/16/2011 | 0.53 | 449,251 |
| 6/15/2011 | 0.52 | 349,745 |
| 6/14/2011 | 0.5 | 144,122 |
| 6/13/2011 | 0.49 | 134,725 |
| 6/10/2011 | 0.47 | 114,140 |
| 6/9/2011 | 0.46 | 158,900 |
| 6/8/2011 | 0.4 | 91,562 |
| 6/7/2011 | 0.4 | 99,424 |
| 6/6/2011 | 0.37 | 750 |
| 6/3/2011 | 0.4 | 10,712 |
| 6/2/2011 | 0.4 | 12,000 |
| 6/1/2011 | 0.41 | 1,000 |
| 5/31/2011 | 0.41 | 700 |
| 5/27/2011 | 0.38 | 36,843 |
| 5/26/2011 | 0.42 | 89,700 |
| 5/25/2011 | 0.42 | 79,000 |
| 5/24/2011 | 0.42 | 224,960 |
| 5/23/2011 | 0.35 | 12,650 |
| 5/20/2011 | 0.4 | 57,500 |
| 5/19/2011 | 0.34 | 0 |
| 5/18/2011 | 0.34 | 11,490 |
| 5/17/2011 | 0.34 | 1,200 |
| 5/16/2011 | 0.35 | 0 |
| 5/13/2011 | 0.35 | 38,285 |
| 5/12/2011 | 0.3 | 13,800 |
| 5/11/2011 | 0.33 | 42,000 |
| 5/10/2011 | 0.35 | 8,300 |
| 5/9/2011 | 0.33 | 33,240 |
| 5/6/2011 | 0.35 | 7,773 |
| 5/5/2011 | 0.35 | 8,904 |
| 5/4/2011 | 0.35 | 27,950 |
| 5/3/2011 | 0.41 | 59,210 |
| 5/2/2011 | 0.41 | 13,250 |
| 4/29/2011 | 0.42 | 27,205 |
| 4/28/2011 | 0.44 | 85,250 |
| 4/27/2011 | 0.43 | 25,200 |
| 4/26/2011 | 0.45 | 60,393 |
| 4/25/2011 | 0.43 | 27,820 |

**APP 0429**

| Date | Close/Last | Volume |
|------|-----------|--------|
| 4/21/2011 | 0.46 | 21,200 |
| 4/20/2011 | 0.46 | 58,500 |
| 4/19/2011 | 0.45 | 69,900 |
| 4/18/2011 | 0.45 | 27,773 |
| 4/15/2011 | 0.45 | 23,300 |
| 4/14/2011 | 0.45 | 30,350 |
| 4/13/2011 | 0.43 | 51,380 |
| 4/12/2011 | 0.44 | 34,009 |
| 4/11/2011 | 0.44 | 42,704 |
| 4/8/2011 | 0.45 | 5,672 |
| 4/7/2011 | 0.47 | 64,085 |
| 4/6/2011 | 0.48 | 46,465 |
| 4/5/2011 | 0.48 | 72,540 |
| 4/4/2011 | 0.435 | 12,600 |
| 4/1/2011 | 0.45 | 19,000 |
| 3/31/2011 | 0.48 | 21,626 |
| 3/30/2011 | 0.48 | 84,360 |
| 3/29/2011 | 0.49 | 69,793 |
| 3/28/2011 | 0.49 | 150,914 |
| 3/25/2011 | 0.43 | 48,702 |
| 3/24/2011 | 0.435 | 38,948 |
| 3/23/2011 | 0.45 | 127,720 |
| 3/22/2011 | 0.5 | 10,131 |
| 3/21/2011 | 0.5 | 27,000 |
| 3/18/2011 | 0.43 | 114,400 |
| 3/17/2011 | 0.49 | 10,950 |
| 3/16/2011 | 0.51 | 353,471 |
| 3/15/2011 | 0.505 | 158,215 |
| 3/14/2011 | 0.45 | 144,822 |
| 3/11/2011 | 0.49 | 14,266 |
| 3/10/2011 | 0.49 | 37,100 |
| 3/9/2011 | 0.53 | 124,787 |
| 3/8/2011 | 0.58 | 150,839 |
| 3/7/2011 | 0.58 | 299,590 |
| 3/4/2011 | 0.625 | 325,974 |
| 3/3/2011 | 0.61 | 520,858 |
| 3/2/2011 | 0.62 | 108,950 |
| 3/1/2011 | 0.63 | 269,992 |
| 2/28/2011 | 0.619 | 316,458 |
| 2/25/2011 | 0.619 | 346,643 |
| 2/24/2011 | 0.589 | 2,886,483 |
| 2/23/2011 | 0.57 | 456,888 |
| 2/22/2011 | 0.52 | 744,923 |
| 2/18/2011 | 0.43 | 108,949 |
| 2/17/2011 | 0.43 | 131,800 |
| 2/16/2011 | 0.43 | 303,783 |
| 2/15/2011 | 0.365 | 70,295 |
| 2/14/2011 | 0.38 | 370,027 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 2/11/2011 | 0.35 | 171,444 |
| 2/10/2011 | 0.27 | 15,620 |
| 2/9/2011 | 0.3 | 42,800 |
| 2/8/2011 | 0.3 | 62,310 |
| 2/7/2011 | 0.312 | 30,071 |
| 2/4/2011 | 0.35 | 18,700 |
| 2/3/2011 | 0.35 | 18,544 |
| 2/2/2011 | 0.37 | 139,984 |
| 2/1/2011 | 0.359 | 42,181 |
| 1/31/2011 | 0.35 | 4,874 |
| 1/28/2011 | 0.38 | 78,220 |
| 1/27/2011 | 0.35 | 32,150 |
| 1/26/2011 | 0.36 | 23,265 |
| 1/25/2011 | 0.3872 | 138,451 |
| 1/24/2011 | 0.42 | 104,476 |
| 1/21/2011 | 0.395 | 160,455 |
| 1/20/2011 | 0.4 | 61,590 |
| 1/19/2011 | 0.41 | 193,399 |
| 1/18/2011 | 0.395 | 167,860 |
| 1/14/2011 | 0.39 | 142,105 |
| 1/13/2011 | 0.41 | 92,703 |
| 1/12/2011 | 0.385 | 144,794 |
| 1/11/2011 | 0.43 | 278,198 |
| 1/10/2011 | 0.375 | 251,408 |
| 1/7/2011 | 0.32 | 210,221 |
| 1/6/2011 | 0.29 | 153,700 |
| 1/5/2011 | 0.257 | 296,142 |
| 1/4/2011 | 0.225 | 135,063 |
| 1/3/2011 | 0.249 | 45,735 |
| 12/31/2010 | 0.25 | 255,874 |
| 12/30/2010 | 0.198 | 223,900 |
| 12/29/2010 | 0.195 | 38,413 |
| 12/28/2010 | 0.22 | 158,596 |
| 12/27/2010 | 0.225 | 165,600 |
| 12/23/2010 | 0.22 | 11,000 |
| 12/22/2010 | 0.224 | 92,721 |
| 12/21/2010 | 0.22 | 35,410 |
| 12/20/2010 | 0.24 | 81,858 |
| 12/17/2010 | 0.24 | 60,960 |
| 12/16/2010 | 0.25 | 35,529 |
| 12/15/2010 | 0.24 | 80,452 |
| 12/14/2010 | 0.26 | 39,337 |
| 12/13/2010 | 0.26 | 50,245 |
| 12/10/2010 | 0.26 | 118,335 |
| 12/9/2010 | 0.27 | 171,298 |
| 12/8/2010 | 0.28 | 60,898 |
| 12/7/2010 | 0.28 | 114,036 |
| 12/6/2010 | 0.26 | 72,455 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 12/3/2010 | 0.25 | 233,834 |
| 12/2/2010 | 0.25 | 734,168 |
| 12/1/2010 | 0.33 | 227,272 |
| 11/30/2010 | 0.35 | 312,232 |
| 11/29/2010 | 0.38 | 170,308 |
| 11/26/2010 | 0.386 | 45,790 |
| 11/24/2010 | 0.381 | 241,427 |
| 11/23/2010 | 0.44 | 500,384 |
| 11/22/2010 | 0.41 | 576,194 |
| 11/19/2010 | 0.53 | 369,434 |
| 11/18/2010 | 0.535 | 2,441,811 |
| 11/17/2010 | 0.53 | 780,645 |
| 11/16/2010 | 0.52 | 187,260 |
| 11/15/2010 | 0.57 | 616,963 |
| 11/12/2010 | 0.56 | 49,000 |
| 11/11/2010 | 0.51 | 52,850 |
| 11/10/2010 | 0.53 | 92,490 |
| 11/9/2010 | 0.55 | 46,154 |
| 11/8/2010 | 0.54 | 98,559 |
| 11/5/2010 | 0.52 | 17,600 |
| 11/4/2010 | 0.53 | 83,600 |
| 11/3/2010 | 0.53 | 24,880 |
| 11/2/2010 | 0.53 | 38,704 |
| 11/1/2010 | 0.52 | 6,200 |
| 10/29/2010 | 0.56 | 80,416 |
| 10/28/2010 | 0.485 | 35,149 |
| 10/27/2010 | 0.475 | 23,204 |
| 10/26/2010 | 0.475 | 7,600 |
| 10/25/2010 | 0.48 | 19,885 |
| 10/22/2010 | 0.5 | 22,100 |
| 10/21/2010 | 0.505 | 12,780 |
| 10/20/2010 | 0.515 | 16,750 |
| 10/19/2010 | 0.53 | 26,990 |
| 10/18/2010 | 0.53 | 77,384 |
| 10/15/2010 | 0.4999 | 25,952 |
| 10/14/2010 | 0.475 | 10,400 |
| 10/13/2010 | 0.475 | 25,400 |
| 10/12/2010 | 0.475 | 1,100 |
| 10/11/2010 | 0.4999 | 88,005 |
| 10/8/2010 | 0.46 | 39,400 |
| 10/7/2010 | 0.55 | 18,400 |
| 10/6/2010 | 0.46 | 325 |
| 10/5/2010 | 0.45 | 44,472 |
| 10/4/2010 | 0.53 | 106,400 |
| 10/1/2010 | 0.57 | 3,700 |
| 9/30/2010 | 0.55 | 13,607 |
| 9/29/2010 | 0.55 | 18,252 |
| 9/28/2010 | 0.59 | 10,683 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 9/27/2010 | 0.56 | 17,076 |
| 9/24/2010 | 0.59 | 114,927 |
| 9/23/2010 | 0.58 | 195,110 |
| 9/22/2010 | 0.51 | 37,525 |
| 9/21/2010 | 0.51 | 23,013 |
| 9/20/2010 | 0.49 | 184,768 |
| 9/17/2010 | 0.4 | 76,144 |
| 9/16/2010 | 0.385 | 6,800 |
| 9/15/2010 | 0.385 | 13,000 |
| 9/14/2010 | 0.385 | 12,174 |
| 9/13/2010 | 0.39 | 12,845 |
| 9/10/2010 | 0.4 | 33,435 |
| 9/9/2010 | 0.4 | 8,989 |
| 9/8/2010 | 0.395 | 1,226 |
| 9/7/2010 | 0.39 | 17,000 |
| 9/3/2010 | 0.375 | 7,735 |
| 9/2/2010 | 0.395 | 7,910 |
| 9/1/2010 | 0.395 | 5,066 |
| 8/31/2010 | 0.4 | 14,257 |
| 8/30/2010 | 0.4 | 16,940 |
| 8/27/2010 | 0.41 | 21,260 |
| 8/26/2010 | 0.4 | 15,500 |
| 8/25/2010 | 0.41 | 11,685 |
| 8/24/2010 | 0.45 | 5,099 |
| 8/23/2010 | 0.42 | 48,588 |
| 8/20/2010 | 0.41 | 11,810 |
| 8/19/2010 | 0.43 | 2,975 |
| 8/18/2010 | 0.43 | 11,759 |
| 8/17/2010 | 0.44 | 2,007 |
| 8/16/2010 | 0.48 | 16,160 |
| 8/13/2010 | 0.45 | 25,800 |
| 8/12/2010 | 0.48 | 3,000 |
| 8/11/2010 | 0.46 | 36,833 |
| 8/10/2010 | 0.48 | 56,911 |
| 8/9/2010 | 0.435 | 92,135 |
| 8/6/2010 | 0.375 | 24,204 |
| 8/5/2010 | 0.34 | 37,533 |
| 8/4/2010 | 0.35 | 22,280 |
| 8/3/2010 | 0.38 | 18,253 |
| 8/2/2010 | 0.35 | 4,090 |
| 7/30/2010 | 0.34 | 30,800 |
| 7/29/2010 | 0.35 | 50,523 |
| 7/28/2010 | 0.37 | 60,600 |
| 7/27/2010 | 0.35 | 41,465 |
| 7/26/2010 | 0.335 | 59,592 |
| 7/23/2010 | 0.37 | 58,652 |
| 7/22/2010 | 0.38 | 34,512 |
| 7/21/2010 | 0.395 | 4,650 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 7/20/2010 | 0.4 | 7,667 |
| 7/19/2010 | 0.37 | 58,242 |
| 7/16/2010 | 0.43 | 20,400 |
| 7/15/2010 | 0.43 | 21,487 |
| 7/14/2010 | 0.43 | 20,935 |
| 7/13/2010 | 0.435 | 81,265 |
| 7/12/2010 | 0.44 | 16,215 |
| 7/9/2010 | 0.425 | 25,633 |
| 7/8/2010 | 0.44 | 19,166 |
| 7/7/2010 | 0.39 | 117,362 |
| 7/6/2010 | 0.44 | 111,912 |
| 7/2/2010 | 0.5 | 28,144 |
| 7/1/2010 | 0.5 | 58,370 |
| 6/30/2010 | 0.43 | 52,514 |
| 6/29/2010 | 0.495 | 84,908 |
| 6/28/2010 | 0.56 | 67,690 |
| 6/25/2010 | 0.59 | 51,304 |
| 6/24/2010 | 0.53 | 162,864 |
| 6/23/2010 | 0.46 | 129,601 |
| 6/22/2010 | 0.44 | 377,649 |
| 6/21/2010 | 0.6 | 117,254 |
| 6/18/2010 | 0.67 | 204,201 |
| 6/17/2010 | 0.67 | 653,006 |
| 6/16/2010 | 0.78 | 261,046 |
| 6/15/2010 | 0.83 | 700,885 |
| 6/14/2010 | 0.72 | 135,568 |
| 6/11/2010 | 0.66 | 160,863 |
| 6/10/2010 | 0.72 | 232,802 |
| 6/9/2010 | 0.7 | 142,848 |
| 6/8/2010 | 0.6 | 233,378 |
| 6/7/2010 | 0.79 | 119,978 |
| 6/4/2010 | 0.9 | 189,647 |
| 6/3/2010 | 0.77 | 699,102 |
| 6/2/2010 | 0.78 | 728,454 |
| 6/1/2010 | 0.925 | 517,446 |
| 5/28/2010 | 1.07 | 482,336 |
| 5/27/2010 | 1.11 | 883,067 |
| 5/26/2010 | 1.18 | 417,126 |
| 5/25/2010 | 1.15 | 416,986 |
| 5/24/2010 | 1.11 | 674,947 |
| 5/21/2010 | 1.06 | 298,100 |
| 5/20/2010 | 1.04 | 226,186 |
| 5/19/2010 | 1.04 | 197,500 |
| 5/18/2010 | 1.06 | 547,300 |
| 5/17/2010 | 1.02 | 106,700 |
| 5/14/2010 | 0.96 | 42,000 |
| 5/13/2010 | 1 | 49,510 |
| 5/12/2010 | 1 | 30,100 |

| Date | Close/Last | Volume |
|------|-----------|--------|
| 5/11/2010 | 1 | 10,400 |
| 5/10/2010 | 1.02 | 39,948 |
| 5/7/2010 | 1 | 17,681 |
| 5/6/2010 | 1 | 62,000 |
| 5/5/2010 | 1.01 | 63,000 |
| 5/4/2010 | 1.03 | 56,860 |
| 5/3/2010 | 1.03 | 21,500 |
| 4/30/2010 | 1.02 | 53,400 |
| 4/29/2010 | 1.02 | 282,100 |
| 4/28/2010 | 0.97 | 115,000 |
| 4/27/2010 | 0.92 | 15,000 |
| 4/26/2010 | 0.92 | 32,000 |
| 4/23/2010 | 0.96 | 5,000 |
| 4/22/2010 | 0.91 | 16,000 |
| 4/21/2010 | 0.9 | 131,500 |
| 4/20/2010 | 0.9 | 138,800 |
| 4/19/2010 | 0.86 | 19,200 |
| 4/16/2010 | 0.87 | 69,600 |
| 4/15/2010 | 0.9 | 174,700 |
| 4/14/2010 | 0.96 | 186,800 |
| 4/13/2010 | 0.9 | 519,900 |
| 4/12/2010 | 0.89 | 1,689,900 |
| 4/9/2010 | 0.68 | 1,219,200 |
| 4/8/2010 | 0.58 | 2,318,500 |
| 4/7/2010 | 0.45 | 1,217,200 |
| 4/6/2010 | 0.4 | 1,097,200 |
| 4/5/2010 | 0.43 | 389,200 |
| 4/1/2010 | 0.85 | 89,800 |
| 3/30/2010 | 0.8 | 5,400 |
| 3/29/2010 | 0.8 | 5,000 |
| 3/26/2010 | 0.8 | 5,600 |
| 3/25/2010 | 0.8 | 54,000 |
| 1/27/2010 | 5 | 20,000 |

Source: Bloomberg
Ticker: LBSV

London Fix Historical silver - result

Page 2 of 2



| SILVER 2012 London Fix - USD | | | | | | | | | | | www.kitco.com |
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 33.8000 | 34.5600 | | 30.7800 | 27.3800 | | 27.8700 | | 34.3500 | 32.6600 | | |
| 2 | | 33.6700 | 35.2100 | 32.4200 | 30.5200 | | 27.3600 | 27.4200 | | 34.8500 | 31.9200 | |
| 3 | 28.7800 | 33.9300 | | 32.9700 | 30.3600 | | 27.9200 | 27.2500 | 31.7400 | 34.7200 | | 33.4200 |
| 4 | 29.1600 | | | 31.9800 | 29.9000 | | 28.1100 | | 32.0800 | 34.9600 | | 33.3000 |
| 5 | 28.9200 | | 34.1800 | 31.2700 | | | 28.3300 | | 32.1000 | 34.8500 | 30.9100 | 33.0700 |
| 6 | 29.4000 | 33.5200 | 33.2200 | | | 29.3600 | 27.3200 | 27.7200 | 32.8700 | | 31.4000 | 32.8300 |
| 7 | | 33.2800 | 33.1700 | | | 29.2800 | | 28.0000 | 32.2200 | | 32.1400 | 32.8500 |
| 8 | | 34.3700 | 34.0900 | | 29.5800 | 28.1700 | | 27.8400 | | 33.8500 | 31.7000 | |
| 9 | 28.6500 | 33.8000 | 33.8700 | | 28.7700 | | 27.2400 | 28.0200 | | 33.8700 | 32.1600 | |
| 10 | 29.6900 | 33.5500 | | 31.5500 | 29.2500 | | 27.5700 | 27.8800 | 33.6000 | 33.7900 | | 33.3400 |
| 11 | 29.8100 | | | 31.7000 | 28.5800 | 28.6300 | 27.1900 | | 33.5200 | 34.2000 | | 33.1700 |
| 12 | 30.5600 | | 33.7700 | 31.4700 | | 28.5400 | 26.6700 | | 33.6300 | 33.7900 | 32.6300 | 33.1000 |
| 13 | 29.6400 | 33.8400 | 33.5800 | 32.3650 | | 28.8700 | 27.4800 | 28.0500 | 33.0000 | | 32.5600 | 32.6900 |
| 14 | | 33.5100 | 32.8400 | | 28.3300 | 28.8800 | | 27.8400 | 34.7100 | | 32.4800 | 32.5200 |
| 15 | | 33.6900 | 32.3600 | | 28.2800 | 28.6600 | | 27.6400 | | 33.2200 | 32.5700 | |
| 16 | 29.8000 | 33.1800 | 32.2700 | 31.3200 | 27.2300 | | 27.0500 | 27.8400 | | 32.8000 | 32.2700 | |
| 17 | 30.4100 | 33.4800 | | 31.6400 | 27.4800 | | 27.4200 | 28.2000 | 34.5300 | 33.0300 | | 32.2100 |
| 18 | 30.1500 | | | 31.6100 | 28.4800 | 28.4300 | 27.0300 | | 34.0600 | 32.9900 | | 32.3800 |
| 19 | 30.7300 | | 32.4400 | 31.4700 | | 28.8100 | 27.4500 | | 34.6500 | 32.3300 | 32.6700 | 31.3700 |
| 20 | 30.3600 | 33.5800 | 32.2200 | 31.7900 | | 28.3100 | 27.0700 | 28.1000 | 34.2900 | | 33.1900 | 31.1200 |
| 21 | | 33.6500 | 31.9700 | | 28.3900 | 27.8600 | | 28.6200 | 34.6900 | | 33.0100 | 29.8900 |
| 22 | | 34.0800 | 31.7900 | | 28.0700 | 26.8100 | | 29.3300 | | 32.1700 | 33.2900 | |
| 23 | 32.4500 | 34.5500 | 31.5400 | 31.1600 | 27.7600 | | 26.9500 | 30.3200 | | 31.7100 | 33.4100 | |
| 24 | 31.9500 | 33.5700 | | 30.8600 | 26.0800 | | 26.9300 | 30.3700 | 33.7300 | 31.9500 | | 30.1900 |
| 25 | 31.6700 | | | 30.6900 | 28.2400 | 26.7200 | 27.1100 | | 34.0100 | 32.0800 | | |
| 26 | 33.3500 | | 32.2300 | 30.7000 | | 27.4400 | 27.8100 | | 33.8800 | 31.6700 | 30.4.0800 | |
| 27 | 33.4800 | 35.0900 | 33.0100 | 31.1400 | | 26.8350 | 27.7300 | | 33.9500 | | 34.0500 | 29.7500 |
| 28 | | 35.6000 | 32.4300 | | 28.5200 | 26.8100 | | 30.8100 | 34.6500 | | 33.8500 | 30.1500 |
| 29 | | 37.2300 | 31.7900 | | 28.2500 | 27.0800 | | 30.7300 | | 31.8200 | 33.7600 | |
| 30 | 33.1800 | | 32.4300 | 31.2000 | 27.6800 | | 27.6400 | 30.6600 | | 31.9800 | 34.2800 | |
| 31 | 33.6600 | | | | 28.1000 | | 28.2000 | 30.5200 | | 32.2800 | | 29.9500 |
| Avg | 30.7686 | 34.1405 | 32.9532 | 31.5524 | 28.6655 | 28.0471 | 27.4318 | 28.6968 | 33.6006 | 33.1874 | 32.7732 | 31.9632 |
| High | 33.6000 | 37.2300 | 35.2100 | 32.9700 | 30.7800 | 29.3600 | 28.3300 | 30.8100 | 34.7100 | 34.9600 | 34.2800 | 33.4200 |
| Low | 28.7800 | 33.1800 | 31.5400 | 30.7000 | 27.2500 | 26.7200 | 26.6700 | 27.2500 | 31.7400 | 31.6700 | 30.9100 | 29.7500 |
| Cumulative Avg | 31.1497 | | | | | | | | | | | |

© 2014 Kitco Metals Inc.   About Us | Website Terms of Use | Privacy Policy | Kitco Media | Advertise With Us |
Careers | Contact Us | Feedback