UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

     Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

     Defendants.

**APPENDIX TO MOTION TO DISMISS
BY ROBERT DONALD BRUCE GENOVESE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. AND
OUTLOOK INVESTMENTS, INC.**

**PART III**

Thomas O. Gorman
Dorsey & Whitney LLP
1801 K Street, N. W., Suite 750
Washington, D. C.  20006
Telephone:  202-442-3000
Fax:  202-442-3199
Email: gorman.tom@dorsey.com

Date:  October 6, 2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:13-cv-80923-KLR**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

      Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC. LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

      Defendants.

**DECLARATION OF CHIMERA THOMPSON IN SUPPORT OF MOTION**
**TO DISMISS BY ROBERT GENOVESE,**
**BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS,**
**INC. AND OUTLOOK INVESTMENTS, INC.**

I, Chimera Thompson, hereby declare as follows:

1.      I am a member of the Bar of the State of New York with the law firm of Dorsey &

Whitney LLP, 1801 K Street, N.W., Suite 750, Washington, D.C.  20006.

2.      This Firm represents Robert Genovese, BG Capital Group Ltd., Look Back

Investments, Inc. and Outlook Investments, Inc.

3.      I make this Declaration on my personal knowledge in support of Robert Genovese,

BG Capital Group Ltd, Look Back Investments, Inc. and Outlook Investments, Inc.'s Motion to

Dismiss.

4.      Attached hereto as App0001 is a true and correct copy of the SEC Order of Suspension of Trading obtained from the Securities Exchange Commission ("SEC's") website, www.sec.gov., *In the Matter of:  Liberty Silver Corp.*, SEC File No. 500-1 (Issued Oct. 5, 2012).

5.      Attached hereto as App0002-18 is a true and correct copy of the SEC Order obtained from the SEC's website, www.sec.gov., *In the Matter of:  John Thomas Capital Management Group LLC, et al.*, SEC File No. 3-15244 (Issued Mar. 22, 2013).

6.      Attached hereto as App0019-20 is a true and correct copy of the Opinion and Order, obtained from the Ontario Securities Commission ("OSC's") website, www.sedar.com, *In the Matter of The Securities Act, R.S.O. 1990, c. S.5 as amended and In the Matter of Liberty Silver Corp.* (Issued Oct. 12, 2012).

7.      Attached hereto as App0021-46 is a true and correct copy of the Federal Court Opinion and Order issued on September 23, 2014, in *Salvani v. ADVFN PLC, 13-cv-7082,* obtained from the Southern District of New York's website https://ecf.nysd.uscourts.gov/cgi-bin/ShowIndex.pl

8.      Attached hereto as App0047-77 is a true and correct copy of the Amended Complaint filed on August 5, 2014 in *SEC v. Galas, 14-cv-5621, W. D. WA. ,* obtained from SEC's website, http://www.sec.gov/litigation/complaints/2014/comp-pr2014-159.pdf

9.      Attached hereto as App0078-80 is a true and correct copy of the August 28, 2012, BG Capital News Release obtained from the Company.

10.     Attached hereto as App0081-82 is a true and correct copy of the September 27, 2012, BG Capital News Release obtained from the Company.

11.     Attached hereto as App0083-86 is a true and correct copy of the December 21, 2011, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

12.     Attached hereto as App0087-88 is a true and correct copy of the January 25, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

13.     Attached hereto as App0089-91 is a true and correct copy of the May 22, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

14.     Attached hereto as App0092-99 is a true and correct copy of the July 9, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

15.     Attached hereto as App0100-102 is a true and correct copy of the July 16, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

16.     Attached hereto as App0103-105 is a true and correct copy of the July 24, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com..

17.     Attached hereto as App0106-109 is a true and correct copy of the July 26, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

18.     Attached hereto as App0110-111 is a true and correct copy of the August 8, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

19.     Attached hereto as App0112-115 is a true and correct copy of the August 21, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

20.     Attached hereto as App0116-118 is a true and correct copy of the October 16, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

21.     Attached hereto as App0119-1251 is a true and correct copy of the October 19, 2012, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

22.     Attached hereto as App0126-129 is a true and correct copy of the January 7, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

23.     Attached hereto as App0130-132 is a true and correct copy of the February 28, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

24. Attached hereto as App0133-135 is a true and correct copy of the March 21, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

25. Attached hereto as App0136-139 is a true and correct copy of the October 4, 2013, Liberty Silver News Release obtained from the OSC's website, www.sedar.com.

26. Attached hereto as App0140-145 is a true and correct copy of the July 31, 2012, Sennen News Release obtained from the OSC's website, www.sedar.com.

27. Attached hereto as App0146-198 is a true and correct copy of the December 21, 2011, Liberty Silver Form 10-K obtained from the website: www.sec.gov.

28. Attached hereto as App0199-262 is a true and correct copy of the June 30, 2012, Liberty Silver Form 10-K obtained from the website: www.sec.gov.

29. Attached hereto as App0263-332 is a true and correct copy of the June 30, 2013, Liberty Silver Form 10-K obtained from the website: www.sec.gov.

30. Attached hereto as App0333-335 is a true and correct copy of the July 7, 2010, SEC article entitled *"BAZI® Completes $500,000 Financing, Capping a $2.0 Million Capital Raise and Announces John Thomas Financial as its Exclusive Investment Bank,"*

*http://www.sec.gov/Archives/edgar/data/1134765/000113476510000008/ex99-07082010_100755.htm.*

31. Attached hereto as App0336-337 is a true and correct copy of the May 16, 2012, article entitled *"John Thomas Financial Raises $33 Million for Private Shares of Facebook in Secondary Market"*, Market Wired, *http://finance.yahoo.com/news/john-thomas-financial-raises-33-140500244.html.*

32. Attached hereto as App0338-339 is a true and correct copy of the January 18, 2011, article entitled *"John Thomas Financial CEO Thomas Belesis Reveals His Plans for Expansion in an Exclusive Interview with CNBC,"* Market Wired, *http://www.marketwired.com/press-release/john-thomas-financial-ceo-thomas-belesis-reveals-his-plans-expansion-exclusive-interview-1381679.htm* .

33.     Attached hereto as App0340-341 is a true and correct copy of the June 3, 2011, article entitled *"John Thomas Financial Chief Economist Says Investors Should Maintain a Bullish Posture,"* Business Wire, *http://www.businesswire.com/news/home/20110603005502/en/John-Thomas-Financial-Chief-Economist-Investors-Maintain.*

34.     Attached hereto as App0342-343 is a true and correct copy of the February 29, 2012, article entitled *"John Thomas Financial Releases 2012 Economic Outlook,"* Greek USA Reporter, *http://usa.greekreporter.com/2012/02/29/john-thomas-financial-releases-2012-economic-outlook/.*

35.     Attached hereto as App0344 is a true and correct copy of the website entitled *John Thomas,* Linkedin.com, *https://www.linkedin.com/company/john-thomas-financial.*

36.     Attached hereto as App0345-347 is a true and correct copy of the July 20, 2011, article entitled *"John Thomas Financial Raises $40 Million in Private Equity Placement for Kadmon I,"* Businesswire.com, *http://www.businesswire.com/news/home/20110720005330/en/John-Thomas-Financial-Raises-40-Million-Private* .

37.     Attached hereto as App0348-349 is a true and correct copy of the September 10, 2012, article entitled *"John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies"* Market Wired, *http://www.marketwired.com/press-release/john-thomas-financial-forms-highline-research-advisors-provide-institutional-investment-1699483.htm.*

38.     Attached hereto as App0350-354 is a true and correct copy of the December 13, 2012, article entitled  *"Latitude Global Has Engaged John Thomas Financial as its Investment Banking Firm,"* Globenewswire.com, *http://globenewswire.com/news-release/2012/12/13/511340/10015578/en/Latitude-Global-Has-Engaged-John-Thomas-Financial-as-Its-Investment-Banking-Firm.html.*

39.     Attached hereto as App0355-357 is a true and correct copy of the January 29, 2010, article entitled *"New Embattled Minority: Wall Street Brokers,"* The New York Times, *http://www.nytimes.com/2010/01/28/nyregion/28bankers.html?_r=0.*

40.     Attached hereto as App0358-373 is a true and correct copy of the Anonymous Post Sold on the Internet regarding LBSV and Bobby Genovese, http://www.mediafire.com/view/?t63tft59qjrb3pb.

41.     Attached hereto as App0374-383 is a true and correct copy of the agenda to the Cambridge House Agenda – The Silver Summit 10th Anniversary obtained from the website: http://cambridgehouse.com/event/10/the-silver-summit-10th-anniversary/agenda.

42.     Attached hereto as App0384-398 is a true and correct copy of the agenda to the Cambridge House Agenda – 2012 Toronto Resource Investment Conference obtained from the website:  http://cambridgehouse.com/event/9/toronto-resource-investment-conference-2012/agenda.

43.     Attached hereto as App0399-404 is a true and correct copy of the list of exhibitors from the Cambridge House 2012 Toronto Resource Investment Conference obtained from the website:  http://cambridgehouse.com/event/9/toronto-resource-investment-conference-2012/exhibitors.

44.     Attached hereto as App0405-407 is a true and correct copy of the October 22, 2013, article entitled *"Icahn Cashes in on Netflix for $825M Profit, Still has 4.5% Stake,"* Forbes, *http://www.forbes.com/sites/steveschaefer/2013/10/22/carl-icahn-cashes-in-on-netflix-cuts-stake-to-take-profits/.*

45.     Attached hereto as App0408-421 is a true and correct copy of the Winter 2000, article entitled *"Investor Relations, Liquidity, and Stock Prices,"* published in the Journal of Applied Corporate Finance.

46.     Attached hereto as App0422-435 is a true and correct copy of the LBSV Historical Stock Prices obtained from Bloomberg.

47.     Attached hereto as App0436 is a true and correct copy of the London Fix Historical Silver Prices, http://www.kitco.com/scripts/hist_charts/yearly_graphs.plx.

48.     Attached hereto as App0437-444 is a true and correct copy of the November 16, 2011, OSC Stock Chart, obtained from the OSC's website, www.sedar.com.

49.     Attached hereto as App0445-572 is a true and correct copy of the December 1, 2011, Liberty Silver Technical Report:  Mine Development Associates Technical Report on the Trinity Project, obtained from the OSC's website, www.sedar.com.

50.     Attached hereto as App0573 is a true and correct copy of the SEC Release "Pump & Dumps" and Market Manipulations obtained at obtained from the SEC's website, www.sec.gov., http://www.sec.gov/answers/pumpdump.htm.\.

51.     Attached hereto as App0574-576 is a true and correct copy of Liberty Silver Form 8-K dated November 10, 2011, obtained from the SEC's website, www.sec.gov., http://www.sec.gov/Archives/edgar/data/1407583/000113705011000352/libertysilver_8kitem101priva.htm.

52.     Attached hereto as App0577-613 is a true and correct copy of Liberty Silver Exhibit 10-2 Subscription Agreement, obtained from the SEC's website, www.sec.gov., http://www.sec.gov/Archives/edgar/data/1407583/000113705011000352/exhibit1012subscriptionagree.htm.

I certify under penalty of perjury that the foregoing is true and correct.


DATED:  October 6, 2014                          */s/ Chimera Thompson*
                                                 Chimera Thompson
                                                 Dorsey & Whitney LLP
                                                 1801 K Street, N. W., Suite 750
                                                 Washington, D. C.  20006
                                                 Telephone:  202-442-3000
                                                 Fax:  202-442-3199
                                                 Email:Thompson.chimera@dorsey.com

## **TABLE OF CONTENTS**

**PLEADINGS/ORDERS:**                                                              **Page**

*In the Matter of:  Liberty Silver Corp.*, SEC File No. 500-1 Order of Suspension
   of Trading (Issued October 5, 2012) ............................................................ APP0001

*In the Matter of:  John Thomas Capital Management Group LLC, et al.,* SEC
   File No. 3-15244 Order (Issued March 22, 2013) ...................................... APP0002-18

*In the Matter of The Securities Act, R.S.O. 1990, c. S.5 as amended and In the Matter of*
   *Liberty Silver Corp.*, Ontario Securities Commission Temporary Order .................. APP0019-20

*Salvani v. ADVFN PLC*, 13-cv-7082, S.D.N.Y Opinion and Order (Issued
   September 23, 2014) ........................................................................... APP0021-46

*SEC v. Galas*, 14-cv-5621, W. D. WA Amended Complaint (Filed
   August 5, 2014) ................................................................................ APP0047-77

**NEWS RELEASES:**

BG Capital News Release dated August 28, 2012 ........................................... APP078-80

BG Capital News Release dated September 27, 2012 ..................................... APP081-82

Liberty Silver News Release dated December 21, 2011 ................................... APP083-86

Liberty Silver News Release dated January 25, 2012 ..................................... APP087-88

Liberty Silver News Release dated May 22, 2012 .......................................... APP089-91

Liberty Silver News Release dated July 9, 2012 ............................................ APP092-99

Liberty Silver News Release dated July 16, 2012 .......................................... APP0100-102

Liberty Silver News Release dated July 24, 2012 .......................................... APP0103-105

Liberty Silver News Release dated July 26, 2012 .......................................... APP0106-109

Liberty Silver News Release dated August 8, 2012 ........................................ APP0110-111

Liberty Silver News Release dated August 21, 2012 ...................................... APP0112-115

Liberty Silver News Release dated October 16, 2012 ..................................... APP0116-118

Liberty Silver News Release dated October 19, 2012 ..................................... APP0119-125

Liberty Silver News Release dated January 7, 2013 ....................................... APP0126-129

Liberty Silver News Release dated February 28, 2013...............................................APP0130-132

Liberty Silver News Release dated March 21, 2013..................................................APP0133-135

Liberty Silver News Release dated October 4, 2013................................................APP0136-139

Sennen News Release dated July 31, 2012 ............................................................APP0140-145

**FINANCIAL DOCUMENTS**:

Liberty Silver Form 10-K dated December 21, 2011 .............................................APP0146-198

Liberty Silver Form 10-K dated June 30, 2012.....................................................APP0199-262

Liberty Silver Form 10-K dated June 30, 2013.....................................................APP0263-332

**INFORMATION PERTAINING TO JOHN THOMAS**:

"BAZI® Completes $500,000 Financing, Capping a $2.0 Million Capital Raise and Announces John Thomas Financial as its Exclusive Investment Bank" (July 7, 2010)
http://www.sec.gov/Archives/edgar/data/1134765/000113476510000008/ex99-07082010_100755.htm
........................................................................................................APP0333-335

"John Thomas Financial Raises $33 Million for Private Shares of Facebook in Secondary Market", Market Wired, (May 16, 2012) http://finance.yahoo.com/news/john-thomas-financial-raises-33-140500244.html............................................................................APP0336-337

"John Thomas Financial CEO Thomas Belesis Reveals His Plans for Expansion in an Exclusive Interview with CNBC," Market Wired (January 18, 2011) http://www.marketwired.com/press-release/john-thomas-financial-ceo-thomas-belesis-reveals-his-plans-expansion-exclusive-interview-1381679.htm ...............................................................................APP0338-339

"John Thomas Financial Chief Economist Says Investors Should Maintain a Bullish Posture," Business Wire, June 3, 2011) http://www.businesswire.com/news/home/20110603005502/en/John-Thomas-Financial-Chief-Economist-Investors-Maintain.................................................APP0340-341

"John Thomas Financial Releases 2012 Economic Outlook," Greek USA Reporter (February 29, 2012) http://usa.greekreporter.com/2012/02/29/john-thomas-financial-releases-2012-economic-outlook/
........................................................................................................APP0342-343

John Thomas, Linkedin.com
https://www.linkedin.com/company/john-thomas-financial.................................... APP0344

"John Thomas Financial Raises $40 Million in Private Equity Placement for Kadmon I," Businesswire.com (July 20, 2011)
http://www.businesswire.com/news/home/20110720005330/en/John-Thomas-Financial-Raises-40-Million-Private............................................................................APP0345-347

"John Thomas Financial Forms Highline Research Advisors to Provide Institutional Investment Banking Services for Healthcare Companies" Market Wired (September 10, 2012) http://www.marketwired.com/press-release/john-thomas-financial-forms-highline-research-advisors-provide-institutional-investment-1699483.htm ...................................................................APP0348-349

 "Latitude Global Has Engaged John Thomas Financial as its Investment Banking Firm," Globenewswire.com (December 13, 2012) http://globenewswire.com/news-release/2012/12/13/511340/10015578/en/Latitude-Global-Has-Engaged-John-Thomas-Financial-as-Its-Investment-Banking-Firm.html ........................................................................APP0350-354

"New Embattled Minority:  Wall Street Brokers," The New York Times (January 28, 2010) http://www.nytimes.com/2010/01/28/nyregion/28bankers.html?_r=0 ........................APP0355-357

## MISCELLANEOUS:

Anonymous Post Sold on the Internet regarding LBSV and Bobby Genovese ...............APP0358-373

Cambridge House Agenda – The Silver Summit 10th Anniversary .....................................APP0374-383

Cambridge House Agenda – Toronto Resource Investment Conference .........................APP0384-398

Cambridge House – List of Exhibitors ........................................................................APP0399-404

"Icahn Cashes in on Netflix for $825M Profit, Still has 4.5% Stake, Forbes (October 22, 2013) http://www.forbes.com/sites/steveschaefer/2013/10/22/carl-icahn-cashes-in-on-netflix-cuts-stake-to-take-profits/ ...................................................................................................APP0405-407

"Investor Relations, Liquidity, and Stock Prices," Journal of Applied Corporate Finance (Winter 2000) .................................................................................APP0408-421

LBSV Historical Stock Prices.........................................................................................APP0422-435

London Fix Historical Silver Prices ..................................................................................... APP0436

OSC Stock Chart dated November 15, 2011.................................................................APP0437-444

Liberty Silver Technical Report:  Mine Development Associates Technical Report on the Trinity Project, dated December 1, 2011........................................................APP0445-571

SEC Release "Pump & Dumps" and Market Manipulations ...................................................... APP0573

Liberty Silver Form 8-K dated November 10, 2011.................................................APP0574-576

Liberty Silver Exhibit 10-2 Subscription Agreement.............................................................APP0577-614

**FORM 55-102F6**
**INSIDER REPORT**
(See instructions on the back of this report)

*Notice – Collection and Use of Personal Information:* The personal information required under this form is collected on behalf of and used by the securities regulatory authorities set out below for purposes of the administration and enforcement of the securities legislation in British Columbia, Saskatchewan, Manitoba, Ontario, Québec, Nova Scotia, Nova Scotia and Newfoundland. Some of the required information will be made public pursuant to the securities legislation in each of the jurisdictions indicated above. Other required information will remain confidential and will not be disclosed to any person or company except to any of the securities regulatory authorities or their authorized representatives. If you have any questions about the collection and use of this information, you may contact the securities regulatory authority in any jurisdiction(s) in which the required information is filed, at the address(es) or telephone number(s) set out on the back of this report.

**BOX 1.  NAME OF THE REPORTING ISSUER (BLOCK LETTERS)**

Liberty Silver Corp.

**BOX 2.  INSIDER DATA**

**RELATIONSHIP(S) TO REPORTING ISSUER** — 3

**CHANGE IN RELATIONSHIP FROM LAST REPORT**  ☐ YES  ☐ NO

**DATE OF LAST REPORT FILED**  DD | MM | YY

**IF INITIAL REPORT, DATE ON WHICH YOU BECAME AN INSIDER**  DD 15 | MM 11 | YY 11

**BOX 3.  NAME, ADDRESS AND TELEPHONE NUMBER OF THE INSIDER (BLOCK LETTERS)**

FAMILY NAME OR CORPORATE NAME — Genovese

GIVEN NAMES — Robert Donald Bruce

NO. | STREET | As per SEDI profile.

CITY | PROV | POSTAL CODE

APT

BUSINESS TELEPHONE NUMBER | EXT

BUSINESS FAX NUMBER

CHANGE IN NAME, ADDRESS OR TELEPHONE NUMBER FROM LAST REPORT  ☐ YES  ☐ NO

**BOX 4.  JURISDICTION(S) WHERE THE ISSUER IS A REPORTING ISSUER OR THE EQUIVALENT**

☒ ONTARIO  ☐ QUÉBEC
☒ BRITISH COLUMBIA
☒ ALBERTA
☒ SASKATCHEWAN
☒ MANITOBA
☐ NEW BRUNSWICK
☐ NORTHWEST TERRITORIES
☐ NEWFOUNDLAND
☐ YUKON
☐ NOVA SCOTIA
☐ PRINCE EDWARD ISLAND
☐ NUNAVUT

**BOX 5.  INSIDER HOLDINGS AND CHANGES (IF INITIAL REPORT, COMPLETE SECTIONS** Ⓐ Ⓑ **AND** Ⓔ **ONLY. SEE ALSO INSTRUCTIONS TO BOX 5)**

| Ⓐ DESIGNATION OF CLASS OF SECURITIES | Ⓑ BALANCE OF CLASS OF SECURITIES ON LAST REPORT | DATE DD | MM | YY | Ⓒ TRANSACTIONS NATURE | NUMBER/VALUE ACQUIRED | NUMBER/VALUE DISPOSED OF | UNIT PRICE / EXERCISE PRICE $ US | Ⓓ PRESENT BALANCE OF CLASS OF SECURITIES HELD | Ⓔ DIRECT/INDIRECT OWNERSHIP / CONTROL OR DIRECTION | Ⓕ IDENTIFY THE REGISTERED HOLDER WHERE OWNERSHIP IS INDIRECT OR WHERE CONTROL OR DIRECTION IS EXERCISED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Shares (Opening Balance) | | | | | | | | ☐ | 7,153,502 | 2 | Outlook Investments, Inc. |
| Common Shares (Opening Balance) | | | | | | | | ☐ | 0 | 2 | Lookback Investments Inc. |
| Common Shares (Opening Balance) | | | | | | | | ☐ | Please see attached Schedule for all common share transactions. | 2 | BG Capital Group Ltd. |
| Subscription Receipts (Opening Balance) | | | | | | | | ☐ | 6,500,000 | 2 | Lookback Investments Inc. |
| Subscription Receipts (Opening Balance) | | | | | | | | ☐ | 0 | 2 | Lookback Investments Inc. |
| Subscription Receipts | 6,500,000 | 19 | 12 | 11 | 36 | | 6,500,000 | ☐ | 0 | 2 | Continued on next page |

**BOX 6.  REMARKS**

Page 1 of 2.

The undersigned certifies that the information given in this report is true and complete in every respect. It is an offence to submit information that, in a material respect and at the time and in the light of the circumstances in which it is submitted, is misleading or untrue.

**BOX 7.  SIGNATURE**

NAME (BLOCK LETTERS) — Robert Donald Bruce Genovese

SIGNATURE

DATE OF THIS REPORT  DD | MM | YY

ATTACHMENT  ☒ YES  ☐ NO

This form is used as a uniform report for the insider reporting requirements under all provincial securities Acts. The terminology used is generic to accommodate the various Acts.

CORRESPONDENCE  ☒ ENGLISH  ☐ FRENCH

KEEP A COPY FOR YOUR FILE

BCSC 55-102F6 Rev. 2008 / 6 / 13   VERSION FRANÇAISE DISPONIBLE SUR DEMANDE

DM_TOR/289017.0000/6040497.1

**APP 0437**

**FORM 55-102F6**

# INSIDER REPORT
(See instructions on the back of this report)

*Notice – Collection and Use of Personal Information:* The personal information required under this form is collected on behalf of and used by the securities regulatory authorities set out below for purposes of the administration and enforcement of certain provisions of the securities legislation in British Columbia, Alberta, Saskatchewan, Manitoba, Ontario, Quebec, Nova Scotia, New Brunswick, Nova Scotia and Newfoundland. Some of the required information will be made public pursuant to the securities legislation in each of the jurisdictions indicated above. Other required information will remain confidential and will not be disclosed to any person or company except to any of the securities regulatory authorities or their authorized representatives. If you have any questions about the collection and use of this information, you may contact the securities regulatory authority in any jurisdiction(s) in which the required information is filed, at the address(es) or telephone number(s) set out on the back of this report.

**BOX 1.  NAME OF THE REPORTING ISSUER (BLOCK LETTERS)**

Liberty Silver Corp.

**BOX 2. INSIDER DATA**

| RELATIONSHIP(S) TO REPORTING ISSUER | DATE OF LAST REPORT FILED |  | OR | DATE ON WHICH YOU BECAME AN INSIDER |  |
|---|---|---|---|---|---|
| 3 | DD | MM | YY | DD | MM | YY |
| | 15 | 11 | 11 |  |  |  |

CHANGE IN RELATIONSHIP FROM LAST REPORT   ☐ YES   ☐ NO

**BOX 3.  NAME, ADDRESS AND TELEPHONE NUMBER OF THE INSIDER (BLOCK LETTERS)**

FAMILY NAME OR CORPORATE NAME
Genovese

GIVEN NAMES
Robert Donald Bruce

NO.   STREET
As per SEDI profile.

CITY                      PROV                  APT

BUSINESS TELEPHONE NUMBER        EXT              POSTAL CODE

BUSINESS FAX NUMBER

CHANGE IN NAME, ADDRESS OR TELEPHONE NUMBER FROM LAST REPORT   ☐ YES   ☐ NO

**BOX 4. JURISDICTION(S) WHERE THE ISSUER IS A REPORTING ISSUER OR THE EQUIVALENT**

☒ ALBERTA        ☒ ONTARIO
☒ BRITISH COLUMBIA   ☐ QUEBEC
☐ MANITOBA       ☒ SASKATCHEWAN
☐ NEW BRUNSWICK  ☐ NORTHWEST TERRITORIES
☐ NEWFOUNDLAND   ☐ YUKON
☐ NOVA SCOTIA    ☐ NUNAVUT
☐ PRINCE EDWARD ISLAND

**BOX 5. INSIDER HOLDINGS AND CHANGES (IF INITIAL REPORT, COMPLETE SECTIONS Ⓐ Ⓑ AND Ⓔ Ⓕ ONLY, SEE ALSO INSTRUCTIONS TO BOX 5)**

| Ⓐ DESIGNATION OF CLASS OF SECURITIES | Ⓑ BALANCE OF CLASS OF SECURITIES ON LAST REPORT | Ⓒ TRANSACTIONS |  |  |  |  | Ⓓ PRESENT BALANCE OF CLASS OF SECURITIES HELD | Ⓔ DIRECT/INDIRECT OWNERSHIP/CONTROL OR DIRECTION (IF INDIRECT OR WHERE CONTROL OR DIRECTION IS EXERCISED) | Ⓕ IDENTIFY THE REGISTERED HOLDER WHERE OWNERSHIP IS INDIRECT OR WHERE CONTROL OR DIRECTION IS EXERCISED |
|---|---|---|---|---|---|---|---|---|---|
| | | DATE | | NATURE | NUMBER/VALUE ACQUIRED | NUMBER/VALUE DISPOSED OF | UNIT PRICE / EXERCISE PRICE $ US | | |
| | | DD | MM | YY | | | | | | |
| Warrants (Opening Balance) | 0 | | | | | | | 0 | 2 | Lookback Investments, Inc. |
| Warrants | | 19 | 12 | 11 | 36 | 6,500,000 | | 0.65 ☐ | 6,500,000 ☐ | 2 | Lookback Investments, Inc. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**BOX 6. REMARKS**

Page 2 of 2.
The warrants expire on December 31, 2013.

**BOX 7. SIGNATURE**

The undersigned certifies that the information given in this report is true and complete in every respect. It is an offence to submit information that, in a material respect and at the time and in the light of the circumstances in which it is submitted, is misleading or untrue.

NAME (BLOCK LETTERS)
Robert Donald Bruce Genovese

SIGNATURE

DATE OF THIS REPORT
DD   MM   YY

---

**ATTACHMENT**   ☒ YES   ☐ NO

This form is used as a uniform report for the insider reporting requirements under all provincial securities Acts. The terminology used is generic to accommodate the various Acts.

**CORRESPONDENCE**   ☒ ENGLISH   ☐ FRENCH

KEEP A COPY FOR YOUR FILE

BCSC 55-102F6 Rev. 2008 / 6 / 13     VERSION FRANÇAISE DISPONIBLE SUR DEMANDE

DM_TOR/289017.0000/6055269.1

**APP 0438**

| Account | Settlement Date | SEDI Code | Activity | Quantity | Company | Price | USD | Total (All Accounts) | Outlook | Total (Outlook) | Lookback | Total (Lookback) | BG | Total (BG) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | 15-Nov-11 | | | | | | | 7,321,303 | | 7,153,502 | | - | 9,000 | 167,801 |
| 25400411 US (BG) | 16-Nov-11 | 10 - Public | bought | 9,000 LBSV | | $ 0.8660 | X | 7,330,303 | | 7,153,502 | | - | 9,000 | 176,801 |
| 25400411 US (BG) | 17-Nov-11 | 10 - Public | bought | 2,500 LBSV | | $ 0.9000 | X | 7,332,803 | | 7,153,502 | | - | 2,500 | 179,301 |
| 25400411 US (BG) | 18-Nov-11 | 10 - Public | sold | 27,500 LBSV | | $ 0.9800 | X | 7,305,303 | | 7,153,502 | | - | 27,500 | 151,801 |
| 25400411 US (BG) | 21-Nov-11 | 10 - Public | sold | 24,500 LBSV | | $ 1.0220 | X | 7,280,803 | | 7,153,502 | | - | 24,500 | 127,301 |
| 25400411 US (BG) | 22-Nov-11 | 10 - Public | sold | 5,000 LBSV | | $ 1.0360 | X | 7,285,803 | | 7,153,502 | | - | 5,000 | 132,301 |
| Credit Suisse US (BG) | 23-Nov-11 | 199 - Other | Transferred In | 500,000 LBSV | | N/A | | 7,785,803 | | 7,153,502 | | - | 500,000 | 632,301 |
| 25400411 CAN (BG) | 23-Nov-11 | 10 - Public | bought | 2,000 LBSV | | $ 1.0360 | X | 7,787,803 | | 7,153,502 | | - | 2,000 | 634,301 |
| 25400411 US (BG) | 28-Nov-11 | 10 - Public | sold | 500 LBSV | | $ 1.0200 | X | 7,787,303 | | 7,153,502 | | - | 500 | 633,901 |
| 25400411 US (BG) | 29-Nov-11 | 10 - Public | sold | 5,500 LBSV | | $ 1.0360 | X | 7,792,803 | | 7,153,502 | | - | 5,500 | 639,901 |
| 25400411 US (BG) | 30-Nov-11 | 10 - Public | sold | 500 LBSV | | $ 1.0260 | X | 7,792,303 | | 7,153,502 | | - | 500 | 639,801 |
| 25400411 US (BG) | 01-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0100 | X | 7,798,303 | | 7,153,502 | | - | 500 | 639,901 |
| 25400411 US (BG) | 02-Dec-11 | 10 - Public | bought | 5,000 LBSV | | $ 1.0400 | X | 7,798,803 | | 7,153,502 | | - | 5,000 | 644,901 |
| 25400411 US (BG) | 06-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0470 | X | 7,799,303 | | 7,153,502 | | - | 500 | 645,401 |
| 25400411 US (BG) | 08-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0400 | X | 7,799,803 | | 7,153,502 | | - | 500 | 645,901 |
| 25400411 US (BG) | 09-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0400 | X | 7,800,303 | | 7,153,502 | | - | 500 | 646,401 |
| 25400411 CAN (BG) | 12-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0300 | X | 7,800,803 | | 7,153,502 | | - | 500 | 646,801 |
| 25400411 CAN (BG) | 13-Dec-11 | 10 - Public | bought | 700 LBSV | | $ 1.0360 | X | 7,801,003 | | 7,153,502 | | - | 700 | 647,501 |
| 25400411 US (BG) | 14-Dec-11 | 10 - Public | bought | 500 LBSV | | $ 1.0300 | X | 7,803,503 | | 7,153,502 | | - | 500 | 647,901 |
| 25400411 CAN (BG) | 15-Dec-11 | 10 - Public | bought | 2,500 LBSV | | $ 1.0620 | X | 7,803,703 | | 7,153,502 | | - | 2,500 | 650,001 |
| 172-459864 US (Outlook) | 16-Dec-11 | 10 - Public | bought | 200 LBSV | | $ 1.0500 | X | 7,803,703 | | 7,153,502 | | - | 200 | 650,201 |
| Private Placement (Outlook) | 16-Dec-11 | 138 - Conversion | Bought | 2,000,000 LSIT | | | | 9,803,703 | 2,000,000 | 9,153,502 | | - | | 650,201 |
| 25400411 US (BG) | 19-Dec-11 | 138 - Conversion | Converted | 6,500,000 | | | | 2,510,725 | 2,510,725 | 6,642,777 | 6,500,000 | 6,500,000 | | 650,201 |
| 172-459864 US (Outlook) | 20-Dec-11 | 10 - Public | bought | 329,300 LSIT | | $ 0.9900 | X | 13,792,278 | 329,900 | 7,132,650 | | 6,500,000 | 1,300 | 651,501 |
| 25400411 US (BG) | 22-Dec-11 | 10 - Public | bought | 160,573 LBSV | | $ 0.9066 | X | 13,965,878 | 160,573 | 6,803,350 | | 6,500,000 | 314,150 | 965,651 |
| Credit Suisse US (BG) | 23-Dec-11 | 10 - Public | Bought | 25,000 LBSV | | $ 0.9500 | X | 13,815,878 | | 6,642,777 | | 6,500,000 | 4,450 | 970,001 |
| Credit Suisse US (BG) | 02-Feb-12 | 10 - Public | bought | 125,000 LBSV | | $ 0.9267 | X | 13,965,878 | | 6,642,777 | | 6,500,000 | 3,000 | 973,001 |
| Credit Suisse US (BG) | 02-Feb-12 | 10 - Public | Bought | 4,500 LBSV | | $ 0.9500 | X | 14,126,451 | | 6,642,777 | | 6,500,000 | 150,000 | 823,101 |
| Credit Suisse US (BG) | 14-Feb-12 | 10 - Public | Bought | 1,500 LBSV | | $ 0.9900 | X | 14,118,428 | | 6,642,777 | | 6,500,000 | 150,000 | 823,101 |
| 172-459864 US (Outlook) | 17-Jan-12 | 10 - Public | bought | 1,500 LBSV | | $ 0.9900 | X | 14,112,878 | | 6,642,777 | | 6,500,000 | 1,500 | 824,601 |
| Credit Suisse US (BG) | 02-Feb-12 | 10 - Public | bought | 1,500 LBSV | | $ 0.9466 | X | 14,115,878 | | 6,642,777 | | 6,500,000 | 1,500 | 826,101 |
| 172-459864 CAN (Outlook) | 23-Dec-11 | 10 - Public | Bought | 2,000 LBSV | | $ 1.0470 | X | 13,965,878 | | 6,642,777 | | 6,500,000 | 2,000 | 826,101 |
| 172-459864 CAN (Outlook) | 03-Dec-11 | 10 - Public | Bought | 3,000 LBSV | | $ 1.0400 | X | 13,815,878 | | 6,642,777 | | 6,500,000 | 4,500 | 830,601 |
| Credit Suisse US (BG) | 04-Jan-12 | 10 - Public | Sold | 150,000 LSIT | | $ 1.0000 | X | 13,965,878 | | 6,642,777 | | 6,500,000 | 150,000 | 823,101 |
| Credit Suisse US (BG) | 05-Jan-12 | 10 - Public | Sold | 150,000 LSIT | | $ 1.0970 | X | 13,815,878 | | 6,642,777 | | 6,500,000 | 150,000 | 673,101 |
| Credit Suisse US (BG) | 06-Mar-12 | 10 - Public | Bought | 576,000 LBSV | | | | 13,565,297 | 576,000 | 8,228,696 | | 6,500,000 | 673,101 | 673,101 |
| 172-459864 US (Outlook) | 14-Feb-12 | 10 - Public | Bought | 1,000 LBSV | | $ 0.9976 | X | 13,562,297 | 1,000 | 8,228,696 | | 6,500,000 | 1,000 | 673,101 |
| 172-459864 US (Outlook) | 16-Mar-12 | 10 - Public | Bought | 240,088 LBSV | | | | 15,802,381 | 240,084 | 8,468,780 | | 6,500,000 | 798,101 | 798,101 |
| 172-459864 CAN (Outlook) | 16-Mar-12 | 10 - Public | Bought | 1,000 LBSV | | | | 15,953,881 | 1,000 | 8,220,380 | | 6,500,000 | 833,601 | 833,601 |
| 25400411 CAN (BG) | 16-Mar-12 | 10 - Public | Bought | 151,500 LSIT | | $ 0.9846 | X | 15,953,881 | 151,500 | 8,620,280 | | 6,500,000 | 25,000 | 833,601 |
| 172-459864 US (Outlook) | 20-Mar-12 | 10 - Public | Bought | 1,000 LSIT | | $ 0.9400 | X | 15,954,881 | | 8,620,280 | | 6,500,000 | 1,000 | 834,601 |
| 25400411 US (BG) | 02-Apr-12 | 10 - Public | Bought | 1,000 LSIT | | $ 0.9100 | X | 15,955,881 | | 8,620,280 | | 6,500,000 | 1,000 | 835,601 |
| 172-459864 US (Outlook) | 15-Apr-12 | 10 - Public | Bought | 108,519 LBSV | | | | 16,064,400 | 108,519 | 8,728,799 | | 6,500,000 | 835,601 | 835,601 |
| 172-459864 CAN (Outlook) | 15-Apr-12 | 10 - Public | Bought | 175,500 LSIT | | | | 16,239,900 | 175,500 | 8,904,299 | | 6,500,000 | 835,601 | 835,601 |
| 172-459864 CAN (Outlook) | 15-Apr-12 | 10 - Public | Bought | 23,000 LBSV | | $ 0.7716 | X | 16,264,900 | | 8,904,299 | | 6,500,000 | 25,000 | 860,601 |
| Credit Suisse US (BG) | 18-Apr-12 | 10 - Public | bought | 212,100 LBSV | | | | 16,477,000 | 212,100 | 9,116,399 | | 6,500,000 | 860,601 | 860,601 |
| Penalty Shares (Lookback) | 16-May-12 | 10 - Public | Bought | 134,000 LSIT | | | | 16,611,000 | 134,000 | 9,250,399 | | 6,500,000 | 860,601 | 860,601 |
| 25400411 US (BG) | 16-May-12 | 10 - Public | Bought | 700 LSIT | | $ 0.6600 | X | 16,611,700 | | 9,250,399 | | 6,500,000 | 700 | 861,301 |
| 25400411 US (BG) | 25-May-12 | 10 - Public | Bought | 700 LSIT | | $ 0.5700 | X | 16,612,400 | | 9,250,399 | | 6,500,000 | 700 | 862,001 |
| 172-459864 US (Outlook) | 31-May-12 | 99 - Other | Acquired | 650,000 | | | | 17,262,400 | | 9,250,399 | 650,000 | 7,150,000 | | 862,001 |
| 25400411 US (BG) | 15-Jun-12 | 10 - Public | Bought | 94,000 LSIT | | | | 17,356,400 | 94,000 | 9,344,399 | | 7,150,000 | | 862,001 |
| 25400411 US (BG) | 15-Jun-12 | 10 - Public | bought | 500 LSIT | | $ 0.6500 | X | 17,356,900 | | 9,344,399 | | 7,150,000 | 500 | 862,501 |
| 172-459864 CAN (Outlook) | 15-Jun-12 | 10 - Public | bought | 96,500 LSIT | | | X | 17,453,400 | 96,500 | 9,440,899 | | 7,150,000 | | 862,501 |
| 25400411 US (Outlook) | 18-Jun-12 | 10 - Public | bought | 500 LSIT | | $ 0.7000 | X | 17,453,900 | | 9,440,899 | | 7,150,000 | 500 | 863,001 |

| Account | Settlement Date | SEDI Code | Activity | Quantity | Company | Price | USD | Total (All Accounts) | Outlook | Total (Outlook) | Lookback | Total (Lookback) | BG | Total (BG) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 254004110 US (BG) | 18-Jun-12 | Public | bought | 1,500 LSLT | | 0.6500 | x | 17,455,400 | | 9,440,899 | | 7,150,000 | 1,500 | 864,501 |
| 254004110 CAN (BG) | 18-Jun-12 | Public | bought | 7,000 LSLT | | 0.6510 | | 17,462,400 | | 9,440,899 | | 7,150,000 | 7,000 | 871,501 |
| 254004110 CAN (Outlook) | 20-Jun-12 | Public | bought | 500 LSLT | | 0.6500 | | 17,462,900 | | 9,440,899 | | 7,150,000 | 500 | 872,001 |
| 254004110 US (Outlook) | 20-Jun-12 | Public | bought | 500 LSLT | | 0.6400 | x | 17,463,400 | | 9,440,899 | | 7,150,000 | 500 | 872,501 |
| Credit Suisse US (BG) | 25-Jun-12 | Public | bought | 17,500 LBSV | | 0.7070 | x | 17,480,900 | | 9,440,899 | | 7,150,000 | 17,500 | 890,001 |
| Credit Suisse US (BG) | 25-Jun-12 | Public | bought | 7,500 LBSV | | 0.7367 | x | 17,488,400 | | 9,440,899 | | 7,150,000 | 7,500 | 897,501 |
| 172-459864 US (Outlook) | 02-Jul-12 | Public | bought | 1,500 LBSV | | 0.7333 | x | 17,489,900 | 1,500 | 9,442,399 | | 7,150,000 | | 897,501 |
| 172-459864 CAN (BG) | 02-Jul-12 | Public | bought | 1,500 LBSV | | 0.7367 | x | 17,491,400 | 1,500 | 9,443,899 | | 7,150,000 | | 898,001 |
| 254004110 CAN (BG) | 03-Jul-12 | Public | bought | 1,000 LSLT | | 0.7450 | | 17,492,400 | 500 | 9,443,399 | | 7,150,000 | 500 | 898,001 |
| 172-459864 CAN (Outlook) | 03-Jul-12 | Public | bought | 500 LSLT | | 0.7600 | | 17,542,900 | 500 | 9,493,899 | | 7,150,000 | | 898,501 |
| 172-459864 US (Outlook) | 05-Jul-12 | Public | bought | 26,500 LBSV | x | 0.8300 | | 17,543,400 | 26,500 | 9,494,399 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 05-Jul-12 | Public | bought | 500 LSLT | x | 0.7415 | | 17,543,700 | 800 | 9,495,199 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 06-Jul-12 | Public | bought | 4,000 LSLT | | 0.8213 | | 17,555,023 | 4,000 | 9,516,522 | | 7,150,000 | | 898,501 |
| 172-459864 US (Outlook) | 09-Jul-12 | Public | bought | 3,200 LSLT | | 0.7700 | | 17,565,023 | 3,200 | 9,537,722 | | 7,150,000 | | 898,501 |
| 172-459864 US (Outlook) | 09-Jul-12 | Public | bought | 800 LBSV | | 0.9000 | x | 17,568,223 | 800 | 9,537,722 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 10-Jul-12 | Public | bought | 4,000 LSLT | | 0.8500 | | 17,570,223 | 4,000 | 9,513,722 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 10-Jul-12 | Public | bought | 20,800 LSLT | | 0.7838 | | 17,547,707 | 20,800 | 9,499,199 | | 7,150,000 | | 898,501 |
| 172-459864 US (Outlook) | 11-Jul-12 | Public | bought | 500 LSLT | | 0.7708 | x | 17,591,523 | 500 | 9,544,022 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 11-Jul-12 | Public | bought | 1,000 LBSV | | 0.8000 | x | 17,592,723 | 1,000 | 9,544,922 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 12-Jul-12 | Public | bought | 1,500 LSLT | | 0.7800 | | 17,593,023 | 500 | 9,545,422 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 12-Jul-12 | Public | bought | 1,400 LBSV | | 0.7450 | | 17,594,423 | 1,400 | 9,545,922 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 12-Jul-12 | Public | bought | 38,500 LSLT | | 0.7230 | | 17,632,923 | 38,500 | 9,584,422 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 13-Jul-12 | Public | bought | 500 LSLT | | 0.8000 | x | 17,633,423 | 500 | 9,584,922 | | 7,150,000 | | 898,501 |
| 254004110 CAN (Outlook) | 13-Jul-12 | Public | sold | 500 LSLT | | 0.7300 | | 17,465,923 | 500 | 9,585,422 | | 7,150,000 | | 898,501 |
| 172-459864 CAN (Outlook) | 16-Jul-12 | Public | sold | 168,000 LSLT | | 0.7200 | | 17,441,923 | | 9,585,422 | 168,000 | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 19-Jul-12 | Public | bought | 500 LSLT | | 0.7200 | | 17,441,423 | 500 | 9,560,422 | | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 19-Jul-12 | Public | bought | 1,000 LSLT | | 0.7800 | x | 17,442,423 | 1,000 | 9,561,922 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 19-Jul-12 | Public | bought | 30,400 LBSV | | 0.6778 | x | 17,472,823 | 30,400 | 9,592,322 | | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 20-Jul-12 | Public | bought | 29,500 LBSV | | 0.6950 | x | 17,502,323 | 29,500 | 9,621,822 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 20-Jul-12 | Public | bought | 21,000 LSLT | | 0.7071 | | 17,523,823 | 21,000 | 9,642,822 | | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 23-Jul-12 | Public | bought | 1,500 LSLT | | 0.7233 | | 17,544,823 | 1,500 | 9,663,822 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 23-Jul-12 | Public | bought | 500 LSLT | | 0.6100 | | 17,504,823 | 500 | 9,624,322 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 24-Jul-12 | Public | bought | 6,000 LBSV | | 0.7300 | | 17,510,823 | 6,000 | 9,630,322 | | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 24-Jul-12 | Public | bought | 11,000 LSLT | | 0.6827 | | 17,521,823 | 11,000 | 9,641,322 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 26-Jul-12 | Public | bought | 530 LBSV | | 0.7000 | x | 17,555,323 | 530 | 9,684,822 | | 7,150,000 | | 730,501 |
| 172-459864 US (Outlook) | 27-Jul-12 | Public | bought | 27,000 LSLT | | 0.6637 | | 17,592,323 | 27,000 | 9,711,822 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 27-Jul-12 | Public | bought | 1,000 LBSV | | 0.7200 | x | 17,593,323 | 1,000 | 9,712,822 | | 7,150,000 | | 730,501 |
| 172-459864 CAN (Outlook) | 30-Jul-12 | Public | bought | 1,000 LBSV | x | 0.7900 | | 17,594,323 | | 9,712,822 | | 7,150,000 | | 730,501 |
| 254004110 US (BG) | 30-Jul-12 | Public | bought | 228,000 LSLT | | 0.6900 | | 17,821,323 | | 9,712,822 | | 7,150,000 | 228,000 | 958,501 |
| 254004110 CAN (BG) | 31-Jul-12 | Public | bought | 7,000 LSLT | | 0.6990 | | 17,828,323 | | 9,712,822 | | 7,150,000 | 7,000 | 965,501 |
| 172-459864 CAN (Outlook) | 31-Jul-12 | Public | bought | 20,000 LSLT | | 0.6865 | | 17,848,323 | 20,000 | 9,732,822 | | 7,150,000 | | 965,501 |
| 172-459864 US (Outlook) | 01-Aug-12 | Public | sold | 228,000 LSLT | | 0.7000 | | 17,620,323 | | 9,732,822 | | 7,150,000 | 228,000 | 737,501 |
| 315311 CAN (BG) | 01-Aug-12 | Public | bought | 25,000 LSLT | | 0.7000 | | 17,545,323 | 20,000 | 9,732,822 | | 7,150,000 | | 737,501 |
| 254004110 CAN (BG) | 02-Aug-12 | Public | bought | 19,000 LSLT | | 0.6863 | | 17,564,323 | 19,000 | 9,684,322 | | 7,150,000 | | 737,501 |
| 254004110 US (Outlook) | 02-Aug-12 | Public | bought | 500 LSLT | | 0.7000 | | 17,565,323 | 500 | 9,684,822 | | 7,150,000 | | 737,501 |
| 172-459864 CAN (Outlook) | 03-Aug-12 | Public | bought | 85,260 LSLT | | 0.7109 | x | 17,705,583 | 85,260 | 9,818,082 | | 7,150,000 | | 737,501 |
| 172-459864 US (Outlook) | 06-Aug-12 | Public | bought | 1,370 LBSV | | 0.6900 | x | 17,706,953 | 1,370 | 9,819,452 | | 7,150,000 | | 737,501 |

| Account | Settlement Date | SEDI Code | Activity | Quantity | Company | Price | USD | Total (All) | Outlook | Total (Outlook) | Lookback | Total (Lookback) | BG | Total (BG) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 5,000 | LSIT | $ 0.6900 | x | 17,837,453 | 5,000 | 9,949,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 32,000 | LSIT | $ 0.7113 | x | 17,869,453 | 32,000 | 9,981,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 3,500 | LSIT | $ 0.7057 | x | 17,711,453 | 3,500 | 9,823,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 117,000 | LSIT | $ 0.7122 | x | 17,828,453 | 117,000 | 9,940,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 4,000 | LSIT | $ 0.7000 | x | 17,832,453 | 4,000 | 9,944,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 5,000 | LSIT | $ 0.6900 | x | 17,837,453 | 5,000 | 9,949,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 07-Aug-12 | 10 - Public | bought | 32,000 | LSIT | $ 0.7113 | x | 17,869,453 | 32,000 | 9,981,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 08-Aug-12 | 10 - Public | bought | 1,000 | LBSV | $ 0.7200 | x | 17,870,453 | 1,000 | 9,982,952 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 08-Aug-12 | 10 - Public | bought | 2,992 | LSIT | $ 0.7000 | x | 17,873,445 | 2,992 | 9,985,944 | | 7,150,000 | | 737,501 |
| 172-469864 US (Outlook) | 08-Aug-12 | 10 - Public | bought | 7,000 | LSIT | $ 0.7043 | x | 17,880,445 | 7,000 | 9,992,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 09-Aug-12 | 10 - Public | bought | 19,000 | LBSV | $ 0.6630 | x | 17,899,445 | 19,000 | 10,011,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 09-Aug-12 | 10 - Public | bought | 9,000 | LSIT | $ 0.6462 | x | 17,908,445 | 9,000 | 10,020,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 14-Aug-12 | 10 - Public | bought | 18,500 | LSIT | $ 0.6641 | x | 17,926,945 | 18,500 | 10,039,444 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 14-Aug-12 | 10 - Public | bought | 2,500 | LSIT | $ 0.6880 | x | 17,929,445 | 2,500 | 10,041,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 15-Aug-12 | 10 - Public | bought | 11,500 | LSIT | $ 0.6807 | x | 17,940,945 | 11,500 | 10,053,444 | 11,500 | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 15-Aug-12 | 10 - Public | bought | 2,000 | LBSV | $ 0.7013 | x | 17,970,445 | 2,000 | 10,082,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 15-Aug-12 | 10 - Public | bought | 6,300 | LSIT | $ 0.6900 | x | 17,976,445 | 6,300 | 10,088,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 22-Aug-12 | 10 - Public | bought | 500 | LSIT | $ 0.7021 | x | 17,976,945 | 500 | 10,089,444 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 23-Aug-12 | 10 - Public | bought | 2,500 | LBSV | $ 0.7000 | x | 18,073,445 | 2,500 | 10,200,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 23-Aug-12 | 10 - Public | bought | 42,000 | LSIT | $ 0.7009 | x | 18,018,445 | 42,000 | 10,130,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 23-Aug-12 | 10 - Public | bought | 36,500 | LSIT | $ 0.6938 | x | 18,109,945 | 36,500 | 10,237,444 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 13-Aug-12 | 10 - Public | sold | 5,000 | LSIT | $ 0.6993 | x | 17,959,445 | 5,000 | 10,071,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 15-Aug-12 | 10 - Public | sold | 13,500 | LSIT | $ 0.6774 | x | 18,031,945 | 13,500 | 10,144,444 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 16-Aug-12 | 10 - Public | sold | 50,000 | LSIT | $ 0.6960 | x | 18,081,945 | 50,000 | 10,078,444 | 50,000 | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 20-Aug-12 | 10 - Public | sold | 2,500 | LSIT | $ 0.7050 | x | 18,084,445 | 3,000 | 10,143,444 | 3,000 | 7,150,000 | 35,000 | 737,501 |
| 172-469864 CAN (Outlook) | 24-Aug-12 | 10 - Public | sold | 4,500 | LBSV | $ 0.6644 | x | 18,114,445 | 4,500 | 10,241,944 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 24-Aug-12 | 10 - Public | sold | 3,000 | LSIT | $ 0.6967 | x | 18,117,445 | 3,000 | 10,244,944 | | 7,150,000 | | 737,501 |
| 172-469864 US (Outlook) | 26-Aug-12 | 10 - Public | bought | 3,000 | LSIT | $ 0.7000 | x | 18,135,113 | 500 | 10,242,612 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 27-Aug-12 | 10 - Public | bought | 31,000 | LSIT | $ 0.7023 | x | 18,146,113 | 31,000 | 10,273,612 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 27-Aug-12 | 10 - Public | bought | 10,000 | LSIT | $ 0.7200 | x | 18,135,113 | 10,000 | 10,263,612 | | 7,150,000 | | 737,501 |
| 172-469864 CAN (Outlook) | 27-Aug-12 | 10 - Public | sold | 500 | LSIT | $ 0.7350 | x | 18,135,113 | 500 | 10,263,112 | | 7,150,000 | | 737,501 |
| 315311 CAN (BG) | 31-Aug-12 | 10 - Public | sold | 151,000 | LSIT | $ 0.7350 | x | 18,286,113 | 67,730 | 10,263,112 | | 7,150,000 | 151,000 | 873,501 |
| 315311 CAN (BG) | 31-Aug-12 | 10 - Public | bought | 67,730 | LSIT | $ 0.7369 | x | 18,218,383 | 67,730 | 10,195,382 | | 7,150,000 | | 873,501 |
| 172-469864 US (Outlook) | 31-Aug-12 | 10 - Public | sold | 8,000 | LSIT | $ 0.7600 | x | 18,210,383 | 8,000 | 10,187,382 | | 7,150,000 | | 873,501 |
| 172-469864 US (Outlook) | 05-Sep-12 | 10 - Public | bought | 5,000 | LSIT | $ 0.7000 | x | 18,205,383 | 5,000 | 10,182,382 | | 7,150,000 | | 873,501 |
| 172-469864 CAN (Outlook) | 31-Aug-12 | 10 - Public | bought | 16,500 | LSIT | $ 0.7500 | x | 18,389,383 | 16,500 | 10,175,882 | | 7,150,000 | | 873,501 |
| 172-469864 CAN (Outlook) | 05-Sep-12 | 10 - Public | sold | 2,476 | LBSV | $ 0.7650 | x | 18,105,859 | 2,476 | 10,125,882 | | 7,150,000 | | 873,501 |
| 172-469864 US (Outlook) | 05-Sep-12 | 10 - Public | sold | 75,000 | LSIT | $ 0.7600 | x | 18,117,359 | 11,500 | 10,128,358 | 75,000 | 7,150,000 | 75,000 | 873,501 |
| 172-469864 CAN (Outlook) | 06-Sep-12 | 10 - Public | bought | 75,000 | LBSV | $ 0.7933 | x | 18,199,383 | 75,000 | 10,052,882 | | 7,150,000 | | 873,501 |
| 172-469864 CAN (Outlook) | 07-Sep-12 | 10 - Public | sold | 50,000 | LSIT | $ 0.7850 | x | 17,980,383 | 50,000 | 10,002,882 | | 7,150,000 | | 873,501 |
| 172-469864 CAN (Outlook) | 07-Sep-12 | 10 - Public | sold | 400,000 | LSIT | $ 0.7850 | x | 17,580,383 | 50,000 | 10,002,882 | | 7,150,000 | 400,000 | 873,501 |
| 315311 CAN (BG) | 07-Sep-12 | 10 - Public | sold | 500 | LSIT | $ 0.7900 | x | 17,579,883 | | 10,002,882 | | 7,150,000 | 500 | 427,001 |
| 315311 CAN (BG) | 07-Sep-12 | 10 - Public | sold | 5,000 | LSIT | $ 0.8000 | x | 17,584,883 | | 10,002,882 | | 7,150,000 | | 427,001 |
| 172-469864 CAN (Outlook) | 10-Sep-12 | 10 - Public | sold | 390,000 | LSIT | $ 0.8100 | x | 17,194,883 | 390,000 | 9,617,882 | | 7,150,000 | | 427,001 |

**APP 0441**

| Account | Settlement Date | SEDI Code | Activity | Quantity | Company | Price | USD | Total (All Accounts) | Outlook | Total (Outlook) | Lookback | Total (Lookback) | BG | Total (BG) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 315311 CAN (BG) | 10-Sep-12 | '99 - Other | | 189,500 | LSLT | $ 0.7970 | | 17,005,383 | | 9,617,882 | | 7,150,000 | 189,500 | 237,501 |
| 172-469864 US (Outlook) | 11-Sep-12 | '20 - Public | sold | 48,500 | LBSV | $ 0.8037 | x | 17,053,383 | 48,500 | 9,666,382 | | 7,150,000 | | 237,501 |
| 172-469864 US (Outlook) | 11-Sep-12 | '20 - Public | bought | 50,000 | LSLT | $ 0.8132 | x | 17,103,883 | 50,000 | 9,716,382 | | 7,150,000 | | 237,501 |
| 315311 US (BG) | 11-Sep-12 | '20 - Public | bought | 125,000 | LSLT | $ 0.8110 | x | 17,228,883 | | 9,716,382 | | 7,150,000 | 125,000 | 362,501 |
| 172-469864 US (Outlook) | 11-Sep-12 | '20 - Public | bought | 40,000 | LBSV | $ 0.8498 | x | 17,188,883 | 40,000 | 9,676,382 | | 7,150,000 | | 362,501 |
| 172-469864 CAN (Outlook) | 11-Sep-12 | '20 - Public | sold | 58,500 | LBSV | $ 0.8466 | x | 17,130,383 | 58,500 | 9,617,882 | | 7,150,000 | | 362,501 |
| 315311 CAN (BG) | 11-Sep-12 | '99 - Other | Transfer to 172-469864 US (Outlook) | 1,500 | LSLT | $ 0.8200 | | 17,128,883 | | 9,617,882 | | 7,150,000 | 1,500 | 361,001 |
| 315311 US (BG) | 11-Sep-12 | '20 - Public | sold | 80,500 | LSLT | $ 0.8420 | x | 17,048,383 | | 9,617,882 | | 7,150,000 | 80,500 | 280,501 |
| 315311 CAN (BG) | 11-Sep-12 | '99 - Other | Transfer from 172-469864 US (Outlook) | 500,000 | | N/A | | 17,548,383 | | 9,617,882 | | 7,150,000 | 500,000 | 780,501 |
| 172-469864 US (Outlook) | 12-Sep-12 | '20 - Public | bought | 2,500 | LBSV | $ 0.8890 | x | 17,050,883 | 2,500 | 9,120,382 | | 7,150,000 | | 780,501 |
| 172-469864 US (Outlook) | 12-Sep-12 | '20 - Public | bought | 18,000 | LSLT | $ 0.9044 | x | 17,068,883 | 18,000 | 9,138,382 | | 7,150,000 | | 780,501 |
| 172-469864 US (Outlook) | 12-Sep-12 | '20 - Public | bought | 12,000 | LBSV | $ 0.9720 | x | 17,080,883 | | 9,138,382 | | 7,150,000 | 12,000 | 792,501 |
| 172-469864 US (Outlook) | 12-Sep-12 | '20 - Public | bought | 1,000 | LSLT | $ 0.9800 | x | 17,081,883 | 1,000 | 9,139,382 | | 7,150,000 | | 792,501 |
| 172-469864 US (Outlook) | 14-Sep-12 | '20 - Public | sold | 228,770 | LBSV | $ 0.9266 | x | 16,853,113 | 228,770 | 8,910,612 | | 7,150,000 | | 792,501 |
| 315311 CAN (BG) | 14-Sep-12 | '20 - Public | sold | 891,950 | LBSV | $ 0.9312 | x | 15,961,163 | 891,950 | 8,018,662 | | 7,150,000 | 891,950 | 792,501 |
| 315311 CAN (BG) | 14-Sep-12 | '20 - Public | sold | 250,500 | LSLT | $ 0.9000 | x | 15,710,663 | | 8,018,662 | | 7,150,000 | 250,500 | 542,001 |
| 315311 US (BG) | 13-Sep-12 | '20 - Public | bought | 50,500 | LSLT | $ 1.0315 | x | 15,761,263 | 50,500 | 8,069,162 | | 7,150,000 | 50,500 | 542,001 |
| 315311 CAN (BG) | 13-Sep-12 | '20 - Public | bought | 31,850 | LBSV | $ 1.0700 | x | 15,729,413 | 31,850 | 8,018,662 | | 7,150,000 | | 542,001 |
| 172-469864 CAN (Outlook) | 13-Sep-12 | '20 - Public | bought | 3,235 | LBSV | $ 1.1100 | x | 15,695,413 | 3,235 | 8,308,687 | | 7,150,000 | | 542,001 |
| 172-469864 CAN (Outlook) | 13-Sep-12 | '20 - Public | bought | 142,000 | LSLT | $ 1.0896 | x | 15,687,913 | 142,000 | 8,250,687 | | 7,150,000 | | 542,001 |
| 172-469864 US (Outlook) | 13-Sep-12 | '20 - Public | bought | 83,700 | LSLT | $ 1.0614 | x | 16,081,888 | 83,700 | 8,334,387 | | 7,150,000 | | 534,501 |
| 172-469864 US (Outlook) | 17-Sep-12 | '20 - Public | sold | 61,775 | LBSV | $ 1.1230 | x | 16,020,113 | 61,775 | 8,272,612 | | 7,150,000 | | 597,501 |
| 172-469864 CAN (Outlook) | 17-Sep-12 | '20 - Public | sold | 55,000 | LBSV | $ 1.1209 | x | 15,965,113 | 55,000 | 8,217,612 | | 7,150,000 | | 597,501 |
| 82551795 (BG) | 18-Sep-12 | '99 - Other | Transfer from 172-469864 US (Outlook) | 2,000,000 | LBSV | N/A | | 17,965,113 | | 8,217,612 | | 7,150,000 | 2,000,000 | 2,597,501 |
| 82551795 (BG) | 18-Sep-12 | '99 - Other | Transfer to 82551795 (BG) | 2,000,000 | LBSV | N/A | | 17,965,113 | 2,000,000 | 8,217,612 | | 7,150,000 | | 2,597,501 |
| 172-469864 US (Outlook) | 18-Sep-12 | '20 - Public | sold | 628,000 | LBSV | $ 1.1730 | x | 15,337,113 | 628,000 | 7,589,612 | | 7,150,000 | | 2,597,501 |
| 172-469864 US (Outlook) | 18-Sep-12 | '20 - Public | sold | 178,770 | LBSV | $ 1.1730 | x | 15,158,343 | 178,770 | 7,410,842 | | 7,150,000 | | 2,597,501 |
| 172-469864 US (Outlook) | 18-Sep-12 | '20 - Public | sold | 300,000 | LSLT | $ 1.1000 | x | 14,858,343 | | 7,410,842 | | 7,150,000 | 300,000 | 2,297,501 |
| 172-469864 US (Outlook) | 19-Sep-12 | '20 - Public | sold | 35,000 | LBSV | $ 1.2500 | x | 14,893,343 | 35,000 | 7,445,842 | | 7,150,000 | | 2,297,501 |
| 172-469864 CAN (Outlook) | 19-Sep-12 | '20 - Public | bought | 15,500 | LSLT | $ 1.2100 | x | 14,908,843 | | 7,445,842 | | 7,150,000 | 15,500 | 2,313,001 |
| 172-469864 US (Outlook) | 19-Sep-12 | '20 - Public | bought | 10,000 | LSLT | $ 1.2100 | x | 14,918,843 | 10,000 | 5,455,842 | | 7,150,000 | | 2,313,001 |
| 172-469864 CAN (Outlook) | 19-Sep-12 | '20 - Public | sold | 324,500 | LBSV | $ 1.2500 | x | 14,594,343 | 324,500 | 5,131,342 | | 7,150,000 | | 2,313,001 |
| 172-469864 US (Outlook) | 19-Sep-12 | '20 - Public | sold | 99,000 | LSLT | $ 1.2505 | x | 14,495,343 | 99,000 | 5,032,342 | | 7,150,000 | | 2,313,001 |
| 82551795 (BG) | 20-Sep-12 | '99 - Other | Transfer to 82551795 (BG) | 4,600,000 | | N/A | | 19,095,343 | 4,600,000 | 5,032,342 | | 7,150,000 | 4,600,000 | 6,913,001 |
| 82551795 (BG) | 20-Sep-12 | '99 - Other | Sold | 6,600,000 | | $ 1.3100 | | 14,495,343 | | 432,342 | | 7,150,000 | 6,600,000 | 6,913,001 |
| 82551795 (BG) | 20-Sep-12 | '99 - Other | Sold | 11,000 | LBSV | $ 1.3100 | x | 7,895,343 | | 443,342 | | 7,150,000 | | 313,001 |
| 172-469864 US (Outlook) | 21-Sep-12 | '20 - Public | bought | 11,000 | LBSV | $ 1.3100 | x | 7,906,343 | 11,000 | 443,342 | | 7,150,000 | | 313,001 |

| Account | Settlement Date | SEDI Code | Activity | Quantity / Company | Price | USD | Total (All Accounts) | Outlook | Total (Outlook) | Lookback | Total (Lookback) | BG | Total (BG) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172-459864 CAN (Outlook) | 21-Sep-12 | 10 - Public | bought | 1,500 LST | $ 1.2687 | | 7,907,843 | 1,500 | 444,842 | 7,150,000 | | 313,001 |
| 172-459864 US (Outlook) | 21-Sep-12 | 10 - Public | sold | 82,000 LBSV | $ 1.3078 | x | 7,825,843 | 82,000 | 362,842 | 7,150,000 | | 313,001 |
| 172-459864 US (Outlook) | 24-Sep-12 | 10 - Public | bought | 235,150 LBSV | $ 1.3412 | | 8,060,993 | 235,150 | 597,992 | 7,150,000 | | 313,001 |
| 172-459864 CAN (Outlook) | 24-Sep-12 | 10 - Public | bought | 276,200 LST | $ 1.3239 | | 8,337,193 | 276,200 | 874,192 | 7,150,000 | | 313,001 |
| 172-459864 US (Outlook) | 24-Sep-12 | 10 - Public | sold | 240,500 LBSV | $ 1.4073 | x | 8,096,693 | 240,500 | 633,692 | 7,150,000 | | 313,001 |
| 172-459864 US (Outlook) | 24-Sep-12 | 10 - Public | sold | 14,000 LST | $ 1.4000 | | 8,082,693 | 14,000 | 619,692 | 7,150,000 | | 313,001 |
| 254004111 CAN (BG) | 24-Sep-12 | 10 - Public | sold | 400 LST | $ 1.3500 | | 8,082,293 | | 619,692 | 7,150,000 | 400 | 312,601 |
| 172-459864 US (Outlook) | 24-Sep-12 | 10 - Public | bought | 56,700 LST | $ 1.3775 | | 8,025,593 | 56,700 | 562,992 | 7,150,000 | | 312,601 |
| 172-459864 CAN (Outlook) | 25-Sep-12 | 10 - Public | sold | 124,500 LBSV | $ 1.3477 | | 8,150,093 | 124,500 | 687,492 | 7,150,000 | | 312,601 |
| 172-459864 CAN (Outlook) | 25-Sep-12 | 10 - Public | sold | 50,500 LST | $ 1.3200 | | 8,200,593 | 50,500 | 737,992 | 7,150,000 | | 312,601 |
| 315311 CAN (BG) | 25-Sep-12 | 10 - Public | bought | 15,000 LST | $ 1.3489 | | 8,409,893 | | 737,992 | 7,150,000 | 15,000 | 327,601 |
| 172-459864 US (Outlook) | 25-Sep-12 | 10 - Public | bought | 74,800 LST | $ 1.3360 | | 8,334,493 | 74,800 | 812,792 | 7,150,000 | | 327,601 |
| 172-459864 US (Outlook) | 25-Sep-12 | 10 - Public | bought | 57,000 LST | $ 1.3289 | | 8,291,493 | 57,000 | 869,792 | 7,150,000 | | 327,601 |
| 172-459864 US (Outlook) | 25-Sep-12 | 10 - Public | bought | 50,000 LST | $ 1.3389 | | 8,341,493 | 50,000 | 919,792 | 7,150,000 | | 327,601 |
| 172-459864 CAN (Outlook) | 25-Sep-12 | 10 - Public | bought | 65,500 LBSV | $ 1.3121 | x | 8,406,993 | 65,500 | 985,292 | 7,150,000 | | 327,601 |
| 172-459864 CAN (Outlook) | 26-Sep-12 | 10 - Public | bought | 94,000 LST | $ 1.3129 | | 7,964,568 | 94,000 | 485,967 | 7,150,000 | | 327,601 |
| 172-459864 CAN (Outlook) | 27-Sep-12 | 10 - Public | bought | 100,000 LST | $ 1.4300 | | 7,864,568 | 100,000 | 386,967 | 7,150,000 | | 327,601 |
| 315311 CAN (BG) | 27-Sep-12 | 10 - Public | bought | 75,000 LST | $ 1.4300 | | 7,789,568 | | 386,967 | 7,150,000 | 75,000 | 252,601 |
| 172-459864 US (Outlook) | 27-Sep-12 | 10 - Public | sold | 282,378 LBSV | $ 1.4005 | x | 7,507,190 | 282,378 | 104,589 | 7,150,000 | | 252,601 |
| 172-459864 CAN (Outlook) | 28-Sep-12 | 10 - Short Sale | sold short | 72,000 LBSV | $ 1.4610 | x | 7,435,190 | 72,000 | 32,589 | 7,150,000 | | 252,601 |
| 172-459864 CAN (Outlook) | 28-Sep-12 | 10 - Short | sold short | 32,000 LST | $ 1.3250 | | 7,628,690 | 32,000 | 192,089 | 7,150,000 | 32,000 | 286,601 |
| 172-459864 US (Outlook) | 28-Sep-12 | 10 - Public | bought | 75,000 LBSV | $ 1.3200 | | 7,703,690 | 75,000 | 267,089 | 7,150,000 | | 286,601 |
| 315311 CAN (BG) | 28-Sep-12 | 10 - Public | bought | 2,000 LST | $ 1.3600 | | 7,596,690 | | 192,089 | 7,150,000 | 2,000 | 254,601 |
| 172-459864 CAN (Outlook) | 01-Oct-12 | 10 - Public | sold | 25,000 LBSV | $ 1.4300 | | 7,777,990 | 25,000 | 266,589 | 7,150,000 | | 252,601 |
| 172-459864 US (Outlook) | 01-Oct-12 | 10 - Public | bought | 15,000 LBSV | $ 1.4370 | x | 7,752,990 | 15,000 | 241,589 | 7,150,000 | | 252,601 |
| 172-459864 US (Outlook) | 01-Oct-12 | 10 - Public | sold | 95,000 LBSV | $ 1.4838 | x | 7,767,990 | 95,000 | 256,589 | 7,150,000 | | 252,601 |
| 172-459864 CAN (Outlook) | 02-Oct-12 | 10 - Public | bought | 115,000 LBSV | $ 1.4588 | x | 8,060,990 | 115,000 | 549,589 | 7,150,000 | | 361,401 |
| 172-459864 US (Outlook) | 02-Oct-12 | 10 - Public | bought | 168,000 LBSV | $ 1.3999 | x | 7,945,990 | 168,000 | 434,589 | 7,150,000 | | 361,401 |
| 172-459864 CAN (Outlook) | 02-Oct-12 | 10 - Public | bought | 50,000 LST | $ 1.4221 | x | 8,110,990 | 50,000 | 599,589 | 7,150,000 | | 361,401 |
| 172-459864 US (Outlook) | 02-Oct-12 | 10 - Public | sold | 65,000 LST | $ 1.4270 | | 8,175,990 | 65,000 | 664,589 | 7,150,000 | | 361,401 |
| 172-459864 US (Outlook) | 02-Oct-12 | 10 - Public | bought | 15,000 LBSV | $ 1.3461 | | 8,190,990 | 15,000 | 679,589 | 7,150,000 | | 361,401 |
| 82551795 (BG) | 02-Oct-12 | 10 - Public | sold | 2,800 LBSV | $ 1.3461 | | 8,188,190 | 2,800 | 676,789 | 7,150,000 | | 361,401 |
| 82551795 (BG) | 02-Oct-12 | 10 - Public | bought | 500 LBSV | $ 1.4200 | | 8,187,690 | | 676,289 | 7,150,000 | 500 | 361,401 |
| 172-459864 US (Outlook) | 02-Oct-12 | 10 - Public | bought | 500 LBSV | $ 1.3540 | | 8,247,690 | 500 | 676,289 | 7,150,000 | 60,000 | 421,401 |
| 172-459864 US (Outlook) | 03-Oct-12 | 10 - Public | bought | 50,000 LBSV | $ 1.3299 | | 8,329,490 | 50,000 | 676,289 | 7,150,000 | 50,000 | 421,401 |
| 172-459864 CAN (Outlook) | 03-Oct-12 | 10 - Public | bought | 508,400 LBSV | $ 1.3750 | x | 8,806,090 | | 676,289 | 7,150,000 | 508,400 | 979,801 |
| 172-459864 US (Outlook) | 03-Oct-12 | 10 - Public | bought | 20,000 LBSV | $ 1.3410 | x | 8,786,090 | 20,000 | 656,289 | 7,150,000 | | 979,801 |
| 172-459864 US (Outlook) | 03-Oct-12 | 10 - Public | sold | 10,237 LBSV | $ 1.4460 | x | 8,775,853 | 10,237 | 646,052 | 7,150,000 | | 979,801 |
| 172-459864 CAN (Outlook) | 04-Oct-12 | 10 - Public | bought | 4,000 LST | $ 1.4000 | | 8,771,853 | 4,000 | 642,052 | 7,150,000 | | 979,801 |
| 172-459864 US (Outlook) | 04-Oct-12 | 10 - Public | bought | 35,400 LBSV | $ 1.4032 | x | 8,807,253 | 35,400 | 677,452 | 7,150,000 | 35,400 | 1,015,201 |
| 172-459864 CAN (Outlook) | 04-Oct-12 | 10 - Public | bought | 26,500 LBSV | $ 1.4032 | x | 8,833,753 | 26,500 | 668,552 | 7,150,000 | | 1,015,201 |
| 172-459864 US (Outlook) | 05-Oct-12 | 10 - Public | bought | 7,800 LST | $ 1.3945 | | 8,841,553 | 7,800 | 676,352 | 7,150,000 | | 1,015,201 |
| 172-459864 CAN (Outlook) | 09-Oct-12 | 10 - Public | bought | 15,500 LBSV | $ 1.3410 | x | 8,857,053 | 15,500 | 691,852 | 7,150,000 | | 1,015,201 |
| 172-459864 CAN (Outlook) | 09-Oct-12 | 10 - Short Sale | sold short | 5,000 LST | $ 1.3336 | | 8,862,053 | 5,000 | 696,852 | 7,150,000 | | 1,015,201 |
| 82551795 (BG) | 09-Oct-12 | 10 - Short Sale | sold short | 40,000 LBSV | $ 1.3500 | | 8,822,053 | | 656,852 | 7,150,000 | 40,000 | 1,015,201 |
| 172-459864 US (Outlook) | 09-Oct-12 | 10 - Public | sold | 556,000 LBSV | $ 1.3591 | | 8,266,053 | 556,000 | 100,852 | 7,150,000 | | 1,015,201 |
| 172-459864 CAN (Outlook) | 10-Oct-12 | 10 - Public | bought | 216,000 LBSV | $ 1.4643 | x | 8,482,053 | 216,000 | 316,852 | 7,150,000 | | 1,015,201 |
| 172-459864 US (Outlook) | 10-Oct-12 | 10 - Public | bought | 127,800 LST | $ 1.4905 | | 8,609,853 | 127,800 | 444,652 | 7,150,000 | | 1,015,201 |

**APP 0443**

# INSTRUCTIONS

Insider Reports in English and French are available from Manitoba, Ontario, Québec and New Brunswick. If you are a corporate insider in the province of Québec, you will receive correspondence in French. Individuals in the province of Québec will receive, upon request, correspondence in English.

Where an insider of a reporting issuer does not own or have control or direction over securities of the reporting issuer, or where an insider's ownership or direction or control over securities of the reporting issuer remains unchanged from the last report filed, a report is not required. Insider reports are not required to be filed in the Northwest Territories, Nunavut, Prince Edward Island or the Yukon.

If you have any questions about the form you should be using to file your report, see National Instrument 55-102 *System for Electronic Disclosure by Insiders (SEDI)*.

**BOX 1   Name of reporting issuer**
Provide the full legal name of the reporting issuer. Use a separate report for each reporting issuer.

**BOX 2   Insider data**
Indicate all of your relationship(s) to the reporting issuer using the following codes:

| | |
|---|---|
| Reporting issuer that has acquired securities issued by itself | 1 |
| Subsidiary of the reporting issuer | 2 |
| Security holder who beneficially owns or who exercises control or direction over more than 10% of the securities of the reporting issuer (Québec Securities Act – 10% of a class of shares) to which are attached voting rights or an unlimited right to a share of the profits and to its assets in case of winding up | 3 |
| Director of a reporting issuer | 4 |
| Senior officer of a reporting issuer | 5 |
| Director or senior officer of a security holder referred to in 3 | 6 |
| Director or senior officer of an insider or subsidiary of the reporting issuer, other than in 4, 5 and 6 | 7 |
| Deemed insider – 6 months before becoming an insider | 8 |

If you have filed a report before, indicate whether your relationship to the reporting issuer has changed.

Specify the date of the last report you filed, and if it is an initial report, the date on which you became an insider.

**BOX 3   Name, address and telephone number of the insider**
Provide your name, address and business telephone number.

**BOX 4   Jurisdiction**
Indicate each jurisdiction where the issuer is a reporting issuer or the equivalent.

**BOX 5   Insider holdings and changes**
Show direct and indirect holdings separately, both in the initial report and where a transaction is reported. Indicate only one transaction per line.

For an initial report complete only:
▪ designation of class of securities held
▪ present balance of class of securities held
▪ nature of ownership (see List of Codes)
▪ identification of the registered holder where ownership is not direct

If you acquired or disposed of securities while an insider, complete sections ▪ to ▪:
▪ Indicate a designation of the securities traded that is sufficient to identify the class, including yield, series, maturity.
▪ Indicate the number of securities, or for debt securities, the aggregate nominal value, of the class held, directly and indirectly, before the transaction that is being reported.
▪ Indicate for each transaction:
 • the date of the transaction (not the settlement date)
 • the nature of the transaction (see List of Codes)
 • the number of securities acquired or disposed of, or for debt securities, the aggregate nominal value
 • the unit price paid or received on the day of the transaction, excluding the commission
 • if the report is in American dollars, check the space under "$ US"

## List of Codes

**BOX 5 ▪   Nature of transaction**

*General*

| | |
|---|---|
| Acquisition or disposition in the public market | 10 |
| Acquisition or disposition carried out privately | 11 |
| Acquisition or disposition under a prospectus | 15 |
| Acquisition or disposition under a prospectus exemption | 16 |
| Acquisition or disposition pursuant to a take-over bid, merger or acquisition | 22 |
| Acquisition or disposition under a purchase/ownership plan | 30 |
| Stock dividend | 35 |
| Conversion or exchange | 36 |
| Stock split or consolidation | 37 |
| Redemption/retraction/cancellation/repurchase | 38 |
| Short sale | 40 |
| Compensation for property | 45 |
| Compensation for services | 46 |
| Acquisition or disposition by gift | 47 |
| Acquisition by inheritance or disposition by bequest | 48 |

*Issuer Derivatives*

| | |
|---|---|
| Grant of options | 50 |
| Exercise of options | 51 |
| Expiration of options | 52 |
| Grant of warrants | 53 |
| Exercise of warrants | 54 |
| Expiration of warrants | 55 |
| Grant of rights | 56 |
| Exercise of rights | 57 |
| Expiration of rights | 58 |
| Exercise for cash | 59 |

*Third Party Derivatives*

| | |
|---|---|
| Acquisition or disposition (writing) of third party derivative | 70 |
| Exercise of third party derivative | 71 |
| Other settlement of third party derivative | 72 |
| Expiration of third party derivative | 73 |

*Miscellaneous*

| | |
|---|---|
| Change in nature of ownership | 90 |
| Other | 97 |
| Correction of information | 99 |

▪ Indicate the number of securities, or for debt securities, the aggregate nominal value, of the class held, directly and indirectly, after the transaction that is being reported.

▪ Indicate the nature of ownership, control or direction of the class of securities held using the following codes:

| | |
|---|---|
| Direct ownership | 1 |
| Indirect ownership (identify the registered holder) | 2 |
| Control or direction (identify the registered holder) | 3 |

▪ For securities that are indirectly held, or over which control or direction is exercised, identify the registered holder.

**BOX 6   Remarks**
Add any explanation necessary to make the report clearly understandable.
If space provided for any item is insufficient, additional sheets may be used. Additional sheets must refer to the appropriate Box and must be properly identified and signed.
Office staff are not permitted to alter a report.

**BOX 7   Signature and filing**
Sign and date the report.
File one copy of each of the report in each jurisdiction in which the issuer is reporting within the time limits prescribed by the applicable laws of that jurisdiction.
Manually sign the report.
Legibly print or type the name of each individual signing the report.
If the report is filed on behalf of a company, partnership, trust or other entity, legibly print or type the name of that entity after the signature.
If the report is signed on behalf of an individual by an agent, there must be filed with each
jurisdiction in which the report is filed a duly completed power of attorney.
If the report is filed by facsimile in accordance with National Instrument 55-102 *System for Electronic Disclosure by Insiders (SEDI)*, the report should be sent to the applicable securities regulatory authority at the fax number set out below.

Alberta Securities Commission
4th Floor, 300 – 4th Avenue S.W,
Calgary, AB, T2P 3C4
Attention:   Information Officer *
Telephone: (403) 297-6454
Facsimile: (403) 297-6156

British Columbia Securities Commission
PO Box 10142, Pacific Centre
701 West Georgia Street
Vancouver, BC, V7Y 1L2
Attention:   Supervisor, Insider Reporting *
Telephone: (604) 899-6500 or
                    (800) 373-6393 (in BC)
Facsimile: (604) 899-6550

The Manitoba Securities Commission
500 – 400 St. Mary Avenue
Winnipeg, MB, R3C 4K5
Attention:   Continuous Disclosure *
Telephone: (204) 945-2548
Facsimile    (204) 945-4508

Securities Commission of Newfoundland
P.O . Box 8700, 2nd Floor West Block
Confederation Building
St. John's, NFLD, A1B 4J6
Attention:   Director of Securities *
Telephone: (709) 729-4189
Facsimile: (709) 729-6187

Nova Scotia Securities Commission
2nd Floor, Joseph Howe Building
1690 Hollis Street, P.O, Box 458
Halifax, NS, B3J 3J9
Attention:   FOI Officer *
Telephone: (902) 424-7768
Facsimile: (902) 424-4625

Ontario Securities Commission
Suite 1903, Box 55, 20 Queen Street West
Toronto, ON, M5H 3S8
Attention:   FOI Coordinator *
Telephone: (416) 593-8314
Facsimile: (416) 593-3666

Autorité des marchés financiers**
Stock Exchange Tower
P.O, Box 246, 22nd Floor
800 Victoria Square
Montreal, PQ, H4Z 1G3
Attention:   Responsable de l'accès à l'information
Telephone: (514) 940-2150 or
                    (800) 361-5072 (in Québec)
Facsimile: (514) 873-3120

Saskatchewan Financial Services Commission
Securities Division
6th Floor, 1919 Saskatchewan Drive
Regina, SK, S4P 3V7
Attention:   Director *
Telephone: (306) 787-5645
Facsimile: (306) 787-5899

New Brunswick Securities Commission
85 Charlotte Street, Suite 300
Saint John, NB, E2L 2J2
Attention:   Corporate Finance Officer
Telephone: (506) 658-3060 or
                    (866) 933-2222 (in New Brunswick)

*      For questions about the collection and use of
        personal information

**    In Québec questions about the collection and use of
        personal information may also be addressed to the
        Commission d'accès à l'information du Québec
        (1-888-528-7741)



# MINE DEVELOPMENT ASSOCIATES

## MINE ENGINEERING SERVICES

**Technical Report on the
Trinity Project
Pershing County, Nevada**



*Prepared for*

**Liberty Silver Corp.**
130 King Street West, Suite 3670
Toronto, Ontario M5X 1A9 Canada
416-214-5576
www.libertysilvercorp.com

**Renaissance Gold Inc.**
940 Matley Lane, Suite 17
Reno, Nevada 89502
775-337-1545
www.rengold.com

Report Date: December 1, 2011
Effective Date: August 9, 2011

Paul D. Hartley
Michael M. Gustin, P. Geo.
Daniel W. Kappes, P. Eng.

775-856-5700

210 South Rock Blvd.
Reno, Nevada  89502
FAX: 775-856-6053



# MINE DEVELOPMENT ASSOCIATES
## MINE ENGINEERING SERVICES

### CONTENTS

1.0 EXECUTIVE SUMMARY ..................................................................................................1
    1.1 Location and Ownership..........................................................................................1
    1.2 History, Exploration, and Past Production ...............................................................1
    1.3 Geology and Mineralization ....................................................................................2
    1.4 Metallurgical Testing and Mineral Processing........................................................3
    1.5 Silver, Lead, and Zinc Resources ...........................................................................4
    1.6 Conclusions and Recommendations.........................................................................4

2.0 INTRODUCTION AND TERMS OF REFERENCE ....................................................6
    2.1 Project Scope and Terms of Reference ....................................................................6
    2.2 Frequently Used Acronyms, Abbreviations, Definitions, and Units of Measure.............7

3.0 RELIANCE ON OTHER EXPERTS ...............................................................................8

4.0 PROPERTY DESCRIPTION AND LOCATION............................................................9
    4.1 Location ...................................................................................................................9
    4.2 Land Area ................................................................................................................9
    4.3 Agreements and Encumbrances .............................................................................12
        4.3.1 Exploration Earn-in Agreement between Liberty Silver Corp. and Renaissance Gold Inc. ..................................................................................................12
        4.3.2 Minerals Lease and Sublease between Newmont Mining Corporation and Renaissance Gold Inc. ...........................................................................14
        4.3.3 Royalties .....................................................................................................14
            4.3.3.1 Royalties Applicable to Sections 9 and 10 .........................................14
            4.3.3.2 Royalties Applicable to the Remainder of the Trinity Property ..........15
    4.4 Environmental Permitting and Liabilities ..............................................................15
        4.4.1 Environmental Liabilities............................................................................15
        4.4.2 Permits and Approvals ................................................................................16
        4.4.3 Geochemistry ..............................................................................................17
        4.4.4 Surface and Groundwater............................................................................17
            4.4.4.1 Special Status Species........................................................................17
            4.4.4.2 Access Route .....................................................................................17
            4.4.4.3 Permitting Risk ..................................................................................17

775-856-5700

210 South Rock Blvd.
Reno, Nevada 89502
FAX: 775-856-6053

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                 *Page ii*

5.0   ACCESS, CLIMATE, LOCAL RESOURCES, INFRASTRUCTURE, AND
      PHYSIOGRAPHY ................................................................................................18
      5.1   Access ..................................................................................................18
      5.2   Climate .................................................................................................18
      5.3   Local Resources and Infrastructure .....................................................18
      5.4   Physiography ........................................................................................18

6.0   HISTORY ...........................................................................................................20
      6.1   Exploration and Mining History..........................................................20
            6.1.1   U. S. Borax and Chemical Corporation ...............................20
            6.1.2   Santa Fe Pacific Mining, Inc. ..............................................22
            6.1.3   Renaissance Gold Inc. ..........................................................23
      6.2   Historic Mineral Resource and Reserve Estimates ..............................23
      6.3   Historic Mine Production .....................................................................27

7.0   GEOLOGIC SETTING AND MINERALIZATION ...............................................28
      7.1   Geologic Setting ...................................................................................28
            7.1.1   Regional Geology .................................................................28
            7.1.2   Local Geology ......................................................................30
            7.1.3   Project Geology ....................................................................32
      7.2   Mineralization ......................................................................................35

8.0   DEPOSIT TYPES ...............................................................................................38

9.0   EXPLORATION ..................................................................................................39

10.0  DRILLING ..........................................................................................................40
      10.1   U. S. Borax .........................................................................................42
      10.2   Santa Fe Pacific Mining Inc. ..............................................................43
      10.3   Renaissance Gold Inc. ........................................................................44
      10.4   Summary of Drilling and Sampling .....................................................44

11.0  SAMPLE PREPARATION, ANALYSES, AND SECURITY ..................................45
      11.1   U. S. Borax .........................................................................................45
      11.2   Santa Fe Pacific Mining Inc. ..............................................................46
      11.3   Renaissance Gold Inc. ........................................................................47
      11.4   Summary Statement.............................................................................48

12.0  DATA VERIFICATION ........................................................................................49
      12.1   Data Verification Studies by Other Workers........................................49
      12.2   MDA Data Verification .......................................................................49
            12.2.1   CMS vs. USBRC Checks on Silver - 1983 ...........................50
            12.2.2   Bondar-Clegg vs. USBRC Checks on Silver - 1984...............51
            12.2.3   USBRC vs. USBRC Checks on Silver – 1984-1985 ..............52
            12.2.4   Hunter vs. USBRC Pulp Checks on Silver - 1985 .................54
            12.2.5   AAL vs. AAL Pulp Checks on Silver – 2006-2007 ...............56
            12.2.6   CMS vs. USBRC Analyses for Lead – 1983 .........................58

*Mine Development Associates*                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*December 2, 2011*                                              *Print date: 12/2/11 12:44 p.m.*

**APP 0447**

|  |  | 12.2.7 | USBRC vs. USBRC Checks on Lead – 1984/85 | 59 |
|  |  | 12.2.8 | Hunter vs. USBRC Analyses for Lead - 1985 | 60 |
|  |  | 12.2.9 | AAL vs. AAL Pulp Checks on Lead from RC Samples 2006/07 | 62 |
|  |  | 12.2.10 | USBRC vs. USBRC Checks on Zinc - 1985 | 63 |
|  |  | 12.2.11 | Hunter vs. USBRC Pulp Checks on Zinc - 1985 | 64 |
|  |  | 12.2.12 | CMS vs. USBRC Checks on Zinc - 1985 | 66 |
|  |  | 12.2.13 | AAL vs. AAL Pulp Checks on Zinc from RC Samples | 67 |
|  | 12.3 | Summary Statement on Data Verification | | 69 |
|  | 12.4 | Assay Database Audit | | 69 |
| 13.0 | MINERAL PROCESSING AND METALLURGICAL TESTING | | | 70 |
|  | 13.1 | Historical Testing and Mineral Processing | | 70 |
|  |  | 13.1.1 | 1983 U. S. Borax Research Corp. and Hazen Research Inc. | 70 |
|  |  | 13.1.2 | 1983-1984 U. S. Borax Research Corp. | 71 |
|  |  | 13.1.3 | 1984-1985 U. S. Borax Research Corp. | 72 |
|  |  | 13.1.4 | 1986–1987 Kappes, Cassiday & Associates | 73 |
|  | 13.2 | Metallurgical Testing by Liberty Silver Corp. | | 73 |
| 14.0 | MINERAL RESOURCE ESTIMATE | | | 74 |
|  | 14.1 | Introduction | | 74 |
|  | 14.1 | Resource Modeling | | 76 |
|  |  | 14.1.1 | Data | 76 |
|  |  | 14.1.2 | Deposit Geology Pertinent to Resource Modeling | 76 |
|  |  | 14.1.3 | Geologic and Oxidation Modeling | 77 |
|  |  | 14.1.4 | Density | 77 |
|  |  | 14.1.5 | Silver, Lead, and Zinc Modeling | 77 |
|  | 14.2 | Trinity Inferred Mineral Resources | | 86 |
| 15.0 | ADJACENT PROPERTIES | | | 92 |
| 16.0 | OTHER RELEVANT DATA AND INFORMATION | | | 93 |
| 17.0 | INTERPRETATION AND CONCLUSIONS | | | 94 |
| 18.0 | RECOMMENDATIONS | | | 96 |
| 19.0 | REFERENCES | | | 98 |
| 20.0 | DATE AND SIGNATURE PAGE | | | 101 |
| 21.0 | CERTIFICATE OF AUTHORS | | | 102 |

*Mine Development Associates*
*December 2, 2011*                                                   *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
                                                                     *Print date: 12/2/11 12:44 p.m.*



*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                                     *Page iv*

## TABLES

Table 1.1    Trinity Inferred Mineral Resources................................................................4
Table 4.1    Unpatented Lode Mining Claims of the Trinity Property.................................11
Table 6.1    1986 Trinity "Geologic Reserve Calculation" Prior to Mining .........................24
Table 6.2    1986 Southwest Extension Oxide "Reserve" ................................................25
Table 6.3    July 1987 Initial and January 1988 Revised "Reserve" Estimate for the Oxide Ore Body...25
Table 6.4    1988 Trinity Total Undeveloped "Reserves"..................................................25
Table 6.5    1989 Borax Summary of Remaining "Mineral Reserves" at Trinity....................26
Table 6.6    1989 Mineral "Reserve" Stockpile at the Trinity Mine ....................................26
Table 10.1   Trinity Mineral Resource Database Summary ................................................40
Table 12.1   CMS Analyses *vs.* USBRC Analyses for Silver – 1983 .................................51
Table 12.2   Bondar Clegg Analyses *vs.* USBRC Analyses for Silver – 1984 .....................52
Table 12.3   USBRC Checks *vs.* USBRC Original Analyses for Silver – 1984/85 .................54
Table 12.4   Hunter Checks *vs.* USBRC Original Analyses for Silver – 1985 ......................56
Table 12.5   AAL Checks on Pulps from RC and Core Samples *vs.* AAL Analyses for Silver – 2007...57
Table 12.6   CMS Checks on Rotary Percussion Samples Relative to Original USBRC Analyses for
              Lead – 1983 ..............................................................................59
Table 12.7   USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses
              for Lead – 1984/85 ......................................................................60
Table 12.8   Hunter Checks on Pulps Relative to Original USBRC Analyses for Lead – 1985...............61
Table 12.9   AAL Checks on Pulps from RC and Core Samples Relative to Original AAL Analyses
              for Lead – 2006/07 ......................................................................63
Table 12.10  USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses
              for Zinc – 1985 ..........................................................................64
Table 12.11  Hunter Checks on Pulps Relative to Original USBRC Analyses for Zinc – 1985 .............65
Table 12.12  CMS Checks Relative to Original USBRC Analyses for Zinc – 1985 ....................67
Table 12.13  AAL Checks on Pulps from RC and Core Samples Relative to Original AAL Analyses
              for Zinc  – 2006 ........................................................................68
Table 14.1   Trinity Mineral Domains ......................................................................78
Table 14.2   Descriptive Statistics of Coded Silver Assays ..............................................82
Table 14.3   Descriptive Statistics of Coded Lead Assays ................................................82
Table 14.4   Descriptive Statistics of Coded Zinc Assays ................................................82
Table 14.5   Trinity Silver Assay Caps .....................................................................83
Table 14.6   Trinity Lead Assay Caps .......................................................................83
Table 14.7   Trinity Zinc Assay Caps .......................................................................83
Table 14.8   Descriptive Statistics of Trinity Silver Composites ........................................84
Table 14.9   Descriptive Statistics of Trinity Lead Composites .........................................84
Table 14.10  Descriptive Statistics of Trinity Zinc Composites .........................................84
Table 14.11  Search Ellipse Orientations ...................................................................85
Table 14.12  Summary of Trinity Estimation Parameters .................................................85
Table 14.13  Trinity Inferred Mineral Oxide Resources ..................................................86
Table 14.14  Trinity Inferred Mineral Sulfide Resources ................................................87
Table 18.1   Estimated Costs of Trinity Program..........................................................97

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0449**



*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page v*

## FIGURES

Figure 4.1   Location of the Trinity Property, Pershing County, Nevada ................................................. 10
Figure 4.2   Property Map for the Trinity Project .............................................................................. 13
Figure 5.1   Physiography of the Trinity Mine Area .......................................................................... 19
Figure 6.1   View of the Historic Liberty Silver Open Pit .................................................................. 27
Figure 7.1   Regional Geology of the Trinity Range Area, Pershing County ......................................... 29
Figure 7.2   Generalized Geology of the Trinity Area ....................................................................... 31
Figure 7.3   Geology of the Trinity Mine Area ................................................................................ 34
Figure 7.4   Sulfide Mineralization at Trinity ................................................................................. 36
Figure 10.1  Drill-hole Location Map for the Trinity Project ............................................................. 41
Figure 12.1  CMS Checks Relative to Original USBRC Analyses for Silver – 1983 ............................ 50
Figure 12.2  Bondar Clegg Checks Relative to Original USBRC Analyses for Silver – 1984 ............... 52
Figure 12.3  USBRC Checks Relative to Original USBRC Analyses for Silver – 1984/85 ................... 53
Figure 12.4  Hunter Checks Relative to Original USBRC Analyses for Silver – 1985 ......................... 55
Figure 12.5  AAL Checks on Pulps from RC and Core Samples Relative to Original AAL Analyses for
             Silver – 2007 ............................................................................................................. 57
Figure 12.6  CMS Checks Relative to Original USBRC Analyses for Lead – 1983 ............................. 58
Figure 12.7  USBRC Checks Relative to Original USBRC Analyses for Lead – 1984/85 .................... 59
Figure 12.8  Hunter Checks on Pulps Relative to Original USBRC Analyses for Lead – 1985 ............. 61
Figure 12.9  AAL Checks on Pulps Relative to Original AAL Analyses for Lead – 2006/07 ............... 62
Figure 12.10 USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses
             for Zinc – 1985 ......................................................................................................... 64
Figure 12.11 Hunter Checks on Pulps Relative to Original USBRC Analyses for Zinc – 1985 ............. 65
Figure 12.12 CMS Checks Relative to Original USBRC Analyses for Zinc – 1985 ............................. 66
Figure 12.13 AAL Checks on Pulps Relative to Original AAL Analyses for Zinc – 2007 .................... 68
Figure 14.1  Cross Section 2800 Showing Silver Mineral Domains .................................................. 79
Figure 14.2  Cross Section 2800 Showing LeadMineral Domains .................................................... 80
Figure 14.3  Cross Section 2800 Showing Zinc Mineral Domains .................................................... 81
Figure 14.4  Trinity Variogram ..................................................................................................... 85
Figure 14.5  Cross Section 2800 Showing Block Model Silver Grades .............................................. 89
Figure 14.6  Cross Section 2800 Showing Block Model Lead Grades ............................................... 90
Figure 14.7  Cross Section 2800 Showing Block Model Zinc Grades ............................................... 91

*Cover Photo:  Overview of the historic Trinity open pit looking west-southwest toward the Seven Troughs Range.*

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
Print date: 12/2/11 12:44 p.m.

**APP 0450**



# MINE DEVELOPMENT ASSOCIATES
## MINE ENGINEERING SERVICES

## 1.0    EXECUTIVE SUMMARY

Mine Development Associates ("MDA") has been engaged to prepare this technical report on the Trinity project, Pershing County, Nevada, for Liberty Silver Corp., a Nevada corporation ("Liberty Silver"), and Renaissance Gold Inc., listed on the TSX Venture Exchange ("Renaissance"). At the time of the work described in this report and prior to October 29, 2010, Renaissance was known as AuEx Ventures, Inc. This report has been prepared in compliance with the disclosure and reporting requirements set forth in the Canadian Securities Administrators' National Instrument 43-101 ("NI 43-101"), Companion Policy 43-101CP, and Form 43-101F1, as well as with the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" ("CIM Standards") adopted by the CIM Council on November 27, 2010.

MDA previously prepared a technical report, which was filed by Renaissance in April 2011, in support of the first NI 43-101-compliant mineral resource estimate of the Trinity silver, lead, and zinc deposit. The current updated report has been prepared in support of the anticipated listing of Liberty Silver on the TSX Exchange. This report updates the project land status to reflect the acquisition of additional claims and provides new recommendations for the Trinity project. No additional drilling or other work that is considered material to the resource estimate has occurred since publication of the previous technical report.

### 1.1    Location and Ownership

The Trinity project is located along the west flank of the Trinity Range in Pershing County, Nevada, about 23 miles by road northwest of Lovelock, the county seat.

The Trinity property consists of approximately 9,960 acres, which include 240 unpatented lode mining claims and portions of nine sections of private land. Renaissance holds a 100% leasehold interest in the Trinity property through its wholly owned subsidiary, Renaissance Exploration, Inc. Liberty Silver has the right to earn 70% of the Renaissance interest by means of an exploration earn-in agreement, subject to certain obligations.

### 1.2    History, Exploration, and Past Production

The Trinity project lies in the Trinity mining district, which had limited production of silver, lead, zinc, and gold from 1864 through 1942, primarily from the east side of the Trinity Range. In the vicinity of the Trinity project, which is located on the west side of the range, there was historic prospecting with unrecorded but presumed minor silver production.

775-856-5700

210 South Rock Blvd.
Reno, Nevada  89502
FAX: 775-856-6053

Minor exploration activity took place in the vicinity of the Trinity project in the 1950s, and in the 1960s Phelps Dodge Corporation completed trenching, IP surveying, and limited drilling in the area.

U. S. Borax and Chemical Corp. ("Borax") became interested in what is now the Trinity project in 1982 on the basis of reconnaissance geochemical sampling that indicated the presence of anomalous lead and silver in the Willow Canyon area.  By 1984, Borax had acquired a property position and had entered into a joint venture with Southern Pacific Land Company (later Santa Fe Pacific Mining, Inc. ("SFPM") and still later Newmont Mining Corp. ("Newmont")), in which Borax was the operator. From 1982 to 1986, Borax and its joint-venture partner explored the property and developed the Trinity mine.  Borax operated the open pit heap-leaching mine, through a mining contractor, on behalf of the joint venture from September 3, 1987 to August 29, 1988, with leaching continuing into 1989.   During this period, the mine produced about five million ounces of silver from about 1.1 million tons of oxidized ore grading six ounces of silver per ton.  Borax drilled and conducted extensive metallurgical testing on the sulfide mineralization, but metal prices at the time were too low to support mining of this material.

In 1984-1985, 1987-1989, and 1990, SFPM conducted exploration and drilling on their property in the vicinity of the joint-venture lands.  In 1991, SFPM acquired sole interest in the joint-venture lands, including Borax's claims, and conducted further exploration through 1992.   SFPM's 1990-1992 exploration work concentrated on down-dip and lateral extensions of mineralization underlying the oxide pit and the sulfide mineralization, as well as extensions of mineralization outside the immediate mine area.

There was no exploration on the Trinity property from 1993 to 2005.  In August 2005, Renaissance leased the property from Newmont, who had acquired SFPM's Nevada holdings.  Under an earn-in agreement with Piedmont Mining Company, Renaissance explored the property from September 2005 through July 2009, including limited drilling in 2006 and 2007 that encountered high-grade silver values below and adjacent to the open pit.

Liberty Silver entered into an earn-in agreement with Renaissance in March 2010.  To date, Liberty Silver has conducted extensive data compilation and has completed a magnetotelluric geophysical survey of the project.  The database of technical data for the property, developed since 1982, includes the results of soil and rock surveys, geophysical surveys, geologic mapping, lithology logging and multi-element analyses for about 400 drill holes, and metallurgical work, as well as data derived from the previous production of heap-leach silver.

## 1.3     Geology and Mineralization

The Trinity project lies on the western flank of the Trinity Range, one of the generally north-trending ranges formed during Tertiary extension of the Basin and Range Province.

Within the Trinity Range, the basement rocks are comprised of the Middle Triassic to Early Jurassic near-shore deltaic deposits of the Auld Lang Syne Group, which are represented by phyllite, argillite, quartzite, and dirty limestone at the Trinity project.  The best-represented pre-Cenozoic deformation in this portion of the Trinity Range is the Jurassic and Cretaceous Nevadan Orogeny, which resulted in low-grade regional metamorphism, variably directed folding, and thrust faulting.  A Cretaceous intrusive

episode culminated the Nevadan Orogeny and is exemplified by a Cretaceous granodiorite stock just northeast of the Trinity project.

Tertiary volcanic and sedimentary rocks and Quaternary sediments are abundant in the Trinity project area. There is a thin Tertiary rhyolite sequence along the central north-south axis of the property that includes the resource area. These volcanic rocks overlie the Mesozoic phyllite and argillite, exposed to the east, but are separated by an argillite breccia that is closely associated with faulting. The rhyolite includes interbedded rhyolitic flows, welded tuffs, air-fall tuffs, epiclastic tuffs, and lacustrine deposits. Several rhyolite domes, dikes, and sills have also been identified on the property, some of which may be related to mineralization. Early Tertiary north- to northwest-trending faults are present in the Trinity project area, as are younger north- to northeast-trending normal faults. Late Tertiary and/or Quaternary bench and channel gravel deposits and Quaternary alluvium and outwash unconformably overlie the rhyolites and cover the western part of the property.

Rhyolite porphyry, aphanitic rhyolite, and volcaniclastic rocks are the principal host rocks for mineralization in the Trinity mine area. Silicification and quartz-adularia-sericite alteration are associated with the mineralization. Tertiary rhyolitic tuffs and flows were extensively altered and form a halo extending 1.6 miles beyond the main mineralized area. This alteration affected the Auld Lang Syne Group only locally along faults and breccia zones.

Mineralization at the Trinity project is controlled by a northeast-trending zone of normal faults. Silver, lead, and zinc mineralization occurs in fractures and bedding planes in Tertiary rhyolite in the hanging-wall block of the fault zone. Although mineralization continues downward into the underlying Triassic rocks, it is more tightly constrained to fractures that host higher-grade vein mineralization. The original Trinity silver deposit can generally be divided into two parts: a sulfide zone below the current pit and to the northeast, and an overlying oxide zone. Borax's mining in the late 1980s focused on a portion of the oxide zone.

Mineralization occurs as oxidized and unoxidized sulfides in veinlets, as fracture-controlled mineralization, and as disseminations within the host rocks, including breccia matrix. Sulfide mineralization consists mainly of pyrite, sphalerite, galena, marcasite, and minor arsenopyrite with various silver minerals, including tetrahedrite-freibergite, pyrargyrite, minor argentite, and rare native silver, with traces of gold, pyrrhotite, stannite, and chalcopyrite. Low-grade lead and zinc have the potential to add value as byproducts.

## 1.4    Metallurgical Testing and Mineral Processing

The Trinity oxide and sulfide mineralization underwent extensive metallurgical analyses during the early pre-production time period (1983–1987). The metallurgical studies were conducted by U.S. Borax Research Corporation ("USBRC"), Hazen Research Incorporated, and Kappes, Cassiday & Associates and included mineralogy studies, head material analyses, grinding studies, gravity separation, flotation, and leach test work. This work suggests that both oxidized and unoxidized types of silver mineralization are amenable to cyanidation, but the oxide performs better than the sulfide. The sulfide mineralization yielded significant extraction in the flotation tests, whereas the oxide did not.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                    *Page 4*

Liberty Silver, in collaboration with Kappes, Cassiday & Associates, plans to conduct additional metallurgical studies, including the testing of new samples to verify and optimize the extractive process.

## 1.5    Silver, Lead, and Zinc Resources

The Trinity oxidized and unoxidized silver, lead, and zinc resources described in this report are listed in Table 1.1. All of the Trinity mineral resources are classified as Inferred.

### Table 1.1 Trinity Inferred Mineral Resources

| Cutoff (oz Ag/ton) | Inferred Oxide Resource | | |
|---|---|---|---|
| | Tons | oz Ag/ton | oz Ag |
| 0.65 | 1,901,000 | 1.37 | 2,605,000 |

| Cutoff (oz Ag-equiv/ton) | Inferred Sulfide Resource | | | | |
|---|---|---|---|---|---|
| | Tons | oz Ag/ton | oz Ag | % Pb | % Zn |
| 1.30 | 5,336,000 | 1.69 | 9,036,000 | 0.25% | 0.43% |

The oxide resources are tabulated using a cutoff of 0.65 oz Ag/ton, which was derived using a $17 per ounce silver price (three-year average) and a 75% heap-leach recovery factor. For the sulfide mineralization, a 1.30 oz/ton Ag-equivalent cutoff is used assuming 90% recovery by flotation of the silver, lead, and zinc, and metal prices of $17 per ounce for silver and $0.80 per pound for both lead and zinc. The cutoffs envision potential mining by open-pit methods.

## 1.6    Conclusions and Recommendations

MDA considers Trinity to be a property of merit that is worthy of further investment. The reliability of historic laboratory analyses of drill samples from the oxide resource should be evaluated by twinning approximately 12 of the historic holes with dry RC holes. Metallurgical testing of the oxide mineralization at representative grades is needed, as the historic work primarily tested high-grade material. Metallurgical testing of the unoxidized mineralization is also recommended. Core drilling will be required to obtain the material for this metallurgical test work; the core holes could also be used to twin some of the historic holes. In addition to the twinning program, there are several outlying areas of mineralization that warrant further drilling. Some of these poorly defined zones lie in the northeast quarter of Section 16 and the southeast quarter of Section 9, all south of the historic open pit, where current drill-hole spacing is 300 to 500 feet. This drilling should also help to define the southwest extension of mineralization. Additional higher-grade oxide zones may also be present in these areas, perhaps along structures that parallel the mineralized fault along the axis of the pit.

Once the drilling and metallurgical test work are completed, the resource should be updated. Using the updated resource, the completion of a preliminary economic assessment is recommended.

Total cost for this work is estimated at $1,800,000.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0454**



*Technical Report on the Trinity Project*
*Pershing County, Nevada*
*Page 5*

Additional exploration targets on the property are at an early stage and consist primarily of geophysical and conceptual geological and geochemical targets. These targets were not thoroughly assessed by MDA and are not discussed in this report.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0455**

## 2.0   INTRODUCTION AND TERMS OF REFERENCE

Mine Development Associates ("MDA") has been engaged to prepare this updated technical report on the Trinity project, Pershing County, Nevada, for Liberty Silver Corp. ("Liberty Silver") and Renaissance Gold Inc. ("Renaissance"). Liberty Silver is a Nevada corporation and is traded on the Over-the-Counter Bulletin Board (LBSV) (website at http://www.libertysilvercorp.com/). Renaissance is listed on the TSX Venture Exchange (REN) (website at http://www.rengold.com).

Liberty Silver acquired its interest in the Trinity property through an exploration earn-in agreement with Renaissance. At the time of the work described in this report and prior to October 29, 2010, Renaissance was known as AuEx Ventures, Inc. ("AuEx"), but "Renaissance" will be used throughout this report unless a distinction is necessary.

This technical report has been prepared in compliance with the disclosure and reporting requirements set forth in the Canadian Securities Administrators' National Instrument 43-101 ("NI 43-101"), Companion Policy 43-101CP, and Form 43-101F1, as well as with the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" ("CIM Standards") adopted by the CIM Council on November 27, 2010.

The effective date of this report is August 9, 2011, unless otherwise noted.

### 2.1   Project Scope and Terms of Reference

MDA previously prepared a technical report, which was filed by Renaissance in April 2011, in support of the first NI 43-101-compliant mineral resource estimate of the Trinity silver, lead, and zinc deposit (Hartley *et al.*, 2011). The current updated report has been prepared in support of the anticipated listing of Liberty Silver on the TSX Exchange. This report updates the project land status to reflect the acquisition of additional claims and provides new recommendations for the Trinity project. No additional drilling or other work that is considered material to the resource estimate has occurred since publication of the previous technical report.

This report has been prepared by Paul Hartley, a geologist with 34 years of mining industry experience and an associate of MDA, under the supervision of Michael M. Gustin, MDA Senior Geologist, who is a qualified person under NI 43-101. The mineral resources reported herein are taken from MDA's earlier technical report and were estimated and classified under the supervision of Michael M. Gustin. There is no affiliation between Mr. Hartley or Mr. Gustin and Liberty Silver or Renaissance except that of an independent consultant/client relationship.

MDA has relied on the data and information provided by Liberty Silver for the completion of this report. In addition, MDA has relied upon the individuals described in Section 3.0 and the references cited in Section 19.0.

The authors' mandate was to describe the history and geology of the Trinity project and to comment on substantive public or private documents and technical information listed in Section 19.0. The mandate also required on-site inspection and the preparation of this independent technical report containing the authors' observations, conclusions, and recommendations. Mr. Hartley conducted a site visit on October 13, 2010.

*Mine Development Associates*
*December 2, 2011*          U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                    *Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 7*

## 2.2  Frequently Used Acronyms, Abbreviations, Definitions, and Units of Measure

Unless otherwise indicated, all references to dollars ($) in this report refer to currency of the United States.  Frequently used acronyms and abbreviations are listed below.

| | |
|---|---|
| AA | atomic absorption spectrometry |
| Ag | silver |
| As | arsenic |
| Au | gold |
| CIM | Canadian Institute of Mining, Metallurgy, and Petroleum |
| Cu | copper |
| FA-AA | fire assay with an atomic absorption finish |
| ft | feet |
| ha | hectare |
| Hg | mercury |
| ICP | inductively coupled plasma |
| in. | inch |
| oz/ton | troy ounces per short ton |
| Pb | lead |
| QA/QC | quality assurance and quality control |
| RC | reverse-circulation drilling method |
| RQD | rock-quality designation |
| ton(s) | short ton(s) (one short ton = 2,000 pounds) |
| Zn | zinc |

**Analytical Values**

| | percent | grams per metric tonne | troy ounces per short ton |
|---|---|---|---|
| 1% | 1% | 10,000 | 291.667 |
| 1 gram/tonne | 0.0001% | 1 | 0.0291667 |
| 1 oz troy/short ton | 0.003429% | 34.2857 | 1 |
| 100 ppm | | | 2.917 |

**Currency** Unless otherwise indicated, all references to dollars ($) in this report refer to currency of the United States.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0457**

*Technical Report on the Trinity Project*
*Pershing County, Nevada* *Page 8*

## 3.0    RELIANCE ON OTHER EXPERTS

MDA is not an expert in legal matters, such as the assessment of the legal validity of mining claims, private lands, mineral rights, and property agreements in the United States.  MDA did not conduct any investigations of the environmental or social-economic issues associated with the Trinity project and is not an expert with respect to these issues.

MDA has relied on Liberty Silver to provide full information concerning the legal status of Liberty Silver Corporation, as well as current legal title, material terms of all agreements, existence of applicable royalty obligations, and material environmental and permitting information that pertain to the Trinity property.  The information summarized in Sections 4.2 Land Area and 4.3.3 Royalties was provided by Mr. Greg Ekins, principal of G.I.S. Land Services of Reno, Nevada, and the authors offer no professional opinions with respect to the provided information.   MDA has relied upon Brian W. Buck, Vice President of JBR Environmental Consultants, Inc., Sandy, Utah, for Section 4.4 Environmental Permitting and Liabilities.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0458**

## 4.0 PROPERTY DESCRIPTION AND LOCATION

MDA is not an expert in land, legal, environmental, and permitting matters. The information on land area presented in Section 4.2 and on royalties in Section 4.3.3 is summarized from title reviews (the "Title Review") prepared by Greg Ekins of G. I. S. Land Services ("G.I.S.L.S.") (Ekins, 2011a, 2011b) that were effective as of November 24, 2010, with updated information provided by G.I.S.L.S. on August 5, 2011 included in Title Review 2011-22-TRA (Ekins, 2011c) and additional updated information provided by G.I.S.L.S. on November 14 and December 1, 2011. Sections 4.2 and 4.3 are effective as of December 1, 2011. Section 4.4, which discusses environmental permitting and liabilities, has been prepared by Brian W. Buck, Vice President of JBR Environmental Consultants, Inc., Sandy, Utah. The summary of agreements in Sections 4.3.1 and 0 is taken from news releases of AuEx and information provided by Liberty Silver.

### 4.1 Location

The Trinity project is located in Pershing County, Nevada, about 23 miles by road northwest of Lovelock, the county seat (Figure 4.1). The property lies along the west flank of the Trinity Range of northern Nevada. The Rochester silver mine, one of the larger silver mines in the U.S., lies about 25 miles southeast of the project, and the Seven Troughs gold district lies about 10 miles northwest of the project.

The center of the Trinity project is approximately located at 40.3965°N, 118.6101°W. The property is covered by the U.S. Geological Survey Natchez Spring 7.5' topographic map.

### 4.2 Land Area

The Trinity property is comprised of approximately 9,960 acres as follows:

- Land leased by Renaissance from Newmont Mining Corp. ("Newmont") in August 2005 that includes 4,396 acres of mineral leases controlled by Newmont plus 41 unpatented mining claims (SEKA- claims) and 1,280 acres of private lands owned by Newmont, and

- 199 unpatented mining claims (TS-, ELM-, and XXX- claims; see Table 4.1 for listing) owned by Renaissance Exploration, Inc., a wholly owned subsidiary of Renaissance Gold Inc.

Liberty Silver acquired its interest in the Trinity property through an exploration earn-in agreement with Renaissance effective March 29, 2010. Renaissance holds a 100% leasehold interest in the Trinity property, and through the earn-in agreement, Liberty Silver has the right to earn a 70% interest in Renaissance's interest subject to certain obligations (see Section 4.3.1). All of the property listed above is subject to the earn-in agreement between Liberty Silver and Renaissance, as well as the Newmont and Renaissance Mining Lease and Sublease agreement (see Sections 4.3.1 and 0).

Liberty Silver contracted G.I.S.L.S. to prepare a Title Review (2010-22-TR) of 162 of the claims and nine parcels of private land in Pershing County, Nevada (Ekins, 2011a) and an additional Title Review 2011-22-TRA of the 78 claims (ELM-104 through 175 and XXX-1 through 6) staked by Liberty Silver in April 2011. The following discussion summarizes G.I.S.L.S.' findings.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0459**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 10*

### Figure 4.1 Location of the Trinity Property, Pershing County, Nevada



*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0460**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                 *Page 11*

The earn-in agreement between Liberty Silver and Renaissance covers mineral rights in portions of Sections 2 through 5, 9 through 11, 15 through 17, and 21 of Township 29 North, Range 30 East and Sections 26, 27, 28, 33, 34, and 35 of Township 30 North, Range 30 East, Mount Diablo Base and Meridian, all in Pershing County, Nevada (Figure 4.2). These lands comprise the Trinity property subject to the earn-in agreement and include four groups of unpatented lode mining claims totaling 240 claims (SEKA-, TS-, ELM-, and XXX- claims on Table 4.1) and select portions of nine sections of private land (discussed below), totaling approximately 9,960 acres (4,031 hectares) of land.

### Table 4.1 Unpatented Lode Mining Claims of the Trinity Property
(Ekins, 2011a; Ekins, 2011c)

| Claim Name | Owner of Claims | BLM NMC Number |
|---|---|---|
| SEKA 1-6, 8-16 | Newmont USA Ltd. | 243016 – 243030 |
| SEKA 61-64 | Newmont USA Ltd. | 264508 - 264511 |
| SEKA 73-76 | Newmont USA Ltd. | 264520 - 264523 |
| SEKA 95-112 | Newmont USA Ltd. | 264542 - 264559 |
| TS-1 to TS-18 | Renaissance Exploration, Inc. | 930542 - 930559 |
| ELM 1-18 | Renaissance Exploration, Inc. | 1027569 - 1027586 |
| ELM 19-103 | Renaissance Exploration, Inc. | 1030226 - 1030310 |
| ELM 104-175 | Renaissance Exploration, Inc. | 1040840 - 1040911 |
| XXX 1-6 | Renaissance Exploration, Inc. | 1047549 - 1047554 |
| **240 claims total** | | |

All of the private land is controlled by Newmont and is leased by Renaissance from Newmont. It consists of:

LEASED LANDS: (Minerals Lease – 4,396.44 acres, according to Exhibit A of the Newmont-Renaissance agreement described in Section 4.3.2)
Newmont leases the mineral rights on the land described below from Nevada Land and Resource Company, LLC through a Minerals Lease dated August 17, 1987. Newmont does not control the surface rights on this leased property.

        Township 30 North, Range 30 East, MDB&M:
        Section 27;    All (640 acres)
        Section 33;    All (640 acres)
        Section 35;    N1/2, SE1/4, and N1/2 of SW1/4 (560 acres)

        Township 29 North, Range 30 East, MDB&M:
        Section 3;     All (639.12 acres)
        Section 5;     All (637.32 acres)
        Section 11;    All (640 acres)
        Section 17;    All (640 acres)

OWNED (Private) LANDS: Surface & Minerals (1,280 acres)
Newmont owns the mineral and surface rights on the land described below.

*Mine Development Associates*
*December 2, 2011*                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                    Print date: 12/2/11 12:44 p.m.

**APP 0461**

Township 29 North, Range 30 East, MDB&M:
Section 9;     All (640 acres)
Section 15,    All (640 acres)

Based upon the exploration earn-in agreement between Renaissance and Liberty Silver dated March 29, 2010 (see Section 4.3.1)**,** Liberty Silver has a contingent contractual leasehold interest in the mineral title of 70% of the mineral interests contained in the lands detailed in this summary of the Title Review. The ELM claims (Table 4.1) were located in the name of Liberty Silver and are subject to the terms of the exploration earn-in agreement. The XXX 1 through XXX 6 lode claims were also located in the name of Liberty Silver and are also subject to the terms of the earn-in agreement.  These 181 claims were deeded by Liberty Silver to Renaissance on November 30, 2011.

Annual holding costs for the unpatented lode claims include an annual maintenance fee payable to the U. S. Bureau of Land Management ("BLM") of $140 per claim and an annual filing fee of $10.50 per claim plus a $4.00 document fee for the Notice of Intent to Hold payable to Pershing County

The claims and fee land that make up Liberty Silver's property are contiguous.  The Trinity deposit is located in Sections 9 and 10, T29N, R30E (Figure 4.2).  As shown on Figure 4.2, there is property located in Sections 4 and 10 within the Trinity project that is not controlled by Liberty Silver.

## 4.3      Agreements and Encumbrances

### 4.3.1   Exploration Earn-in Agreement between Liberty Silver Corp. and Renaissance Gold Inc.

The following information has been provided by Liberty Silver.

Liberty Silver acquired its interest in the Trinity property through an exploration earn-in agreement with Renaissance effective March 29, 2010.  Renaissance is the sole lessee of a 100% interest in that portion of the Trinity property which is controlled by Newmont (see Section 4.3.2).  Liberty Silver can earn an undivided 70% interest in the property within a six-year period by meeting the following obligations:

1. A signing payment of $25,000, which has been made;
2. Expenditure of a minimum of $5,000,000 in exploration and development expenses as follows:
   - $500,000 in the first agreement year including the signing payment;
   - $1,000,000 in each of the second through fifth agreement years; and
   - $500,000 in the sixth agreement year.
3. Delivery of a Bankable Feasibility Study by the seventh anniversary of the effective date of March 29, 2010.

Under the terms of the agreement, upon having acquired its 70% interest, Liberty Silver will enter a formal joint venture with Renaissance, with Liberty Silver to act as the operator.

All of the claims and all fee land described in Section 4.2 are subject to the earn-in agreement.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**Figure 4.2 Property Map for the Trinity Project**
(Land information prepared by G.I.S. Land Services; resource outline added by MDA)



### 4.3.2  Minerals Lease and Sublease between Newmont Mining Corporation and Renaissance Gold Inc.

The following information is taken from an AuEx news release dated August 11, 2005, as reported on the AuEx website as of January 4, 2011.

In July 2005, AuEx, Inc. leased the Trinity property from Newmont and subsequently assigned the lease to Renaissance. The property included 4,396 acres of fee leases controlled by Newmont and 41 unpatented mining claims in addition to 1,280 acres of private lands owned by Newmont. Under the terms of the agreement, Renaissance reimbursed Newmont claim holding fees for 2004 and 2005, which totaled approximately $11,000, and committed to expend $200,000 in exploration expenses during the first 30 months of the agreement. Thereafter, the company must spend at least $100,000 per year to keep the agreement in effect and must expend a total of $2,000,000 on or before the seventh anniversary of the agreement. Renaissance can purchase the property at any time prior to the third anniversary of the agreement for $500,000 or for $1,000,000 thereafter, subject to a royalty retained by Newmont. In addition, Newmont retains the right to back-in ("Venture Option") upon fulfillment by Renaissance of specific expenditure requirements. If Newmont elects the Venture Option, they will reimburse Renaissance in amounts determined by the completion of Renaissance's obligations at the time of the Venture Option election.

### 4.3.3  Royalties

The following information on royalties is taken from title reviews prepared by Greg Ekins of G. I. S. Land Services (Ekins, 2011a, 2011b) that were effective as of November 24, 2010.

#### 4.3.3.1 Royalties Applicable to Sections 9 and 10

The land in Sections 9 and 10 that is covered by the earn-in agreement between Liberty Silver and Renaissance and on which the resource described in Section 14.0 is located is subject to the following royalties:

*Knox, Kaufman 4% Net Profits Interest Royalty*
A Letter Agreement dated January 8, 1991 among Santa Fe Pacific Gold Corporation ("Santa Fe"), Pacific Coast Mines, Inc., U. S. Borax and Chemical Company ("Borax"), and Knox, Kaufman, Inc. confirmed and modified an earlier agreement dated January 1, 1979, for the payment of a 4% net profits interest ("NPI") royalty to Knox, Kaufman, Inc. for production from the SEKA claims and Section 9 in T29N R30E. Based on the modification, the 4% NPI royalty in this agreement is be applied at 100% to the SEKA claims, and 50% of the royalty is applied to the areas in Section 9. Through acquisition of Santa Fe Pacific Gold Corporation, Newmont is the successor in interest and has acquired the assets and liabilities of Santa Fe Pacific Gold Corp., including the NPI royalty. No documents of record were located terminating this agreement, and it is not known if the royalty remains valid.

*Newmont Contingent Royalty*
Newmont has a contingent sliding-scale royalty applied to "Newmont Property" as defined in the Renaissance lease agreement. The royalties, summarized below, will be applied should Renaissance buy out Newmont's interest in these lands.

Silver
2% when silver is less than or equal to $5.00 per ounce.
3% when silver is greater than $5.00 per ounce up to $8.00 per ounce
4% when silver is greater than $8.00 per ounce up to $10.00 per ounce.
5% when silver is greater than $10.00 per ounce.
Gold
2% when gold is less than or equal to $300.00 per ounce.
3% when gold is greater than $300.00 per ounce up to $400.00 per ounce
4% when gold is greater than $400.00 per ounce up to $500.00 per ounce.
5% when gold is greater than $500.00 per ounce.

*Renaissance Contingent Royalty*
The exploration earn-in-agreement between Renaissance and Liberty Silver provides for a 4% net smelter returns ("NSR") royalty to Liberty Silver should Liberty Silver expend at least $3,000,000 and then decide to terminate the agreement before completing a feasibility study by the seventh anniversary of the effective date. The royalty is capped at twice Liberty's expenditures excluding overhead.

### 4.3.3.2 Royalties Applicable to the Remainder of the Trinity Property

For the remainder of the lands leased by Liberty Silver in the Trinity project, excluding Sections 9 and 10, there are various royalties described in the G.I.S.L.S. Title Review, and these royalty issues are complex. G.I.S.L.S. recommends that the validity of these royalties be determined by legal counsel.

### 4.4     Environmental Permitting and Liabilities

This section has been prepared by Brian W. Buck, Vice President of JBR Environmental Consultants, Inc., Sandy, Utah ("JBR").

### 4.4.1   Environmental Liabilities

Exploration at the Trinity mine in the early to mid-1980s led to open-pit mining, milling, and heap leach processing in the late 1980s. The existing heap located to the south of the open pit was closed with an evaporative cap and underwent drain-down monitoring until 2006, when the heap drain-down ceased. No further monitoring of the heap is required by Nevada Department of Environmental Protection ("NDEP"), Bureau of Mining Regulation and Reclamation ("BMRR"). The base of the heap is lined; any future work on the heap will require discussion with NDEP prior to engaging in the work.

Previous reclamation work conducted at the Trinity mine includes work performed by Borax, Santa Fe, Renaissance, and Newmont. The most recent reclamation work on the site was completed by Newmont as a condition of bond release. The BMRR has released the most recent reclamation bond held on the property by Newmont. Final reclamation work by Newmont was conducted in August 2010, which involved upgrading the safety berm around the pit and abandoning a potable water well. The Trinity mine property has been released from all previous permits and reclamation obligations. BMRR indicates the property presents no legacy environmental issues and is in good standing with the State regulatory agencies.

*Mine Development Associates*
*December 2, 2011*                                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                                                 *Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                           *Page 16*

## 4.4.2   Permits and Approvals

Liberty Silver is planning to conduct exploration on the private lands where exploration was conducted by prior operators and the existing pit is located. Permitting for work on the private land is regulated by BMRR.

Any future exploration onto the adjacent public land will be regulated by the BLM and requires compliance with the National Environmental Policy Act. Exploration on the public land claims may occur under a Notice of Intent ("NOI") to the BLM; however, the BLM may ask for supporting surveys, monitoring, or an Environmental Assessment ("EA") prior to approval of the NOI. The BLM would likely require an EA for this exploration work, which would include consultation with historic resources agencies, Native American interests, and public meeting notices of the proposed action. It is anticipated that a significant level of exploration or development of the unpatented mining claims on public land may require an additional EA. The EA for project development would require nine months to one year to complete. Much of the timeline associated with the EA is related to the mandatory public notice periods and agency comment periods.

Liberty Silver has retained the services of JBR to assist with the environmental permitting of the proposed Trinity mine. Liberty Silver and JBR have met with BMRR staff to present the project and discuss the permitting approval process. The BMRR requires the following authorizations for the proposed Trinity mine:

- NOI for exploration on fee lands (assuming greater than five acres of new disturbance)
- Mine Plan for mine development
- Reclamation Plan for mine development
- Water Pollution Control Permit ("WPCP") Application for mine development
- Spill Prevention, Control and Countermeasures Plan
- Stormwater Pollution Prevention Plan
- Air Quality Permits for mine development
  - Class II Air Quality Permit Application (Class I Permit may be required if emissions exceed 100 Tons annually for any regulated air pollutant)
  - Surface Area Disturbance Permit.

Liberty Silver has initiated the process of obtaining the aforementioned exploration and operating permits for work on the private lands. Issuance of the mining permits will depend on completion of the planning work and submittal of a Mine Plan. The BMRR estimates that once these documents are submitted the permits can be issued within several months. Neither the BMRR nor JBR has identified any issues that would prevent the eventual permitting of the proposed mine.

Exploration work on the fee land can commence immediately upon issue of notice to BMRR. Mine development on the fee land claims can commence upon BMRR approval of the Mine Plan and Reclamation Permit and the requisite bonding, operating permits, and approval of a WPCP. The State permitting process may take up to 180 days following submission of the permit applications.

Liberty Silver will submit applications for the Reclamation Permit and a WPCP from the BMRR. Communication with NDEP staff indicated no issues are currently apparent that would prevent obtaining

*Mine Development Associates*
*December 2, 2011*                           U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                            *Print date: 12/2/11 12:44 p.m.*

**APP 0466**

these permits due the reclamation work by prior operators, BMRR's familiarity with the property, and the lack of surface and groundwater contamination potential. The previous reclamation permit and bond held by Newmont was released in August of 2010, and all open permits and ongoing reclamations efforts have been terminated. BMRR has issued a final closure notice of the previous reclamation work.

Review of the project area and refinement of the proposed action would lead to a final identification of the pertinent regulatory requirements and permits that will be needed for construction and operations associated with the project.

## 4.4.3   Geochemistry

Geochemical data collection by Liberty Silver will be used to address BMRR permit requirements regarding the potential for Acid Mine Drainage.  Previous mining at the site was conducted in oxidized material, and the pit was stopped when they reached sulfide-bearing rocks. The Acid Base Accounting data currently being developed, along with the waste-rock characterizations, will further define the ongoing environmental requirements and the content of the reclamation plan.

## 4.4.4   Surface and Groundwater

The Trinity Range has few surface waters, and none exist in the vicinity of the project site. The local drainages flow west to the playa during significant storm events, but are otherwise ephemeral channels. Previous mining did not encounter groundwater, and groundwater is not expected to be encountered during mining operations as envisioned by Liberty Silver, as the depth to the water table in the area is several hundred feet below the bottom of the existing pit.

### 4.4.4.1 Special Status Species

The Trinity Range is listed as known and potential habitat for the Greater Sage Grouse by the BLM. The project site is immediately south of the habitat boundary line, and therefore permitting of the public lands may require additional Sage Grouse studies and monitoring. No other species of concern have been identified in the area.

### 4.4.4.2 Access Route

Liberty Silver will need to maintain the BLM road-use easement for the portion of the access road that extends from the county road to the private land. This is an existing easement on an existing improved road. Obtaining this BLM road-use easement is a matter of a renewal of the existing one and a transfer into Liberty Silver's name.

### 4.4.4.3 Permitting Risk

Based on our current understanding of the site conditions and plans for future development of the property, JBR believes that the risk of significant permit delays or denial is very low on this project. Due to the previous history of development on the property, good environmental use and reclamation record, limited potential environmental exposure to surface and groundwater, and a proposed zero-discharge processing circuit, the environmental concerns are believed to be minimal.

## 5.0    ACCESS, CLIMATE, LOCAL RESOURCES, INFRASTRUCTURE, AND PHYSIOGRAPHY

### 5.1    Access

The Trinity project is located in the Willow Canyon area on the west side of the Trinity Range in the Trinity mining district. The project can be reached from Reno, Nevada, by traveling on Interstate 80 about 89 miles northeast to Lovelock, then northwest on Nevada state route 399 for 13 miles, then north on the Sulfur-Seven Troughs road about nine miles, and then east on the mine access road four miles to the property. The Sulfur-Seven Troughs road is a county-maintained gravel road. The Willow Canyon road is an improved dirt road.

### 5.2    Climate

The climate of Pershing County is typical of the high desert of northern Nevada. Annual precipitation is about six inches in the valleys and as much as 20 inches in the mountains, with most of it falling as rain or snow in the winter months and occasional summer thunderstorms (Johnson, 1977). Winter temperatures are generally in the 30s and 40s, but occasionally fall below zero. Summer temperatures are generally in the 70s, but reach 90°F to 100°F in the valleys.

Exploration and mining activities can be conducted year round.

### 5.3    Local Resources and Infrastructure

Agriculture and mining are the principal economic activities in this area. Lovelock, the county seat of Pershing County, has an estimated population of 2,411 as of 2009 (Nevada State Demographer website) and is a source of experienced labor, materials, and lodging. Reno, Nevada, is a major metropolitan area located about 89 miles to the southwest of Lovelock.

The Burlington Northern Santa Fe Railroad passes through Lovelock, as does Interstate Highway 80.

The nearest source of power is at Lovelock, Nevada. Power for mining at the project will need to be generated on site.

Water used in prior mining operations came from wells that have since been reclaimed; new wells would have to be drilled to supply water for future mining. Water for exploration is brought in from Lovelock.

### 5.4    Physiography

The Trinity property lies on the northwest flank of the Trinity Range, one of the generally north-trending mountain ranges of the Basin and Range physiographic province.

The ranges in the area reach elevations of over 7,000ft, and the valleys are generally between 3,900 and 4,700ft in elevation. The principal areas of known mineralization on the Trinity property lie between 5,300 and 5,500ft above sea level (Ashleman, 1984).

*Mine Development Associates*
*December 2, 2011*                            U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                      *Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                 *Page 19*

Vegetation in the area is very sparse and consists of sage and "salt" and "antelope" brush, with small junipers in some of the canyons and at higher elevations (Ashleman, 1984).

Figure 5.1 shows the physiography in the vicinity of the Trinity mine area.

**Figure 5.1  Physiography of the Trinity Mine Area**



View looking west from the Trinity Range, overlooking the old Trinity open pit.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

APP 0469

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                    *Page 20*

## 6.0    HISTORY

### 6.1    Exploration and Mining History

The following information has been taken from Ashleman (1987, 1988), Leonard *et al.* (1986), Muntean (1992), Whateley *et al.* (2006), Liberty Silver's website, and information provided by Liberty Silver with other references as cited.

Mineralization was first discovered in the Trinity Range in 1859. There was limited, intermittent production of silver, lead, zinc, and gold from the Trinity district from 1864 through 1942. Most of the known production from the district came from gold-silver mines in the Trinity Canyon area on the east side of the range. The Trinity project, located on the west side of the range in the Trinity district, was prospected historically with unrecorded but minor silver production. Johnson (1977) noted the presence of small mines on veins in the vicinity of the Trinity project, but indicated their history was not known. Ashleman (1984) reported that lead-silver-gold veins occur along northeast-trending shear and breccia zones in Triassic sedimentary rocks and were mined locally; most of them occur in Sections 2 and 3, T29N, R30E and in the Willow Canyon area, with several small prospect pits between the two areas. Tingley (1985) reported that older silver-lead workings north of Willow Creek in Section 3, T29N, R30E are located along brecciated and highly oxidized quartz veins in northeast-trending shears in Triassic-Jurassic metasedimentary rocks. Two samples from old workings in Section 3, taken as part of Tingley's work, returned 0.20 and 0.45 ppm gold, >2,000 ppm arsenic, >1,000 ppm antimony, >2,000 ppm zinc, 500 and 1,000 ppm silver, and 100 and 300 ppm tin, with anomalous bismuth and cadmium. Ashleman (1984) reported that there are several small prospect pits and other old workings, as well as evidence of minor activity in the 1950s, in the Willow Canyon area and that Phelps Dodge Corp. ("PD") completed trenching, IP surveys, and limited drilling in the 1960s. Most of PD's work was in the Triassic rocks north of Willow Creek, but some trenching was done south of Willow Creek along the contact of Tertiary rhyolite and Triassic metasedimentary rocks.

### 6.1.1   U. S. Borax and Chemical Corporation

As described by Ashleman (1984), Knox, Kaufman, Inc. of Spokane, Washington, conducted precious-metals exploration for U. S. Borax and Chemical Corp. ("Borax") in northern Nevada in early 1982 and sent a geologist to return to the Trinity area to duplicate an anomalous gold sample he had taken several years earlier in the Willow Creek area. Although the original sample was not duplicated, anomalous silver values were obtained. Additional work showed an extensive anomalous lead zone with many anomalous silver values in rhyolites to the south. Knox, Kaufman, Inc. recommended the Willow Canyon area to Borax as a potential bulk-tonnage precious-metal occurrence (Ashleman, 1988).

Land agreements were entered into with the owners of five existing lode mining claims and with Southern Pacific Land Company, later Santa Fe Pacific Mining, Inc. ("SFPM"), who owned private land in the area. The "SEKA" unpatented mining claims were staked by Pacific Coast Mines, Inc., a wholly owned subsidiary of Borax, to cover adjacent open ground. Pacific Coast Mines, Inc. and SFPM entered into a joint-venture operating agreement on January 30, 1984 for the Trinity project. Borax was named operator and managed exploration and development work on the Trinity project.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0470**

From 1982 to 1986, Borax and its joint-venture partner for part of the project lands, SFPM, explored the property (primarily Sections 9 and 15). During exploration, Borax conducted an IP and resistivity survey in 1983, airborne magnetic surveys in 1984 and 1987, and a VLF survey in 1985. Mining Geophysical Surveys, Inc. of Tucson, Arizona performed the 1983 IP-resistivity survey (Wieduwilt, 1983). The survey consisted of 15 east-west lines with a 1,000ft line interval that formed the gradient-array grid. The lines were about 8,500ft long with readings taken every 500ft. Two test lines using a 200ft dipole-dipole configuration were also run to further analyze anomalous IP trends. The VLF survey, conducted by SFPM at Borax's request, included north-south and east-west lines (Hendrickson, 1985). Of the geophysical surveys conducted over the sulfide mineralization, the magnetic survey was of little value because of poor contrast in magnetic values. Gamma-ray spectrometry using K, Th, and U was tested but was also found to be of little value. The gradient-array IP resistivity survey did reveal a chargeability anomaly that coincided with the area of sulfide mineralization, and it also revealed a north-northwest-trending belt of high resistivity located adjacent to the eastern margin of an area of known subsurface mineralization (Ashleman, 1984).

Borax also carried out surface and trench rock-chip sampling; geologic mapping; a soil geochemical survey; percussion, RC, and core drilling; and metallurgical test work on sulfide and oxide mineralization.

Geologic mapping was initially at a scale of 1:500, followed by detailed mapping of the mineralized zone at a scale of 1:100. A soil geochemical survey was completed over the oxide and sulfide mineralized areas with samples analyzed for lead, zinc, and silver. Because it was more stable in the soil horizons, lead was used as a pathfinder element for the silver mineralization (Ashleman, 1984). Significant lead anomalies were identified over the sulfide zone. Anomalies with >100 ppm lead defined potentially mineralized areas, and higher lead levels of >1,000 ppm coincided with silver mineralization at the surface. Anomalous lead values persisted even over buried silver mineralization.

Surface rock geochemistry was used as part of reconnaissance exploration, with results helping to define the extent of surface mineralization (Ashleman, 1984). Rock chips from drilling, trenching, and surface sampling were analyzed for lead, zinc, silver, and gold. Anomalies from the rock and soil geochemical surveys were used to plan the early drilling programs.

According to Leonard *et al.* (1986), 236 holes totaling 90,342 feet were drilled on the property from 1982 through the 1985 field season, which delineated the mineralization on approximately 100-foot centers. Additional drilling was undertaken during mining, and as of May 1989, a total of 281 holes totaling 104,266 feet had been drilled since 1982 (Baele and Pelletier, 1989). According to Baele and Pelletier (1989), drilling was generally performed on a 100ft grid aligned N11°W of true north.

Borax and their joint-venture partner SFPM developed the Trinity open-pit mine, which Borax mined on behalf of the joint venture from September 3, 1987 to August 29, 1988 through a contract miner, with leaching continuing into 1989. The mine was subsequently reclaimed (Section 4.4.1). From 1987 to 1989, the mine produced about five million ounces of silver from about 1.1 million tons of oxidized ore grading about six ounces of silver per ton (Baele and Pelletier, 1989). Borax drilled and conducted extensive metallurgical testing of the sulfide mineralization. However, metal prices were too low to support mining of the sulfide mineralization. Leonard *et al.* (1986) presented an economic analysis and mining plan for the deposit as estimated in 1986, prior to the mining by Borax. Borax prepared a

*Mine Development Associates*
*December 2, 2011*                                   U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                                                    *Print date: 12/2/11 12:44 p.m.*

subsequent development plan for the sulfide and undeveloped oxide mineralization following completion of oxide mining in 1988 (Anon., 1988).

### 6.1.2   Santa Fe Pacific Mining, Inc.

In 1984 and 1985, SFPM drilled 26 holes (TR-series) mostly targeting extensions of the Trinity silver mineralization in Section 9 onto their own private ground in Sections 3 and 17. Their best intercept was 20 feet of 1.25 oz Ag/ton in a narrow shear zone in Mesozoic argillite (hole TR-6 in Section 3; Muntean, 1992). SFPM also tested a separate, unrelated area of mineralization in Section 27 of T30N, R30E.   In 1987-1989, SFPM staked claims and drilled 22 holes (TR 87-series, TR 88-series, and TS-series), which did not identify significant mineralization (Muntean, 1992). Drilling in the alluvial-filled valley to the west found thicknesses of alluvium of up to at least 700 feet in places.

In 1990, SFPM undertook a CSAMT geophysical survey, an incline dipole-dipole survey, and an IP-resistivity survey. The CSAMT survey, conducted by Phoenix Geoscience, Inc., consisted of 27 line miles in five N45°W profiles and one tie line run at N45°E with a station spacing of 660ft (Ostrander, 1990). It confirmed the thicknesses of alluvium encountered in drilling in the valley and indicated the location of the northeast-trending range-front fault. SFPM subsequently dropped many of the claims located west of the inferred fault. The IP-resistivity survey along and south of Willow Creek, conducted by Practical Geophysics for Kennecott Exploration Company ("Kennecott") (who by then controlled Borax's interest as described below), was plotted and interpreted by Great Basin Geophysical, Inc. (Lide, 1991). Three northwest-trending lines spaced 1,000 feet apart were surveyed with a dipole-dipole array with a dipole length of 300 feet; the middle line was extended to the southeast using a 200-foot dipole length. The lines identified a generally north-striking range-front structure. Moderate IP response associated with the higher-resistivity rock in the southeast portion of the lines suggested potential for sulfide mineralization in this area.

SFPM acquired sole interest in the joint-venture lands (Sections 9 and 15) and Borax claims (Sections 4, 8, 10, and 16), which by then were owned by Kennecott, that surrounded the joint-venture area through an agreement dated January 31, 1991. SFPM proceeded to compile all Borax and Kennecott data and conduct further exploration on the property through 1992. Kennecott had acquired Borax's unpatented mining claims by quitclaim deed dated May 1, 1990 and Borax's leased mining claims by an assignment effective May 1, 1990 (Roesch, 1990) when Rio Tinto Zinc Corp., which had previously acquired Borax in 1968, bought Kennecott in 1989. Kennecott then reconveyed the claims to Borax prior to termination of the SFPM-Borax joint venture in January 1991 (Trubey, 1991b). SFPM subsequently dropped the leased claims in Section 10. The 1990-1992 exploration work concentrated on down-dip and lateral extensions of mineralization underlying the oxide pit and the sulfide mineralization, as well as extensions of mineralization outside the immediate mine area. Seven RC angle holes (DTS-1 through DTS-7) were drilled around the immediate mine area based on analysis of silver grade-thickness plots (Muntean, 1992). Based on that drilling, SFPM concluded that the mineralization does not plunge, but instead maintains its intensity to the southwest. Drilling beneath the ridge of silicified tuffs that were thought to be the center of mineralization did not encounter any significant silver and no gold mineralization. SFPM's drilling identified additional low-grade silver, lead, and zinc mineralization at depth, but the results also indicated that the mineralization continues to narrow.

In exploring beyond the mine area, SFPM analyzed over 2,000 rock-chip, trench, and soil geochemical samples; carried out geologic mapping and air photo interpretation; examined existing drill data; and reviewed aeromagnetic, CSAMT, IP/resistivity gradient array, and dipole/dipole geophysical surveying (Muntean, 1992). In 1992, SFPM drilled four holes (DTS-8 through DTS-11) outside the mine area on SFPM private land, but failed to encounter significant mineralization.

### 6.1.3   Renaissance Gold Inc.

There was no significant exploration at the Trinity property from 1993 to 2005. In August 2005, Renaissance leased the property from Newmont, who had acquired SFPM's Nevada holdings. Renaissance explored the property with Piedmont Mining Company under the terms of an earn-in agreement signed in September 2005. Renaissance drilled 10 angled core holes (TSD-series) in 2006 and 15 RC holes (TS07-11 through TS07-25) in 2007 and encountered high-grade silver values in the sulfide zone below and adjacent to the open pit (AuEx website   as of August 13, 2010 http://www.auexventures.com/s/TrinitySilver.asp ). Renaissance's earn-in agreement with Piedmont was terminated on July 17, 2009 (AuEx website, news release dated September 1, 2009).

Renaissance and Yellowcake Mining, Inc. entered into a Letter of Intent in August 2009 that expired December 31, 2009. No exploration work was conducted during this period.

Liberty Silver entered into an earn-in agreement with Renaissance in March, 2010, as described in Section 4.3.1. Liberty Silver's work on the property is summarized in Section 9.0.

### 6.2      Historic Mineral Resource and Reserve Estimates

All estimates described in this section were prepared prior to establishment of NI 43-101 reporting requirements. There are insufficient details available on the procedures used in these estimates to permit MDA to determine if the estimates meet NI 43-101 standards. The classification terminology is presented as described in the original references, but it is not known if it conforms to the meanings ascribed to the measured, indicated, and inferred mineral resource classifications or proven and probable reserve classifications by the Canadian Institute of Mining, Metallurgy and Petroleum (the CIM Standards). Accordingly, these estimates should not be relied upon, and are presented herein merely as an item of historical interest with respect to the exploration targets at Trinity, and should not be construed as being representative of actual mineral resources or mineral reserves (under NI 43-101) present at the Trinity project. Current NI 43-101 mineral resources are discussed in Section 14.0 of this report.

Ashleman (1984) reported preliminary "geologic ore reserves", based on exploration in 1982 and 1983, of 2.72 million tons grading 3.04 oz Ag/ton with a 5.63:1 stripping ratio at a 1.5 oz Ag/ton cutoff and 4.01 million tons grading 2.49 oz Ag/ton with a 3.48:1 stripping ratio using a 1.0 oz Ag/ton cutoff within a pit defined using the 1.5 oz Ag/ton cutoff. This estimate was based on holes S-1 to S-72 and used a tonnage factor of 13 $ft^3$/t. No mining dilution or metallurgical recovery factors were applied.

In 1986, Borax completed three "total geologic reserve" calculations for the Trinity deposit, including both Borax and joint-venture ground (Ashleman, 1987; Table 6.1). A polygonal "ore reserve" calculation was done in January 1986 using a 1.0 oz Ag/ton cutoff within the main zone and a 1.5 oz

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                    *Page 24*

Ag/ton cutoff within the Southwest Extension (the small high-grade oxide body). Deep and/or peripheral intercepts were not used when it was felt they would have a high strip ratio. Two separate cross-sectional "reserve" calculations were completed using a 1.0 oz Ag/ton cutoff. Thin, deep, or isolated low-grade intercepts were discarded. Grade zones, based on knowledge of the geology and the nature of the mineralization, were subdivided by drawing boundaries midway between each hole and were not extended more than 50 feet from a drill hole without additional evidence of the mineralization extending further. The reported oxide values in Table 6.1 include the material that was subsequently mined from the Trinity open pit. MDA has not sufficiently evaluated these historic estimates for classification as current mineral resources or mineral reserves, and the issuer is not treating the historic estimates as current mineral resources or mineral reserves as defined under NI 43-101. These historic estimates should not be relied upon.

### Table 6.1 1986 Trinity "Geologic Reserve Calculation" Prior to Mining
(From Ashleman, 1987; Leonard *et al.*, 1986; Reim, 1989b)

| Method And Source | Tonnage Factor (ft$^3$/t) | Min. Intercept Length (feet) | Cutoff (oz Ag/ton) | Material Type | Tons (millions) | Average Grade (oz Ag/ton) | Total Ag (million ounces) |
|---|---|---|---|---|---|---|---|
| Polygon* (Ashleman, 1987) | 13.0 | 20 | 1.5* | Total Oxide Sulfide | 5.441 1.459 3.952 | 4.00 5.41 3.48 | 21.6 7.9 13.7 |
| N-S Cross-sections (Ashleman, 1987; Leonard *et al.*, 1986; Reim, 1989b)  "demonstrated geologic reserves" | 13.0 | 10 | 1.0 | Total Oxide Sulfide | 9.90 3.08 6.81 | 2.98 3.63 2.68 | 29.5 11.2 18.3 |
| | | | approx. 1.5 | Total Oxide Sulfide | 7.99 2.18 5.81 | 3.40 4.63 2.93 | 27.1 10.09 17.02 |
| | | | 2.0 | Total Oxide Sulfide | 5.83 1.48 4.35 | 4.01 6.00 3.36 | 16.926 |
| E-W Cross-sections Ashleman, 1987 | 13.0 | 10 | 1.0 | Total Oxide Sulfide | 9.275 2.803 6.472 | 3.06 3.91 2.70 | 28.4 11.0 17.5 |

*The polygon calculation is not comparable to the two cross-section calculations because it covered a restricted area. Cutoff is not strictly 1.5 oz Ag/ton cutoff, as material between grading between 1.0 and 1.5 oz Ag/ton was selectively included.

Borax (Ashleman, 1987) and Santa Fe (Whateley *et al.*, 2006) made undiluted "reserve" estimations of the high-grade oxide mineralization at the Southwest Extension using a tonnage factor of 13.3ft$^3$/t (Table 6.2). MDA has not sufficiently evaluated these historic estimates for classification as current mineral resources or mineral reserves, and the issuer is not treating the historic estimates as current mineral resources or mineral reserves as defined under NI 43-101. These historic estimates should not be relied upon.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
Print date: 12/2/11 12:44 p.m.

**APP 0474**

### Table 6.2 1986 Southwest Extension Oxide "Reserve"
(From Ashleman, 1987, and Whateley *et al.*, 2006)

| Method and Company | Composite Length (feet) | Cutoff (oz Ag/ton) | Tons (millions) | Average Grade (oz Ag/ton) | Total Ag (million oz) |
|---|---|---|---|---|---|
| Polygons Borax | 20 | 1.5 | 0.967 | 6.95 | 6.22 |
| N-S cross sections Borax | 10 | 1.5 | 1.304 | 6.16 | 8.03 |
| E-W cross sections Borax | 10 | 1.5 | 1.293 | 5.90 | 7.63 |
| N-S cross sections Borax | 10 | 1.5 | 0.932 | 7.69 | 7.17 |
| Polygons Santa Fe | 20 | 3.0 | 0.669 | 9.10 | 6.09 |
| N-S cross sections Santa Fe & Borax | 10 | 2.0 | 0.870 | 8.00 | 6.96 |

After mining less than two months and completing the first three 15-foot benches, Borax found that the tons of ore and contained ounces of silver were significantly different than those estimated in the initial mine plan (Reim *et al.*, 1988). Additional drilling was then completed and a new hand-calculated ore "reserve" for the oxide ore body was undertaken in January 1988 using a lower cutoff grade that resulted in about 14% less material to be mined, but at a higher grade than in the July 1987 estimate (Table 6.3). Both estimates used a specific gravity of 13.7 ft$^3$/t and a silver recovery of 79%, although Reim *et al.* (1988) noted that in the range of 1 to 2 oz Ag/ton, recovery was estimated to be 65% of the total contained silver.

### Table 6.3 July 1987 Initial and January 1988 Revised "Reserve" Estimate for the Oxide Ore Body
( From Reim *et al.*, 1988)

| | Cutoff (oz Ag/ton) | Tons | Grade (oz Ag/ton) | Silver (oz) |
|---|---|---|---|---|
| Initial July 1987 estimate | 2.0 | 1,175,633 | 5.12 | 6,022,810 |
| Revised January 1988 estimate | 1.6 | 850,624 | 7.33 | 6,290,677 |

In August, 1988, following mining of the oxide deposit, Borax estimated the undeveloped oxide and sulfide silver "reserves" adjacent to and east of the Trinity open pit (Reim, 1988; Anon., 1988; Table 6.4). MDA has not sufficiently evaluated these historic estimates for classification as current mineral resources or mineral reserves, and the issuer is not treating the historic estimates as current mineral resources or mineral reserves as defined under NI 43-101. These historic estimates should not be relied upon.

### Table 6.4 1988 Trinity Total Undeveloped "Reserves"
(Modified from Reim, 1988; Anon., 1988)

| Material Type | Cutoff (oz Ag/ton) | Mineable Tons (millions) | Grade (oz Ag/ton) | Recovery (%) | Recoverable Ag (million ounces) |
|---|---|---|---|---|---|
| Oxide | | 0.213 | 2.66 | 66 | 0.374 |
| Sulfide | 1.5 | 4.400 | 2.7 | 78.4 | 9.314 |
| Total | | | | | 9.688 |

*Mine Development Associates*
*December 2, 2011*                                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                    Print date: 12/2/11 12:44 p.m.

Baele and Pelletier (1989) updated the mineral inventory for the larger but lower-grade sulfide mineralized zone northeast of the open pit and the remaining oxide reserves in May 1989 using all available drill-hole data (Table 6.5). Their estimates used a cutoff grade of 1.0 oz Ag/ton and a bulk-density factor of 13.3ft$^3$/t.

The "geologic reserves" include: (1) the main sulfide zone and associated near-surface oxide mineralization, which Baele and Pelletier categorized as "measured reserves;" (2) remaining oxide and sulfide "reserves" under the existing open pit; and (3) low-grade oxide and sulfide material encountered in the pit that was stockpiled separately during mining. Baele and Pelletier felt that their estimates were somewhat conservative due to dilution introduced by compositing, the relatively large block size (50 x 50 x 15ft high), and the smoothing effect of the interpolation process. Baele and Pelletier (1989) further estimated that the total minable reserves of the sulfide body within an ultimate pit shell constructed using a 1.37 oz Ag/ton break-even cutoff grade, an overall 50° pit slope, mining of all material above the cutoff grade without regards to stripping ratio, and a $10/oz silver price was 4.367 million tons grading 2.41 oz Ag/ton (10,518,286 ounces) with a stripping ratio of 4.3:1.

**Table 6.5 1989 Borax Summary of Remaining "Mineral Reserves" at Trinity**
(From Baele and Pelletier, 1989)

|  | Cutoff Grade (oz Ag/ton) | Tons (thousands) | Grade (oz Ag/ton) | Ounces Ag (thousands) |
|---|---|---|---|---|
| **OXIDE** |  |  |  |  |
| Project area | 1.0 | 867 | 1.84 | 1,595 |
| Under open pit | 1.0 | 146 | 2.02 | 295 |
| Stockpile | NA | 398 | 1.17 | 466 |
| *Subtotal Oxide* |  | *1,411* | *1.67* | *2,356* |
| **SULFIDE** |  |  |  |  |
| Project area | 1.0 | 4,803 | 2.15 | 10,326 |
| Under open pit | 1.0 | 522 | 2.92 | 1,524 |
| Stockpile | NA | 31 | 11.59 | 359 |
| *Subtotal Sulfide* |  | *5,356* | *2.28* | *12,209* |
| **Total** |  | **6,767** | **2.15** | **14,565** |

The stockpiled material summarized in Table 6.5 had been estimated by Borax in March, 1989 (Reim, 1989a; Table 6.6). Reim noted that these estimates are based on fire assays.

**Table 6.6 1989 Mineral "Reserve" Stockpile at the Trinity Mine**
(From Reim, 1989a)

|  | Tons | Grade oz Ag/ton | Contained Ag oz |
|---|---|---|---|
| Oxide | 397,744 | 0.94 to 1.40 | 417,022 |
| Sulfide | 30,890 | 9.48 to 13.70 | 365,747 |
| Total | 428,634 |  | 782,769 |

MDA has not sufficiently evaluated these historic estimates for classification as current mineral resources or mineral reserves, and the issuer is not treating the historic estimates as current mineral resources or mineral reserves as defined under NI 43-101. These historic estimates should not be relied upon.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

Finally, SFPM reported that the Trinity deposit contained a sulfide "reserve" of four million tons averaging 2.5 oz Ag/ton at a cutoff of 1.4 oz Ag/ton. These reserves lay directly to the northeast of the existing open pit (Santa Fe Pacific Mining, Inc., undated; Muntean, 1992).

## 6.3    Historic Mine Production

The Trinity deposit was placed into production in September 1987 as an open-pit, cyanide heap-leach operation. Mining was done under contract by Lost Dutchman Construction Company of Sparks, Nevada, at an average production rate of 18,000 tons per day and at a cutoff grade of 1.3 oz cyanide-extractable silver per ton (Ashleman, 1988). Ore was crushed to -3/4 inch, agglomerated, and placed onto cyanide-leach pads. Silver was recovered by the Merrill Crowe process.

Borax reported that they mined a total of 1,085,790 tons of silver oxide ore at an average grade of 6.32 oz Ag/ton from the Trinity mine (Baele and Pelletier, 1989). A total of 0.14 ounces of gold were reportedly recovered with every 1,000 ounces of silver. An undated, anonymous summary that is believed to have been produced by Renaissance staff reported that the estimated silver recovery was 75% and the cutoff grade during mining was 1.3 oz Ag/ton. The pre-mining estimate for the oxide Southwest Extension pit consisted of 1.33 million tons of "mineable ore" averaging 6.05 oz Ag/ton (diluted) for a total of 8.05 million ounces of silver, of which 6.04 million ounces were thought to be recoverable based on 75% recovery from initial column-leach tests (Leonard *et al.*, 1986).

Figure 6.1 is a recent photograph taken from within the Trinity pit.

### Figure 6.1 View of the Historic Liberty Silver Open Pit



Northeast end of the historic open pit. The major controlling fault for the
mineralization lies at the back of the pit on the right side.

*Mine Development Associates*
*December 2, 2011*                                            U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                          *Print date: 12/2/11 12:44 p.m.*

## 7.0   GEOLOGIC SETTING AND MINERALIZATION

### 7.1   Geologic Setting

#### 7.1.1   Regional Geology

The following information was largely taken from Johnson (1977).

Pershing County lies in the northern portion of the Basin and Range Province, a region characterized by generally north-trending mountain ranges and intervening alluvial-filled basins formed by Tertiary extension. The Trinity Range is one of these generally north-trending ranges.

During parts of the Paleozoic to Middle Jurassic time, northern Nevada was the site of dominantly marine deposition, with the continental shelf and associated carbonate rocks lying in the eastern part of the state and deeper water deposition of siliceous rocks with associated volcanism to the west. Representative units in Pershing County are generally heterogeneous sequences of mafic volcanic rocks, chert, clastic sedimentary rocks, and minor limestone, which are primarily exposed in the eastern third of the county, east of the Trinity Range. From Middle Triassic to Early Jurassic time, there was regional uplift, producing near-shore deltaic deposits of mudstone, shale, and sandstone that were deposited over much of what is now Pershing County; the Auld Lang Syne Group, exposed in the Trinity Range and found in the Trinity project area, is part of these deposits.

Pre-Cenozoic deformation in northern Nevada was characterized by three major compressional events, of which the youngest is best represented in western Pershing County, including the Trinity Range. The oldest was the Late Devonian and Early Mississippian Antler Orogeny, during which deep-water sedimentary and volcanic rocks were thrust eastward tens of miles over shallow-water sedimentary rocks of the continental shelf. Evidence of this deformation, particularly the Roberts Mountains thrust, is best displayed in northeastern Nevada, east of Pershing County. Compression during the Early Triassic Sonoma Orogeny again involved transport of deep-water sequences eastward over shallow-water units, now exemplified by the Golconda thrust that is exposed in the Sonoma Range of Pershing County and in ranges to the east. The Nevadan Orogeny took place during Jurassic and Cretaceous time and resulted in low-grade regional metamorphism, variably directed folding, and thrust faulting that affected all pre-Tertiary rocks in Pershing County, including the Trinity project area.

Plutonic rocks of Early Triassic, Middle Jurassic, Cretaceous, and Late Cretaceous ages are found in Pershing County, of which a Cretaceous granodiorite stock present just northeast of the Trinity project is the best example in the project area. The Cretaceous intrusive episode represented the culmination of the Nevadan Orogeny.

Tertiary volcanic and sedimentary rocks and Quaternary sediments are widespread in Pershing County and are abundant in the Trinity project area. Cenozoic extension created the Basin and Range physiography that dominates present-day Pershing County.

Figure 7.1 shows the regional geology of much of Pershing County.

*Mine Development Associates*
*December 2, 2011*                          U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 29*

**Figure 7.1  Regional Geology of the Trinity Range Area, Pershing County**
(Modified from Johnson, 1977)



*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0479**

### 7.1.2 Local Geology

The following information has been taken from Leonard *et al.* (1986), Ashleman (1988), Santa Fe Pacific Mining, Inc. (undated), and Whateley *et al.* (2006).

In this part of the Trinity Range, a thin Tertiary rhyolite sequence is underlain by Triassic to early Jurassic phyllite and argillite of the Auld Lang Syne Group that form the basement of the Trinity Range. The Auld Lang Syne Group is composed of fine-grained clastic shelf and basin deposits with interbedded turbidites. Both regional metamorphism and contact metamorphism, related to intrusion of Cretaceous granodiorite dikes and stocks northeast of the mine, affected the Auld Lang Syne Group. A fine-grained, matrix-supported argillite breccia that is closely associated with faulting marks the contact between the Auld Lang Syne Group and the Tertiary rhyolitic volcanic rocks.

There is evidence of several episodes of structural deformation in the area. During the Nevadan Orogeny in Jurassic to early Cretaceous time, the Auld Lang Syne Group was strongly folded and faulted; low-grade regional metamorphism accompanied this deformation. Early Tertiary north- to northwest-trending faults are present within the Trinity mine area. The most prominent structural features in the area are north- to northeast-trending normal faults of Tertiary age, which offset all units except the gravel and alluvial deposits. .

Tertiary hydrothermal alteration altered the Auld Lang Syne Group only locally along faults and breccia zones. In contrast, Tertiary rhyolitic tuffs and flows were extensively altered with a halo extending 1.6 miles beyond the main mineralized area.

The Trinity property lies along the eastern edge of a Tertiary basin filled with rhyolitic tuffs, flows, and intrusive rocks. The basement rocks to the east consist of Mesozoic argillite and quartzite and a Cretaceous granodioritic stock. Figure 7.2 shows the geology of the Trinity area.

*Mine Development Associates*
*December 2, 2011*                                        U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 31*

## Figure 7.2  Generalized Geology of the Trinity Area
(Modified from Johnson, 1977)



*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0481**

### 7.1.3   Project Geology

The following information has been taken from Leonard *et al.* (1986), Ashleman (1984, 1988), Santa Fe Pacific Mining, Inc. (undated), and Whateley *et al.* (2006) with other references as cited.

In this portion of the Trinity Range, Mesozoic argillite and quartzite that form the basement of the range on the east are overlain by Tertiary rhyolite to the west.  Alluvium covers the western and northern portions of the project area.  There are numerous northeast-, northwest-, and north-trending faults.

The oldest rocks exposed within the Trinity project area are Triassic marine sedimentary rocks of the Auld Lang Syne Group, which crop out in the eastern part of the property.  Three units have been identified:  locally calcareous quartzite and sandstone; dirty limestone with calcareous siltstone and sandstone; and argillite and siltstone with subordinate quartzite and sandstone.  These rocks have been intruded by Cretaceous granodiorite to the northeast of the project area.  The Auld Lang Syne Group has undergone low-grade regional metamorphism and local contact metamorphism.

A Tertiary tectonic breccia crops out in several locations within the project area; it is particularly abundant along the rhyolite-argillite contact in Section 10 just south of Willow Creek and also along the north side of Willow Creek.  The breccia consists of angular fragments of argillite in a fine-grained matrix of argillite.  The breccia is generally well cemented and forms resistant outcrops.

Tertiary rhyolite unconformably overlies and locally intrudes the Auld Lang Syne Group.  The rhyolite includes interbedded rhyolitic flows, welded tuffs, air-fall tuffs, epiclastic tuffs, and lacustrine deposits.  The lower part of the volcaniclastic section consists primarily of air-fall and reworked tuffs; pyroclastic rocks, including welded tuffs and pyroclastic flows along with local phreatic-clastic deposits dominate the upper part of the section.  Several rhyolite domes, dikes, and sills have also been identified on the property, some of which may be related to mineralization (Leonard *et al.,* 1986).  Rhyolite porphyry and aphanitic rhyolite intruded into the volcaniclastic rocks and formed exogenous domes and flows.  Late-stage latitic to rhyolitic dikes, locally called "sugary rhyolite," post-dated most of the rhyolitic rocks. The rhyolite porphyry, the aphanitic rhyolite, and the volcaniclastic rocks are the principal host rocks for the mineralization in the Trinity mine area (Ashleman, 1988).  .

Late Tertiary and/or Quaternary bench and channel gravel deposits and Quaternary alluvium and outwash unconformably overlie the rhyolites and cover the western part of the property.

Several episodes of structural deformation have affected the rocks of the Trinity area. A pre-Tertiary event strongly folded and faulted the rocks of the Auld Lang Syne Group and was accompanied by regional low-grade metamorphism.  This event is thought to have been part of the Nevadan Orogeny. Tertiary deformation produced local north-trending open folds, high-angle faults, and local low-angle faults.  Although northeast-trending, high-angle faults dominate the Trinity district, north-, northwest-, and west-northwest-trending, high-angle fault sets are well developed in the mine area and are important controls of mineralization (Ashleman, 1988). Still, the principal structural control on mineralization is the northeast trending, northwest dipping normal fault running down the center of the open pit.

All the rocks in the project area except the gravel and alluvial deposits locally exhibit various degrees of hydrothermal alteration and mineralization.  The relatively permeable rhyolites and rhyolitic tuffs were

**APP 0482**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                    *Page 33*

most receptive to silver mineralization and associated silicification and quartz-adularia-sericite alteration, but alteration and mineralization also occur to a limited extent in adjacent argillite and tectonic breccia.

Silver mineralization was discovered in outcrop in altered Tertiary rhyolite at the break in slope between Triassic basement rock of the Trinity Range and pediment gravels that extend to the west. Northeast-trending normal faults lie along the break in slope and controlled mineralization.

Most of the mineralization is hosted by rhyolite tuffs, flows, volcaniclastic rocks, and intrusive rocks. $^{40}Ar/^{39}Ar$ dating of sericite from highly altered rhyolite within the Trinity silver mine pit yielded an age of 26.829 Ma, but Appold and Muntean (1993) opined that a better upper limit for the age of mineralization is probably an age of 25.111 Ma from fresh sanidine phenocrysts within a relatively unaltered rhyolite porphyry that is a likely source of heat and/or metals for the deposit. They noted that this age inferred for Trinity is similar to the 24.7 to 26.4 Ma age inferred for the Majuba Hill porphyry system but is significantly older than the age of gold mineralization at Seven Troughs (14.1 Ma) across the valley to the west of Trinity.

A north-trending, gold-bearing, low-angle structure is present north of the Trinity mine (Santa Fe Pacific Mining, Inc., undated).

Figure 7.3 shows the geology in the vicinity of the old Trinity open-pit mine.

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 34*

## Figure 7.3  Geology of the Trinity Mine Area
(From Whateley *et al.*, 2006)



*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
Print date: 12/2/11 12:44 p.m.

**APP 0484**

## 7.2     Mineralization

The discovery location for the silver and base metal mineralization at the Trinity project was an outcrop in altered Tertiary rhyolite at the break in slope between the Triassic phyllites and argillite that form the basement of the Trinity Range and pediment gravels that extend to the west.  Mineralization lies within the hanging-wall block of a zone of normal faulting along this break in slope.  The mineralization occurs primarily within rhyolite but is also hosted by Mesozoic argillites (Santa Fe Pacific Mining, Inc., undated).  Although mineralization continues downward into the underlying Triassic rocks, it is more tightly constrained to fractures that host high-grade vein mineralization.

The original Trinity silver deposit can generally be divided into two parts:  an oxide zone, a higher-grade portion of which was mined by Borax, and a low-grade sulfide zone that lies below and to the northeast of the oxide zone.

Alteration is widespread.  Silicification, sericitization, and quartz-adularia-sericite alteration are the most common types.  Propylitic (chlorite + calcite) alteration underlies and is peripheral to the other types.  Kaolinite and illite are found along some late faults.

Silver, lead, and zinc mineralization occurs as oxidized and unoxidized sulfides within veinlets controlled by fractures and as disseminations within the host rocks, including breccia matrix.  John and Muntean (2006) describe the form of the deposit as disseminated mineralization, including microfractures, stockwork zones, and breccia infill.  High-grade zones in the oxide zone are spatially related to areas of strong jointing, sericitic alteration, and limonite (Ashleman, 1988, cited in Whateley *et al.*, 2006).  Sulfide mineralization consists mainly of pyrite, galena, sphalerite, marcasite, minor arsenopyrite, various silver minerals, and traces of gold, pyrrhotite, stannite, and chalcopyrite (Figure 7.4).  The silver minerals are tetrahedrite-freibergite, pyrargyrite, minor argentite, and rare native silver.  Freibergite and pyrargyrite occur as free particles as well as intergrowths in pyrite/marcasite and in sphalerite, respectively (Woods and Smith, 1984).  Limited ore petrography indicated that the silver-bearing minerals are generally paragenetically late relative to the base-metal sulfides.

*Mine Development Associates*
*December 2, 2011*                                      U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                                       *Print date: 12/2/11 12:44 p.m.*

## Figure 7.4 Sulfide Mineralization at Trinity



Sulfide mineralization, in gray, in the bottom of the old Trinity open pit

Muntean (1992) reports that detailed analysis of bench-level geology and blasthole silver assays, including calculation of grade-thickness plots, demonstrates that mineralization within the oxide pit is strongly controlled by a N45°E structure running the length of the pit and dipping 45-70° to the northwest; the structure extends beyond the oxide pit to the northeast and southwest. The >2 oz Ag/ton contour is about 150ft wide and runs parallel to the structure, entirely within the hanging-wall rhyolite porphyry, while grades in the footwall lithic tuff are <1 oz Ag/ton. Numerous northwest-trending structures do not abruptly cut off mineralization and appear to have been formed prior to mineralization (Muntean, 1992). Within the pit, the silver mineralization was about 100-200ft thick, but lead and arsenic mineralization was more pervasive, with lead mineralization increasing to the east away from the pit. Much of the lead and arsenic mineralization appeared to be concentrated in tuffs directly above the Mesozoic argillite basement.

Using grade-thickness plots of the data from Borax's drilling for silver, lead, zinc, copper, and their ratios, SFPM determined that the highest lead and zinc values are widely spread to the southeast (Muntean, 1992). Along the N45°E structure running through the pit, the highest lead and zinc grade-thicknesses appear to have an antithetical relationship to the silver grade-thicknesses. Copper grade-thicknesses are highest along a conspicuous northeast-trending ridge of silicified tuffs located southeast of the open pit.

Ratios of the base metals and silver were used to search for zoning patterns (Muntean, 1992). The lead/silver and zinc/silver ratios show a strong zoning, increasing northwest to southeast. The lead/zinc ratio is relatively flat, except for a zinc-rich, northwest-trending structure (?) in the southeast part of the

*Mine Development Associates*
*December 2, 2011*                                   *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
                                                     *Print date: 12/2/11 12:44 p.m.*

mine area.  The lead/copper and copper/silver ratios suggest that the main center of the hydrothermal system at Trinity may be below the ridge of silicified tuffs just southeast of the open pit.  Muntean (1992) thought that these zoning patterns suggest the possibility that there may have been early base-metal mineralization centered largely on the ridge of silicified tuffs and later silver-rich, base-metal-poor mineralization associated with the N45°E structure running the length of the pit.

Renaissance investigated the potential to add value to the project by considering lead and zinc, with lesser contributions from copper and tin; gold was not included because it had not been assayed during the 2006 and 2007 drilling by Renaissance and had not been consistently assayed in earlier drilling by Borax (Coolbaugh, 2009a).  Coolbaugh (2009a) noted that gold was recovered from the leach pads in the ratio of 0.14oz gold per 1,000oz silver.  Renaissance concluded that, depending on cutoff grades and metal recoveries, byproducts could increase the dollar value of material produced from the sulfide zones at Trinity by as much as 50% or more, with the added value predominantly coming from low-grade lead and zinc.  The highest tin grade reported from the 2006 and 2007 drilling was 0.0486%, with the highest contribution to the value of individual 5ft intervals of as much as 20%; however, Coolbaugh (2009a) noted that analyzing for tin is difficult, and he recommended check analyses of selected intervals.

Silver-lead-zinc-copper zonation in the Trinity district is permissive of additional silver and base-metal mineralization occurring east and south of the 2009 limit of drilling, and a plot of grade-thickness of equivalent silver grades suggests the deposit is open to the southeast, east, and potentially also to the northeast (Coolbaugh, 2009b).

In 1984, seven holes were drilled over outcropping Triassic rocks in Sections 27 and 3 that produced several intercepts of 0.015 to 0.005 oz Au/ton associated with a low-angle structure (Santa Fe Pacific Mining, Inc., undated).  Although this mineralization also has an epithermal geochemical signature, it appears to be a different system than the silver-base metal signature of the Trinity mineralization, which suggests that there may be a separate Tertiary gold-bearing hydrothermal system in the area (Fe Pacific Mining, Inc., undated).

*Mine Development Associates*
*December 2, 2011*                                                   *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
                                                                    *Print date: 12/2/11 12:44 p.m.*

## 8.0    DEPOSIT TYPES

The Trinity deposit has been variously categorized as a Tertiary volcanic-hosted, epithermal silver-base metal deposit (Ashleman, 1984, 1988; Santa Fe Pacific Mining, Inc., undated; AuEx website, 2010) and as a mesothermal silver-base metal deposit probably related to an underlying magmatic source expressed at the surface as rhyolitic dikes and sills (Leonard *et al.*, 1986). In their website (AuEx) as of August 13, 2010, Renaissance suggested the possibility that porphyry-copper-style mineralization occurs at depth. They base this hypothesis on the strength of illitic alteration and on a crude district-wide zonation that is characterized by a central copper-rich zone, an intermediate base-metal-rich zone, and a peripheral silver-rich zone.

Silver-lead-antimony mineralization occurs about 12 miles east of the Trinity property in the Arabia mining district, which was discovered at about the same time as the Trinity district. The Arabia mineralization occurs in a series of parallel veins in Cretaceous granodiorite. The district was very active in the 1860s and 1870s, with sporadic mining until 1951. Production from the district is estimated to have been around 34,000 tons with a gross value of over $1 million (Johnson, 1977).

The Rochester silver mine, one of the largest silver mines in the United States, lies in the Humboldt Range about 25 miles east of the Trinity property. The rich silver ores of the Rochester district were not discovered until 1912. Silver deposits occur in narrow fissure veins in Triassic rhyolite. The primary mineralization consisted of quartz, pyrite, sphalerite, galena, tetrahedrite, and chalcopyrite, but the silver mineralization that was mined formed by supergene enrichment of the sulfide mineralization. The district produced over 8.8 million ounces of silver from 1912 to 1966 (Johnson, 1977), followed by production of over 127 million ounces of silver and 1.5 million ounces of gold since 1986 by Coeur d'Alene Mines Corp. (www.coeur.com as of February 2011).

The Trinity deposit is similar chemically and structurally to large silver deposits of Bolivia. These deposits occur as strings of deposits along controlling structures. Muntean (1992) noted that although vein mineralization is lacking at Trinity, many of the features seen in the Bolivian silver-tin deposits are observed at Trinity, such as explosion breccias, basal tuffs, intrusive rhyolite domes, mantle breccias, and minor mineralization hosted by basement rocks. Tin values range up to more than 100 ppm at Trinity. Pyrrhotite and stannite, which are observed at Trinity, are indicative of highly reducing conditions, similar to those of the Bolivian deposits. Like Trinity, the Bolivian deposits are noted for their paucity of gold.

Muntean (1992) observed that Trinity also resembles some of the epithermal silver-base metal bonanza veins deposits in Mexico. The Mexican deposits are noted for the occurrence of high-grade mineralization as bands of limited width and thickness but great length, with the bands often being sinusoidal in shape. Muntean (1992) thought that the mineralization at Trinity also appears to have a gross sinusoidal form.

*Mine Development Associates*                                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*December 2, 2011*                                                                              *Print date: 12/2/11 12:44 p.m.*

**APP 0488**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                    *Page 39*

## 9.0     EXPLORATION

Liberty Silver began exploration of the Trinity project in May 2010 by contracting with Industrial Imaging Co. of Salt Lake City, Utah, to conduct a geophysical survey of the project area using its proprietary telluric-magnetotelluric ("TMT") method.  The survey is designed to identify additional concealed mineralized zones under the pediment cover and will result in a 3D subsurface image of the project area.  Measurements were taken at 112 stations within the core area of the property, measuring frequencies from 2Hz to 220Hz.  The data have been collected and are presently being interpreted. Computer modeling and 3D inversion of the data are continuing.

In addition to the geophysical work, Liberty Silver has conducted extensive data compilation for the project.  The database of technical data for the property, developed since 1982, includes the results of soil and rock surveys, geophysical surveys, geologic mapping, lithology logging and multi-element analyses for about 400 drill holes, and metallurgical work, as well as previous production of heap-leach silver.

Liberty Silver has not conducted any further exploration since publication of the earlier technical report (Hartley *et al.,* 2011).

Exploration of the Trinity project by Renaissance is described in Section 6.1.3.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0489**

## 10.0 DRILLING

The mineral resources discussed in this report were estimated using the data provided by rotary percussion, reverse-circulation, and core drilling completed by Borax (including the joint venture with SFPM for which Borax was the operator), SFPM, and Renaissance. Liberty Silver has not yet completed any drilling on the property.

Table 10.1 lists the holes within the mineralized area that were used to estimate the mineral resources reported in Section 14.0.

### Table 10.1 Trinity Mineral Resource Database Summary

| Hole Series | Number of holes | Total Footage | Period | Type | Operator |
|---|---|---|---|---|---|
| S-1 to S-209 | 199 | 74790 | 1982 - 1983 | Vertical rotary percussion | Borax |
| SA-1 to SA-12 | 11 | 4715 | 1982 - 1983 | Angled RC | Borax |
| SR-1 to SR-69 | 63 | 23225 | 1982 - 1983 | Vertical RC | Borax |
| DTS-001 to DTS-011 | 8 | 8722 | 1992-1993 | Angled RC | SFPM |
| TSD-001 to TSD-010 | 10 | 3712 | 2006 | Core | Renaissance |
| TS07-011 to TS07-025 | 15 | 9355 | 2007 | Angled RC | Renaissance |
| Total | 306 | 124519 | | | |

Figure 10.1 shows the drill-hole locations for the holes drilled on the current Trinity property.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 41*

## Figure 10.1  Drill-hole Location Map for the Trinity Project



U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx

*Print date: 12/2/11 12:44 p.m.*

The resource database includes a significant number of holes, approximately 60, drilled outside the limits of Liberty Silver's property holdings at the Trinity project. Regardless of location with respect to the property boundary, all holes listed in Table 10.1 were used to complete the resource estimation.

The mineralization at Trinity is controlled by the N45E-trending fault that dips to the northwest at 45 to 70 degrees and by the slightly (10 degree) northwest-dipping contact between the rhyolite sequence and underlying Triassic meta-sedimentary rocks. A total of 262 of the holes (86%) are vertical, and thus oriented approximately orthogonal to the shallow-dipping zones. In the vicinity of the pit, however, the vertical holes also intercepted the main structural zone at 20 to 45 degree angles and several angle holes were drilled close to down dip. Irrespective of the hole orientations, MDA's explicit modeling of the mineralized zones mitigates any true thickness issues.

## 10.1   U. S. Borax

Borax drilled conventional percussion holes as well as reverse-circulation holes, with the latter used for holes that were expected to penetrate the water table (Ashleman, 1987). They also drilled diamond core holes, some of which were used to provide material for metallurgical test work. What information MDA has found concerning drilling contractors, equipment used, and drilling details is provided below.

For their early drilling from 1982 through 1984, Borax used Eklund Drilling Company ("Eklund") of Carlin, Nevada, as their drill contractor for conventional percussion and reverse circulation ("RC") drilling (Ashleman, 1984, and information supplied by Liberty Silver). Holes S-1 through S-190, drilled in 1982 through 1985, were rotary down-hole hammer holes drilled with a TH-60 rig. Holes SA-1 through SA-8 were inclined RC holes drilled with a TR-60 rig; the same rig was used for RC holes SR-1 through SR-18, drilled by Eklund in 1984. For core holes SC-1 through SC-5 drilled in 1984, Boyles Brothers of Salt Lake City was the drill contractor. Holes SA-9 through SA-12 and SR-19 through SR-37 were rotary down-hole hammer holes drilled by Eklund in 1985 with a TH-60 rig.

In 1986, Borax drilled rotary down-hole hammer holes S-191 through S-211 and SR-38 through SR-41 using Eklund with a TH-60 rig. For its 1986 core drilling (holes SC-6 through SC-10), Borax used Diamond Drill Contracting Company of Spokane, Washington. Ashleman (1987) reported that these were HHR core holes with a diameter of 2 9/16 inches, drilled to obtain representative rock samples for cyanide column leach tests. MDA has no information on the type of rig used. Difficult drilling conditions were encountered, and the drillers were inexperienced with drilling in such conditions. Core recoveries were poor for the first two holes but improved on subsequent holes and were "*acceptable overall, providing high recoveries for enough of the mineralized zones to give sufficient representative samples for the metallurgical test program*" (Ashleman, 1987).

Leonard *et al.* (1986) reported that the rotary-percussion holes were 5 ¼ inches in diameter, and the core holes were 2 9/16 inches in diameter.

Baele and Pelletier (1989) noted that some of the earlier percussion drill holes had poor sample recovery below the water table; they did not specify which holes were involved.

Borax drill samples for assaying were generally taken on five-foot intervals (Baele and Pelletier, 1989). Metallurgical core holes were sampled every 1 to 3ft (Whateley *et al.*, 2006). Blastholes were sampled

by "sample pan cut or manual cone cuts", each representing a 15ft composite (Whateley, *et al.*, 2006); MDA has no further details on this sampling methodology.

Ashleman (1989) discussed the reliability of the various types of drilling conducted by Borax, which included conventional percussion, RC, and core holes. He opined that the RC holes best represent the grade of the deposit. Although both conventional and RC holes adequately represented the grade of the rock above the water table, he noted that below the water table conventional rotary drilling poorly represented the grade of the rock due to dilution by erosion of rock from up hole, preferential loss of the heavier sulfide minerals to fractures in the rock, and loss of sulfides due to poor sampling procedures in the early conventional drill holes (e.g., S-3). He also noted that the core holes were drilled for metallurgical tests, not to test the grade of the deposit. He commented that they represent the smallest volume of rock, and because of variable core recovery in the areas of fracture-controlled mineralization, they give variable degrees of down-grading, which locally can be very significant.

MDA has no further details on drilling programs or sampling by Borax.

## 10.2    Santa Fe Pacific Mining Inc.

Santa Fe drilled RC holes TR-1 through TR-9 in 1984 with Eklund as the drill contractor using a TH-100 rig. RC holes TR-10 through TR-27 were drilled in 1985 by Becker Drilling, Inc. ("Becker") of Denver, Colorado. The log for TR-12 shows Becker as the contractor and indicates the rig was a Drill Systems RC rig. It does not appear that a hole numbered TR-23 was ever drilled.

RC holes TR 87-1 through TR 87-9 were drilled by Becker. There is no information on the logs about the type of rig used.

MDA found logs and/or assays but no details on the drilling in 1988 of RC holes TR 88-1 through TR 88-5 and TR 88-7 through TR 88-9 (RC); MDA has no information on the drill contractor or types of rigs used. Holes TR 88-7 through TR 88-9 are not in the database used by MDA and may be beyond the area of the resource.

Holes TS-1 through TS-5 were rotary down-hole hammer holes drilled in 1989 by Eklund; MDA has no information on the type of rig used. The TS-holes are beyond the area of the resource and are not in the database used by MDA.

Logs for RC holes DTS1 through DTS11 drilled in 1991 and 1992 indicate that the drill contractor was Becker, but there is no information on the type of rigs used. Down-hole surveys were performed; logs for holes DTS2 through DTS6 indicate they were down-hole surveyed by Boyles-Welnav of Elko, Nevada, using a gyroscopic directional survey. Logs also indicate the drilling of hole DTS11 in 1992, but the contractor was Eklund.

MDA has no information on the sampling methods and approach used by SFPM.

## 10.3    Renaissance Gold Inc.

The following information came from new releases of Renaissance in 2006 and 2007 with other information as cited.

For the 10 core holes drilled in 2006 (TSD-001 to TSD-010), Renaissance used Kirkness Drilling Company, Inc. of Carson City, Nevada.  Renaissance staff report (personal communication, 2010) that Kirkness used a skid-mounted rig that was probably a CS 14 Versadrill.  All core recovered was HQ size (2.5-inch diameter).  The core samples were photographed and logged onsite.  Renaissance reported (August 3, 2006 news release) that the high-grade core intercepts encountered were thinner than had been suggested by earlier rotary drilling, as was expected.

For the 15 RC holes drilled in 2007 (TS07-11 to TS07-25), Renaissance used Layne Christensen Company of Chandler, Arizona.  The rig was a Foremost Prospector W750 buggy rig drilling 5 ¼ to 5 ½-inch-diameter holes (Renaissance staff, personal communication, 2010).

All core recovered in Renaissance's 2006 drilling was HQ size.  Renaissance reported (news release of August 3, 2006) that core loss occurred in several holes, especially in zones of mineralized rhyolite breccia.  Sample intervals varied from 1 to 6ft and averaged 5ft in core length.

Sample lengths for RC drilling were 5ft.  The rig had a rotating wet splitter mounted on a cyclone.  Renaissance staff (personal communication, 2010) report that the RC holes were drilled wet except for setting surface casing.

## 10.4    Summary of Drilling and Sampling

The Trinity resource database includes assay data from conventional rotary, RC, and core drill holes.  In part due to the lack of documentation of drilling and sampling procedures, MDA believes that the historic database is of sufficient quality for use in the estimation of Inferred mineral resources only.

The preponderance of samples for all drill programs of all operators were taken at intervals of 10ft or less, which is significantly less than the thickness of the bulk-tonnage style of mineralization at Trinity. Each drill sample is therefore a small fraction of the true thickness of the mineralized zones.

*Mine Development Associates*
*December 2, 2011*                          *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
                                                                                 *Print date: 12/2/11 12:44 p.m.*

## 11.0    SAMPLE PREPARATION, ANALYSES, AND SECURITY

The following sections summarize the extent of MDA's knowledge of sample preparation, analytical, and security procedures at Trinity.

### 11.1    U. S. Borax

According to Baele and Pelletier (1989), Trinity samples taken by Borax during their drilling programs were assayed on an air-dried basis. Borax compiled the sample assay data into a computer drill-hole database.

CMS, Inc. ("CMS"), a well known lab based in Salt Lake City, Utah, was the initial assayer for Borax on the Trinity project, assaying samples from holes S-1 through S-13 (Ashleman, 1984). Pulps from all the mineralized intercepts were sent to U. S. Borax Research Corp. ("USBRC") by CMS for check analyses, and composites of these intercepts were also sent to Union Assay Office, Inc. ("Union") of Salt Lake City for checks. The initial assays were for 10ft intervals; a sample was scooped from a 1/8 split of the rotary cuttings for two consecutive 5ft intervals and combined. Later, an assay sample was mechanically split with a Jones-type splitter out of a 1/8 split of the 5ft interval; these mechanically split 5ft assay samples were better, more representative samples, according to Ashleman (1984). CMS assayed for silver using atomic absorption spectrometry ("AA"); MDA has no information on the sample digestion method. Union used fire assay methods for their analyses of silver. USBRC used AA (MDA has no information on the sample digestion method); when results exceeded 100 ppm Ag, the samples were analyzed by fire assaying with a gravimetric finish.

Most of the assays for the Trinity project through 1987 were performed by USBRC (Reim *et al.*, 1988). For holes S-25 through S-68, both CMS and Bondar-Clegg (since then purchased by ALS Chemex) performed check assays on samples initially assayed by USBRC (Ashleman, 1984). In addition, USBRC performed some internal assay checks. In a sample-check program for holes S-25 through S-30, CMS used AA. Bondar Clegg used AA (MDA has no information on the sample digestion method), but for samples assaying >50 ppm Ag, fire assay was used. USBRC again used AA, with fire assay when results exceeded 100 ppm Ag. The AA check analyses are discussed in Section 14.

Apparently Hunter Mining Laboratory, Inc. ("Hunter") of Sparks, Nevada, performed check assaying for USBRC in 1985 on their 1985 TR-series holes; an invoice from Hunter included assay certificates.

In contrast to the AA analyses used for exploration drill-hole samples, blasthole samples were analyzed at the mine site by cyanide leach (Whateley, *et al.*, 2006). Comparisons between USBRC and on-site blasthole assays indicate an approximate 15% difference between the two methods, with the on-site assays yielding the lower values (Reim *et al.*, 1988). Reim *et al.* (1988) noted that the relative amount of refractory (non-cyanide extractable) silver varies significantly throughout the deposit. There are also rapid lateral and vertical changes in silver grade. They also noted that the difference between assays appeared to be greatest at the lower grades (1 to 2oz Ag/ton range), which has implications for cutoff grade considerations.

Certification of assay laboratories is a comparatively recent development, and Borax's drilling at Trinity took place before certification was widely used as an industry standard. Both Union and Hunter are no

*Mine Development Associates*
*December 2, 2011*    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

longer in business, and MDA has no information on whether they were registered or certified. Bondar Clegg was ISO 9002 registered in 1998, well after their work for Borax at Trinity; Bondar Clegg is now part of ALS Chemex. MDA has no information on whether CMS or USBRC were certified or registered, but assumes they were not. Union, Hunter, and Bondar Clegg were all well-known commercial analytical laboratories that used industry-standard sample preparation and analytical techniques.

MDA has no information on security procedures used by Borax. Except for check assaying described in Section 12.1, MDA has no information on QA/QC procedures that Borax may have used.

## 11.2   Santa Fe Pacific Mining Inc.

MDA has obtained information about analyses on samples taken by SFPM from copies of assay certificates accompanying drill logs. These records for the TR-series holes drilled by SFPM in 1984 and 1985 indicate that assaying was performed by Chemex Labs Ltd. ("Chemex") of North Vancouver, BC. Samples were analyzed for silver, gold, and, in some cases lead, arsenic, zinc, and antimony. For holes TR-1 through TR-22, the assay certificate shows "NAA" after Au, which is presumed to mean the analysis was by neutron activation; the lower detection limit for gold was 1 ppb. A hand-written note on the drill logs for holes TR-10 through TR-12, TR-14 through TR-16, TR-18 through TR-21, and TR-26 through TR-27 suggests that the analyses, presumably for all metals analyzed, were by "fire with NAA finish." The Chemex assay certificates for holes TR-26 and TR-27 do not show "NAA" after Au, but instead indicate gold was determined by fire assaying with an AA finish. The silver assays show only "aqua R.", which likely indicates these analyses used *aqua regia* digestion with determination by AA.

Copies of assay certificates accompanying drill logs for holes TR-87-1, TR-87-2, TR-87-7, TR-87-8, and TR-87-9, drilled in 1987, indicate assaying was performed by Chemex in Sparks, NV; logs for the remaining four holes of the nine-hole series do not include assay certificates. Three of the certificates indicate gold was analyzed by 10g fire assay with AA finish, with a detection limit of 5 ppb. Silver was analyzed with $HNO_3$ – *aqua regia* digestion and AA, with a detection limit of 0.1 ppm.

Copies of assay certificates accompanying drill logs for holes 88-1 through 88-9 drilled in 1988 indicate analysis by both Barringer Laboratories Inc. ("Barringer") of Sparks, Nevada and by Chemex. It appears that Chemex was used for check assays on holes 88-1 and 88-2, but for holes 88-7 through 88-9 it is not evident who was the primary assayer. Barringer analyzed silver, arsenic, antimony, and lead by AA (MDA has no information on the sample digestion method). Gold was analyzed by fire assay. Mercury was analyzed by hydride generation. The detection limits for silver and gold appear to have been 0.1 ppm and 0.005oz Au/ton, respectively. At Chemex, lead and arsenic were assayed by $HNO_3$ – *aqua regia* digestion and AA with a detection limit of 1 ppm and an over-limit of 10,000 ppm. Mercury and antimony were assayed by two-acid digestion and AA.

Copies of assay certificates accompanying drill logs for holes TS-1 through TS-5 drilled in 1989 indicate that the principal assay lab was Chemex. Samples were analyzed for gold, silver, copper, lead, zinc, arsenic, mercury, antimony, and bismuth. Gold was analyzed using 10g charges that were fire assayed with AA finishes; the detection limit was 5 ppb, with an over-limit of 10,000 ppb. Silver was analyzed by $HNO_3$ – *aqua regia* digestion and AA; the minimum detection limit was 0.2 ppm, and the

upper detection limit was 100 ppm. The other metals were analyzed by nitric or two-acid *aqua regia* digestion and AA.

Copies of assay certificates accompanying drill logs for holes DTS-001 through DTS-011 drilled in 1991 and 1992 indicate that assaying was performed by Chemex. Silver was analyzed by $HNO_3 - aqua$ *regia* digestion and AA; the detection limit was 0.2 ppm, with an over-limit of 100 ppm. Pb, Zn, Cu, As, and other metals were analyzed using nitric, two-acid, or three-acid *aqua regia* digestions and AA. Gold was analyzed using a 30g fire assay with AA finish. The detection limit for gold was 5 ppb, and the over-limit was 10,000 ppb.

Although certification of assay laboratories is a comparatively recent development and SFPM's drilling at Trinity took place before certification was widely used as an industry standard, Chemex currently holds ISO 9001:2008 and 17025:2005 certifications. Barringer had no known certification, but was a widely recognized commercial lab that is now part of Inspectorate America Corp.

MDA has no information on security procedures or QA/QC procedures used by SFPM, except for reference to check assays mentioned above.

## 11.3    Renaissance Gold Inc.

The following information on Renaissance sample analysis and security was taken from Renaissance news releases with additional information provided by Renaissance staff (personal communication, 2010).

For their 2006 core drilling program, samples were shipped to American Assay Laboratories, Inc. ("AAL") in Sparks, Nevada, where the core was split in half for assaying. Renaissance also used AAL for their 2007 RC drilling program. Silver assays were performed using inductively coupled plasma ("ICP") analytical techniques with a four-acid digestion of sample pulps in 2006 and two-acid sample digestion in 2007; assays were also determined for a broad suite of trace elements. For the 2007 drilling, samples exceeding 100 ppm silver were re-assayed using a 30 g sample fire assay with a gravimetric finish. Blanks and standards were included for quality control. In addition for the RC drill program, Renaissance collected two to three sets of duplicates per hole at the splitter (Renaissance staff, personal communication, 2010). The blanks consisted of coarse rhyolite. The two standards were from MEG Labs: MEG-Cu-1 containing about 25 ppm Ag and MEG-Ag-1 containing about 250 ppm Ag. Control samples including standards and blanks comprised about 8 to 10% of the samples per hole or about three control samples per 100 feet, alternating between blanks and standards (Renaissance staff, personal communication, 2010).

AAL is a widely used assayer in the mining industry; as of September, 2010, they were working on achieving ISO 17025 certification (personal communication, 2010.

AAL picked up the core and RC samples on site under the supervision of the rig geologist. AAL cut the core at the lab after logging and marking of sample intervals by the rig geologist in the field.



*Technical Report on the Trinity Project*
*Pershing County, Nevada* *Page 48*

## 11.4    Summary Statement

MDA knows very little of the sample handling and sample security measures employed on any of the drilling programs undertaken at Trinity other than what was summarized in the previous sections.  It should be noted that all of the companies who conducted exploration at Trinity were reputable, well-known mining/exploration companies that likely followed the accepted industry standards relating to sampling preparation methods, analytical techniques, and sample security protocols.

MDA has concerns about the quality of the AA analyses by USBRC at the pre-mining stage.  These concerns are discussed in Section 12.2, and recommendations to address these concerns are addressed in Section 18.0.

## 12.0   DATA VERIFICATION

### 12.1   Data Verification Studies by Other Workers

As described in Section 11.1, CMS was the primary assayer for Borax at the Trinity project for the first two months of 1983 (holes S-1 through S-13). The CMS analytical method was atomic absorption but there is no information on the digestion method. Neither analytical method nor digestion technique is identified in the USBRC reports. Pulps from mineralized intercepts in holes S-1 through S-13 sent to USBRC and composites of these intercepts were sent to Union for check analyses. According to Ashleman (1984), in general, CMS silver results were 10 to 20% lower than USBRC results, and Union's results were 1 to 5% lower than USBRC. An analysis of results on lead and zinc by CMS and USBRC for holes S-1, S-3, and S-4 indicated that CMS's lead results were 2 to 7% lower for the three holes, while CMS zinc results were 0.55% and 7% higher in two holes and 2% lower in the third hole (Ashleman, 1984).

USBRC was the primary lab from March 1983 through 1984 (holes S-14 through S-209, SA-1 through SA-12, and SR-1 through SR-69), and checks between USBRC and CMS showed better overall agreement in this time period (Ashleman, 1984). There also was good agreement between Union and USBRC and Bondar Clegg and USBRC (Ashleman, 1984). A second sample-check program was conducted for holes S-25 through S-30. Nine pulps were sent to Bondar Clegg, and 44 pulps were sent to CMS. The Bondar Clegg checks were 9.8% lower than USBRC's initial results, but it is important to note that this observation is questionable because of the small number of samples. The CMS checks were 3.79% higher than USBRC's results, although CMS's results were generally lower for higher silver values (>1oz Ag/ton) and higher on the lower values (especially <0.5oz Ag/ton) (Ashleman, 1984).

In a third sample-check program, 21 composites were made from six 5ft intervals for each of 21 holes between S-8 and S-68 (Ashleman, 1984). These 21 composites were first assayed by USBRC and, as an internal check for consistency, were resubmitted to USBRC a second time using different sample numbers. It is not known if these were identical pulps, different splits or rejects that were resubmitted. In addition, the 21 samples were sent to Bondar Clegg for silver assaying. Again, the sample type is not known. Ashleman (1984) reported that there was good internal consistency for silver analyses, with the first set of composite assays being 2.3% lower than the original 5ft assays and the rerun of the composites 0.45% lower than the first set of assays. The Bondar Clegg check assays were 1.79% lower than USBRC's first set of composite assays and 4.05% lower than the original 5ft assays by USBRC.

Ashleman (1984) concluded that USBRC silver values are *"reasonably consistent and reliable"* compared against CMS originals, CMS checks, and Bondar Clegg checks.

### 12.2   MDA Data Verification

MDA compiled all of the available historic check analyses from the various drill programs for review. There are no definitive records that indicate the type of sample used for check assaying, except for the 2006-2007 Renaissance series.

*Mine Development Associates*
*December 2, 2011*                                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                     *Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                  *Page 50*

### 12.2.1  CMS vs. USBRC Checks on Silver - 1983

There are 96 CMS vs. USBRC duplicates. All samples were from rotary percussion S-series holes from 1982 and 1983. As mentioned in Section 11.1, CMS was the primary lab at the start of the project, and then the primary lab became USBRC, with CMS completing check analyses. The original and check analyses were by AA except for samples above 100ppm Ag which were fire assayed by USBRC. The digestion method for the AA analyses is not known. The exact type of sample submitted as checks is not known.

Figure 12.1 is a graph that shows the difference, plotted on the y-axis, of each check analysis relative to the original analysis. The x-axis of the graph plots the means of the paired data, with each pair consisting of an original analysis and the corresponding check analysis. The red line is a moving average and provides a visual guide to the trend of the relative differences.

**Figure 12.1 CMS Checks Relative to Original USBRC Analyses for Silver – 1983**



Descriptive statistics of the paired data are summarized in Table 12.1.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
Print date: 12/2/11 12:44 p.m.

**APP 0500**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 51*

### Table 12.1 CMS Analyses *vs.* USBRC Analyses for Silver – 1983

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 96 | 96 | 96 | | 96 | 96 |
| Mean | 49.037 | 51.729 | 46.344 | -10% | -54% | 64% |
| Median | 25.779 | 26.500 | 24.650 | | | |
| Std. Dev. | 67.712 | 69.527 | 67.486 | | | |
| CV | 1.381 | 1.344 | 1.456 | | | |
| Min. | 2.029 | 2.057 | 1.300 | -37% | -826% | 0% |
| Max. | 387.286 | 392.000 | 430.000 | 10% | 70% | 826% |

| Mean ≥10.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 76 | 76 | 76 | | 76 | 76 |
| Mean | 60.458 | 63.366 | 57.549 | -9% | -35% | 46% |
| Median | 32.054 | 34.800 | 28.800 | | | |
| Std. Dev. | 71.915 | 73.893 | 71.816 | | | |
| CV | 1.190 | 1.166 | 1.248 | | | |
| Min. | 10.107 | 12.686 | 2.000 | -84% | -826% | 2% |
| Max. | 387.286 | 392.000 | 430.000 | 10% | 70% | 826% |

| Mean ≥35 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 35 | 35 | 35 | | 35 | 35 |
| Mean | 106.532 | 110.120 | 102.943 | -7% | -12% | 25% |
| Median | 79.107 | 85.714 | 70.400 | | | |
| Std. Dev. | 85.403 | 88.335 | 85.809 | | | |
| CV | 0.802 | 0.802 | 0.834 | | | |
| Min. | 35.200 | 39.086 | 25.500 | -35% | -77% | 2% |
| Max. | 387.286 | 392.000 | 430.000 | 10% | 36% | 77% |

"A.V. Rel. Diff." is the average absolute value of the difference between the original analysis and the check analysis.
"CV" is the Coefficient of Variation.

If 11 outliers from the lower-grade analyses are removed, the average difference in values drops by a few percentage points, but the CMS values remain consistently lower, even at mean silver values greater than 35 ppm. In the 0.5 to 2 oz Ag/ton (17 to 68 ppm Ag) range, the CMS values are approximately 25% lower than the USBRC values.

### 12.2.2 Bondar-Clegg vs. USBRC Checks on Silver - 1984

A total of 20 pulps of composited 5- and 10-foot intervals were analyzed by USBRC and were sent to Bondar-Clegg as checks in 1984. In addition, eight pulps from 5-foot samples that were analyzed by USBRC were also sent to Bondar-Clegg. All of these samples were from the rotary percussion S-series holes. The original and check analyses were by AA except for samples above 100ppm Ag which were fire assayed by USBRC. The digestion method for the AA analyses is not known. The exact type of sample submitted as checks is not known. Figure 12.2 is the graph that shows the difference of each check analysis relative to the original analysis.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                            *Page 52*

### Figure 12.2 Bondar Clegg Checks Relative to Original USBRC Analyses for Silver – 1984



Descriptive statistics of the paired data are summarized in Table 12.2.

### Table 12.2 Bondar Clegg Analyses *vs.* USBRC Analyses for Silver – 1984

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 28 | 28 | 28 | | 28 | 28 |
| Mean | 74.394 | 75.438 | 73.350 | -3% | -6% | 6% |
| Median | 59.875 | 60.850 | 58.900 | | | |
| Std. Dev. | 57.343 | 57.246 | 57.472 | | | |
| CV | 0.771 | 0.759 | 0.784 | | | |
| Min. | 9.700 | 9.600 | 9.800 | 2% | -31% | 0% |
| Max. | 225.350 | 226.000 | 224.700 | -1% | 6% | 31% |

In the 0.5 to 2 oz Ag/ton (17 to 68 ppm Ag) range, the Bondar Clegg values are approximately 4% lower than the USBRC values.

### 12.2.3   USBRC vs. USBRC Checks on Silver – 1984-1985

A total of 311 samples originally analyzed by the USBRC were re-submitted to the USBRC for analyses. It is not known if these are pulps from the original analyses, new splits from the original pulverized material, or new pulps generated from the crushed reject material. All of these checks were from the rotary percussion S-series holes drilled in 1982 and 1983. The checks and original analyses

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0502**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                                                  *Page 53*

were AA but the digestion method is not known. Figure 12.3 is a graph that shows the difference of each check analysis relative to the original analysis.

**Figure 12.3 USBRC Checks Relative to Original USBRC Analyses for Silver – 1984/85**



Descriptive statistics of the paired data are summarized in Table 12.3.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0503**

### Table 12.3 USBRC Checks *vs.* USBRC Original Analyses for Silver – 1984/85

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 311 | 311 | 311 | | 311 | 311 |
| Mean | 17.826 | 17.144 | 18.508 | 8% | 21% | 18% |
| Median | 8.443 | 7.886 | 9.000 | | | |
| Std. Dev. | 31.234 | 30.738 | 31.789 | | | |
| CV | 1.752 | 1.793 | 1.718 | | | |
| Min. | 1.015 | 1.000 | 1.000 | 0% | -71% | 0% |
| Max. | 234.000 | 226.000 | 242.000 | 7% | 200% | 200% |

| Mean ≥10.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 121 | 121 | 121 | | 121 | 121 |
| Mean | 37.147 | 36.162 | 38.132 | 5% | 9% | 13% |
| Median | 19.500 | 19.200 | 20.000 | | | |
| Std. Dev. | 43.525 | 42.826 | 44.319 | | | |
| CV | 1.172 | 1.184 | 1.162 | | | |
| Min. | 10.472 | 8.571 | 10.000 | 17% | -53% | 0% |
| Max. | 234.000 | 226.000 | 242.000 | 7% | 60% | 60% |

| Mean ≥35.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 33 | 33 | 33 | | 33 | 33 |
| Mean | 90.152 | 88.309 | 91.994 | 4% | 4% | 8% |
| Median | 70.200 | 67.400 | 74.200 | | | |
| Std. Dev. | 54.751 | 53.738 | 55.963 | | | |
| CV | 0.607 | 0.609 | 0.608 | | | |
| Min. | 34.986 | 34.971 | 33.000 | -6% | -33% | 0% |
| Max. | 234.000 | 226.000 | 242.000 | 7% | 40% | 40% |

The check analyses are 20% higher between 7 and 22 ppm Ag.  This low grade range is important because it is close to the cutoff used in the resource estimation.

At values greater than 35 ppm Ag the check analyses are 4% higher than the original analyses but the dataset is too small to draw conclusions.

### 12.2.4  Hunter vs. USBRC Pulp Checks on Silver - 1985

A total of 98 duplicate pulps from original USBRC analyses in 1985 were sent to Hunter for checking. A billing invoice states that Hunter received pulps, and no sample preparation was charged.  All of these pulps were from the rotary percussion S-series holes. The original and check analyses were by AA except for samples above 100ppm Ag which were fire assayed by USBRC.  The digestion method for the AA analyses is not known.  Figure 12.4  is a graph that shows the difference, of each check analysis relative to the original analysis.  Eight extreme outliers were removed from this data set.

*Mine Development Associates*
*December 2, 2011*                          U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0504**

### Figure 12.4 Hunter Checks Relative to Original USBRC Analyses for Silver – 1985



For mean values less than 55 ppm Ag, the Hunter analyses are between 15% and 55% lower than the USBRC analyses.  The 17 to 55 ppm Ag range is significant to the resource estimation. For values greater than 55 ppm Ag, the Hunter analyses are generally a few percent higher than the USBRC values.

Descriptive statistics of the paired data are summarized in Table 12.4.

*Mine Development Associates*                                     *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*December 2, 2011*                                                                    *Print date: 12/2/11 12:44 p.m.*

**APP 0505**

### Table 12.4 Hunter Checks *vs.* USBRC Original Analyses for Silver – 1985
(8 outliers removed)

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 129 | 129 | 129 | | 129 | 129 |
| Mean | 86.051 | 86.046 | 86.057 | 0% | -24% | 33% |
| Median | 25.057 | 30.171 | 21.000 | | | |
| Std. Dev. | 195.523 | 196.527 | 195.820 | | | |
| CV | 2.272 | 2.284 | 2.275 | | | |
| Min. | 0.665 | 1.029 | 0.300 | -71% | -243% | 0% |
| Max. | 1910.000 | 1920.000 | 1900.000 | -1% | 110% | 243% |

| Mean ≥10.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 74 | 74 | 74 | | 74 | 74 |
| Mean | 147.448 | 147.149 | 147.747 | 0% | -11% | 24% |
| Median | 89.272 | 85.500 | 93.000 | | | |
| Std. Dev. | 240.967 | 242.571 | 241.212 | | | |
| CV | 1.634 | 1.648 | 1.633 | | | |
| Min. | 10.122 | 9.943 | 8.400 | -16% | -229% | 0% |
| Max. | 1910.000 | 1920.000 | 1900.000 | -1% | 110% | 229% |

| Mean ≥35.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 62 | 62 | 62 | | 62 | 62 |
| Mean | 172.391 | 171.395 | 173.387 | 1% | -2% | 17% |
| Median | 102.286 | 98.572 | 109.000 | | | |
| Std. Dev. | 256.088 | 258.298 | 255.935 | | | |
| CV | 1.486 | 1.507 | 1.476 | | | |
| Min. | 35.500 | 36.000 | 25.000 | -31% | -146% | 0% |
| Max. | 1910.000 | 1920.000 | 1900.000 | -1% | 110% | 146% |

There is a substantial difference between Hunter silver analyses and the USBRC analyses in the 0.5 to 2 oz Ag/ton (17 to 68 ppm Ag) range, with the Hunter analyses 30% lower in this interval. These values are in the range of the inferred resource cut-off and average grades reported in Section 17.

### 12.2.5  AAL vs. AAL Pulp Checks on Silver – 2006-2007

AAL ran checks on pulps of 173 samples that AAL also analyzed.   These samples are from the holes drilled by Renaissance during 2006 and 2007. All of the check sample analyses were by ICP and the analyses were reported on the same analytical reports. AAL used a four-acid digestion of sample pulps in 2006 and two-acid sample digestion in 2007.  Figure 12.5 is the graph of the difference.

*Mine Development Associates*
*December 2, 2011*                                               *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                  *Page 57*

**Figure 12.5 AAL Checks on Pulps from RC and Core Samples Relative to Original AAL Analyses for Silver – 2007**



Descriptive statistics of the paired data for the 173 samples are summarized in Table 12.5.

**Table 12.5 AAL Checks on Pulps from RC and Core Samples *vs.* AAL Analyses for Silver – 2007**

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 173 | 173 | 173 | | 173 | 173 |
| Mean | 7.768 | 7.689 | 7.846 | 2% | 4% | 16% |
| Median | 3.890 | 3.794 | 3.988 | | | |
| Std. Dev. | 12.848 | 12.747 | 13.022 | | | |
| CV | 1.654 | 1.658 | 1.660 | | | |
| Min. | 0.199 | 0.173 | 0.224 | 30% | -67% | 0% |
| Max. | 110.422 | 109.900 | 110.944 | 1% | 143% | 143% |

| Mean >10.0 ppm Ag | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 35 | 35 | 35 | | 35 | 35 |
| Mean | 24.698 | 24.441 | 24.954 | 2% | 3% | 16% |
| Median | 15.889 | 15.679 | 17.089 | | | |
| Std. Dev. | 20.967 | 20.822 | 21.307 | | | |
| CV | 0.849 | 0.852 | 0.854 | | | |
| Min. | 10.318 | 7.243 | 8.884 | 23% | -67% | 0% |
| Max. | 110.422 | 109.900 | 110.944 | 1% | 143% | 143% |

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0507**

If six outliers are removed, the mean difference for all samples drops from 2% to 1%.   Overall, the checks do not reflect any consistent bias, although the variability is surprisingly high for duplicate ICP silver analyses of pulps by the same lab on the same assay certificate.   The variation could be explained by a nugget effect in the silver distribution. The mean of most of these checks is below 12 ppm Ag and below the cut-off for the Inferred resource total.

### 12.2.6  CMS vs. USBRC Analyses for Lead – 1983

There were 52 duplicate samples submitted to CMS for lead analyses to compare against original USBRC analyses.   The samples are from the 1982 and 1983 S-series holes.   The original and check analyses were by AA.   The digestion method for the AA analyses and the type of check samples submitted are not known. Figure 12.6 is the graph of the differences.   One extreme outlier was removed in this plot.

**Figure 12.6 CMS Checks Relative to Original USBRC Analyses for Lead – 1983**



Descriptive statistics of the paired data for the 51 samples are summarized in Table 12.6.

*Mine Development Associates*
*December 2, 2011*                                                   U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                                                          *Print date: 12/2/11 12:44 p.m.*

**APP 0508**

**Table 12.6 CMS Checks on Rotary Percussion Samples Relative to Original USBRC Analyses for Lead – 1983**

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 51 | 51 | 51 | | 51 | 51 |
| Mean | 3337.04 | 3168.00 | 3506.08 | 11% | 8% | 12% |
| Median | 2015.00 | 2020.00 | 2010.00 | | | |
| Std. Dev. | 3293.52 | 3135.32 | 3504.95 | | | |
| CV | 0.99 | 0.99 | 1.00 | | | |
| Min. | 110.00 | 110.00 | 110.00 | 0% | -24% | 0% |
| Max. | 13825.00 | 14000.00 | 13650.00 | -3% | 49% | 49% |

Although the data set is small, the CMS values are 10% higher than the USBRC values. The divergence becomes even more pronounced at higher lead values.

**12.2.7  USBRC vs. USBRC Checks on Lead – 1984/85**

There were 372 check samples submitted to USBRC for lead analyses to compare against original USBRC analyses. The type of check sample submitted is not known. All of the samples are from 1982 through 1983 S-series holes. The original and check analyses were by AA. The digestion method for the AA analyses is not known. Figure 12.7 is a graph that shows the difference.

**Figure 12.7 USBRC Checks Relative to Original USBRC Analyses for Lead – 1984/85**



Descriptive statistics of the paired data for the 372 samples are summarized in Table 12.7.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0509**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*

*Page 60*

**Table 12.7 USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses for Lead – 1984/85**

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 372 | 372 | 372 | | 372 | 372 |
| Mean | 2245.37 | 2187.24 | 2303.49 | 5% | 7% | 11% |
| Median | 1000.00 | 965.00 | 1010.00 | | | |
| Std. Dev. | 2747.76 | 2673.17 | 2826.53 | | | |
| CV | 1.22 | 1.22 | 1.23 | | | |
| Min. | 40.00 | 30.00 | 30.00 | 0% | -100% | 0% |
| Max. | 14550.00 | 14200.00 | 14900.00 | 5% | 100% | 100% |

| Mean ≥1000 ppm Pb | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 186 | 186 | 186 | | 186 | 186 |
| Mean | 4200.38 | 4092.90 | 4307.85 | 5% | 5% | 6% |
| Median | 3312.50 | 3300.00 | 3310.00 | | | |
| Std. Dev. | 2719.29 | 2640.09 | 2806.72 | | | |
| CV | 0.65 | 0.65 | 0.65 | | | |
| Min. | 1005.00 | 880.00 | 1020.00 | 16% | -23% | 0% |
| Max. | 14550.00 | 14200.00 | 14900.00 | 5% | 36% | 36% |

| Mean ≥5000 ppm Pb | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 62 | 62 | 62 | | 62 | 62 |
| Mean | 7481.69 | 7253.23 | 7710.16 | 6% | 7% | 7% |
| Median | 7050.00 | 6780.00 | 7300.00 | | | |
| Std. Dev. | 2033.61 | 2020.72 | 2070.38 | | | |
| CV | 0.27 | 0.28 | 0.27 | | | |
| Min. | 5040.00 | 4760.00 | 5030.00 | 6% | -9% | 0% |
| Max. | 14550.00 | 14200.00 | 14900.00 | 5% | 29% | 29% |

The checks are consistently 5% to 6% higher than the original assays at the same lab, especially within the 0.1 to 1.0% lead range. There is no indication that different analytical techniques were used.

### 12.2.8  Hunter vs. USBRC Analyses for Lead - 1985

There were 118 duplicate pulps submitted to Hunter for lead analyses to compare against original USBRC analyses. The samples are from rotary percussion S- and reverse circulation SA- and SR-series holes drilled in 1982 and 1983. The original and check analyses were by AA. The digestion method for the AA analyses is not known. Figure 12.8 is a graph of the relative difference.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0510**

## Figure 12.8 Hunter Checks on Pulps Relative to Original USBRC Analyses for Lead – 1985



Descriptive statistics of the paired data for the 118 samples are summarized in Table 12.8.

### Table 12.8 Hunter Checks on Pulps Relative to Original USBRC Analyses for Lead – 1985

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 118 | 118 | 118 | | 118 | 118 |
| Mean | 1768.347 | 2142.161 | 1394.534 | -35% | -46% | 50% |
| Median | 663.750 | 765.000 | 550.000 | | | |
| Std. Dev. | 2596.792 | 3445.517 | 1872.989 | | | |
| CV | 1.468 | 1.608 | 1.343 | | | |
| Min. | 20.00 | 20.00 | 10.000 | -50% | -500% | 0% |
| Max. | 15550.00 | 22500.00 | 8600.000 | -62% | 106% | 500% |

| Mean ≥ 1000 ppm Pb | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 49 | 49 | 49 | | 49 | 49 |
| Mean | 3758.112 | 4582.653 | 2933.571 | -36% | -49% | 54% |
| Median | 2405.000 | 2630.000 | 2100.000 | | | |
| Std. Dev. | 3069.800 | 4289.844 | 2083.299 | | | |
| CV | 0.817 | 0.936 | 0.710 | | | |
| Min. | 1015.00 | 1190.00 | 500.000 | -58% | -321% | 11% |
| Max. | 15550.00 | 22500.00 | 8600.000 | -62% | 106% | 321% |

Hunter lead analyses are consistently 30% lower than the USBRC analyses.

*Mine Development Associates*
*December 2, 2011*                                    U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
                                                     *Print date: 12/2/11 12:44 p.m.*

### 12.2.9   AAL vs. AAL Pulp Checks on Lead from RC Samples 2006/07

The AAL set of checks includes 173 duplicate pulp analyses from the 2006/2007 Renaissance drilling and were reported on the same analytical reports. Lead analyses were completed using inductively coupled plasma ("ICP") analytical techniques with a four-acid digestion of sample pulps in 2006 and two-acid sample digestion in 2007. Figure 12.9 is a graph that shows the difference.

**Figure 12.9 AAL Checks on Pulps Relative to Original AAL Analyses for Lead – 2006/07**



Descriptive statistics of the paired data for the 173 samples are summarized Table 12.9.

*Mine Development Associates*
*December 2, 2011*

U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx
*Print date: 12/2/11 12:44 p.m.*

**APP 0512**

**Table 12.9 AAL Checks on Pulps from RC and Core Samples Relative to Original AAL Analyses for Lead – 2006/07**

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 173 | 173 | 173 | | 173 | 173 |
| Mean | 890.645 | 885.560 | 895.731 | 1% | 0% | 10% |
| Median | 195.000 | 219.000 | 172.000 | | | |
| Std. Dev. | 1480.493 | 1480.636 | 1482.967 | | | |
| CV | 1.662 | 1.672 | 1.656 | | | |
| Min. | 14.000 | 14.200 | 13.800 | -3% | -57% | 0% |
| Max. | 9195.000 | 9190.000 | 9200.000 | 0% | 38% | 57% |

| Mean ≥1000 ppm Pb | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 49 | 49 | 49 | | 49 | 49 |
| Mean | 2576.357 | 2558.571 | 2594.143 | 1% | 2% | 8% |
| Median | 1940.000 | 1940.000 | 1940.000 | | | |
| Std. Dev. | 1896.197 | 1912.248 | 1886.517 | | | |
| CV | 0.736 | 0.747 | 0.727 | | | |
| Min. | 1020.000 | 990.000 | 943.000 | -5% | -57% | 0% |
| Max. | 9195.000 | 9190.000 | 9200.000 | 0% | 27% | 57% |

The results for these checks are similar for the silver checks at AAL. There is variation in results, but no consistent divergence.

**12.2.10 USBRC vs. USBRC Checks on Zinc - 1985**

There were 29 check samples submitted to USBRC for zinc analyses to compare against original USBRC analyses. The type of check sample submitted is not known. All of the samples are from 1982 through 1983 S-series holes. The original and check analyses were by AA. The digestion method for the AA analyses is not known. Figure 12.10 is a graph that shows the difference of each check analysis relative to the original analysis.

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0513**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                                    *Page 64*

### Figure 12.10 USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses for Zinc – 1985



Descriptive statistics of the paired data for the 29 samples are summarized in Table 12.10.

### Table 12.10 USBRC Checks from Rotary Percussion Samples Relative to Original USBRC Analyses for Zinc – 1985

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 29 | 29 | 29 | | 29 | 29 |
| Mean | 4784.534 | 4579.828 | 4989.241 | 9% | 24% | 24% |
| Median | 6870.000 | 6540.000 | 7460.000 | | | |
| Std. Dev. | 3863.968 | 3749.635 | 3992.737 | | | |
| CV | 0.808 | 0.819 | 0.800 | | | |
| Min. | 79.500 | 70.000 | 89.000 | 27% | -5% | 0% |
| Max. | 9510.000 | 9760.000 | 9430.000 | -3% | 69% | 69% |

The USBRC checks are on zinc are 5% to 15% higher than originals in the 0.6% to 0.95% zinc range.

## 12.2.11 Hunter vs. USBRC Pulp Checks on Zinc - 1985

There were 60 duplicate pulps submitted to Hunter for zinc analyses to compare against original USBRC analyses. The samples are from rotary percussion S- and from reverse circulation SA- and SR-series holes (drilled in 1983). Figure 12.11 is a graph that shows the difference.

*Mine Development Associates*
*December 2, 2011*                                      *U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0514**

*Technical Report on the Trinity Project*
*Pershing County, Nevada*                                                                                      *Page 65*

### Figure 12.11 Hunter Checks on Pulps Relative to Original USBRC Analyses for Zinc – 1985
(1 outlier removed)



Descriptive statistics of the paired data for the 59 (one outlier removed) samples are summarized in Table 12.11.

### Table 12.11 Hunter Checks on Pulps Relative to Original USBRC Analyses for Zinc – 1985

| All Pairs | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 59 | 59 | 59 | | 59 | 59 |
| Mean | 729.280 | 749.831 | 708.729 | -5% | -7% | 9% |
| Median | 349.500 | 364.000 | 335.000 | | | |
| Std. Dev. | 996.327 | 1017.095 | 977.061 | | | |
| CV | 1.366 | 1.356 | 1.379 | | | |
| Min. | 70.000 | 70.000 | 70.000 | 0% | -47% | 0% |
| Max. | 6040.000 | 6080.000 | 6000.000 | -1% | 18% | 47% |

| Mean > 1000 ppm Zn | Mean | Original | Duplicate | Diff. | Rel. Diff. | A.V. Rel. Diff. |
|---|---|---|---|---|---|---|
| Count | 12 | 12 | 12 | | 12 | 12 |
| Mean | 2165.833 | 2214.167 | 2117.500 | -4% | -5% | 6% |
| Median | 1747.500 | 1745.000 | 1750.000 | | | |
| Std. Dev. | 1464.870 | 1494.836 | 1439.458 | | | |
| CV | 0.676 | 0.675 | 0.680 | | | |
| Min. | 1010.000 | 1020.000 | 910.000 | -11% | -25% | 1% |
| Max. | 6040.000 | 6080.000 | 6000.000 | -1% | 3% | 25% |

*Mine Development Associates*
*December 2, 2011*

*U:\Paul\liberty_silver\Trinity\Reports\Trinity_43-101_2011\trinity_2011_43-101_v32.docx*
*Print date: 12/2/11 12:44 p.m.*

**APP 0515**