UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

                Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC., LIBERTY SILVER
CORPORATION, AND OUTLOOK
INVESTMENTS, INC.,

                Defendants.

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND REIMBURSEMENT AWARDS**

Lead Plaintiffs Todd Stanaford and Philip Hobley ("Plaintiffs"), pursuant to Rule 23, Fed. R. Civ. P., submit this Motion for Award of Attorney Fees, Reimbursement of Litigation Expenses and Reimbursement Awards.

Submitted in connection with the instant Motion are the following:

1. Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Reimbursement Awards, filed with the Court on June 17, 2015 ("Memorandum of Law"); and

2. Declaration of William B. Federman in Support of Plaintiffs' Motion for Final Approval of Partial Settlement and Plan of Allocation dated June 17, 2015 ("Federman Declaration" or "Federman Decl.") and the Exhibits attached thereto.  The Federman

1

Declaration is attached as Exhibit A to the Declaration of Gary S. Menzer in Support of Plaintiffs' Motions for (1) Final Approval of Partial Settlement and Plan of Allocation, and (2) Award of Attorney Fees, Reimbursement of Litigation Expenses and Reimbursement Awards, filed with the Court on June 17, 2015.

For the reasons set forth in Plaintiffs' Memorandum of Law, Plaintiffs' Motion should be granted.

DATED: June 17, 2015

Respectfully submitted,

By: /s/ Gary S. Menzer
Gary S. Menzer, Florida Bar No. 60386
**MENZER & HILL, P.A.**
7280 W. Palmetto Park Rd., Suite 301-N
Boca Raton, FL 33433
Telephone: (561) 327-7207
Facsimile: (561) 431-4611
Email:  gmenzer@menzerhill.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 17, 2015.

/s/ Gary S. Menzer
Gary S. Menzer