UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD STANAFORD, on behalf of himself and all others similarly situated,

    Plaintiff,

 vs.

ROBERT DONALD BRUCE GENOVESE, WILLIAM TAFURI, GEOFFREY BROWNE, BG CAPITAL GROUP LTD, LOOK BACK INVESTMENTS, INC., LIBERTY SILVER CORPORATION, AND OUTLOOK INVESTMENTS, INC.,

    Defendants.

### SUPPLEMENTAL DECLARATION OF DANIEL GUILFOILE IN SUPPORT OF DEFENDANTS ROBERT GENOVESE, BG CAPITAL GROUP LTD., LOOK BACK INVESTMENTS, INC. AND OUTLOOK INVESTMENTS, INC.'S MOTION TO STRIKE THE EXPERT REPORT OF, AND ANY TESTIMONY BY CANDACE L. PRESTON

  I hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true and correct to the best of my personal knowledge:

  1. My name is Daniel Guilfoile. I submit this Supplemental Declaration in support of Defendants' Motion to Strike the Expert Report of, and any Testimony by Candace L. Preston.

  2. Between 2012 and 2013, I was employed by John Thomas Financial (JTF) as head of their Resource Investment Banking Division. Before, during, and immediately after my time with JTF, I worked on the Liberty Silver, Corp. account in a financial services capacity. Part of my duties in the regular course of my business was to maintain records and files relating to clients and, in particular, Liberty Silver.

1

3.      In this role, I began performing comprehensive due diligence on Liberty Silver's Trinity project in the fall of 2012 to determine whether a capital raise would be feasible. As part of my investigation, I visited the Trinity project to further analyze the viability of the investment opportunity. After my visit, and through a series of discussions with Bill Tafuri, I was able to conclude that the project would be a profitable endeavor. At that time, silver was trading at $32 which and a surplus of silver appeared to exist at the site.

4.      On June 29, I submitted a declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification [ECF No. 157] attesting to the above statements. In that declaration, I further stated that I had summarized my due diligence on Liberty Silver's Trinity project in a memorandum that I filed with FINRA. *Id.* at ¶ 4. I then concluded that the "memorandum is no longer in my possession." *Id.*

5.      I have since then located this memorandum in my files. Attached to this Declaration as Exhibit 1 is an authentic, true and correct copy of this memorandum.

6.      This document was made at or near the time of the matters described therein, by, or from information transmitted by, a person with knowledge of those matters within the meaning of Rule 803(6), Federal Rules of Evidence.

7.      This document was maintained by me in the course of my regularly conducted business activity as a regular practice within the meaning of Rule 803(6), Federal Rules of Evidence.

8.      This document is a true, correct and authentic copy, within the meaning of Rule 901(a), Federal Rules of Evidence, of records which are maintained as part of my business records in the ordinary course of business.

9.      Also attached to this Declaration as Exhibit 2 are authentic, true and correct copies of photographs I took during my visit to the Trinity project. These copies are the same as the originals, and there is no reason to require the originals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

3

Executed on this 15th day of July, 2015.

*/s/ Daniel Guilfoile*
Daniel Guilfoile

3