**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:13-cv-80923 (KLR)**

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all others
similarly situated,

                Plaintiffs,

      vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE, BG
CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC., OUTLOOK
INVESTMENTS, INC., AND LIBERTY SILVER
CORPORATION,

                Defendants.

**ORDER GRANTING MOTION FOR AWARD OF ATTORNEY'S FEES [DE 153]**

This matter came before the Court for hearing pursuant to the Order of this Court, dated March

10, 2015, on the application of the Parties for approval of the partial Settlement between Plaintiffs and

Defendants Liberty Silver Corporation, Geoffrey Browne, and William Tafuri (the "Liberty Silver

Defendants"), set forth in the Stipulation of Settlement, dated February 20, 2015 (the "Stipulation").  Due

and adequate notice having been given of the Settlement as required in the Preliminary Approval Order,

and the Court having considered all papers filed and proceedings held herein and otherwise being fully

informed in the premises and good cause appearing therefore, **IT IS HEREBY ORDERED,**

**ADJUDGED, AND DECREED** that:

      1.      This Final Judgment and Order of Dismissal incorporates by reference the definitions in

the Stipulation, and all terms used herein and otherwise not defined shall have the same meanings set

forth in the Stipulation.

2.      The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Members of the Settlement Class.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court herby finds and concludes that due and adequate notice of Lead Plaintiff's motion for an award of attorneys' fees and expenses and Lead Plaintiff's reimbursement award was directed to Class Members, including, individual notice to those who could be identified with reasonable effort, advising them of the application for fees, expenses, and reimbursement award, and advising them of their right to object thereto, and a full and fair opportunity was accorded to all Class Members to be heard with respect to the motion for fees, expenses, and reimbursement award.

4.      The Court hereby awards Lead Counsel attorneys' fees of 30 % of the Settlement Fund and expenses of $65,000.00  together with interest earned thereon.  Said fees shall be allocated among plaintiffs' counsel by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Litigation.  The Court finds that the amount of fees awarded is fair and reasonable.  The awarded fees and expenses shall be paid to Lead Counsel from the Settlement Fund pursuant to the terms of the Stipulation.

5.      Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Lead Plaintiffs Todd Stanaford and Philip Hobley $1,000.00, each for their time and expense in representing the Class.  The reimbursement award shall be paid to Lead Plaintiffs from the Settlement Fund pursuant to the terms of the Stipulation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 17 day of August 2015.

/s/ Kenneth L. Ryskamp_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE