## TABLE OF EXHIBITS

| EX | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 1. | Undated | Stock Chart | |
| 2. | Undated | BG Capital Allegations | |
| 3. | 04/01/2008 | Lincoln Mining Corp Form S-1 | |
| 4. | 10/18/2010 | Liberty Silver Press Release | |
| 5. | 10/19/2010 | Liberty Silver Form 8K | |
| 6. | 12/06/2010 | Liberty Silver Form 8K | |
| 7. | 12/07/2010 | Liberty Silver Press Release | |
| 8. | 11/10/2011 | Liberty Silver Form 8K | |
| 9. | 12/01/2011 | Technical Report on the Trinity Project | APP 0445-555 |
| 10. | 12/21/2011 | Liberty Silver Press Release | APP 0083-86 |
| 11. | 12/21/2011 | Liberty Silver Form 8K | |
| 12. | 02/16/2012 | E-mail from B. Tafuri to B. Genovese | Tafuri Dep Ex. D-6 |
| 13. | 05/22/2012 | Liberty Silver Press Release | APP 0089-91 |
| 14. | 05/22/2012 | Liberty Silver Form 8K | |
| 15. | 06/25/2012 | Email from J. Desrochers to B. Tafuri, et al | Tafuri Dep Ex. D-10 |
| 16. | 07/09/2012 | Liberty Silver Press Release | APP 0092-99 |
| 17. | 07/09/2012 | Liberty Silver Form 8K | |
| 18. | 07/10/2012 | Email from B. Koutsouras to B. Genovese | Tafuri Dep Ex. D-11 |
| 19. | 07/16/2012 | Liberty Silver Press Release | APP 0100-02 |
| 20. | 07/16/2012 | Liberty Silver Form 8K | |
| 21. | 07/24/2012 | Liberty Silver Press Release | APP 0103-05 |
| 22. | 07/24/2012 | Liberty Silver Form 8K | |
| 23. | 07/31/2012 | Sennen Resources LTD. Press Release | APP 0140-45 |
| 24. | 07/31/2012 | Trinity Property Visit Itinerary | Tafuri Dep Ex. D-12 |
| 25. | 08/08/2012 | Liberty Silver Press Release | APP 0110-11 |

| EX | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 26. | 08/08/2012 | Liberty Silver Form 8K | |
| 27. | 09/15/2012 | Liberty Silver Press Release | |
| 28. | 10/01/2012 | Guaranty of Payment | BELESIS 001030-35 |
| 29. | 10/01/2012 | Loan and Payment Agreement | BELESIS 001036-49 |
| 30. | 10/01/2012 | Promissory Note | BELESIS 001050-51 |
| 31. | 09/18/2015 | Declaration of Kelvin D. Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | |
| 32. | 10/07/2015 | Declaration of Matthew Markin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | |
| 33. | 10/27/2015 | Declaration of Hugh Aird in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | |
| 34. | 10/27/2015 | Declaration of Marco Markin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | |
| 35. | 11/03/2015 | Declaration of Brent Lokash in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | |
| 36. | 11/16/2015 | Expert Report of Candace L. Preston, CFA | |
| 37. | 11/16/2015 | Deposition Excerpts of William J Tafuri | |
| 38. | 11/23/2015 | Deposition Excerpts of Abraham Mirman | |
| 39. | 12/02/2015 | Deposition Excerpts of Geoffrey Browne | |
| 40. | 12/08/2015 | Deposition Excerpts of David P. Bond | |
| 41. | 12/14/2015 | Deposition Excerpts of Robert D.B. Genovese | |

| EX | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 42. | 12/14/2015 | Plaintiffs' Amended Responses and Objections to Defendants' First Set of Interrogatories to Plaintiff | |
| 43. | 12/14/2015 | Plaintiffs' Amended Responses to Defendants' First Request for Production of Documents | |
| 44. | 12/18/2015 | Letter from T. Gorman to S. Emmons | |
| 45. | 12/21/2015 | Deposition Excerpts of Candace L. Preston | |
| 46. | 12/22/2015 | Deposition Excerpts of Anastasios Belesis | |
| 47. | 12/23/2015 | Deposition Excerpts of Jeb Adi Handwerger | |
| 48. | 12/30/2015 | Expert Trial Report of Gregg A. Jarrell | |
| 49. | 01/13/2016 | Letter from S. Emmons to T. Gorman | |
| 50. | 03/04/2012 | Liberty Silver Corp. PDAC Appointments | BG00011923 |
| 51. | 01/20/2016 | Letter from D. Morgan to Cliff Cantor with attached Affidavit of D. Morgan | |