UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80923-KLR

TODD STANAFORD a/k/a JERALD TODD
STANAFORD, on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.

ROBERT DONALD BRUCE GENOVESE,
WILLIAM TAFURI, GEOFFREY BROWNE,
BG CAPITAL GROUP LTD, LOOK BACK
INVESTMENTS, INC., LIBERTY
SILVER CORPORATION AND OUTLOOK
INVESTMENTS, INC.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all remaining parties to this action stipulate to the dismissal, with prejudice, of all claims set forth in the Complaint [DE 88] against Robert Donald Bruce Genovese, BG Capital Group Ltd., Look Back Investments, Inc., and Outlook Investments, Inc. (collectively, the "BG Capital Defendants"). The parties recognize that the Court has denied Plaintiffs' Motion for Class Certification [DE 296] and, accordingly, stipulate to dismissal of this action with prejudice as against the BG Capital Defendants, with all parties bearing their own costs.

Respectfully submitted on March 17, 2016,

| | |
|---|---|
| FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>Telephone (405) 235-1560<br>E-mail: wbf@federmanlaw.com<br><br>By: /s/ William B. Federman<br>　　　William B. Federman (Pro Hac Vice)<br><br>　　*Counsel for Plaintiffs* | MENZER & HILL, P.A.<br>7280 W. Palmetto Pk. Rd., Suite 301N<br>Boca Raton, FL  33434<br>Telephone:  (561) 327-7207<br>Email:  gmenzer@menzerhill.com<br><br>By: /s/ Gary S. Menzer<br>　　　Gary S. Menzer<br>　　　Florida Bar No. 60386 |
| DORSEY & WHITNEY LLP<br>1801 K Street, N. W., Suite 750<br>Washington, D. C.  20006<br>Telephone:  202-442-3000<br>Email: gorman.tom@dorsey.com<br><br>By:　/s/ Thomas O. Gorman<br>　　　Thomas O. Gorman (Pro Hac Vice)<br><br>　　*Counsel for Defendants* | WIAND GUERRA KING P.A.<br>5505 West Gray Street<br>Tampa, FL 33609<br>Telephone (813) 347-5100<br>E-mail: jperez@wiandlaw.com<br><br>By: /s/ Jared Perez<br>　　　Jared Perez<br>　　　Florida Bar No. 0085192 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Jared Perez
Jared Perez